**Fill in this information to identify the case:**

Debtor name    **Stay In My Home, P.A.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:18-bk-8436-RCT**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **69,416.42**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **69,416.42**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     **267.04**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **73,912.44**

4. **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b     $     **74,179.48**

**Fill in this information to identify the case:**

Debtor name  **Stay In My Home, P.A.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)  **8:18-bk-8436-RCT**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | | **$0.00** |
| 3.2. | **Wells Fargo (Stopa Law Firm, P.A.)** | **Operating** | 5774 | **$69,316.42** |
| 3.3. | **Wells Fargo** | **Trust** | | **$0.00** |
| 3.4. | **Bank of America** | **Trust** | | **$100.00** |

**4.**  **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Checks to which certain law firm clients may have claims** | **Unknown** |

**5.**  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$69,416.42** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Stay In My Home, P.A.**
           Name

Case number *(If known)*  **8:18-bk-8436-RCT**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       7.1.  **Deposits**                                                                **Unknown**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                               **$0.00**
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    Unknown        -    Unknown            = ....        **Unknown**
                                    face amount          doubtful or uncollectible accounts

       11b. Over 90 days old:       Unknown        -    Unknown            =....         **Unknown**
                                    face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                              **$0.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | Stay In My Home, P.A. | Case number *(If known)* | 8:18-bk-8436-RCT |
|--------|----------------------|--------------------------|------------------|
| | Name | | |

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. | | | |
| 40. | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment and furnishings - see attachment | Unknown | | Unknown |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|-------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **See Schedule G** | | Unknown | | Unknown |

| Equipment Description | Purchase Year | Amount of Purchase |
|---|---|---|
| Desk (AMS Office) | 2012 | $1,000.00 |
| Desk (CAM Office) | 2012 | $1,500.00 |
| Bookcases (2) | 2012 | $500.00 |
| Computer (MPS Office) | 2012 | $799.00 |
| Computer (AMS Office) | 2012 | $599.00 |
| Computer (AMS Office) | 2012 | $599.00 |
| Secretarial Chair (AMS Office) | 2012 | $69.00 |
| Phone (AMS Office) | 2012 | $147.00 |
| 2 Drawer Filing Cabinet (AMS Office) | 2012 | $100.00 |
| Brother Printer (Main Office) | 2012 | $300.00 |
| Printer (MPS Office) | 2012 | $350.00 |
| Medium Capacity Shredder | 2012 | $50.00 |
| Secretarial Chair (CAM Office) | 2012 | $49.00 |
| Lexmark Printer | 2012 | $4,457.00 |
| Hands Free Headset for Jenifer Desk | 2012 | $300.00 |
| 20" Samsung LED Monitor with MagicAngle | 2012 | $143.66 |
| Dell PowerEdge T110 II Server | 2012 | $1,909.95 |
| APC Battery Backup | 2012 | $229.83 |
| Office Chair for Tosha | 2012 | $69.88 |
| 42" Wide 5 Drawer Filing Cabinet | 2012 | $907.99 |
| HP p2-1127cb Desktop Intel Pentium Computer - Kenny Case | 2012 | $399.91 |
| Phone (PJH New Office) | 2012 | $147.00 |
| Executive Desk with Chair (PJH New Office) | 2012 | $2,235.43 |
| Task Chair (Stacey Desk) | 2012 | $95.98 |

| Equipment Description | Purchase Year | Amount of Purchase |
|---|---|---|
| Desk (MPS Office) | 2011 | $599.99 |
| Computer Desk (MPS Office) | 2011 | $580.47 |
| Hutch / Desk (MPS Office) | 2011 | $769.51 |
| Desk / Hutch / File Cabinet (PJH Office) | 2011 | $1,649.98 |
| Desk / Hutch / File Cabinet (JM Office) | 2011 | $1,649.98 |
| 4 Metal Filing Cabinets (AMS Office) | 2011 | $280.00 |
| Desk (Ashley) | 2011 | $199.00 |
| Computer (PJH) | 2011 | $599.00 |
| Computer (Jenifer) | 2011 | $599.00 |
| Computer (Alice) | 2011 | $599.00 |
| Xerox Printer (AMS Office) | 2011 | $100.00 |
| Xerox Printer (MPS Office) | 2011 | $100.00 |
| Phone System | 2011 | $2,253.29 |
| 3 Lateral Filing Cabinets (CAM Office) | 2011 | $1,887.00 |
| LexMark x658de Printer | 2011 | $5,000.00 |
| 4 Secretarial Chairs | 2011 | $200.00 |
| 3 Executive Chairs | 2011 | $300.00 |
| Kurig Coffee Maker | 2011 | $100.00 |
| Refrigerator | 2011 | $300.00 |
| Office Décor (Rugs, Pictures, Vases, etc...) | 2011 | $800.00 |
| **TOTAL** | | **$18,566.22** |

| Equipment Description | Purchase Year | Amount of Purchase |
|---|---|---|
| Chair for Diane's Desk | 2013 | $89.00 |
| HL5470DWT Brother High-Speed Monochrome Laser Printer with Duplex and Dual Paper Trays | 2013 | $269.99 |
| Right Hand Traditional L Desk Mahogany - Angela Office | 2013 | $650.00 |
| Three 5 Drawer 42" Meridian Lateral File Cabinets | 2013 | $600.00 |
| Steelcase Criterion Tweed Office Chair | 2013 | $175.00 |
| Lazyboy Black Leather Chair with Wood Base | 2013 | $250.00 |
| 3 HON 600 Series 6 Shelf Open File Legal | 2013 | $1,698.09 |
| Haworth Premis Corner Workstation w/ 1 36" Shelf.  Non Powered | 2013 | $250.00 |
| Kimball Executive L Desk w/ Left Return | 2013 | $600.00 |
| 24B Phone for Tiffany | 2013 | $150.00 |
| Dell Computer for Martha Office | 2013 | $800.00 |
| 5450 Brother Printer for Tiffany's desk | 2013 | $159.18 |
| 2 HP Desktop Computer - Kate's Desk and Tiffany's desk | 9/25/2013 | $1,058.00 |
| Chair for Alice Desk | 10/11/2013 | |
| Furniture for Cathy's Office | | |
| Bookcases - 3 for FC Office | | |
| Desk for FC Office | | |
| Reception desk | | |
| Phone for KRC Office | | |
| Dell High Capacity Printer | | |
| Chair for Tiffany's Desk | | |

| Equipment Description | Purchase Year | Amount of Purchase |
|---|---|---|
| Dell OptiPlex 3050 Micro Computer w/o Monitor (tower, keyboard and mouse only) - Heather Wilfong | 3/6/2017 | $562.69 |
| Dell OptiPlex 3050 Micro Computer w/o Monitor (tower, keyboard and mouse only) - Deanna Firlik | 3/6/2017 | $562.69 |

Debtor **Stay In My Home, P.A.**
_____
Name

Case number *(If known)* **8:18-bk-8436-RCT**

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Client List | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    **Stay In My Home, P.A.**                                    Case number *(if known)*  **8:18-bk-8436-RCT**
Name

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claim against Jordan Finley (more than $15,000)**                                    Unknown
**Nature of claim**         _____
**Amount requested**        _____        _

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Interest in settlement proceeds ("Cash for Keys")**                                    Unknown
**Nature of claim**         _____
**Amount requested**        _____

**Claims for attorneys' fees against opposing parties**                                    Unknown
**Nature of claim**         _____
**Amount requested**        _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                    $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Stay In My Home, P.A.**    Case number *(If known)*  **8:18-bk-8436-RCT**
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $69,416.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $69,416.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $69,416.42 |

**Fill in this information to identify your case:**

Debtor 1      **Richard J. Mockler, III**
              First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name            Last Name

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number     **8:18-bk-8436-RCT**
(if known)

☐ Check if this is an
  amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br><br>☐  100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐   No

      ☐   Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Stay In My Home, P.A.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:18-bk-8436-RCT**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Spectrum Business**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Router** | **Unknown** | **Unknown** |

**4145 S. Falkenburg Rd.**
**Riverview, FL 33578-8652**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Stay In My Home, P.A.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:18-bk-8436-RCT**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.1**  Priority creditor's name and mailing address
**Bland, Larissa**
**6788 63rd Way N.,**
**Pinellas Park, FL 33781**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**2.2**  Priority creditor's name and mailing address
**City of St. Petersburg**
**MSC, 1st Floor**
**One 4th St. N.**
**Saint Petersburg, FL 33701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.04 | $227.04 |
|---|---|---|---|---|
| | **City of Tampa Business Tax Division**<br>**PO Box 31047**<br>**Tampa, FL 33631-3047** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Diaz, Grace**<br>**3309 W. Aileen St.,**<br>**Tampa, FL 33607** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Dixon, Ashley**<br>**3309 W Aileen St.,**<br>**Tampa, FL 33607** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Donald, Alice**<br>**9548 84th St. N.,**<br>**Largo, FL 33777** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Farr, Bobbi**<br>**3704 Orangecrest St.,**<br>**Valrico, FL 33596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Farr, Kristi**<br>**3704 Orangecrest St.**<br>**Valrico, FL 33596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Fredrickson, Blake**<br>**17723 Clarendon Dr.,**<br>**Tampa, FL 33624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$40.00** | **$40.00** |
|---|---|---|---|---|
| | **Hillsborough County Tax Collector**<br>**PO Box 30012**<br>**Tampa, FL 33630-3012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jones, Lauren**
**429 75th Ave. N.,**
**St. Petersburg, FL 33702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lopez-Coombs, Jenny**
**3510 3rd Ave. N.,**
**St. Petersburg, FL 33713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**McCandlish, Gavin**
**11943 79th Ave.,**
**Seminole, FL 33772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mockler, Richard**
**4204 Elba Place,**
**Valrico, FL 33596**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Paul, Kevin**
**147 8th St. N.,**
**St. Petersburg, FL 33701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pinellas County Tax Collector**
**P.O. Box 4006**
**Seminole, FL 33775-4006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pugh, CJ**
**5536 15th Ave. N.,**
**St. Petersburg, FL 33710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rising, Hope**
**5120 Flamingo Dr. N.,**
**St. Petersburg, FL 33714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rodriguez Hernandez, Magaly**
**6011 Venetian Blvd. NE,**
**St. Petersburg, FL 33703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Schaefer, Angela**
**5126 Clover Mist Dr.,**
**Apollo Beach, FL 33572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Solomon, Raymond**
**2200 3rd Ave. N., Apt 3,**
**St. Petersburg, FL 33713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.23 | Priority creditor's name and mailing address<br>**Tallent, Tiffany**<br>**8400 49th St. N., Apr 704,**<br>**Pinellas Park, FL 33781** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address<br>**Taylor, Mallory**<br>**74 W. St. John St.,**<br>**Tampa, FL 33607** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address<br>**Tipton, Jake**<br>**8218 L Serena Dr.,**<br>**Tampa, FL 33614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address<br>**Veenstra, Diane**<br>**6211 43rd Terrace N.,**<br>**Kenneth City, FL 33709** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Weintraub, Bernie**
**3757 Leeds Ct., Apt 101,**
**Palm Harbor, FL 34685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Wilfong, Heather**
**12033 Gandy Blvd. N., Unit 175,**
**St. Petersburg, FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Wright, Jessica**
**1319 Versant Dr., Apt 202,**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**A'Brunzo, Bethany & Shri Prashad**
**13575 58th St. N. Suite 300**
**Clearwater, FL 33760**
Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Abbenzeller, Robert**
**Viviette Abbenzeller**
**7910 Pierce Harwell Rd.**
**Plant City, FL 33565**
Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abbenzeller, Viviette**
**415 S Lane Street**
**Blissfield, MI 49228**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abbey, Allan**
**Christina Abbey**
**2613 Sunnyside Cir.**
**Palm Harbor, FL 34684**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abbey, Dennis**
**Diane Tesmer**
**3705 Smoke Hickory Ln.**
**Valrico, FL 33596**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abdelqader, Lamih**
**Reyad Zaben**
**18013 Forest Retreat Lane**
**Tampa, FL 33647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abdilla, Julie**
**Marilyn Abdilla**
**6306 Goldfinch St.**
**Sarasota, FL 34241**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abner, Michael & Wendy**
**5747 43rd Court East**
**Bradenton, FL 34203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abuarau, Hisham**
**18111 Emerald Bay St.**
**Tampa, FL 33647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Accocella, Dominic**
**8784 Ashworth Drive**
**Tampa, Fl 33647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Acevedo, Richard**
**Sol Acevedo**
**1326 Waikiki Way**
**Tampa, FL 33619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Acker, Cindy**
**1700 66th St. N. #104-136**
**St. Petersburg, FL 33710**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ackerman, Mary**
**Larry A. Searle**
**565 Portside Dr**
**North Port, FL 34287**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Acosta, Nilia**
**7902 N. Mulberry St.**
**Tampa, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Acuna, Jessica**
**Mauricio Lopez**
**11950 SW 31st Place**
**Davie, FL 33330**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Adams, Heather & Jesse**
**9395 Mallard St**
**Spring Hill, FL 34606**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adams, Michael & Donna**
**12635 Farmetts Road**
**Lakeland, FL 33809**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adams, Patricia**
**4708 17th Ave. N.**
**St. Petersburg, FL 33713**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adams, Robert & Sheila**
**5693 Marmion Lane**
**Cincinnati, OH 45212**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Addiss, Patricia**
**749 59th Ave.**
**St. Pete Beach, FL 33706**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adeigbola, Yao & Maria**
**213 East Cluster Ave.**
**Tampa, FL 33604**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adobe Systems, Inc.**
**345 Park Ave.**
**San Jose, CA 95110-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ADP**
**5404 Cypress Center Rd., #250**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _TimeClock_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adriance, Karen**
**2052 Sunset Pointe Rd. #46**
**Clearwater, FL 33765**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aebi, Michael & Stephanie**
**31718 Spoonflower Circle**
**Wesley Chapel, FL 33545**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aebi, Stephanie**
**Michael Aebi**
**31718 Spoonflower Circle**
**Wesley Chapel, FL 33545**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Afdjeinia, Letty**
**1901 Landside Drive**
**Valrico, FL 33594**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Agnew, Dennis**
**Michele Agnew**
**5700 Camino Del Sol # 205**
**Boca Raton, FL 33433**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aguiar, Olga**
**4915 Cresthill Drive**
**Tampa, FL 33615**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aguilera, Ricardo & Rosa Marie**
**10525 Opus Dr**
**Riverview, FL 33579**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ahwal, Issam**
**1150 Arbor Glen Circle**
**Winter Springs, FL 32708**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ajao, Ayodele & Johnson**
**15813 Penninyton Rd**
**Tampa, FL 33624**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Akyol, Isleymun & Leyla**
**3369 Zack Dr.**
**Dunedin, FL 34698**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alaway, Brian**
**206 S. Obrien St**
**Tampa, FL 33609**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albano, Jamie**
**5001 N. Coolidge Ave.**
**Tampa, FL 33614**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albano, Lawrence**
**Dolores Albano**
**11439 Dorian Court**
**New Port Richey, FL 34654**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alberts, Edward**
**6182 44th Ave N**
**Kenneth City, FL 33709**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albonico, Robert**
**Angie Albonico**
**PO Box 1152**
**Spearfish, SD 57783**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albopore, Inc.**
**18612 Chemille Dr.**
**Lutz, FL 33558**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alcantara, Ramona**
**10104 Chimney Hill Ct.**
**Tampa, FL 33615**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alcicek, Zeki & Natalie**
**2815 Dairy Road**
**Melbourne, FL 32904**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alcuizar, Richard**
**Jay Love**
**12466 92nd Way**
**Largo, FL 33781**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alderson, Jan**
**Natalie Alcicek**
**8410 Orient Way, NE**
**St. Petersburg, FL 33702**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aleman, Hector & Margaret**
**3749 Pendlebury Drive**
**Palm Harbor, FL 34685**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander, Nicky**
P.O. Box 8751
Jupiter, FL 33468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexandre Caldera, Maria**
13917 Fairway Island Dr Apt 911
Oralndo, FL 32837

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alfaro, Marina**
4771 Tuscan Loon Drive
Tampa, FL 33619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alfonso, Charles & Alicia**
1215 Windsor Circle
Brandon, FL 33510

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alfonso, Sheila & Jesus**
16226 Livingston Ave
Lutz, FL 33559

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alfonso, Sheila & Jesus**
1470 Lake Shore Ranch Drive
Seffner, FL 33584

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alfonso, Stacey and Alfred**
947 Bonaparte Landing Court
Jacksonville, FL 32218

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **All Legal Staff** | ☐ Contingent | |
| | **3314 Henderson Blvd., Suite 100-I** | ☐ Unliquidated | |
| | **Tampa, FL 33609** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Allen (Woodard), Cynthis** | ■ Contingent | |
| | **570 Ave E SE** | ☐ Unliquidated | |
| | **Winter Haven, FL 33880** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Allen, Bradley & Holly** | ■ Contingent | |
| | **3841Buttercup Circle South** | ☐ Unliquidated | |
| | **Palm Beach County, FL 33410** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Allen, James & Eva** | ■ Contingent | |
| | **780 South Sapadillo Ave #204** | ☐ Unliquidated | |
| | **West Palm Beach, FL 33067** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Allen, Jane** | ■ Contingent | |
| | **4019 Constantine Loop** | ☐ Unliquidated | |
| | **Wesley Chapel, FL 33543** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Allen, Michael** | ■ Contingent | |
| | **Maria Jose Vera** | ☐ Unliquidated | |
| | **5718 Sheer Bliss Loop** | ☐ Disputed | |
| | **Land O' Loop, FL 34639** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Allen, Pauline** | ■ Contingent | |
| | **2250 NW 78th Ave** | ☐ Unliquidated | |
| | **Sunrise, FL 33322** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allender, Robert & Tammie**
**4128 Little Gap Loop**
**Ellenton, FL 34222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allman, Joyce**
**3366 Camelot Drive Apt 13**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allo, Anthony & Vera**
**4821 Calasans Ave.**
**Osceola, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Almanza, Mariela**
**18821 NW 42nd Ave.**
**Miami Gardens, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Almeira, Liliana**
**Evelyn Miranda**
**8018 N. Gomez Ave.**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Almonte, David & Carmen**
**4608 E. Seward St.**
**Tampa, FL 33617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aloi, Diane & Cathy Luttier**
**7345 Hiawatha Pkwy**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alonso, Jose**
**8833 West Broad Street**
**Tampa, FL 33615**

☐ Date(s) debt was incurred __
☐ Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alquero, Ronnie & Marilyn**
**2125 N. Mango Ave**
**Chicago, IL 60639**

☐ Date(s) debt was incurred __
☐ Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Altemeyer, Richard & Kim**
**13670 Brynwood Lane**
**Ft. Myers, FL 33912**

☐ Date(s) debt was incurred __
☐ Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alterman, Paul**
**Sheila Alterman**
**7850 NW 5th Place**
**Plantation, FL 33324**

☐ Date(s) debt was incurred __
☐ Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alvardo, Gladys & John**
**9508 Lark Bunting Road**
**Tampa, FL 33647**

☐ Date(s) debt was incurred __
☐ Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alvarez, Danilo**
**Dania Alvarez, Lucely Alvarez & Arguemir**
**2806 Manor Hill Dr.**
**Brandon, FL 33511**

☐ Date(s) debt was incurred __
☐ Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alvelo, Hector & Lizette**
**21401 Tree Park Ct.**
**Clermont, FL 34715**

☐ Date(s) debt was incurred __
☐ Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alves, Jorge**
**815 West 181st. Apt B**
**New York, NY 10033**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alves, Jorge**
**2219 Pantucket Dr,**
**Wesley Chapel, FL 33543**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alvey, Carol J.**
**9342 Tradewinds Avenue**
**Seminole, FL 33776**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amico, Michael**
**1905 Oyster Catcher Ln. Apt. 914**
**Clearwater, FL 33762**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amnay, Ivan**
**4670 Grand Preserve Plave**
**Palm Harbour, FL 34684**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anderson, Charles & JoAnn**
**6021 Fauna Lane**
**Apollo BEach, FL 33572**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anderson, Christopher**
**2709 SW 4th Ave.**
**Cape Coral, FL 33914**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anderson, Valerie**
**3533 Anniversary Court**
**New Port Richey, FL 34653**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrews, Brian & Susan**
**6506 Butlers Crest Dr.**
**Bradenton, FL 34203**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrews, Derek & Amanda**
**492 Crystal DR**
**Madeira Beach, FL 33708**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrews, Derek & Amanda**
**333 79th Ave**
**St. Pete Beach, FL 33708**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrews, Stacy**
**1427 Madison Court**
**Mt. Pleasant, SC 29466**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anello, Adrienne & James Martin**
**106 Pine Side Dr.**
**Bebary, Fl 32713**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anello, AJ**
**19340 Waymouth Drive**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Angeles, Hernani & Maria**
**8116 Canterbury Lake Blvd**
**Tampa, FL 33619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Angelow, Amos & Jane**
**3750 Habana Street**
**New Port Richey, FL 34652**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Angle, Scott**
**3317 West Paris St**
**Tampa, FL 33614**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anglero, Francisco & Pilar**
**4605 Copper Lane**
**Plant City, FL 33566**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anneroo, Bayne & Sursatte**
**6589 SE 96th Place Rd.**
**Belleview, FL 34420**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Anthem Reporting**
**101 S. Franklin St., Suite 101**
**Tampa, FL 33602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aponte, Jose**
**739 Pelican Ct**
**Poinciana, FL 34759**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Appel, Donna**
**506 SW 33rd ave.**
**Cape Coral, FL 33991**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Appelquist, Frederick & Joyce**
**4672 Riverwalk Village Ct #8408**
**Ponce Inlet, FL 32127**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arape, Gustavo & Glenda**
**12661 Castle Drive**
**Tampa, FL 33624**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arbelaez, Fernando**
**PO Box 770249**
**Orlando, FL 32877**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arca, Karen**
**36147 Serbia Spruce Dr.**
**Dade City, FL 33525**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arca, Karen**
**2149 Arrowgrass Dr. #103**
**Wesly Chapel, FL 33544**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arce, Joseph & Anastacia**
**19919 Tamiami Ave**
**Tampa, FL 33647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arcelay, Moises & Rosa D.**
**123 Dalton Court**
**Davenport, FL 33897**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ardell, Alvin**
**Julie Willis**
**225 Golf Aire Blvd**
**Haines City, FL 33844**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arfmann, Neil  & Betsy**
**35246 US Hwy 19 North  #208**
**Palm  Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arkady, Arnold & Laura Khalafyan**
**3811 Nonie Way**
**Jacksonville, FL 32257**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Armas, Elizabeth**
**2505 Roy Hanna Drive S.**
**St. Pete, FL 33712**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Armstrong, Annette & Mark Ruttowski**
**5500 Sand Lake Drive**
**Melbourne, Fl 32934**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Armstrong, Beverly**
**136 Padgett Place South**
**Lakeland, FL 33809**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Armstrong, Bruce & Kim**
**9809 Old Plank Rd.**
**Jacksonville, FL 32220**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Armstrong, Leslie & Martin**
**3155 Hyde Park Drive**
**Clearwater, FL 33761**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Arnold, Darius & Rita Jane**
**11239 Oysterbay Circle**
**New Port Richey, FL 34654**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Arnold, Keneatha**
**2710 W. LaSalle St.**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Arrajj, James & Brandy**
**2204 Rosewood Dr.**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Arroyo, Juan**
**1850 Tinker Dr**
**Lutz, FL 33559**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Arteaga, Mark & Jacqueline**
**1936 Floresta View Dr.**
**Tampa, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Arth, Mark & Ageela**<br>**3901 W. Angeles St.**<br>**Tampa, FL 33629** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Artiga, Edward & Anna**<br>**13307 Waterford Run**<br>**Riverview, FL 33569** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Arvanaghi, Elaheh**<br>**1048 Rector Lane**<br>**Mclean, VA 22102** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Asa, Steven**<br>**12873 Pennell Pines Blvd.**<br>**Boynton Beach, FL 33436** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Ash, Steve & Marianne**<br>**160 N. Grandview Ave.**<br>**Hernando, FL 34442** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Ashby, Ann**<br>**132 Big Oak Bend**<br>**Chuluota, FL 32766** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Ashford-Frix, Catherine & Nathan C.**<br>**8303 75th Ave. N**<br>**Largo, FL 33777** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ashmeade, Andre**
**9843 N. 52nd St.**
**Tampa, FL 33617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ashworth, Todd**
**800 NE 18th Street**
**Ft. Lauderdale, FL 33305**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Assis, Antonio**
**6165 Sandcrest Cir.**
**Orlando, FL 32819**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Astacio, Daniel & Melinda**
**7004 Crown Lake Drive**
**Gibsonton, FL 33534**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aston, Kay**
**11494 Sedate St.**
**Brooksville, FL 34614**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Athena Law, PLLC**
**13272 112th St. N.**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Atkinson, Charles**
**208 Gates St. SW**
**Palm Bay, FL 32908**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Stay In My Home, P.A.**                                    Case number (if known)   **8:18-bk-8436-RCT**
_____
Name

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Atkinson, Emily**
**1708 Main St**
**Valrico, FL 33594**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Atkinson, Jason**
**1700 Main Street**
**Valrico, FL 33594**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,495.46** |

**Atkinson-Baker, Inc.**
**500 N. Brand Blvd., Third Floor**
**Glendale, CA 91203-4725**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Atwell, Jason & Rachel**
**5221 Lowell Rd**
**Tampa, FL 33624**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Aubrey, Dale**
**930 4th Street West Unit #34**
**Stanley, ND 58784**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Aumann, Gregory**
**13475 Lawrence Street**
**Spring Hill, FL 34609**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Auri, Rita**
**7903 George Washington Ln**
**Tampa, FL 33637**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|--------|---------------------------|------------------------|----------------------|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---|---|---|

**Aurie, Robert**
**8704 Christi Ct.**
**Tampa, FL 33637**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---|---|---|

**Austin, Eileen**
**9726 Rainelle lane**
**New Port Richey, FL 34668**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---|---|---|

**Austin, George and Maxine**
**1222 Winding Meadows Road**
**Odessa, FL 32955**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---|---|---|

**Austin, Jessica**
**1754 Paladino Court**
**Odessa, FL 33556**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---|---|---|

**Austin, John & Kristine**
**1732 Powderridge dr.**
**Valrico, FL 33594**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---|---|---|

**Avery, Lisa**
**Troy Brandt**
**PO Box 16156**
**Clearwater, FL 33766**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---|---|---|

**Ayers, John**
**Karen Ayers**
**508 Smokerise Blvd**
**Longwood, FL 32779**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ayora-Castro, Teresa & Pablo**
**12701 North 53rd Street**
**Temple Terrace, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ayoub, Victor**
**Jeanne Hayek**
**838 Field Street**
**Oviedo, FL 32765**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Babcock, Arlene**
**Thomas Babcock**
**6409 Eldorado Dr**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Babor, Paige**
**PO Box 991**
**Ellenton, FL 34222**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baburam, Anna**
**86 North Drive**
**Valley Stream, NY 11580**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baclawski, Ronald & Jamie**
**15717 Allmandi Drive**
**Hudson, FL 34667**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baclwaski, Jamie**
**7302 Hatteras Drive**
**Hudson, FL 34667**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bacon, Marcia**
**1428 Delano Trust St.**
**Ruskin, FL 33570**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Badertscher, James & Darlene**
**121 Devon Dr.**
**Clearwater Beach, FL 33767**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Badish, Patricia & Randy**
**1657 SE Burning Ln**
**Port St. Lucie, FL 34952**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Badnell, June & Leonard**
**21 Crescent Ridge Rd.**
**Davenport, FL 33837**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Badolato, Andrew**
**3108 Casey Key Rd**
**Nokomis, FL 34275**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baez, Jennie & Isidro**
**1502 Tyringham Rd.**
**Eustis, FL 32726**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bagala, Jack & Maria**
**3212 Azalea Blossom Dr.**
**Plant City, Fl 33567**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bagwell, Calvin & Doris**
**2025 Wekiua Reserve Blvd.**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bahnsen, Lawrence**
**5318 Palmetto Point Drive**
**Palmetto, Fl 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bailey, David & Debra**
**5508 WO Griffin Road**
**Plant City, FL 33567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bailey, Deborah**
**6034 Crestridge Road**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bailey, James  & Brenda**
**708 E. Richmere Street**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baillargeon, Gary R.**
**2251 Hillandale Avenue**
**Spring Hill, FL 34608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baillie, Haydee & Anthony**
**1304 Holly Glen Run**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, Charles**
**129 Maxcy Lane**
**Frostproof, FL 33843**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, Christina & Michael**
**1712 Balmoral Drive**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, Coral & Daniel**
**3200 Bellericay Ln.**
**Land O' Lakes, FL 34638**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, Diana & Lashawna**
**1021 Briarwood Ave.**
**Tampa, FL 33613**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, Diane**
**4017 Eagle court**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, John**
**5418 Worthington Loop**
**Palm Harbor, FL 34685**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, Lisa & Stephen**
**928 Church Street**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Baker, William**
**4823 1st Ave. Dr. NW**
**Bradenton, FL 34209**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Balado, Jose & Ana**
**5366 Dornich Drive**
**Auburndale, FL 33823**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Balkaransingh, Ramnarine**
**Sara Toonda**
**101-40 103rd Street**
**Ozone Park, NT 11416**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ball, Marisa**
**608 4th Ave. SW**
**Ruskin, FL 33570**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ball, Ronald**
**513 55th Ave**
**St. Pete Beach, FL 33706**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Balladares, Richard & Elsa**
**2312 Lyncrest Court**
**Valrico, FL 33596**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ballard, Deanna**
**5707 North Ola Ave**
**Tampa, FL 33604**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baluja, Margarita**
**Marcos Flores**
**30135 Mossbank Dr.**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Banks, Allan & Holly**
**2948 Sunset Pt. Rd.**
**Clearwater, FL 33759**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Banks, Carole**
**9937 Sago Point Dr**
**Seminole, FL 33777**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Banks, Shawn**
**3501 5th Ave North**
**St. Pete, FL 33713**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bansee, Marolyn & Sham**
**16404 93rd Road North**
**Loxahatchee, FL 33470**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Banuchi, Arthur & Olga**
**3504 Chessington Dr.**
**Land O' Lakes, FL 34638**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barajas, Alma**
**1013 Orange Creek Lane**
**Sebring, FL 33870**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baran, Madeline**
**11215 North Roble Terrace**
**Dunnellon, FL 34434**

☐ Date(s) debt was incurred __

☐ Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barber, James & Karen**
**10120 Magnolia Creek Dr**
**Lithia, Fl 33547**

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barber, Patrick & Cheryl**
**7104 Hazelhurst Ct.**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barbera, Steve**
**13575 58th St. N. Suite 300**
**Clearwater, FL 33760**

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barbosa, Ferdinand & Yesenia**
**7724 Jodi Lynn Drive**
**Tampa, FL 33615-1547**

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barcena, Patti**
**7605 Coarsey Drive**
**Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bardsley, David & Michelle**
**1501 Suzanne Way**
**Longwood, FL 32779**

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Stay In My Home, P.A.**

Name

Case number (if known) **8:18-bk-8436-RCT**

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bare, Kelly**
**6221 NW 36th Terrace**
**Gainesville, FL 32652**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barish, Mark**
**1525 West River Shore Way**
**Tampa, FL 33603**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barker, Tammy & Robert**
**1840 NE 62nd Street**
**Ocala, FL 34479**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barnar, Ernesto & Sandra**
**4514 Devonshire Road**
**Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barnes, James D. & Kim**
**701 Pinewalk Drive**
**Brandon, FL 33510**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barnes, Kerri & Erik**
**12137 Rambling Oak**
**Orlando, FL 32832**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barnes, Ronald**
**1750 Sweetspire Drive**
**Trinity, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barnes, Wendy & Thomas**
**755 Sienna Palm Dr.**
**Kissimmee, FL 34747**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barnes, Wendy & Thomas**
**1150 Wilde Dr.**
**Kissimmee, FL 34747**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barnhill, Kimberly**
**11624 Constance Drive**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baron, Margaret**
**2002 Hidden Alley**
**Alpharetta, GA 30009**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barone, Gina**
**3426 West Heiter Street**
**Tampa, FL 33607-6650**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barra, Isidro & Patricia**
**30714 Sonnet Glen Dr.**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barrancotto, James**
**500 80th Ave.**
**St. Petersburg, FL 33706**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barrett, Kevin**
**315 West Seminole Drive**
**Venice, FL 34293**

☐ Date(s) debt was incurred __

☐ Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barrie, Dan & Lynne**
**12724 Circle Lake Drive**
**Hudson, FL 34669**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barriera, Gladys**
**9203 Camino Villa Blvd**
**Tampa, FL 33635**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barrington, Joseph**
**3573 West Promontory Drive**
**Beverly Hills, FL 34465**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barrios, Rosa**
**4922 El Dorado Dr.**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barrow, Wendy & Jerry**
**3682 Missouri Ave.**
**Dade City, FL 33523**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barry, Richard**
**7034 Potomac DR**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barse, Robert & Michelle**
**1910 Nadine Road Apt 108**
**Wesley Chapel, FL 33544**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bartunek, Julia**
**2645 Meadowood Dr**
**New Port Richey, FL 34655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barzydlo, William**
**(Spring Bayou)**
**6047 Deltona Blvd.**
**Spring Hill, FL 34606**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Basantes, Ana**
**(Cortez - Finotti)**
**8011 SW 29th Street**
**Davis, FL 33328**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Basgall, John & Lydia**
**12354 Autumnbrook Tri West**
**Jacksonville, FL 32258**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baskett, William**
**15406 Sir Maxwell Ct.**
**Odessa, FL 33556**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bason, Edward & Resa**
**5 Landaulette Ct.**
**Melville, NY 11747**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bass, Mary & Jacqueline Fletcher**
**1718 25th St.**
**Sarasota, FL 34234**

Date(s) debt was incurred __

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bass, Robin & Dianna Bass**
**8686 Andrews Ave.**
**Fort Pierce, FL 34945**

Date(s) debt was incurred __

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bassi, Cathy**
**2187 Orangewood Way**
**Clearwater, FL 33764**

Date(s) debt was incurred __

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bastone, Angelo & Christine**
**1030 N. Tower Ln.**
**Lake Wales, FL 33853**

Date(s) debt was incurred __

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bates, Garrett**
**109 Orange Ridge Drive**
**Longwood, FL 32779**

Date(s) debt was incurred __

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Battaglia, Katie**
**4121 E. Busch Apt. 1010**
**Tampa, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Batten Williams & Sean Schrieber**
**1116 East Oakwood Street**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred __

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Battles, Barbara**
**Judith Reardon**
**4920 38th Way South # 104**
**St. Petersburg, FL 33711**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bauder, Richard & Shari**
**175 69th ave N**
**St. Petersburg, FL 33702**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bauer, Kenneth & Raya**
**653 Lakemont Drive**
**Brandon, FL 33510**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baughman, Donald & Theresa**
**4714 W. Tribley Ave**
**Tampa, FL 33616**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baumgartner, Eleanore & Thomas**
**2937 163 Ave N.**
**Clearwater, FL 33760**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baxter, Joshua & Patricia**
**4901 Grove Manor Ct.**
**Plant City, FL 33565**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bay, Jeffrey & Yekaterina Kim**
**12519 Saulston Place**
**Hudson, FL 34669**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bazarian-Chestine, Holly**
**14278 Copeland Way**
**Spring Hill, FL 34604**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beaman, Grazyna**
**8374 Market St., #426**
**Bradenton, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beasley, Jesse**
**27 Sun air Blvd**
**Haines City, FL 33844**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beauchamp, Anthony**
**8610 Twin Farms Place**
**Tampa, FL 33635**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beaudin, David & Melanie**
**11805 Derbyshire Drive**
**Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beaver, Phyllis & William**
**4707 Cypress Ridge Place**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bedient, Marjorie**
**325 Kimberly Ct**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beeman, Randolph & Clare**
**1050 Lena Lane**
**Sarasota, FL 34240**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beg, Marjorie & M.A**
**520 Keith Pointe Dr.**
**Sarasota, FL 34236**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Behm, Paul, Trustee**
**11254 Lazy Lane**
**Brooksville, FL 34601**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beilstein, Matthew & Tara**
**7115 Colonial Lake Drive**
**Riverview, FL 33569**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beiswenger, Bruce & Lora**
**95 S. Golf Harbour Path**
**Inverness, FL 34450**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beles, Jason & Maria**
**3020 Bishpham Rd.**
**Sarasota, FL 34231**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bell, David & Kimberly**
**5945 Jaegerglen Dr.**
**Lithia, FL 33547**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bell, Frankie & Catherlyn**
**1312 E. 32nd Ave.**
**Tampa, FL 33603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bell, Mark & Darlene**
**9422 Leatherwood Avenue**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bell, Matthew & Darla**
**1262 S. Anne Shrine Rd.**
**Lake Wales, FL 33898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Belton, Barbara**
**6045 Crafton Dr.**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beninati, Robert**
**17939 Bahama Ilse Dr.**
**Tampa, FL 33641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benn, Doreen**
**11340 West Gem Street**
**Crystal River, FL 34428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennett, Darrick**
**2231 Yorkville Court**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennett, Gordon & Jennifer**
**8277 Chesebro Ave**
**North Port, FL 34287**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennett, Lisa**
**8698 1st Street N**
**St, Petersburg, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennetti, Pamela & Darren**
**23131 Geneva Road**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bent, Delroy & Sandra**
**15706 Muirfield Dr**
**Odessa, FL 33556**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benton, Christopher & Latisha**
**112 Arlington Court**
**Haines City, FL 33844-5435**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benton, Matthew & Sheila**
**414 Cedarwood Ct**
**Winter Springs, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beresford, Stanley & Heather**
**13425 Bolton Court**
**Spring Hill, FL 34609**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Berger, Lucas & Clare**
**12922 Sandburst Lane**
**Hudson, FL 34667**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bergmann, Brian**
**2451 Deltona Blvd.**
**Spring Hill, FL 34606**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bernabe, Isidro**
**7451 Trovita Rd.**
**Land O'Lakes, FL 34637**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bernardini, Heather (Amaya) & Frank**
**3532 Anniversary Court**
**New Port Richey, FL 34653-6043**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bernotas, Paul & Cheryl**
**823 North Gulf Drive**
**Hollywood, FL 33021**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bertelt, Victoria**
**15125 Heathridge Drive**
**Tampa, FL 33625**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bertz, Ramona**
**3215 North 12th Street**
**Tampa, FL 33605**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Best-Banks, Tawana L.**
**5239 Sunset Canyon Drive**
**Kissimmee, FL 34758**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Betancourt, Robert & Ada**
**1621 80th St. N.**
**Tampa, FL 33604**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bethune, Shepherd & Michelle**
**2830 Ivanhoe Way South**
**St. Petersburg, FL 33705**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bettin, Patrick**
**3410 Jodi W. Dr.**
**Dade City, FL 33523**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Beverly, Osborne**
**Rodney & Ruth**
**6117 Woodette Way**
**Jacksonville, FL 32277**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bevilacqua, Louis & Theresa Curry**
**16205 Bridgepark Dr.**
**Lithia, FL 33547**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bezabeh, Azeb**
**Tewodros Habtemarian**
**9519 Baytree Ct.**
**Tampa, FL 33615**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bhola, Deosaran & Sashtri**
513 S. Beuna Vista Ave
Orlando, FL 32835

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bhowanidin, Ganase**
7143 Winding Lake Cir.
Oviedo, FL 32765

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bickford, Daniel & Gina**
8201 131st Way N.
Seminole, FL 33776

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bienaime, Wendy**
1913 Gregory Dr.
Tampa, FL 33612

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|

**Big Bend Associates**
13014 N. Dale Mabry Hwy., #526
Tampa, FL 33618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Billings, Virgil**
Terri L. Dunn
1913 Gregory Dr.
Deltona, FL 32738

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Billiris, Theodore**
321 Athens St.
Tarpon Springs, FL 34689

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bingham, Phillip & Rose**
**14916 61st Court North**
**Loxahatchee, FL 33490**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Birch, Michael**
**7209 Arbor View Lane**
**New Port Richey, FL 34653**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Birdsall, Jeremy & Lynn**
**741 Legacy Park Dr.**
**Casselberry, FL 32707**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Birmingham, Justin & Melissa**
**26915 Magnolia Blvd**
**Lutz, FL 33559**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bischoff, Frederick**
**P.O. Box 16088**
**St. Petersburg, FL 33733-6088**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bishay, Nadia**
**2014 Midyette Road Apt 408**
**Tallahassee, FL 32301**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bishop, Joyce**
**4118 Key Thatch Dr.**
**Tampa, FL 33610**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bishop, Melinda**
**69 Meadows Creek Lane**
**Sencia, GA 30276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bishop, Melinda**
**William Meares**
**5422 12th Ave. N.**
**St. Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bisnath, Anna W.**
**2105 South Village Ave**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bisono, Teresa**
**6215 Tigerflower Ct.**
**Land O'Lakes, FL 34639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bissette, Robert**
**6254 Florida Cir. E.**
**Apollo Beach, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bittner, Duane & Sherri**
**739 County Line Road**
**Zephyrhills, FL 33540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bittong, Esperanza**
**7123 Foster Lane**
**Orlando, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Bittong, Esperanza**<br>**423 Hwy 466 Apt 203**<br>**Lady Lake, FL 32159** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Black Point Assets**<br>**13014 North Dale Mabry Hwy # 357**<br>**Tampa, FL 33618** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Black, Bruce & Kathi**<br>**11201 Mistmoor Ct.**<br>**Riverview, FL 33569** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Black, Michele**<br>**1037 Calumet Street**<br>**Clearwater, FL 33755** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Black-Flood, Sandra**<br>**34 Ellis Ave, Floor 1**<br>**Irvington, NJ 07111** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Blackburn, Janet**<br>**3012 Fawn Way**<br>**Zephyrhills, FL 33542** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Blackwell, Harold & Lucy**<br>**4736 W. Wisconsin Ave.**<br>**Tampa, FL 33616** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blair, Tiffany**
**3938 43rd Terrace North**
**St. Petersburg, FL 33714**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blake, Dayle & Laura**
**1960 De La Palma Ave**
**Bartow, FL 33830**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blanck, Gary**
**PO Box 272388**
**Tampa, Fl 33688-2388**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blanton, Emily**
**69 Waterbridge Place**
**Ponta Verda, FL 32082**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blemur, Webster**
**Marie Renee Jean**
**19052 NW 54 Court**
**Miami Gardens, FL 33055**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blevins, Tony & Kimberly**
**3900 Trapnell Ridge Drive**
**Plant City, FL 33567**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bliss, Douglas and Karyn Reid**
**3931 Miramar Way South**
**St. Petersburg, FL 33705**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bobik, Craig and Dana**
**1224 Lake Como Drive**
**Lutz, FL 33558**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bogan, Dale & Celestine Oliver**
**5214 Winding Brook Trail**
**Wesley Chapel, FL 33544**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boman, Byron and Vilma & Bradley**
**6513 Skyler Jean Drive**
**Jacksonville, FL 32244**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bondell, Cynthia**
**12121 Little Road #170**
**Hudson, FL 34667**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bonomi, Emil & Margaret**
**159 Massini Ave**
**Palm Bay, FL 32907**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bonville, Rita & Bridget**
**115 Ozona Drive**
**Palm Harbor, FL 34683**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bookram, Devand**
**6760 Hickory Hammock Cir.**
**Brandenton, FL 34202**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boone, Gregory & Sharon**
**10426 Hunters Haven Blvd.**
**Riverview, FL 33578**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Borchert, David & Rosa**
**10713 Dark Water Court**
**Clermont, FL 34715**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boriboun, Songpraseuth**
**8091 81st Way N.**
**Largo, FL 33777**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boring, Ronald & Melanie**
**4732 Wolfram Lane**
**New Port Richey, FL 34653**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bosman, Mark & Laura Wellington**
**136 Village Green Ave.**
**St. Johns, FL 32259**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bouquio, Maureen**
**11261 NW  16th CT**
**Pembroke Pines, FL 33026**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bowden, Laronda**
**PO Box 1983**
**Palmetto, FL 34220-1983**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bowen, Donald & Cynthia**
**4440 Crested Butte Ct.**
**Jacksonville, FL 32210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bowering, David**
**2711 Betty Place**
**Holiday, FL 34691**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bowers, James & Margaret**
**PO Box 1112**
**Okeechobee, FL 34973-1112**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bowman, Raymond & Lisa**
**4455 Edwards Road**
**Plant City, FL 33567**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bowman, Rose Marie**
**9633 Orange Grove Drive**
**Tampa, FL 33618**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boyd, Angela**
**1223 Sweet Gum Dr.**
**Brandon, FL 33511**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boyd, David**
**Katheryn Ann Boyd Lewis**
**2104 Dumas Drive**
**Deltona, FL 32738**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Boyd, James**
**Deborah Greenough**
**610 Barber St. SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Boyer, Dawn & Muguel**
**709 West Orient Street**
**Tampa, FL 33603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Boyer, Jacquie Kuntz**
**1004 State Street East**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bozanich, Sam & Kierstin Arntsen**
**14163 Waterville Circle**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bracciale, Christopher**
**Cynthia Bondell**
**8921 Promise Drive**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bracewell, David & Rochelle**
**5 Logo Vista Court**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brackin, John & Leslee Carter**
**1306 W. Plymouth St.**
**Tampa, FL 33603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradham, Willie**
PO Box 11604
St. Petersburg, FL 33733-1604

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley, Orlee & Scott**
1353 Cedarwood Way
Palm Harbor, FL 34683

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradshaw, Janet**
2709 Portchester Court
Kissimmee, FL 34744

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradshaw, Larry & Deborah**
3227 Alcott Ave.
Plant City, FL 33566

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brakke, Melissa & David**
2121 Alemanda Dr.
Saint Petersburg, FL 33702

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brakke, Melissa & David**
251 78th Ave. N.E.
St. Petersburg, FL 33702

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brame, Sherry**
5450 Wellfield Rd
New Port Richey, FL 34655

Date(s) debt was incurred __

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brand, Hunt**
3024 Del Rio Drive
Largo, FL 33770

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandner, Harold**
79 Standish Dr.
Ormond Beach, FL 32176

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brangan, Patrick**
1700 Cedar Springs Road #1716
Dallas, TX 75202

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brannon, Lois**
705 NW 1st Ave
Mulberry, FL 33860-2051

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Braswell, James**
404 West Violet St
Tampa, FL 33603

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brause, Dale & Linda**
6969 Briarwood Ave N
Pinellas Park, FL 33781

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brcka, Deborah and Gary**
P. O. Box 20646
St. Petersburg, FL 33742-0646

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brennan, Francis & Judith**
**5334 Boca Marina Circle North**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brennan, Michelle**
**200 NE 8th St.**
**Pompano Beach, FL 33060**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brennick, Michael J.**
**613 Fieldstone Dr.**
**Brandon, FL 33511**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bressman, Edward**
**3853 Hollycrest Street**
**Ft. Myers, FL 33905**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brew, Justin**
**12810 Morris Bridge Road**
**Thonotosassa, FL 33597**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brewer, Crystal**
**9199 Beasley Lane**
**Thonotosassa, FL 33592**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brien, Randall & Laurie**
**4344 Bahia Drive**
**Zephyrhills, FL 33541-2802**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brignac, Steve  & Linda**
**8632 Oakwood Drive**
**Lakeland, FL 33810**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brindise, Suzanne & Brendan**
**16353 Coco Hammock Way**
**Ft. Myers, FL 33908**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brink, Jacob**
**8140 37th Ave N,**
**St. Pete, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brioso, Ana**
**3309 SE 180th Street**
**Summerfield, FL 34471**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brishetto, Todd & Jennifer**
**3500 Martell Street**
**New Port Richey, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Britton, Ian**
**375 114th North Unit 1**
**St. Pete, FL 33716**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Britton, Vilma & George**
**4236 53rd Ave N**
**St. Petersburg, FL 33714**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brock, William**
5890 Golden Gate Pkwy.
Naples, FL 34116

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bromley, Carl (John) & Rona Bradley**
16271 S.E. 16th Place
Ocklawaha, FL 32179

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brook, David**
**Lorin Brook**
9160 136th Way N.
Seminole, FL 33776

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brophy, Patrick**
7601 Spinea Drive
Port Richey, FL 34668

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Broughan, Connie**
24449 Painter Drive
Land O'Lakes, FL 34639

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brower, Janet**
12833 Pointsetta Rd
Seminole, FL 33776

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Alan & June Mary**
4505 Gulfview Blvd - Apt 602
Clearwater, FL 33767

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Brenda & Timothy**
5220 Ashmeade Road
Orlando, FL 32810

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Kevin**
Delphia Brown
5016 Nautica Lake Circle
Green Acres, FL 33463

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Kimberly**
2411 Woody Trace Lane
Tampa, FL 33612

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Luis**
Mirta Morento Brown
4341 SW 25th Ct
Cape Coral, FL 33914

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Marsha**
2121 Ardenwood Dr.
Spring Hill, FL 34609

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Monica**
1706 15th Street N
Winter Haven, FL 33881

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Phillip**
2886 NE 26th Place
Ft. Lauderdale, FL 33306

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Ralph & Anne**
**13412 Barlington Street**
**Spring Hill, FL 34609**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Richard & Kathleen**
**24889 Valdez Court**
**Bonita Springs, FL 34135**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Richard & Lori**
**5304 West 17th Street**
**Bradenton, FL 34207**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Tommy**
**4690 Laurel Oak Lane**
**St. Petersburg, FL 33703**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Truman**
**10506 Alambra Ave**
**Tampa, FL 33619**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, William & Shirley**
**333 Pennsylvania Ave.**
**Winter Garden, FL 34787**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown, Yohana & Kamilah**
**10958 Keys Gate Dr**
**Ruverview, FL 33579**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brubaker, Timothy & Joyellen**
**16021 Timberwood Drove**
**Tampa, FL 33625**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brunache, Jean & Gina**
**17906 Bahama Isle Dr**
**Tampa, FL 33647**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruner, Dean & Carolyn Lewia**
**PO Box 470686**
**Celebration, FL 34747-0686**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brunot, Brandon**
**Natacha Laurore**
**32732 Yasmine Loop**
**Wesley Chapel, FL 33543**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brusa, Anthony & Keri Tsakanikas**
**10119 North Highland Ave.**
**Tampa, FL 33612**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan, Marcell**
**10918 Ancient Futures Drive**
**Tampa, FL 33646**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan, Shana C.**
**2010 E. Palm Ave, Unit # 15212**
**Tampa, FL 33605**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryan, Shana C.**
148 Ivy Mills Rd
Glen Mills, PA 19342

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryan, Sovet**
6513 Royal Tern Street
Orlando, FL 32810

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryant, Betty**
7810 Robert E. Lee Road
Tampa, FL 33637

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryce, Kenneth**
12261 Hallmark Ave
Brooksville, FL 34613

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brzak, Robert & Kelli**
7 Booth Blvd.
Safety Harbor, FL 34695

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bucci, Rocco & Diana Monahon**
PO Box 2466
Palm Harbor, FL 34682-2466

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Buchanan, Dolan & Rosalyn**
29425 Schinnecock Hills Lane
San Antonio, FL 33576

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Buchy, Michael & Kimberly**
**6190 Soffel Dr.**
**Brooksville, FL 34602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Buckingham, Nancy**
**20301 Adore Lane**
**Estero, FL 33928**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Buckmaster, Dede & James**
**4752 S. Cranberry Blvd**
**North Port, FL 34286**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Buecker, Matthew**
**3400 Heartwood Ln.**
**Melbourne, FL 32934**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bukiet, James  & Michelle**
**12709 Shadowcrest Court**
**Riverview, FL 33569**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bullock, Alex & Tasha**
**11705 Raintree Village Blvd-Apt C**
**Tampa, FL 33617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bullock, Kathy**
**5520 24th Street**
**Bradenton, FL 34203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.409** | **Nonpriority creditor's name and mailing address**

**Bullock. Matthew & Kathy**
13744 Fareham Road
Odessa, FL 33556

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                         **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address**

**Bulzone, Anthony, Trustee**
**Kimberly Harrell**
5233 Wellfield Rd.
New Port Richey, FL 34655

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                         **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address**

**Bumbarger, William**
33829 Shady Acres Rd
Leesburg, FL 34788

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                         **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address**

**Bunton, Charles**
4127 Rolling Springs Drive
Tampa, FL 33624

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                         **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address**

**Burch, Angela**
4526 Grainary Ave
Tampa, FL 33624

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                         **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address**

**Burchenson, Krysta-Gaye**
**Monzar Martin**
3602 Wilshire Way Rd. #248
Orlando, FL 32829

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                         **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address**

**Burchette, Donald & Joan**
6773 Old Melbourne Hwy
St. Cloud, FL 34771

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                         **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burdett, Sheryl & Joseph**
**528 Wynnwood Dr.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent (filled)
- ☐ Unliquidated (filled)
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burger, Alice**
**5868 Linden Road**
**Haines City, FL 33844**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burgess, Mike**
**11487 Seminole Blvd**
**Largo, FL 33778**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burgess, Mike**
**5931 42nd Ave N**
**St.Pete, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burgess, Ricky & D'Aishia**
**3181 Winchester Estates Loop**
**Lakeland, FL 33810**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burgess, Sandy**
**506 Richard St**
**Leesburg, FL 34748**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burgess, Steve**
**201 Austin St**
**Longwood, FL 32750**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burgos, Juan & Yolanda**
**6597 Cresent Loop**
**Winter Haven, FL 33884**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burgueno, Lia**
**1912 Hampton Ave.**
**Augusta, GA 30904**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Buric, Mike & Nijole**
**8180 Hoopwell Ct.**
**Largo, FL 33777**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burke, Arthur & Alma**
**850 Victor Herbert Dr.**
**Largo, FL 33771**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burke, Ed & Dorothy**
**6320 8th Ave South**
**Gulfport, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burks, Matthew & Tiffany**
**2687  Brookside Bluff Loop**
**Lakeland, FL 33813**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burnham, Alice**
**Dorothy Burke**
**500 Cerromar Dr.**
**Venice, FL 34293**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burns, Curtis & Teresa**
**5541 NW 52nd Circle**
**Coconut Creek, FL 33073**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burtoft, David & Elizabeth**
**11639 Huggins Street**
**Leesburg, FL 34788**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bush, Kevin**
**Marchand Tebbe**
**116 Roscoe Blvd N**
**Ponte Verda Beach, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Business Records Management**
**PO Box 629**
**Clearwater, FL 33757-0629**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Busquets, Jose Carlos & Adrienne**
**18126 Swan Lake Drive**
**Lutz, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bustamante, Orlando & Maria**
**15802 Hounds Horn lane**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Butcher, Kevin & Leliah**
**10229 Widgeon Way**
**New Port Richey, FL 34654**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Butler, Florence aka Ruby Martin**
**503 Wylley Ave.**
**Sanford, FL 32773**

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Butler, James**
**6120 Balboa Street**
**Cocoa, FL 32927**

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Butler, Jennifer**
**1303 E. Curtis St.**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Butler, John & Sandra**
**5582 Superior Dr.**
**Lakeland, FL 33805**

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Butler, Sabrina & Reginald**
**8443 River Dune St. N.**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Butner, Metro & Suzzanne**
**3828 Cheverly Drive West**
**Lakeland, FL 33813**

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Byars, David & Byars**
**1807 Hitching Post Place**
**Plant city, FL 33566**

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.444**

**Nonpriority creditor's name and mailing address**

**Byrd, Bernadette & Paul Kuhlman**
**3938 Claremont Drive**
**New Port Richey, FL 34652**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.445**

**Nonpriority creditor's name and mailing address**

**Caicedo, Jose & Maria Caicedo**
**5825 Hornet Drive**
**Orlando, FL 33634**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.446**

**Nonpriority creditor's name and mailing address**

**Cain, Frances (Morales)**
**Brian Cain**
**2017 Gold Spring Cove**
**Kissimmee, FL 34743**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.447**

**Nonpriority creditor's name and mailing address**

**Caitak, Doris**
**Luca Martinazzi**
**1198 Weybridge Lane**
**Dunedin, FL 34698**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.448**

**Nonpriority creditor's name and mailing address**

**Calabrese, Steven & Judi**
**53rd Court North**
**Royal Palm Beach, FL 33411**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.449**

**Nonpriority creditor's name and mailing address**

**Calderbank, Christopher**
**7825 4th Ave South**
**St. Pete, FL 33707**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.450**

**Nonpriority creditor's name and mailing address**

**Caldwell, David**
**761 Meadowside Court**
**Orlando, FL 32825**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Stay In My Home, P.A.**                                    Case number (if known)    **8:18-bk-8436-RCT**

Name

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Callahan, Patricia & Phil**
**7263 Orkney Ave N**
**St. Petersburg, FL 33709**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Callahan, Patricia & Phil**
**3107 Rex Ave**
**Dover, Fl 33527**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Callaway, Deborah**
**701 Hills St. South**
**Gulfport, FL 33707**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calle, Ruthy**
**Christian Jimenez**
**8708 Pawnee Ave**
**Tampa, FL 33617**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calvert, Derek**
**1002 Parker Drive**
**Ruskin, FL 33570**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cameron, Timothy & Karen**
**2031 Secret Graden Lane #404**
**Fleming Island, FL 32003**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cammons, James**
**1185 Brafforton Way**
**Tallahassee, FL 32311**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Campbell, Teresa**
**13146 Meadow Swallow Ave.**
**Brooksville, FL 34613**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Campbell, Teresa**
**4607 Sheringham Court**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Campeau, Luc**
**1166 Hickory Drive**
**Largo, FL 33770**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Campisciano, Sergio & Amelia**
**575 Vista Ridge Dr,**
**Ruskin, FL 33570**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Campolong, Eugene & Gregory**
**4815 Scott Rd.**
**Lutz, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Campos, Florante & Maria Luz Licong**
**2796 Woodstream Circle**
**Kissimmee, FL 34743**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Candia, Evelyn & Pablo Paniagua**
**8521 Lincoln Cove Dr. 102A**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cannizzo, Theresa & Christopher**
**6020 Shakerwood Circle(108)**
**Tamarac, FL 33319**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cano, Ivan & Cano**
**4614 Whitetail Lane**
**New Port Richey, FL 34653**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cape, Jennifer (Kroessig)**
**1501 Thistle Down Drive**
**Brandon, FL 33510**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caples, Gary & Wendy**
**529 Sans Souci Avenue**
**Deland, FL 32720**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Capobianco, Anthony & Patricia**
**8359 Golden Prarie Dr.**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Capobianco, Brian & Heather**
**7911 Foxcatcher Court**
**Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Capon, Richard & Laurie**
**2768 Treasure Cove Circle**
**Ft. Lauderdale, FL 33312**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Capps, Dennis & Marjorie**
**4405 Coconut Cove Place**
**Valrico, FL 33596**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carcary, Shona & Shaun**
**2935 Westlawn Dr.**
**Tampa, FL 33611**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cardoza, Lucy**
**Jerry Crosby**
**415 Dunaway Dr.**
**Valrico, FL 33594**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carle, Florence**
**4103 Woodside Manor blvd**
**Tampa, FL 33624**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carlson, Jessica**
**4111 West Grace Street**
**Tampa, FL 33607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carlson, Michael**
**2220 Harborview Dr.**
**Dunedin, FL 34698**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carmichael, David & Beth**
**6925 N. 300th Ave.**
**Clearwater, FL 33761**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Carol**
616 Omaha St.
Palm Harbor, FL 34683

Date(s) debt was incurred __

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Carpenter, Marilyn**
11205 NW 46th Drive
Coral Springs, FL 34957

Date(s) debt was incurred __

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Carr, Daniel**
209 Red Cedar Pl. Ste #209
Brandon, FL 33510

Date(s) debt was incurred __

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Carr, Elsaida & Leroy**
11 Wilson Ave.
Windsor, CT 06095

Date(s) debt was incurred __

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Carr, John**
635 Morris Avenue Apt 346
Bronx, NY 10451

Date(s) debt was incurred __

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Carr, Thomas E**
3016 Bonaventure Cir.  Apt #203
Palm Harbor, FL 34684

Date(s) debt was incurred __

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Carreira, Steve & Tamara**
330 Plymouth Ave
Fort Walton Beach, FL 32547

Date(s) debt was incurred __

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carrera, David**
**5840 Red Bug Lake Road # 605**
**Winter Springs, FL 32708**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carroll, Lisa & Tim**
**21451 Cormorant Cove Dr**
**Land O'Lakes, FL 34637**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carroll, Marshall & Naldita**
**6635 Hidden Beach Circle**
**Orlando, FL 32819**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carrubba, Nunzio & Chantel**
**15098 Newport Rd.**
**Clearwater, FL 33764**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cartagena, Jose & Wanda**
**2507 Brookstone Drive**
**Kissimmee, FL 34744**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carter, Christopher & Lana**
**3719 South Alabama Ave**
**Homosassa, FL 34448**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carter, David & Debbie**
**6060 99th Ave**
**Pinellas Park, FL 33782**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carter, Richard**
**7330 New York Ave**
**Hudson, FL 34667**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carter, Steven**
**13014 N. Dale Mabry Hwy # 357**
**Tampa, FL 33618**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carter, Steven & Josephine**
**2411 80th Street N**
**St. Petersburg, FL 33710**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carter, William**
**3004 N. Ola Ave**
**Tampa, FL 33603**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carullo, Brock**
**10405 Happy Hallow Ave**
**Odessa, FL 33556**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carvallo, Bethany**
**267 West Lake Rd**
**Palm Harbor, FL 34684**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carver, Chad Allen  & Charline**
**2108 Carroll Place**
**Tampa, FL 33612**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Case, Brian**
**7824 Knight Drive**
**New Port Richey, FL 34653**

Date(s) debt was incurred

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Case, Theresa & Joyce Jenkins**
**2877 Hidden Harbour Court**
**Dania Beach, FL 33312**

Date(s) debt was incurred

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cason, Chrisitine & Stephen**
**4135 Grant Blvd.**
**Orlando, FL 32804**

Date(s) debt was incurred

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cassidy, Troy & Natalie**
**7941 SW 88th Lane**
**Gainesville, FL 32608**

Date(s) debt was incurred

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Castaneda, Kimberly & Blas**
**1511 W. Blue Springs Ave.**
**Orange City, FL 32763**

Date(s) debt was incurred

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Castillo, Everlee**
**6971 Miss Muffet Lane south**
**Jacksonville, FL 32210**

Date(s) debt was incurred

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Castillo, Everlee & Dana**
**631 20th Street SW**
**Vero Beach, FL 32962**

Date(s) debt was incurred

Last 4 digits of account number

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Castro, John & Naomi**
**1402 Tomahawk Trail**
**Lakeland, FL 33813**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catalano, Jack & Cynthia**
**2598 Reid Dr.**
**Chatanooga, TN 37421**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catalfu, Louis & Shirley**
**10447 Fly Fishing St.**
**Riverview, FL 33569**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cato, Justin**
**2506 South Golfview**
**Plant City, FL 33566**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cavallo, Sally**
**10130 Deercliff Dr.**
**Tampa, FL 33647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cavanaugh, Mark**
**3621 Chillingham Court**
**Pleasanton, CA 94588**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cavicchi, Jeff & Lauren**
**1927 Dyer Road**
**Tampa, FL 33618**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cawthon, Michael & Carolyn**
1121 5th Ave
Opalaka, AL 36801

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cenozier, Enock**
12316 fairlawn drive
Riverview, FL 33579

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Centore, Andrew & Tanya**
19653 Ellendale Drive
Land O'Lakes, FL 34638

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cerpa, Lydia**
1340 Lincoln Road #200
Miami Beach,, F 33139

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cerullo, Peter**
1725 Marumbi Court
Wesley Chapel, FL 33544

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cessna (Erdt), Diana & Michael**
1536 Rolling Meadow Drive
Tampa, FL 33506

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chace, William**
**Michelle Shull**
1351 W Hart Road
Geneva, FL 32732

Date(s) debt was incurred _

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chaikin, Dawn**
**9423 Wisconsin Ave.**
**Bethesda, MD 20814**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chakos, Timothy**
**Anne Chakos**
**1539 7th Ave. W.**
**Bradenton, FL 34205**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chamberlain, Mary & Anthony**
**3333 Castle Rock Circle**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chambers, Allyson**
**323 Cordon Road**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chambers, Robert and Cathy**
**215 Horizon Ridge Drive**
**Orange City, FL 32763**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Champ, Leslie**
**3809 Florida Ranch Blvd.**
**Zephyrhills, FL 33541**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Champagne, Kathleen**
**Ronnie & Daniel Champagne**
**5407 Marlwood Ct.**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Champagne, Laguerra**
**1443 Brooksbend Dr.**
**Wesley Chapel, FL 33543**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Champeau, Kristina**
**7197 Davenport Ave**
**Spring Hill, FL 34606**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chancey, Janette**
**30 Cactus Circle East**
**Winter Haven, FL 33880**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Changela, Mahendra**
**9128 Isles Cay Drive**
**Del Ray Beach, FL 33446**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chanthavongsa, Somphone & Manivong**
**5280 86th Ave N**
**Pinellas Park, FL 33782**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chapman, Kurt & Yuliana**
**1110 River Road**
**North Ft. Myers, FL 33903**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chapman, Mark & Shelley**
**322 Kentucky Blue Circle**
**Apopka, FL 32712**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chapman, Scott**
**1905 Maple Drive**
**La Grange, KY 40031**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chappell, Fredda & Francis**
**11035 Wedgemere Drive**
**Trinity, FL 34655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chappell, Robert**
**1905 Maple Drive**
**Trinity, FL 34655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charlebois, Audie**
**18603 San Rio Cir**
**Lutz, FL 33549**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles, Charleus & Marie**
**12915 Cattail Shore Ln.**
**Riverview, FL 33579**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles, Paul**
**PO Box 2894**
**Clearwater, FL 33757-2894**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charron, David & Leandra**
**12915 Cattail Shore Ln.**
**Plant City, FL 33565**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chastain, Claudia**
**12915 Cattail Shore Ln.**
**Riverview, FL 33579**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chaves, Wanda**
**1187 Elkcam Blvd.**
**Deltona, FL 32725**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chavez, Albert C**
**7008 W. Pocahontas Ave**
**Tampa, FL 33634**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cheatham, Jeff**
**16023 Magdalena RD**
**Weekie Wachie, FL 34614**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cheese, Ronald & Lora**
**7360 Ulmerton Road  #21b**
**Largo, FL 33771**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chenoweth, John**
**PO Box 7402**
**Clearwater, FL 33758-7402**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cherney, William &C ynthia**
**5805 NW 69th Ave.**
**Tamarc, FL 33321**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chero, Javier**
**3723 101st Ave E**
**Parrish, FL 34219**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cherry, Robert & Susan**
**5907 Ashton Woods Cir**
**Milton, FL 32570**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chew, Arlene**
**3401 Constance St.**
**Titusville, FL 32796**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chica, Dennis**
**640 Cimarosa Ct.**
**Ocoee, FL 34761**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Child, Larry**
**3436 Double Jack Place**
**Dover, FL 33527**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Childs, Alton**
**2325 Ole Hickory Drive**
**Orlando, FL 32817**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chilson, Michael & Cheryl**
**1331 3rd Ave. SW**
**Forest Lake, MN 55025**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chinchar, Carol & Francis**
2312 E. Tilden Rd.
Harrisburg, PA 17112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chipi, Moraima**
**Ezer Silverio**
2540 West Union Street
Tampa, FL 33607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Choate, David & Diane**
2859 Gloria Court
Clearwater, FL 33761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**Choice Legal Group**
1901 W. Cypress Creek Rd., #201
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chomin, Jeffrey**
2933 Lichen Lane Unit B
Clearwater, FL 33760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christainsen, Kyle & David**
4904 Elmwood Street
New Port Richey, FL 34653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christensen, James & Barbara**
11643 Dunes Way Dr. N
Jacksonville, FL 32225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christiansen, Richard**
**42017 Delmonte Street**
**Temecula, CA 92591**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christopher, Lonnie**
**140 Erickson Drive**
**Pulaski, TN 38478**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christy, David & Kimberly**
**1452 Satsuma Street**
**Clearwater, FL 33756**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chrzuszcz, Piotr**
**10853 Normandy Blvd.**
**Jacksonville, FL 32221**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CIC Real Estate, Inc.**
**25941 US Hwy 19 N Suite 16791**
**Clearwater, FL 33763**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cichon, Christine**
**9494 118th Street**
**Seminole, FL 33772**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cichon, Michael & Tamara**
**10221 Noddy Tern Road**
**Brooksville, FL 34613**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cieri, Florence**
484 SW 1ST Street
Boca Raton, FL 33432

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ciliento, Silvana**
737 Snug Island
Clearwater, FL 33767

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ciliento, Silvana**
52012 S. Armenia Ave. #1219 E
Tampa, FL 33609

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cintron, Anna**
296 SW Holden Terrace
Port St. Lucie, FL 34984

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cipolla, Francesco**
1190 Gatwick Loop
Lake Mary, FL 32746

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cisek, Michael & Patricia**
3349 Silerhill Dr.
Holliday, FL 34691

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cistola, Maria**
625 Newton Street
Oviedo, FL 32765

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ciucio, Anthony & Marisela**
**3306 Cordelia street**
**Tampa, FL 33607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clair, Bridget**
**3071 19th Pl. SW**
**Largo, FL 33774**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clark, Carl**
**4876 Mountain Road**
**Pasadena, MD 21122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clark, David**
**4910 Flagstone Dr.**
**Sarasota, FL 34238**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clark, Patti & Shawn**
**1332 Pasadena Avenue S., Apt. 608**
**St. Pete, FL 33707**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clark, Wayne & Myrna**
**6833 Coral Cir.**
**Sarasota, FL 34243**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clarke, Perry & Brenda**
**1756 Albemarie Road**
**Clearwater, FL 33764**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clasen, Tyler**
**6516 Beach Blvd.**
**Hudson, FL 34667**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clayton - Chybar, Velma**
**4 Pine Course Trace**
**Ocala, FL 34472**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clayton, Veronika**
**117 New Hope Rd.**
**Brandon, FL 33510**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cleophat, Stanley & Nirvae**
**12130 Colonial Estates Lane**
**Riverview, FL 33579**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clerk, 2nd District Court of Appeals**
**P.O. Box 327**
**Lakeland, FL 33802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clerk, 5th District Court of Appeals**
**300 S> Beach St.**
**Daytona Beach, FL 32114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clerk, Charlotte County**
**305 E. Marion Ave.**
**Punta Gorda, FL 33950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Clerk, Seminole County**
**1500 E. Airport Blvd.**
**Sanford, FL 32773**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Clermont, Lawrence**
**2841 Englewood Dr.**
**Largo, FL 33771**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cleveland, Betty & David**
**3883 Creek Bed Cir**
**St. Cloud, FL 34769**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Clinger, John**
**7440 Oak Vista Circle**
**Tampa, FL 33634**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coates, Bobby**
**4908 Turtle Creek Trail**
**Oldsmar, FL 34677**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coats, Michael & Susan**
**7220 Alafia Ridge Loop**
**Riverview, FL 33569**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cobb, Christopher & Christine**
**928 Osprey Lane**
**Rockledge, FL 32955**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cochran, Anna & David**
5270 56th Ave North
St. Petersburg, FL 33709

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cochrane, Peggy**
Laura Lee Gwinn
29307 Schinecock Hills Lane
San Antonio, FL 33576

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cockefair, John & Kristen**
1737 Manchurain Street
Groveland, FL 34736

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cockrell, Evelyn**
2844 Harbor Grace Ct.
Apopka, FL 32703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cohan, Andrew**
199 W. Browning, Dr
West Palm Beach, FL 33406

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coheley, Tim**
7818 Davis Street
Port Richey, FL 34668

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cohen, Richard & Sylvia**
1831 30th St
Orlando, FL 32805

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Colarte, Reinaldo & Karla**
**5369 Dornich Dr.**
**Auburndale, FL 33823**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cole, Anthony & Tiffanie**
**2106 Whitlock Place**
**Dover, FL 33527**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cole, Bradford**
**P.O. Box 1112**
**Kathleen, FL 33849-1112**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cole, Mary**
**851 Cardinal Ave.**
**Rockledge, FL 32955**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Colegrove, Kim & Brent**
**12505 Queensland Lane**
**Tampa, FL 33625**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Coleman, Larry & Wendy**
**6316 Magnolia Trail Lane**
**Gibsonton, FL 33534**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Coletti, Brian**
**2210 Rising Creek Court**
**Dunedin, FL 34698**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Collazo, Keith & Nancy**
**6416 24th Ave East**
**Bardenton, FL 34208**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Collier, Lori**
**1179 Howell Creek Drive**
**Winter Springs, FL 32708**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Collier, Thomas**
**3803 Carnaby Drive**
**Oviedo, FL 32765**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Collins, Clifton**
**18103 Emerald Bay St.**
**Tampa, FL 33047**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Collins, James & Lisa Pagan**
**4061 53rd Ave N**
**St. Pete, FL 33714**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Collins, Shane & Laura**
**12807 Longcrest Drive**
**Riverview, FL 33579**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Colon, Felix & Larissa**
**3433 Lithia Pinecrest Rd. # 286**
**Valrico, FL 33596**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Colon, Lexcibel**
7709 Rock Palm Ave
Tampa, FL 33615

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Colon, Thomas & Michelle**
222 Parkview Drive
Venice, FL 34293

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Colon, Vanessa & Noel**
261 North Edgemon Ave
Winter Springs, FL 32708

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Combs, Teresa**
2034 20th Ave.
Indian Rocks Beach, FL 33785

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conage, William & Keshia**
8301 W. Marks St.
Tampa, FL 33604

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conard, Randy**
140 North East Ave.
Iverness, FL 34453

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conerly, Darlina & David**
130 Vandolach Rd.
Wauchula, FL 33873

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Confer, Richard & Donna**
**2009 Long Branch Lane**
**Clearwater, FL 33760**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conley, Stephen & Shannon**
**3 Dahlia Drive**
**Homosassa, FL 34446**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Connard, Mark and Julie**
**403 Jasmine Way**
**Clearwater, FL 33756**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conners, Katherine & Ronald**
**4482 Ascot Circle N.**
**Sarasota, FL 34235**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conover, Jeffrey & Barbara**
**7208 South Saint Patrick St.**
**Tampa, FL 33616-1827**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conroy, John & Teresa**
**733 East Law Drive**
**Celebration, FL 34747**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Consiglio, Debra**
**9166 Outpost Drive**
**New Port Richey, FL 34654**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Constant, Steven & Davida**
**10102 Garden Retreat Court**
**Tampa, FL 33647-3142**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Conte, Lori & Charles**
**5989 Deer Lane**
**Coacoa, FL 32927**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Conti, Marilena & Carlo**
**1314 Ann Circle**
**Clearwater, FL 33756**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Conti, Patricia & Francis**
**7185 S. Hwy A1A**
**Melbourne Beach, FL 32951**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Contreras, Toni & Eduardo**
**845 Songbird Dr.**
**Orange Park, FL 32065**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cook, David & Mary Ann**
**P.O. Box 821**
**Lake Hamilton, FL 33851-0821**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cook, Kimberly & Lee**
**14348 Stamford Circle**
**Orlando, FL 32826**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cook, Preston & Kimberly**
**14348 Stamford Circle**
**Orlando, FL 32826**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cook, Randolph & Deborah**
**8800 Bonica Place**
**Land O'Lakes, FL 34637**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cook, Tammy & Chris**
**PO Box 462**
**St. Petersburg, FL 33731-0462**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cook, Wallace**
**2778 Wyndham Way**
**Melbourne, FL 32940**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cook, Wallace & Judith**
**P.O. Box 56725**
**Rockledge, FL 32956-2725**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cooper, Patricia**
**13631 Stacy Drive**
**Hudson, FL 34667**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Copes, Tracy**
**7216 Colonial Lake Dr.**
**Riverview, FL 33578**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Copp, Frank**
**P.O. Box 1524**
**Port Elgin, New Brunswick**
**Canada**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Coppa, Damian & Kimberly**
**9226 Amazon Dr**
**New Port Richey, FL 34655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corano, Sylvia & John**
**13315 24th CT N**
**Loxahatchee, FL 33470**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corbett, Lisa**
**Velton Corbett**
**4691 Duera Mae Dr.**
**Ft. Myers, FL 33908**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corbett, Michael**
**15748 Northside Dr. W**
**Jacksonville, FL 32218**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cordeiro, Jack & Alda**
**8209 West Crenshaw**
**Tampa, FL 33615**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corder, Vickie**
**6122 Bartram Village Dr.**
**Jacksonville, FL 32258**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cordoba, Veronica**
**704 Cumberland Terrace**
**Davie, FL 33325**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corell, Lawrence & Patricia**
**945 Inlet circle**
**Venice, FL 34285**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corhern, Patrick & Rita Mask**
**2968 Glenpark Rd**
**Palm Harbor, FL 34683**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corinti, Rosemary**
**12343 Cloverstone Dr.**
**Tampa, FL 33624**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cornwell, Alma & Richard**
**8708 Merseyside Ave.**
**Jacksonville, FL 32219**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corona, Claribel**
**828 Scrub Jay Drive**
**St. Augustine, FL 32092**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coronado, Adalberto & Lunie**
**11826 Stonewood Gate Dr.**
**Riverview, FL 33579**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Correa, Abinis**
**8737 Exposition Drive**
**Tampa, FL 33626**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Correa, Alma & Marcelino**
**11817 Hickory Nut**
**Tampa, FL 33625**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corrigan, Deborah & Thomas**
**3635 Lake Joyce Dr.**
**Land O'Lakes, FL 34639**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corsi, Thomas**
**3520 Queen Street North**
**St. Petersburg, FL 33713**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cortes, Kathryn**
**420 Carriage House Lane**
**Tarpon Springs, FL 34688**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corujo, Jose**
**Jennifer Brito**
**12773 NW 11th Ct.**
**Sunrise, FL 33323**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cosby, Daniel & Tanya**
**18401 Holland house loop**
**Land O'Lakes, FL 34638**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Cote, Wendy**
**2303 Washinton Rd.**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Cotton, Claude & Ruthie**
**5211 Windlaff Ave**
**Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Couch, Jacqueline**
**Francis Conti**
**P.O. Box 2428**
**PMB 22365**
**Pensacola, FL 32513-2428**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Couch, Mark**
**2344 28th Ave East**
**Palmetto, FL 34221**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Counselman, Patricia**
**4027 NW 69th Terrace**
**Coral Springs, FL 33065**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$340.00** |
| --- | --- | --- | --- |

**Courtcall**
**6383 Arizona Circle**
**Los Angeles, CA 90045**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Courtenay-Miller, Jane Louise**
**9510 59th Ave. E.**
**Bradenton, FL 34202**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Courtney, Jerry & Deborah**
**15121 Nighthawk Dr.**
**Tampa, FL 33625**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cousin, Anthony & Cynthia**
**3106 East 10th Ave.**
**Tampa, FL 33605**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Covell, Cheryl & Rick Ressler**
**7282 Onyx Dr. N.**
**St. Petersburg, FL 33702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cowan, Michael**
**6004 Kaley Dr.**
**Winter Haven, FL 33880**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cox, James and Wendell**
**2703 Cedarcrest Place**
**Valrico, FL 33596**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cox, Jamey & Lucinda**
**1689 Gregory Drive**
**Deltona, FL 32738**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Coyle, States**
**412 South Country Club Drive**
**Atlantis, FL 33462**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.682**

**Nonpriority creditor's name and mailing address**

**Coyle, William & Diane**
**6327 Tower Rd.**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.683**

**Nonpriority creditor's name and mailing address**

**Coyne, Rosalie**
**6000 5th Ave N**
**St. Pete, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.684**

**Nonpriority creditor's name and mailing address**

**Craddock, Robert & Linda**
**PO Box 47242**
**Tampa, FL 33646-7242**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.685**

**Nonpriority creditor's name and mailing address**

**Craddock, Robert & Linda**
**1448 Beaconsfield Dr.**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.686**

**Nonpriority creditor's name and mailing address**

**Craft, Karen & Wayne**
**55 Brook Farm Village**
**Rochester, NH 03839**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.687**

**Nonpriority creditor's name and mailing address**

**Craig, Dennis**
**Mylene Craig**
**1638 Brandywine Way**
**Dunedin, FL 34696**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.688**

**Nonpriority creditor's name and mailing address**

**Craig, Douglas & Dawn**
**4478 Alligator Dr.**
**New Port Richey, FL 34053**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Craig, Fraser** | ■ Contingent | |
| | **1015 Brenton Leaf Drive** | ■ Unliquidated | |
| | **Ruskin, FL 33570** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Crane, Lynda** | ■ Contingent | |
| | **10320 Carrollwood Lane #62** | ■ Unliquidated | |
| | **Tampa, FL 33618** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Crawford, Charles & Sandra** | ■ Contingent | |
| | **2401 Woodway Drive** | ■ Unliquidated | |
| | **Orlando, FL 32837** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Creech, Ana** | ■ Contingent | |
| | **5224 Brighton Shore Drive** | ■ Unliquidated | |
| | **Apollo Beach, FL 33572** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Creighton, Clara S.** | ■ Contingent | |
| | **3339 Anna George Dr.** | ■ Unliquidated | |
| | **Valrico, FL 33596** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Crenshaw, Pamela** | ■ Contingent | |
| | **James McCarthy** | ■ Unliquidated | |
| | **1640 Juno Trail # 105A** | ☐ Disputed | |
| | **Astor, FL 32102** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Creson, James & Wanda** | ■ Contingent | |
| | **6206 Walsh Ln.** | ■ Unliquidated | |
| | **Tampa, FL 33625** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crespo, Jeffrey & Daneli**
**4747 W. Waters Ave - Apt 1615**
**Tampa, FL 33614**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crews, Raynaldo**
**14648 Corkwood Drive**
**Tampa, FL 33626**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cribb, James & Maria**
**1365 Windsor Harbor Drive**
**Jacksonville, FL 32225**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cristiani, Melisa & Tony**
**3903 Copen Hagen St**
**Sarasota, FL 34234**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Critchfield, Joshua, Amy & Nolan**
**P.O. Box 1591**
**Oldsmar, FL 34677-1591**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crithfeld, Duane & Jill**
**PO Box 261386**
**Tampa, FL 33685-1386**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crithfield, Joshua**
**4927 Stolls Ave**
**Tampa, FL 33615**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Crocker, Thomas**
**232 Pine Rd.**
**Belleair, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Crockett, Charles & Betty**
**5144 Londonderry Lane**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Croes, Joseph**
**5006 98th Ave East**
**Parrish, FL 34219**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Crosby, Jennifer & Antonio**
**9705  Maxson Drive**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Crose, Mitchell & Julie**
**1580 Cumberland Lane**
**Clearwater, FL 33755**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Crosier, Glenn**
**10447 Fly Fishing St.**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Crowe, Katherine**
**8518 Woodall Court**
**Tampa, FL 33615**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.710** | Nonpriority creditor's name and mailing address

**Croxton, Muriel**
**Sharon Kane**
**39939 Pretty Pond Rd.**
**Zephyrhills, FL 33540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.711** | Nonpriority creditor's name and mailing address

**Cruz**
**656 Bayway Blvd #2**
**Clearwater Beach, FL 33767**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.712** | Nonpriority creditor's name and mailing address

**Cruz, Carmen & Heriberto**
**9308 Elmer Street**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.713** | Nonpriority creditor's name and mailing address

**Cruz, Eduardo & Maria**
**9202 Camino Villa Blvd**
**Tampa, FL 33635**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.714** | Nonpriority creditor's name and mailing address

**Cruz, Irving & Nilda**
**10271 Estuary Drive**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.715** | Nonpriority creditor's name and mailing address

**Cruz, Jose & Xochit**
**555 Saturn Blvd. Unit 8332**
**San Diego, CA 92154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.716** | Nonpriority creditor's name and mailing address

**Cruz, Urban & Waleska**
**11642 Branch Mooring Drive**
**Tampa, FL 33635**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|--------|---------------------------|------------------------|----------------------|
| | Name | | |

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Crystal, Michael & Alicia**
**10619 Deepbrook Dr.**
**Riverview, FL 33569**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Csoka, Laszlo**
**1024 Wildrose Dr.**
**Lutz, FL 33549**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Cuddyer, Robert and Michele**
**7707 West Powhatan Avenue**
**Tampa, FL 33615**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Cudnoski, Michael**
**129 30th Ave N.**
**St.Petersburg, FL 33704**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Cuevas, Ralph & Madelene**
**605 Oakpoint Cir.**
**Davenport, FL 33837**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Culbreth, Darryl**
**6439 John Alden Way**
**Orlando, FL 32818**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Culbreth, Darryl & Michele**
**15401 Porter Rd**
**Winter Garden, FL 34787**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.724** | **Nonpriority creditor's name and mailing address**

**Culbreth, Daryl & Michele**
6439 John Alden Way
Orlando, FL 33615

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.725** | **Nonpriority creditor's name and mailing address**

**Culver, Jacqueline**
15908 Eagle River Way
Tampa, FL 33624

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.726** | **Nonpriority creditor's name and mailing address**

**Cunningham, Cynthia**
5999 Rachele Dr.
Sarasota, FL 34243

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.727** | **Nonpriority creditor's name and mailing address**

**Cunningham, Samantha**
10947 109th Lane
Largo, FL 33778

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.728** | **Nonpriority creditor's name and mailing address**

**Cunningham, Sarah**
**Mark Curatolo**
1312 Yale Place
Hollywood, FL 33021

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.729** | **Nonpriority creditor's name and mailing address**

**Cunningham, Sarah & William**
3852 Washburn Place
Wesley Chapel, FL 33543

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.730** | **Nonpriority creditor's name and mailing address**

**Curatolo, Hilda & Mark**
13240 SW 33 Court
Davie, FL 33330

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Currie, Mark & Jessica**
**710 Bama Rd.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Curtis, Melford**
**415 Lark Ct.**
**Kissimmee, FL 34759**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$266.00** |
|---|---|---|---|

**CyberlinkASP**
**PO Box 415000-0739**
**Nashville, TN 37241-0739**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cybula, Hanna**
**4343 Mcclung Drive**
**New Port Richey, FL 34653**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Czernia, Shimon & Emma**
**Ultima Custom Shutters**
**12165 49th St. N**
**Clearwater, FL 33762**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Czernia, Shimon & Emma**
**1932 Oro Ct.**
**Clearwater, FL 33764**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Czernia, Shimon & Jadwiga**
**1932 Oro Ct.**
**Clearwater, FL 33764**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Czyz, Mark & Tracy**
**1405 Storington Ave.**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**D'Ettore, Joseph**
**PO Box 1661**
**Oldsmar, FL 34677-1661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dael, Wendy**
**360 Lewis Blvd. SE**
**St. Petersburg, FL 33705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dahn, Tim & Maria**
**12291 Brimbank Court**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dailey, Lawrence**
**4557 Gallup Avenue**
**Sarasota, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dalbey, Robert & Danielle**
**10532 Walker Vista Dr.**
**Riverview, FL 33569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dalles, Robert & Joy**
**5634 Fieldspring Ave.**
**New Port Richey, FL 34655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daly, Brian & Tara**
**7860 Stoneleigh Dr.**
**Land O' Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daly, Joseph & Marina**
**19401 Melodya Fair Place**
**Lutz, FL 33558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daly, Robert & Bridgit**
**4224 Amber Ridge Ln.**
**Valrico, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dam, Thuy**
**11515 30th Cove East**
**Parrish, FL 34219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Damron, Thomas & Marie**
**6222 NE 62nd St.**
**Silver Springs, FL 34488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dang, (Vuong) Minh**
**13126 Greengage Lane**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel, Clay & Jennifer**
**5507 Raven Court**
**Tampa, FL 33625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

**3.752** | Nonpriority creditor's name and mailing address

**Daniels, John Eric and Victoria Anne**
**6311 Curley Court**
**Jacksonville, FL 32216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.753** | Nonpriority creditor's name and mailing address

**Dansky, Francesca & Steven**
**3521 Gocio Rd**
**Sarasota, FL 34235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.754** | Nonpriority creditor's name and mailing address

**Danunzio, Wayne**
**16083 Hurban St**
**Masaryktown, FL 34604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.755** | Nonpriority creditor's name and mailing address

**Daprino, Maria and John**
**John S. Daprino**
**7654 Vienna Lane**
**Port Richey, FL 34668**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.756** | Nonpriority creditor's name and mailing address

**Darwin, Mary**
**2333 Feathersound Drive B301**
**Clearwater, FL 33762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.757** | Nonpriority creditor's name and mailing address

**DaSilva, Nestor & Zuleyma**
**4871 Sable Pine Circle #A1**
**West Palm Beach, FL 33417**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.758** | Nonpriority creditor's name and mailing address

**Daskalpoulos, Michael**
**10052 Oasis Palm Drive**
**Tampa, FL 33615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daugherty, Ray**
4415 Boyar Ave.
Long Beach, CA 90807

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daum, Anthony & Rachelle**
8716 23rd St.
Zephyrhills, FL 33540

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Davis, Betty & Daniel**
5715 Hwy 85 North #2091
Crestview, FL 32536

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Davis, Jeffrey & Peggy**
12410 SW 2nd Street
Plantation, FL 33325

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Davis, Joann**
1806 Nova Dr.
Valrico, FL 33596

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Davis, Joanne**
4801 Osprey Drive SE
St. Petersburg, FL 33711

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Davis, Lisha**
4279 Brentwood Park Circle
Tampa, FL 33624

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Lowell & Avis**
**2106 Sparkman Road**
**Plant City, FL 33566**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Michael & Barbara**
**6172 Chambore Drive North**
**Jacksonville, FL 32256**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Michael & Jonalyn**
**3348 Tumbling River Drive**
**Clermont, FL 34711**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Rolando**
**2415 66th Ave South**
**St. Petersburg, FL 33712**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Ronald**
**8 Lloyd Way #C**
**Ft. Benning, GA 31905**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Roy**
**32 Thornton St.**
**Boston, MA 02119**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Russell**
**599 South Country Club Dr.**
**Lake Mary, FL 32746**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Scott**
**2804 West Paxton Ave**
**Tampa, FL 33611**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Stacy & Michele**
**5906 La Rose Lane**
**Apollo Beach, FL 33577**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Sylvia**
**6816 SW 11 Street**
**Pemebroke Pines, FL 33023**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dawson, Adam**
**1206 Hall Place West**
**Tampa, FL 33604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dawson, Nikki**
**7840 Carriage Pointe Dr.**
**Gibsonton, FL 33534**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Day, Cindy**
**5522 Caurus Court**
**Orlando, FL 32808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Day, Stephen & Samuel**
**15601 Woodway Drive**
**Tampa, FL 33613**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De Armond, Keith**
6160 NE 72 Place
Silver Springs, FL 34488

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De La Cruz, Jenell & Rogelio**
1039 Jahil Drive
Minnelow, FL 34715

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De La Cruz, Jenell & Rogelio**
28544 Sonny Drive
Wesley Chapel, FL 33544

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dean, Janette**
6053 John F. Kennedy Drive N
Jacksonville, FL 32219

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deane, Marvin & Ida**
4219 Seaberg Road
Zephyrhills, FL 33541

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debellonia, Wayne**
9126 Prosperity Lane
Port Richey, FL 34668

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DeBlaiso, Anthony & Marie**
352 Portland Avenue
Spring Hill, FL 34606

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Stay In My Home, P.A.**                                            Case number (if known)    **8:18-bk-8436-RCT**
_____
Name

| 3.787 | **Nonpriority creditor's name and mailing address**<br>**Debrosse, Carline**<br>**10210 N. Ojus Dr.**<br>**Tampa, FL 33617** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.788 | **Nonpriority creditor's name and mailing address**<br>**Decarlo, Lynn**<br>**41325 Sleepy Lane**<br>**Weirsdale, FL 32195** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.789 | **Nonpriority creditor's name and mailing address**<br>**Deckard, Edward & Victoria**<br>**2864 Lake Valencia Blvd E**<br>**Palm Harbor, FL 34684** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.790 | **Nonpriority creditor's name and mailing address**<br>**Decker, Donna**<br>**4035 31st Ave. N.**<br>**St. Petersburg, FL 33713** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.791 | **Nonpriority creditor's name and mailing address**<br>**Decoster, David**<br>**2321 42nd Ave N**<br>**St. Petersburg, FL 33714** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.792 | **Nonpriority creditor's name and mailing address**<br>**Decoursy, Richard & Maria**<br>**2818 W. Marquette Ave.**<br>**Tampa, FL 33614** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.793 | **Nonpriority creditor's name and mailing address**<br>**Decoveny, Michael & Veronica**<br>**3950 Blooming Hill Ln.**<br>**Palm Harbor, FL 34684** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **Stay In My Home, P.A.**
_____
Name

Case number (if known) **8:18-bk-8436-RCT**

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Decubas, Terri**
**6824 SW 10th Street**
**Pembroke Pines, FL 33023-1633**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dees, Richard**
**208 Bryan Oak Ave.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deforest, Richard & Loretta**
**12718 Barrett Dr**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DeFranco, Debra & Thomas**
**18018 Royal Forest Drive**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DeFrank, Daniel**
**6700 34th Ave N**
**St. Petersburg, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DeJesus, Jean Canas & Marco**
**2935 Pembridge Street**
**Kissimmee, FL 34747**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dekom, Peggy & Michael**
**22560 Lassen Street**
**Chatsworth, CA 91311**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delachapelle, Daniel & Sara**
**8690 52nd Lane**
**Pinellas Park, FL 33782**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delannoy, Sourilath & Thomas**
**5623 Brookdale Way**
**Tampa, FL 33625**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deleary, Jennifer**
**14428 Barley Field Dr;**
**Wimauma, FL 33598**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delgado, Jorge**
**9905 Rainbow Lane**
**Port Richey, FL 34668**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delgado, Jose**
**495 Granite Circle**
**Chulouta, FL 32766**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delgado, Rhonda & Sigfredo**
**11927 Middleburg Dr.**
**Tampa, FL 33626**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dellaguardia, Joseph**
**Myra Ugarte**
**851 48th Ave. N.**
**St. Petersburg, FL 33703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dellecesse, Ruxton & Eileen**
**8740 Tantallan Cir.**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delmas Alexander, Marie**
**5911 Willow Bridge Loops**
**Ellenton, FL 34222**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delong, Betty**
**4365 4th Isle Dr.**
**Hernando Beach, FL 34607**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delong, Brucec**
**1521 W. Parklane**
**Tampa, FL 33603**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delose, Karen**
**428 Bay Tree Ln.**
**Longwood, FL 32779**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Demars, John & Ilnar**
**14252 Spring Hill Drive**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Demas, Michael & Julie**
**3824 19th St. North**
**St.Petersburg, FL 33714**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Demers, Lisa & Jonas**
**4505 Anaconda Dr.**
**New Port Richey, FL 34655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Demilly, Daniel & Joyce**
**2009 7th Ave West**
**Bradenton, FL 34205**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Demitro, Matthew & Kelly**
**15142 Peach Bloom Road**
**Brooksville, FL 34014**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Demore, Nick C**
**826 - 29th Avenue North**
**St. Petersburg, FL 33704**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Denham, Roseanne**
**941 Bluewood Terr.**
**Weston, FL 33327**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Denning, April**
**2906 Mingo Drive**
**Land O'Lakes, FL 34638**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Denning, Michael**
**8912 Aberden Creek Circle**
**Riverview, FL 33569**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Stay In My Home, P.A.__      Case number (if known)   __8:18-bk-8436-RCT__

Name

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis, Mark E.**
**4000 24th St North #12**
**St. Pete, FL 33714**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deodhari, Haita & Alicia**
**29 Richard Somers Rd**
**Granite Springs, NY 10527**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deosingh, Lisa & Mahase Manauth**
**3401 Paris Place**
**Orlando, FL 32818**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Depaola, John**
**1937 Palm Drive**
**Clearwater, FL 33763**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Depinto, Taralyn & Nicholas**
**13236 Brutus Dr.**
**Hudson, FL 34667**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derby, Michael & Karen**
**13313 Pinyon Dr.**
**Clermont, FL 34711**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deremer, Patricia & Donald**
**10850 Carloway Hills Dr.**
**Wimauma, FL 33598**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derise, Louis & Susan**
**7214 Westcott Drive**
**Port Richey, FL 34668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Desando, Angelo & Eliese**
**2503 Holiday Lake Drive**
**Holiday, FL 34691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deschenes, Lori**
**3084 18th Place SW**
**Largo, FL 33774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Desimone, Joseoh**
**15618 Greater Groves Blvd**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Desjardin, Dawn**
**610 4th Ave. SW**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Desoto, Philip & Celina**
**6852 Ashbury Drive**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Despirt, Steven & Julie**
**15414 Little Road**
**Hudson, FL 34667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devincenzo, Pasquale & Cindy**
**4562 Lullaby Rd.**
**North Port, FL 34287**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devos, Allen & Sara**
**13970 Royal Pointe Drive**
**Port Charlotte, FL 33959**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diane Bazarian, Dallas Bazarian**
**14278 Copeland Way**
**Spring Hill, FL 34604**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diaz, Eliud  & Betty**
**5114 Abisher Wood Lane**
**Brandon, FL 33511**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diaz, Lenard**
**Christine Diaz**
**5103 Erie Road**
**Parrish, FL 34219**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diaz, Luis**
**Jacqueline Sanchez**
**5742 Essex Isle Dr**
**Orlando, FL 32829**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diaz, Rochelle & Terrance**
**10718 Beagle Run**
**Tampa, Fl 33626**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dickens, Lorenzo & Diane**
**2160 68th Avenue South**
**St. Petersburg, FL 33712**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dickson, Holly A.**
**3403 Americana Dr.**
**Tampa, FL 33634**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dickson, Robert**
**2539 Gary Circle # 505**
**Dunedin, FL 34698**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DiDonato, Donald**
**74 Buckskin Court**
**Englewood, FL 34223**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dienes, Joanne & William**
**9721 Sherman Dr.**
**Citrus Springs, FL 34434**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DiGiovanni, Leonardo**
**220 Lily St.**
**San Francisco, CA 94102**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dilena, Ralph & Judith**
**14720 Tudor  Chase Drive**
**Tampa, FL 33626**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dill, Robert** | ■ Contingent | |
| | **3846 Stornoway Drive** | ■ Unliquidated | |
| | **Land O'Lakes, FL 34638** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dillon,Marilyn** | ■ Contingent | |
| | **4093 Button Bush Circle** | ■ Unliquidated | |
| | **Lakeland, FL 33811** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **DiMarco, Don & Lawrence Spencer** | ■ Contingent | |
| | **1866 Pine Ridge lane** | ■ Unliquidated | |
| | **Bloomfield, MI 48302** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.853 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dimmer, Paul** | ■ Contingent | |
| | **Erika Dimmer** | ■ Unliquidated | |
| | **1632 Swamp Rose Ln.** | ☐ Disputed | |
| | **Trinity, FL 34655** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dinardo, Vincent & Maria Olarte** | ■ Contingent | |
| | **1712 Erin Brooke Dr.** | ■ Unliquidated | |
| | **Valrico, FL 33594** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.855 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dinaso, Janice & John** | ■ Contingent | |
| | **52 Bennett Ave** | ■ Unliquidated | |
| | **Staten Island, NY 10312** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **DiNovo, Pete** | ■ Contingent | |
| | **Tina DiNovo** | ■ Unliquidated | |
| | **2730 Micah Drive** | ☐ Disputed | |
| | **Trinity, FL 34655** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.857**

Nonpriority creditor's name and mailing address

DiOliveira, Deborah
Jose DiOliveira
13081 Pirate Lane
Spring Hill, FL 34609

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.858**

Nonpriority creditor's name and mailing address

Dion, Greg & Judith Frazier
957 Dupin Ave.
Port Charlotte, FL 33948

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.859**

Nonpriority creditor's name and mailing address

DiPillo, Chester
878 Feathertree Circle
Clearwater, FL 33765

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.860**

Nonpriority creditor's name and mailing address

DiRisio, Robert
2493 Island Club Way
Orlando, FL 32822

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.861**

Nonpriority creditor's name and mailing address

Disbrow, Debra
William John Disbrow
3106 Parkwood Tr. NW
Cleveland, TN 37312

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.862**

Nonpriority creditor's name and mailing address

Disla, Genevieve & Carlos
4828 Everhart Drive
Land O'Lakes, FL 34639

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.863**

Nonpriority creditor's name and mailing address

Divi, Angela
3311 Russett Dr.
Tampa, FL 33618

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dix, Theodore**
**Debra  Dix**
**5617 Paddock Trail Drive**
**Tampa, FL 33624**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dixon, John**
**7206 Trinity Place**
**Tampa, FL 33610**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dobbins, Peter & Jerry**
**7203 N. Talia Ferro Ave**
**Tampa, FL 33604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dobrzeniecki, Mieczyslaw**
**108 11th Street**
**St. Augustine, FL 32080**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Doepker, Mary & Dori**
**1741 Eagles Nest Drive**
**Bellair, FL 33756**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Doherty-Santos Ella**
**902 Samy drive**
**Tampa, FL 33613**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dolan, Thomas**
**26 Pizarro Ave**
**Novato, CA 94969**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Domanico, Nancy**
PO Box 5745
Clearwater, FL 33758-5745

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donahue, Michael-
Deborah Donahue**
25414 Sherwood Dr.
Land O'Lakes, FL 34639

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donaldson, Chris & Laura**
PO Box 7515
Tampa, FL 33673-7515

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donaldson, Stephen
Anne Donaldson**
PO Box 349
Trilby, FL 33593-0349

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donawa, Gary**
18410 Bridle Club Drive
Tampa, FL 33647

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dong, Dae & Hye**
5609 Terrain De Golf Drive
Lutz, FL 33558

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donkin, Joel-
5016 Cypress Trace Drive
Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dorangrichia, Cherisse**
**10530 Waterview Ct.**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dorcus, Nathaniel**
**2511 Ridgeview Ct.**
**Parlin, NJ 08859**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dornseif, Vlenda & Thomas**
**15331 Penny Court**
**Spring Hill, FL 34610**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dorsaneo, Alexandria**
**4246 SW 87th Terr**
**Davie, FL 33328**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dorsett, Kendall**
**500 North Osceola**
**Clearwater, FL 33755**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dossey, Mary E.**
**902 Edgedale Cir.**
**Brandon, FL 33510**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Doty, Brian & Victoria**
**1008 N. Pennsylvania Ave.**
**Plant City, FL 33563**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Doty, James & Constance**<br>**3334 Sparkling Drive**<br>**Sebring, FL 33870** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dourm, Todd & Andrea**<br>**7290 Onyx Drive N**<br>**St. Petersburg, FL 33702** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Downey, Mary**<br>**404 West Louisiana Ave**<br>**Tampa, FL 33603** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Downing, Dewana**<br>**3913 43rd Ave N.**<br>**St. Petesburg, FL 33714** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Downing, Robin**<br>**4035 10th Ave N**<br>**St. Petersburg, FL 33713** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Doyle, Kris & James**<br>**4930 Flamingo Lane**<br>**Ridge Manor, FL 33523** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Drake, Randall & Linda**<br>**1981 Promenade Way**<br>**Clearwater, FL 33760-1735** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.892**

**Nonpriority creditor's name and mailing address**
**Drakeford, Karma**
**18755 Burndall Court**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.893**

**Nonpriority creditor's name and mailing address**
**Drazkowski, Nicholas & Eida**
**2554 Davenport Circle**
**Kissimmee, FL 34746**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.894**

**Nonpriority creditor's name and mailing address**
**Drescher, Robert & May Jane McKee**
**716 Woodlawn Rd**
**Bradford Woods, PA 15015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.895**

**Nonpriority creditor's name and mailing address**
**Drew, Ralph**
**Kathryn Drew**
**2771 E. Wildwood Road**
**Springfield, MO 65804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.896**

**Nonpriority creditor's name and mailing address**
**Drummond, George**
**11504 Weston Course Loop**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.897**

**Nonpriority creditor's name and mailing address**
**Dube, Patricia**
**3074 19th Place SW**
**Largo, FL 33774**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.898**

**Nonpriority creditor's name and mailing address**
**Dubose, Shane & Cindy**
**6248 Bennintin Street**
**Englewood, FL 34224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dudek, Martin & Linda**
**209 North Big Oaks Point**
**Lecanto, FL 34461-8098**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dumas, Marco**
**209 Gornto Lake Road**
**Brandon, FL 33510**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dummitt, James**
**Nancy Dummit**
**1004 E. Norfolk**
**Tampa, FL 33604**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Duncan, Paula**
**705 Leisure Ave**
**Tampa, FL 33613**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Duncan, Robert**
**1160 Garfield Avenue**
**Masaryktown, FL 34604**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Duncan, Wallace**
**James Duncan**
**6810 East Ida St.**
**Tampa, FL 33610**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dunham, Maudeline**
**Joseph Dunham**
**1325 SW 151st Ave**
**Sunrise, FL 33326**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dunlap, William & Karen** | ■ Contingent | |
| | **6209 Riverside Drive** | ■ Unliquidated | |
| | **Yankeetown, FL 34498** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dunson, Jennifer** | ■ Contingent | |
| | **Doris Dunson** | ■ Unliquidated | |
| | **1159 S.W. Valencia Heights Ave.** | ☐ Disputed | |
| | **Dunnellon, FL 34431** | | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dupree, Charles & Mikayle** | ■ Contingent | |
| | **4 Nighthawk Way** | ■ Unliquidated | |
| | **Hampton, VA 23665** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dupuis, Michelle** | ■ Contingent | |
| | **8151 Sturbridge Ave.** | ■ Unliquidated | |
| | **Weeki Wachee, FL 34613** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dura, Vincent** | ■ Contingent | |
| | **9635 S. Belfort Circle** | ■ Unliquidated | |
| | **Tamarac, FL 33321** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Duran, Amey** | ■ Contingent | |
| | **3514 Hillgrove Rd.** | ■ Unliquidated | |
| | **Valrico, FL 33596** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Durham ,John** | ■ Contingent | |
| | **Lilia Durham** | ■ Unliquidated | |
| | **10948 NW 2nd Street** | ☐ Disputed | |
| | **Plantation, FL 33324** | | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.913** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Duthie, Iain & Veronica**
**20811 79th Ave East**
**Bradenton, FL 34202**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Duty, Scott**
**Denise Duty**
**11024 Stone Branch Drive**
**Riverview, FL 33596**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.915** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dwyer, Steven**
**Brenda Dwyer**
**1515 N. Lincoln Ct.**
**Arlington Heights, IL 60004**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.916** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dye, David & Sakiko**
**8632 Lake Isle Drive**
**Tampa, FL 33637**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.917** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dyer, Sharon**
**2040 Palomino Dr.**
**Titusville, FL 32796**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.918** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eacobacci, Louis & Patricia**
**427 Oriana Drive**
**Spring Hill, FL 34609**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.919** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eagam, Somaiah & Saraswathi**
**10818 Breaking Rocks Dr.**
**Tampa, FL 33642**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eannel, Rose**
**4142 Gray Squirrel Lane**
**New Port Richey, FL 34654**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Earley, eric-**
**Jeanette Earley**
**8225 Dunham Station Dr.**
**Tampa, FL 33647**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eastman, Christine**
**Roger Eastman**
**PO Box 1379**
**Marco Island, FL 34146-1379**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eaton, Debra**
**Linda Banister**
**1126 N. Cypress Pt. Dr.**
**Venice, FL 34293**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ebbert, Linda and Donald**
**6106 Ridgeway Dr**
**Zephyrhills, FL 33542**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eckert, Ronald & Katrina**
**2941 Summer Winds Court**
**St. Cloud, FL 34769**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eckert, Timothy**
**Krisitie Williamson**
**3108 Caleb Drive**
**Austin, TX 78725**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edides, Yana**
**34441 Windknob Court**
**Wesley Chapel, FL 33545**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edmonds, Douglas & Toula**
**5303 SW 2nd place**
**Cape Coral, FL 33914**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edmonds, Rich**
**Cassie Martell**
**3545 Landale Dr.**
**Holiday, FL 34691**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwards, Edward D**
**4805 Lewelly Rd.**
**Lakeland, FL 33810**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwards, Franklin Ray**
**4210 Summerdale Drive**
**Tampa, FL 33624**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwards, James David**
**4805 Lewelly Rd.**
**Lakeland, FL 33810**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwards, Louise**
**3201 E. 24th Ave**
**Tampa, FL 33605**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Edwards, Patricia & Benjamin**
2339 Oasis Dr.
Land O'Lakes, FL 34221

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Edwards, Paul**
19051 SW 6th Street
Pembroke Pines, FL 33332

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Edwards, Tracy & Clifton**
1120 W. Wassau Street
Tampa, FL 33607

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Egides, Yana**
**Ruben Tetsoshvili**
34441 Windknob Court
Wesley Chapel, FL 33545

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ehlers, Alesia**
**William Ehlers, Jessica Ehlers**
4111 Maywood Dr.
Brandon, FL 33511

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ehly, Christine**
7595 Alonda Way
San Diego, CA 92126

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ehman, Melanie**
7322 Manatee Ave W. #129
Brandon, FL 34209

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.941** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Eicholtz, Mark & Maricela**
**5160 Huntington Cir NE**
**St. Pete, FL 33703**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.942** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Elgamil, Azzam**
**167 Biltmore Ave**
**Palm Bay, FL 32905**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.943** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Elias, Letica**
**542 Flower Fields Lane**
**Orlando, FL 32824**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.944** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Elias, Valerie**
**322 Karen Avenue Unit# 3608**
**Las Vegas, NV 89109**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.945** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Elliott, Barbara**
**4250 Gulf Club Lane**
**Tampa, FL 33618**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.946** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Elliott, Rufus**
**Rebecca Elliott**
**116 Sunny View Lane**
**Lexington, SC 29073**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.947** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ellis, Ashley**
**1323 Crimson Clover lane**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.948**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ellis, David**<br>**Deneen Ellis**<br>**1738 San Mateo Dr.**<br>**Dunedin, FL 34698** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.949**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ellis, David**<br>**Suzanne Ellis**<br>**881 Brookstone**<br>**Merritt Island, FL 32952** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.950**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ellis, David  & Suzanne**<br>**PO Box 552725**<br>**Cocoa, FL 32956-2725** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.951**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ellis, Holly**<br>**9923 Janette Lane**<br>**Clermont, FL 34711** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.952**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ellis, John**<br>**PO Box 562725**<br>**Rockledge, FL 32940-2725** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.953**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ellis, Melissa**<br>**4404 Terry Loop**<br>**New Port Richey, FL 34652** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.954**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ellison, Chiemi**<br>**598 Fronda Ave. SW**<br>**Palm Bay, FL 32908** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ellixson, Janise**
**401 Laura Lane**
**Mt. Dora, FL 32757**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elmohd, Awatef & Fawzi**
**18209 Collridge Drive**
**Tampa, FL 33647**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elmore, Eugene & Sheila**
**618 Sunrise Ave.**
**Winter Springs, FL 32708**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eltayeb, Zofia**
**Bushra El Teyeb Babiker**
**3491 58t Street North**
**St. Petersburg, FL 33710**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ely, Gregory**
**7640 46th Way N.**
**Pinellas Park, FL 33781**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elysee, Marta**
**18218 Sandy Pointe Drive**
**Tampa, FL 33647**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Emerson, James**
**1372 Palmetto Street**
**Clearwater, FL 33755**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

**3.962**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Emile, Mirline**<br>**Marie Johane Mirline**<br>**3506 King Richard Ct.**<br>**Seffner, FL 33584** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.963**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Enerson, Jon & Kimberly**<br>**9901 Rainbow Lane**<br>**Port Richey, FL 34688** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.964**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Enfinger, Mark & Loretta**<br>**17793 Northwest 175th Ave**<br>**Alachua, FL 32615** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.965**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Eng (Carpenter), Eric**<br>**Catherine Eng**<br>**12891 Kelsey Island Drive**<br>**Jacksonville, FL 32224** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.966**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ennis, Jason**<br>**10135 Holcomb Court**<br>**Orlando, FL 32836** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.967**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Epps, Amanda**<br>**Lawrence Epps**<br>**860 Tartan Loop**<br>**Lake Wales, FL 33853** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.968**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Epton, Marc**<br>**Lorraine Epton**<br>**6782 Kenwood Drive**<br>**North Port, FL 34287-5506** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erickson, David**
**Martha Erickson**
**2630 Hillsdale Ave**
**Largo, FL 33774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,225.00** |
|---|---|---|---|

**Ericksons**
**12651 Metro Parkway**
**Ft. Myers, FL 33966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eriksson, Pier**
**Shaharzad Eriksson**
**4352 Yans Court**
**Wesley Chapel, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erlichson, Peter**
**618 Saxony Blvd.**
**St. Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ermscher, Todd**
**1155 73rd Ave**
**Seminole, FL 33772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ervin, Randy**
**Andrea Ervin**
**4319 Balington Dr.**
**Valrico, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Esperanza, Caesar**
**Reneiria Esperanza**
**31026 Creekridge Drive**
**Wesley Chapel, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,094.60 |
|---|---|---|---|

**Esquire Deposition Services**
**2700 Centennial Tower**
**101 Marietta St.**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ester, Jason**
**Jennifer Ester**
**1826 Bottlebrush Way**
**North Port, FL 34289**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Esteras, Ismael**
**Alma Esteras**
**1526 Gardner Dr.**
**Lutz, FL 33559**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Estes, Robert**
**2701 Lakewood Lane**
**Eustis, FL 32726**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Estrada, Luis and Yelitza**
**4528 Portobello Circle**
**Valrico, FL 33596**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Estrada, Rafael & Elena**
**110 1/2 West Kirby St**
**Tampa, FL 33604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Etheridge, James**
**4560 Chambliss Drive**
**Winter Haven, FL 33884**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eusted, Stephen**
**Brenda Eusted**
**618 Jackson St.**
**Eustis, FL 32726**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Evans, Deborah**
**6289 90th Ave N**
**Pinellas Park, FL 33782**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Evans, Ronald J.**
**Sandra Evans**
**1433 Forest Edge**
**Oldsmar, FL 34677**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Evans-Lomax, Carolyn**
**Bridget Reaves**
**5312 St. Circle East**
**Bradenton, FL 34203**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Everett, Gloria & John**
**2060 Palm View Dr**
**Apopka, FL 32712**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Everly, Rita**
**551 Somerset Drive**
**Auburndale, FL 33823**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eyer, Traci**
**2136 Bruechneu Dr**
**Sarasota, FL 34231**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fabbiani, Michael**
**1420 Celebration Blvd, Suite 200**
**Celebration, FL 34747**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fager, Jared**
**804 South Newport Ave.**
**Tampa, FL 33606-2935**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fagoh, Mark**
**Bonnie Fagoh**
**4044 27th Street SE**
**Ruskin, FL 33570**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fahmy, Ramy & Maria**
**1901 42nd Ave North**
**St. Pete, FL 33714**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fahrner, William**
**Lisa Fahrner**
**527 SE 25th Terrace**
**Cape Coral, FL 33904**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Faiola, Barbara**
**4801 King Lake Drive**
**Land O'Lakes, FL 34639**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fairbanks, Vance & Denise**
**5110 W. Idlewild**
**Tampa, FL 33634**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Faison, Dana & Kimberly**
**3231 Winchester Estates Cir.**
**Lakeland, FL 33810**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Falconer, Mandi**
**4355 Fay Blvd.**
**Cocoa, FL 32927**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Falgoust, Michael**
**5501 92nd Terrace**
**Pinellas Park, FL 33782**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Falkner, Thomas & Tamara**
**10715 Riverbank Terrace**
**Bradenton, FL 34212**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Falligant, Francis**
**Kelly Falligant**
**1505 Bent Oaks Blvd.**
**Deland, FL 32724-8046**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Falloon, Stephanie**
**8250 Donaldson Drive**
**Tampa, FL 33615**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Fann, Adore**
**Sheryl Lee Fann**
**141 Wilbur Lane**
**Lawrenceville, GA 30044**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Farhadi, Adelina**
**11414 Inn Fields Drive**
**Odessa, FL 33556**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Farmer, William & Janice**
**10114 Allenwood Drive**
**Riverview, FL 33569**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Farrant, Timothy & Carolh**
**10704 Airview Drive**
**Tampa, FL 33625**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Farrell, Jennifer**
**4917 North Suwanee Ave.**
**Tampa, FL 33603**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Farrell, Luxley**
**3948 38th St. South**
**Saint Petersburg, FL 33714**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Farrell, Veatrice**
**1125 2nd Ave South**
**Tierra Verde, FL 33715**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Farrington, Robert**
**1523 West Mohawk Ave**
**Tampa, FL 33603**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Farris, Jonathan David**
**9922 56th Way N**
**Pinellas Park, FL 33782**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fauteux, Randy**
**4238 Coyote Trail**
**Polk County, FL 33868**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Favale, Thomas & Dalia**
**1324 Crimson Clover Lane**
**Wesley Chapel, FL 33543**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Feaser, Thomas**
**8941 Southbay Drive**
**Tampa, FL 33615**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Feldman, Digna**
**1551 Chateaux Deville St.**
**Clearwater, FL 33764**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**Feldman, Steve & Jeannie**
**21 Gingerwood Drive**
**Homassa, FL 34446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**Feliciano, Eliezer**
**Stephanie Feliciano**
**9404 N. 21st**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**Felix, Jose**
**Liza Felix**
**15535 Bay Vista Drive**
**Clermont, FL 34714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**Feliz, Guidmel**
**2213 Pleasure Run Dr.**
**Ruskin, FL 33570**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**Felker, Alan**
**18007 Crawley Rd**
**Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**Felt, Ralph**
**Rachel Felt**
**1215 Blue Spring Ct.**
**Ocoee, FL 34761**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.102**
**2**

**Nonpriority creditor's name and mailing address**
**Felty, Holly (Dickson)**
**3403 Americana Dr.**
**Tampa, FL 33634**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102**
**3**

**Nonpriority creditor's name and mailing address**
**Ferguson, Clifford & Amber**
**1020 Cayman Dr**
**Melbourne, FL 32901**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102**
**4**

**Nonpriority creditor's name and mailing address**
**Ferguson, Mark**
**Sherry Ferguson**
**7937 9th Ave South**
**St. Petersburg, FL 33707**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102**
**5**

**Nonpriority creditor's name and mailing address**
**Ferhatovic, Edita**
**9940 7th Way N. #203**
**St.Petersburg, FL 33702**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102**
**6**

**Nonpriority creditor's name and mailing address**
**Fern, Penni**
**1935 Robin Hood Court**
**Titusville, FL 32496**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102**
**7**

**Nonpriority creditor's name and mailing address**
**Fernandes, Paul**
**10425 Okeechobee Rd**
**Ft. Pierce, FL 34945**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.102 8**

**Nonpriority creditor's name and mailing address**
**Fernandes, Sheila**
**Peter Fernandez**
**11832 Daneswood Court**
**Orlando, FL 32821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**
**Fernandez, Alan**
**6348 Wooden Street**
**New Port Richey, FL 34653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**
**Fernandez, Daniel**
**10011 Spanish Cherry Court**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**
**Fernandez, Sandra**
**13135 Royal George Ave.**
**Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 2**

**Nonpriority creditor's name and mailing address**
**Ferraroli, Susan**
**688 Jessandra Circle**
**Lakeland, FL 33813**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
**Ferrer, Ricardo**
**1695 Sarong Place**
**Winter Park, FL 32792**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.103**
**4**

Nonpriority creditor's name and mailing address

**Ferrero, Ryan**
**18127 Back Stretch Lane**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103**
**5**

Nonpriority creditor's name and mailing address

**Ferriere, Crystal**
**11458 Sweet Cherry Lane South**
**Jacksonville, FL 32225**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103**
**6**

Nonpriority creditor's name and mailing address

**Ferris, Phyllis**
**665 Concord Ave**
**Titusville, FL 32780**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103**
**7**

Nonpriority creditor's name and mailing address

**Fetter, Linda**
**22815 Richardson Lane**
**Land O'Lakes, FL 33639**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103**
**8**

Nonpriority creditor's name and mailing address

**Fetzer, James & Bonnie**
**538 A street**
**LaVale, MD 21502**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103**
**9**

Nonpriority creditor's name and mailing address

**Fewer, Elsie**
**3930 Versailles Drive**
**Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**Fey, Thomas & Elizabrth**
**PO Box 18103**
**Tampa, FL 33679-8103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

**Ficarra, Constance & Jody**
**1245 Mystic Way**
**Wellington, FL 33414**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.104 2**

**Nonpriority creditor's name and mailing address**

**Fictum, Leslie & Sherry**
**6211 51st Ave N**
**St. Pete, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

**Fields,  Alan & Lynne**
**90 SW Third Street Apt 908**
**Miami, FL 33130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

**Fields, Elizabeth & Jodi**
**11001 North Armenia Ave.**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

**Fields, Randolph**
**2625 SW Monterrey Lane**
**Port St. Lucie, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.104**
**6**

**Nonpriority creditor's name and mailing address**

**Fierroz, Manuel**
**15807 Crying Wind Dr.**
**Tampa, FL 33624**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.104**
**7**

**Nonpriority creditor's name and mailing address**

**Figueroa, Eddie & Wanda**
**5432 Cape Hatteras Drive**
**Clermont, FL 34715**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.104**
**8**

**Nonpriority creditor's name and mailing address**

**Figueroa, Freddie**
**Tammy Figueroa**
**3030 Shady Acres Rd.**
**Dover, FL 33527**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.104**
**9**

**Nonpriority creditor's name and mailing address**

**Figueroa, Juan**
**Myrna Rivera**
**2138 Mediana Hills Lane**
**Mascotte, FL 34753**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.105**
**0**

**Nonpriority creditor's name and mailing address**

**Figueroa, Ronald**
**Mekisha Rivera**
**2964 Gimlet Dr.**
**Deltona, FL 32738**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.105**
**1**

**Nonpriority creditor's name and mailing address**

**Figueroa, Virgina**
**2920 Sheringham Rd**
**Orlando, FL 32808**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.105
2**

**Nonpriority creditor's name and mailing address**

**Figueroa, Wilberto**
**Gilberto Figueroa-father**
**2630 Capp Circle**
**Kissimmee, FL 34744**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105
3**

**Nonpriority creditor's name and mailing address**

**Finch, Alison**
**710 59th Ave**
**St. Pete Beach, FL 33706**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105
4**

**Nonpriority creditor's name and mailing address**

**Finch, Edward  & Caroline**
**7095 Toledo Road**
**Spring Hill, FL 34606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105
5**

**Nonpriority creditor's name and mailing address**

**Fincke, Richard Sr.**
**7424 Compton Ln.**
**New Port Richey, FL 34655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105
6**

**Nonpriority creditor's name and mailing address**

**Fink, Benjamin**
**Amanda Fink**
**17756 Espirit Dr**
**Tampa, FL 33647**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105
7**

**Nonpriority creditor's name and mailing address**

**Finn, Marka**
**2066 Butternut Circle East**
**Clearwater, FL 33763**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.105 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,930.77** |
|---|---|---|---|

**First Choice Reporting & Video Svcs**
**121 S. Orange Ave., Suite 800**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fisher, Don**
**6936 Country Lakes Circle**
**Sarasota, FL 34243-3803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fishman, Douglas**
**Bridgid Fishman**
**4710 W. Beumont St.**
**Tampa, FL 33611**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fitzpatrick, Christina**
**7426 Cypress Drive**
**New Port Richey, FL 34653**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Flanagan, James & Martha**
**P.O. 162292**
**Akmonte Springs, FL 32716-2292**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Flateau, Mark & Sharon**
**701 S. Oakwood Avenue**
**Brandon, FL 33511**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.106 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Fleetwood, Willard** **Antonette Fleetwood** **6408 Ridgetop Drive** **New Port Richey, FL 34655** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Fletcher, Richard** **Dana Fletcher** **8162 Woodvine Circle** **Lakeland, FL 33810** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Flinchbaugh, David & Heidi** **4855 Big Oaks Lane** **Orlando, FL 32806** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Florea, Linda** **654 E. Swanson** **Groveland, FL 34736** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Florea, Regio** **1620 Lake Harney Rd** **Geneva, FL 32732** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Flores, Emmanuel & Sylvia** **5074 Beach River Rd** **Windermere, FL 34786** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**Flores, Marcos & Margarita**
**1333 Maximilian Dr.**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

**Flowers, Donnie**
**1316 E. 15th St**
**Tampa, FL 33605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

**Fluke, Sharon**
**118 Kent Rd**
**Lakeland, FL 33809**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Flynn, Gary**
**Ribin Flynn**
**1620 Timbercrest Drive**
**Deltona, FL 32738**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Focht, Deborah**
**1613 Ingram Ave**
**Sarasota, FL 34232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Fogell, Dennis& Lisa**
**4725 Montrose Ave.**
**Ponce Inlet, FL 32127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Foil, Darrin & Bethany**
**4130 Noble Place**
**Parrish, FL 34219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Forcilus, Yves & Immacula**
**1718 Atlantic Drive**
**Ruskin, FL 33570-4903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**Ford, Jan**
**910 E. Labright St.**
**Tampa, FL 33604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**Forrest, Elizabeth**
**Ryland Forrest**
**22 Surf Drive**
**Palm Coast, FL 32137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Fortich, Allen**
**PO Box 570130**
**Whitestone, NY 11357-0130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Fortich, Ralph & Karen**
**11419 Cypress Hill St.**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**Foss, Valerie & Richard**
**178 Clairbourne Ave**
**Satellite Beach, FL 32937**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**Foster, Cameron & Melissa**
**3306 Lake Saxon Drive**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

**Foster, Jodee**
**Earnest Foster**
**36721 Emeralda Island Rd**
**Leesburg, FL 34788**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

**Foster, John**
**Amy Foster**
**106 Tanglewood Ct**
**Safety Harbor, FL 34695**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

**Foster, John and Amy**
**1122 Knollwood Drive**
**Safety Harbor, FL 34695**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

**Foster, Lori**
**40406 Grays Airport Rd.**
**Lady Lake, FL 32159**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Foster, Mark**
**Vickie Foster**
**181 Cypress Rd**
**Venice, FL 34293**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fountain, Ryan**
**Ami Fountain**
**2130 E. Leewynn Dr.**
**Sarasota, FL 34240**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fowler, Mark**
**PO Box 67016**
**St. Pete Beach, FL 33706-7016**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Foy, Kimberly**
**Jon Pleveich**
**1232 Poinsettia Ave**
**Orlando, FL 32804**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**France, F. Lane**
**Darla France**
**11704 Lipsey Rd.**
**Tampa, FL 33618**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Frances (Morales)**
**Brian Cain**
**2017 Gold Spring Cove**
**Kissimmee, FL 34743**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.109 4 | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Francheschini, Lisa**<br>**Lance Anderson**<br>**1009 Tuscanny St.**<br>**Brandon, FL 33511** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 5 | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Francis, Courtney**<br>**850 Lime St # 2046**<br>**Tarpon Springs, FL 34688** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 6 | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Francisco, Trisha**<br>**411 Corbett Rd.**<br>**Lithia, FL 33547** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 7 | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Frank, Bruce**<br>**4045 Davenport Lane**<br>**Mount Dora, FL 32757** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 8 | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Franklin, Marcus**<br>**Melissa Franklin**<br>**508 Hildale Road**<br>**Brandon, FL 33510** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 9 | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Franklin, Steven**<br>**Marji Franklin**<br>**3995 Dixie Dr.**<br>**Howey in the Hills, FL 34737** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.110 0**

**Nonpriority creditor's name and mailing address**

**Fraser, Boyd**
**Shirley Smith**
**827 North Lake Shore Blvd.**
**Lake Wales, FL 33853**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 1**

**Nonpriority creditor's name and mailing address**

**Frasheri, Alban & Laura**
**384 Keating Drive**
**Largo, FL 33770**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 2**

**Nonpriority creditor's name and mailing address**

**Frasier, Douglas**
**301 Papaya Circle**
**Barefoot Bay, FL 32976**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

**Freas, Mark L.**
**23108 Peachland Blvd.**
**Port Charlotte, FL 33954**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

**Freed, Richard**
**Meredith Freed**
**2029 NW 4th Street**
**Cape Coral, FL 33992**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**Fretz, Richard & Frances**
**7100 Sunshine Skyway Lane South #303**
**St. Petersburg, FL 33711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.110 6**

**Nonpriority creditor's name and mailing address**
**Frew, Robert L. and Janet H.**
**4817 Holiday Drive**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**
**Frias, Eduardo**
**10916 Australian Pine Drive**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**
**Fritch, Michael**
**Brooke Fritch**
**6121 Castleton Hollow Road**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**
**Fritz, Charles**
**1250 Pine Island Rd.**
**Merritt Island, FL 32953**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**
**Frost, Alan**
**20566 Grand Lakes Drive**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**
**Fry, Thomas & Cynthia**
**1907 E Broad Street**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.111**
**2**

**Nonpriority creditor's name and mailing address**
**Fulton, Vanessa**
**Jerry Fulton**
**2840 WestBay Dr. Unit 202**
**Bellair Bluffs, FL 33770**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**3**

**Nonpriority creditor's name and mailing address**
**Fury, Mari**
**16610 Wacombs Ln.**
**Springhill, FL 34610**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**4**

**Nonpriority creditor's name and mailing address**
**Fuxan, Marylee**
**6924 Lake Place Court**
**Tampa, FL 33634**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**5**

**Nonpriority creditor's name and mailing address**
**Gaal, Patricia**
**Peter Gaal**
**853 Clematis Road**
**Venice, FL 34243**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**6**

**Nonpriority creditor's name and mailing address**
**Gabriel, Vida & Daniel**
**2820 SW 47th Terrace**
**Cape Coral, FL 33914**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**7**

**Nonpriority creditor's name and mailing address**
**Gacon, Ewa & Leszek**
**14609 Sutherland Avenue**
**Naples, FL 34119**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.111
8**

**Nonpriority creditor's name and mailing address**

**Gadette, Rudolph
5129 Al Jones Dr
Shady Side, MD 20764**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111
9**

**Nonpriority creditor's name and mailing address**

**Gadson, Chester
P.O Box 11182
Tampa, FL 33680-1182**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112
0**

**Nonpriority creditor's name and mailing address**

**Gafford, Sherri
6813 Shamrock Road
Tampa, FL 33616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112
1**

**Nonpriority creditor's name and mailing address**

**Gagliardi, Beverly
425 Devon Place
Lake Mary, FL 00033-2746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112
2**

**Nonpriority creditor's name and mailing address**

**Gagnon, Paul
Katie Gagnon
1530 Portsmouth Lake Dr
Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112
3**

**Nonpriority creditor's name and mailing address**

**Gainous, Kale
PO Box 531714
St. Petersburg, FL 33747-1714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **3.112 4** | |

**Nonpriority creditor's name and mailing address**

**Gainous, Kale**
**6408 Larmen Street**
**Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.112 5** | |

**Nonpriority creditor's name and mailing address**

**Galeano, Beatrice**
**16839 SW 49th Court**
**Miramar, FL 33027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.112 6** | |

**Nonpriority creditor's name and mailing address**

**Gall, Holly K.**
**3318 MLK St. N.**
**St.Petersburg, FL 33704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.112 7** | |

**Nonpriority creditor's name and mailing address**

**Gallagher, Dennis**
**Nancy Gallagher**
**4709 Ashton Court**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.112 8** | |

**Nonpriority creditor's name and mailing address**

**Gallio, Donna & Edward**
**4614 W. Bay Court Ave**
**Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.112 9** | |

**Nonpriority creditor's name and mailing address**

**Gallipoli, Melinda & Gerald**
**2931 Mingo Dr.**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gallipoli, Richard**
**12416 Queensland Lane**
**Tampa, FL 33625**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gallo, Brad**
**2116 West St. Isabel St.**
**Tampa, FL 33607**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Galt, Keegan**
**14909 Oldgate Place**
**Tampa, FL 14909**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gambino, Jennifer**
**4833 Foxshire Circle**
**Tampa, FL 33624**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gander, Donald**
**Samantha Friello**
**1910 East 98th Ave**
**Tampa, FL 33612**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Garcia, Anthony & Kiecia**
**4212 Medbury Drive**
**Wesley Chapel, FL 00033-4543**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

**Garcia, Erik & Irena**
**4986 SW 166th Loop**
**Ocala, FL 34473**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

**Garcia, Kenneth**
**14660 SE 100th Ave.**
**Summerfield, FL 34491**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**Garcia, Marcos**
**2521 Harn Blvd. #1**
**Clearwater, FL 33764**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**Garcia, Maria**
**8314 Moccasin Trail Drive #D**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**Garcia, Maria & Jorge**
**1511 Gertrude Drive**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**Garcia, Omayra & Waldemar**
**2544 Crown Ridge Dr.**
**Kissimmee, FL 34744**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.114.2**

**Nonpriority creditor's name and mailing address**

**Garcia, Teresa**
**1230 Gulf Blvd Apt 902**
**Clearwater, FL 33767**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.114.3**

**Nonpriority creditor's name and mailing address**

**Gard, Angela**
**3115 W. Nassau St**
**Tampa, FL 33607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.114.4**

**Nonpriority creditor's name and mailing address**

**Gard-Studer, Angela**
**4612 W. Bay to Bay Blvd.**
**Tampa, FL 33629**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.114.5**

**Nonpriority creditor's name and mailing address**

**Gardin, Hugo**
**23608 Vistamar Court**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.114.6**

**Nonpriority creditor's name and mailing address**

**Gardner, Keith**
**8041 Fawnridge Circle**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.114.7**

**Nonpriority creditor's name and mailing address**

**Gardner, Ronald**
**1525 Bonview Ave**
**Deltona, FL 32738**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Garduno, Edward & Patricia**
**7912 Savannah Palm Place**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Gargano, Michael**
**3160 North Eisenhower Ave.**
**Hernando, FL 34442**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Garnett, April**
**14 Tanglewood Cir**
**Fort Walton Beach, FL 32547**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Garnica, Tania**
**Kevin Calderon**
**2700 Clay Whaley Rd.**
**Saint Cloud, FL 34772**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Garreto, Giacomo**
**c/o Shri Prashad**
**10447 Fly Fishing St.**
**Riverview, FL 33569**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

**Gary, Blanche**
**8008 East Leigh Court**
**Temple Terrace, FL 33637**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.115
4**

**Nonpriority creditor's name and mailing address**

**Gary, Doris & Sunil
14909 Old Pointe Rd.
Tampa, FL 33613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
5**

**Nonpriority creditor's name and mailing address**

**Garza, David
3004 W Arch Street
Tampa, FL 33607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
6**

**Nonpriority creditor's name and mailing address**

**Garza, Juan & Lourdes
833 Rocky Mountain Ct
Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
7**

**Nonpriority creditor's name and mailing address**

**Gash, Geoffrey
5205 Landsman Ave.
Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
8**

**Nonpriority creditor's name and mailing address**

**Gaskill, Joanna and David Sr.
P. O. Box 1041
Altoona, FL 32702-1041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
9**

**Nonpriority creditor's name and mailing address**

**Gaskin, Jerald
1211 Terra Mar Drive
Tampa, FL 33613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**Gaskin, Jerald**
**236 Old Panama Hwy**
**Wewachitchka, FL 32465**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**Gastineau, Max & Lori Lesanti**
**Lori Lesanti**
**393 Hammocks Drive**
**Orchard Park, NY 14127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

**Gates, Harmony**
**718 Holly Terrace**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**Gates, Paul and Sherry**
**41 Folfon Ave**
**Millville, NJ 08332**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

**Gaul, Dennis**
**Peggy Gaul**
**810 Neptune Street**
**Port Charlotte, FL 33948**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

**Gause, Erick**
**1801 Middle River Drive #6**
**Ft. Lauderdale, FL 33305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.116 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |

**Gause, Erick & Samantha**
**27602 Breakers Dr**
**Wesley Chapel, FL 33544**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |

**Gavel & Gown Software, Inc.**
**Amicus Attorney**
**365 Bay St., #700**
**Toronto, ON M5H 2V1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |

**Gayle, Suzanne & Debra**
**19709 Prince Benjamin Dr**
**Lutz, FL 33549**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |

**Gaynor, Jan**
**2491 Cypress Trace Cir.**
**Orlando, FL 32825**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |

**Gedeon, Peter**
**PO Box 604**
**Bradenton, FL 34206-0604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |

**Geerholt, John**
**Michelle Geerholt**
**4118 West Ohio Ave.**
**Tampa, FL 33616**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.117 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Gegg, Cecile**<br>**47 1st Street**<br>**Key West, FL 33040** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Geist Sr., Donald J**<br>**6508 Bimini Court**<br>**Apollo Beach, FL 33572** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Gendernalik, Vivian**<br>**10351 NW 18th Place**<br>**Pembroke Pines, FL 33026** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Gentile, Sharla**<br>**4412 Endicott Place**<br>**Tampa, FL 33624** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **George, Alan**<br>**1030 Willmor Street Apt 4E**<br>**Brooklyn, NY 11212** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **George, Jeffrey & Ginger**<br>**8431 Edison Road**<br>**Lithia, FL 33547** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.117<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George, Peter**
**Stacey George**
**9511 Via Segovia**
**New Port Richey, FL 34655**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Germain, Ulrick**
**PO Box 291906**
**Tampa, FL 33687-1906**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gessner, Karen**
**14088 Yacht Club**
**Seminole, FL 33776**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ghali, Ikhlas**
**9407 Boca Gardens Pkwy Apt D**
**Boca Raton, FL 33446**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Giampietro, Samantha**
**Jared Lorentsen**
**5129 Chamber Court**
**Spring Hill, FL 34609**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Giancola, James**
**925 Harrison Street**
**Florissant, MO 63031**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.118 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Gibbs, Dawn**<br>**Ronald Gibbs**<br>**1872 Cocomut Palm Cir**<br>**North Port, FL 34288** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.118 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Giblin, Erin**<br>**Kyle Nash**<br>**1005 Dinero Drive**<br>**Winter Springs, FL 32708** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.118 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Gibson, John**<br>**7020 Fleming Street**<br>**Gibsonton, FL 33534** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.118 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Gibson, Linda**<br>**994 Demaret Drive**<br>**Rockledge, FL 32955** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.118 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Gil, Aaron**<br>**1647 Gray Bark Dr.**<br>**Oldsmar, FL 34677** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.118 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Gilbert, James O.**<br>**1802 West Sitka Street**<br>**Tampa, FL 33604** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

**Gilkinson, Deborah**
**222 Terrace Drive**
**Brandon, FL 33510**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

**Gill, Gary & Pam**
**6105 Avocet Ridge Dr.**
**Lithia, FL 33547**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.119 2**

**Nonpriority creditor's name and mailing address**

**Gillen, Michael**
**Kimberly Gillen**
**3606 Greenrock Place**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

**Gillen, Michael & Kimberly**
**6105 Avocet Ridge Dr.**
**Lithia, FL 33547**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

**Gillman, Sandee**
**14006 Walden Sheffield RD**
**Dover, FL 33527**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

**Gioioso, Constance**
**1760 Briland Street**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.119<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Girault, Regine**
**Gerald Girault**
**7545 NW 68th Way**
**Parkland, FL 33067**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gisondi, James**
**147 42nd Avenue NE**
**St. Petersburg, FL 33703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gladstone, Lawrence**
**6285 15th St. S**
**St. Petersburg, FL 33702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glaser, William**
**4840 Sawyer Road**
**Sarasota, FL 34233**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glass, Jason**
**5146 Londonderry Ln**
**Wesley Chapel, FL 33543**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gleason, Patricia**
**5100 Duhme Road**
**St. Pete, FL 33708**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**Glickman, Jeffrey**
**733 Reflections Lane**
**Winter Garden, FL 34787**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**Glisson, Earnest & Stacey**
**611 Valencia Park Drive**
**Seffner, FL 33584**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**Glowacke, Michael & Lisa**
**25155 Croom Road**
**Brooksville, FL 34601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**Glynn, Stewart**
**PO Box 23073**
**Pinellas, FL 33742-3073**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**Godoy, Lazarito & Madi**
**16324 Bonneville Drive**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**Godsell, jeffrey & Adrienne**
**1422 West Linebaugh Ave**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|--------|---------------------------|------------------------|----------------------|
| | Name | | |

| 3.120 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Goeke, James & Faustine Judd**
**5353 Bowline Bend**
**New Port Richey, FL 34652**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Goelz, Pamela and Shanlynn Bowman**
**Daniel, Zace, Alynna, Lillyann Worth**
**495 Lincoln Avenue**
**Masaryktown, FL 34604**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Goetz, Daniel**
**404 East Floribrask Ave**
**Tampa, FL 33603**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Goff, Bruce Wayne**
**608 Eliot Road**
**Pasadena, MD 21122**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Goin, Carey**
**3633 NW 23rd Terrace #203**
**Gainesville, FL 32605**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Golak, John**
**Marie Golak**
**3 W. Spanish Main**
**Tampa, FL 33609**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 186 of 591**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

**Goldberg, Ilya**
**3912 East Eden Roc Circle**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**Goldbergerm David**
**198 38th Ave SE**
**St.Pete, FL 33705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Goldman, Terrill**
**14703 Coral Berry Drive**
**Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Goldsborough, William**
**14038 Arbor Knoll Circle**
**Tampa, FL 33625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**Goldwire, Vangie & Laura Edenfeld**
**1526 West River Shore Way**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**Goleman, Gerald & Zita**
**6502 Mockingbird Way S.**
**St. Pete, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Stay In My Home, P.A.**                                          Case number (if known)    **8:18-bk-8436-RCT**
_____
Name

| 3.122 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Golter, Kimberly & Laszlo Prahar**
**2945 Lichen LN. Apt D**
**Clearwater, FL 33760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Golter, Kimberly & Laszlo Prahar**
**5823 New Paris Way**
**Ellenton, FL 34222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Gomez, Juan**
**Margie Gomez**
**1020 Sabine Place**
**Poinciana, FL 34759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Gomez, Leslie**
**11901 NW 14th St.**
**Pembroke Pines, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Gomez, Mario**
**1924 Sheffield Ct.**
**Oldsmar, FL 34677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Gomez, Shari & Mark**
**1012 Mallow Way**
**Brandon, FL 33510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

**Gonyea, Freda-**
**1201 55th St S**
**Gulfport, FL 33707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

**Gonzales, Maria**
**Marlon Mejia**
**1238 Loretto Circle**
**Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Doris & Angel Perez**
**153 Florida Jay Lane**
**Frostproof, FL 33843**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Dulce**
**4307 W. Bird St.**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Kristin & Alex Medero**
**4236 Briarberry Lane**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Manuel & Marla**
**3505 South 78th St.**
**Tampa, FL 33619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.123
2**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Mirian
1995 Searay Shore Drive
Clearwater, FL 33763**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
3**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Randy & Alisa Gonzalez
19415 Delaware Circle
Boca Raton, FL 33434**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
4**

**Nonpriority creditor's name and mailing address**

**Gonzalez-Reyes, Jose
4521 Devonshire Rd.
Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
5**

**Nonpriority creditor's name and mailing address**

**Gooding, Santa Leroy
19 Peterlee Ct.
Kissimmee, FL 34758**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
6**

**Nonpriority creditor's name and mailing address**

**Goodman, Richard & Julianna
625 Painted Leaf Dr.
Brooksville, FL 34604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
7**

**Nonpriority creditor's name and mailing address**

**Gookool, Raymond
Nalini Mohammed
7050 White Trillium Circle
Orlando, FL 32818**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.123 8**

**Nonpriority creditor's name and mailing address**
**Goolsby, Raymond**
**814 Cardinal Road**
**Cocoa, FL 32926**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 9**

**Nonpriority creditor's name and mailing address**
**Goosen, Darla**
**10277 W. 60th Cir.**
**Pinellas Park, FL 33782**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 0**

**Nonpriority creditor's name and mailing address**
**Gorall, David**
**7836 Bengal Lane**
**New Port Richey, FL 34654**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 1**

**Nonpriority creditor's name and mailing address**
**Gordon, Suzette**
**11026 Traci Lynn Dr.**
**Jacksonville, FL 32218**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 2**

**Nonpriority creditor's name and mailing address**
**Gordon, William**
**8143 Woodvine Cir.**
**Lakeland, FL 33810**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
**Gordy, Christiane**
**William Gordy**
**18149 Sandy Pointe Drive**
**Tampa, FL 33647**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.124
4**

**Nonpriority creditor's name and mailing address**

**Gore, Keesonga
3470 E Coast Ave # H-804
Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124
5**

**Nonpriority creditor's name and mailing address**

**Gorka, Richard & Kathleen
Kathleen Gorka
5005 Abisher Wood Lane
Brandon, FL 33511-8414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124
6**

**Nonpriority creditor's name and mailing address**

**Gorso, Robert
8728 Imperial Court
Tampa, FL 33635**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124
7**

**Nonpriority creditor's name and mailing address**

**Gossett, John & Amy
2840 Lake Saxon Drive
Land O'Lakes, FL 34639**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124
8**

**Nonpriority creditor's name and mailing address**

**Gouda, Michael
110 Osceola Court
Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124
9**

**Nonpriority creditor's name and mailing address**

**Gould, Ernest
Sherri Gould
1225 Alttona Avenue
Spring Hill, FL 34609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|--------|---------------------------|------------------------|----------------------|
| | Name | | |

---

| 3.125 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Govindaraju, Prashant**
**16421 Turnbury Oak Drive**
**Odessa, FL 33556**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gracy, John**
**5936 Fisherman Ln**
**Cocoa, FL 32927**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gracy, John**
**Sherri Gracey**
**26911 Lost Woods Circle**
**Bonita Springs, FL 34135**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Grady, Kimberly**
**Tara D. Grady, Sean R. Grady**
**10389 Chadbourne Dr.**
**Tampa, FL 33624**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Graf, Daisy**
**Shapoor Tafti**
**370 Riverside Drive # 10A**
**New York, NY 10025**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Grago, Andrew & Amy**
**4375 Caesar Ave.**
**Orlando, FL 32833**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

**Gramer, Charles**
**Jill Fox**
**P.O. Box 16101**
**Clearwater, FL 33766-6101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 7**

**Nonpriority creditor's name and mailing address**

**Granger, Jeff**
**Silvia Granger**
**1214 Glenridge Drive**
**Leesburg, FL 34748**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

**Grant, Franklin & Candace**
**148 Alexandria Circle**
**Deland, FL 32724**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

**Grant, Robert**
**5149 Fairfield Drive**
**Lakeland, FL 33811**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

**Grant, Ruth**
**4916 Southfork Ranch**
**Orlando, FL 32812**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

**Grantonic, Donald & Mildred**
**531 South Peninsula Ave**
**New Smyrna Beach, FL 32169**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.126<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gray, Kathleen**
**378 79th Ave. NE**
**St. Petersburg, FL 33702**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gray, Kevin**
**8812 Bay Pointe Drive Unit D101**
**Tampa, FL 33615**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gray, Larry and Susan**
**750 Heathrow Lane**
**Palm Harbor, FL 34683**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Graziano, Salvatore & Karin**
**2304 Colusa Lane**
**Valrico, FL 33596**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Grdic, Michael**
**Yvette Grdic**
**1416 Temple Street**
**Clearwater, FL 33756**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Great States Mortgage**
**447 Third Ave. N., Suite 203,**
**St. Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Greaves, Janet & Philip**
**3060 Swanee Road**
**Port Charlotte, FL 33980**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Greaves, Kathleen & Paul**
**22749 Richardson Lane**
**Land O' Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Greco, Susan**
**2002 Bal Harbor # 112**
**Punta Gorda, FL 33950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

**Green, Carol**
**5135 Cape Hatteras Drive**
**Clermont, FL 34714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 2**

**Nonpriority creditor's name and mailing address**

**Green, Charles & Josephine**
**2616 Knoll Street East**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

**Green, Daniel & Kemly**
**35411 Perch Dr.**
**Zephyrhills, FL 33541**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

**Green, James**
**4508 Sweetwater Lake Drive #12**
**Tampa, FL 33613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

**Green, Rictavius & Riolanie**
**4406D Gander Way Ave**
**Joint Base MDL, NJ 08641**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

**Green-Ready, Janice**
**1947 Abbey Ridge Dr.**
**Dover, FL 33527**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 7**

**Nonpriority creditor's name and mailing address**

**Greenberg, David & Melissa**
**731 Long Fellow Terrace**
**Inverness, FL 34450**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

**Greenberg, Jarred and Heather**
**Joseph Greenberg**
**92 SJ Kellner Blvd**
**Bevery Hills, FL 34465**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

**Greene, Paul & Wendy Heir**
**817 S. Westshore Blvd.**
**Tampa, FL 33609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.128 0**

**Nonpriority creditor's name and mailing address**
**Greene, Richard & Regina**
**3972 SW 135 Ave**
**Davie, FL 33330**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 1**

**Nonpriority creditor's name and mailing address**
**Greenwood, Shawn & Aimee**
**11138 Golden Silence Drive**
**Riverview, FL 33569**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 2**

**Nonpriority creditor's name and mailing address**
**Gregg, Alexander**
**18502 Walker Rd**
**Lutz, FL 33549**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 3**

**Nonpriority creditor's name and mailing address**
**Gregg, Alexander**
**3007 W. San Carlos St.**
**Lutz, FL 33549**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 4**

**Nonpriority creditor's name and mailing address**
**Greggo, Thomas**
**Mildred Greggo**
**1122 2nd Ave. South**
**Tierra Verde, FL 33715**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 5**

**Nonpriority creditor's name and mailing address**
**Gregory, Mark**
**4702 Red Warbler Lane**
**Valrico, FL 33596**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.128 6 | **Nonpriority creditor's name and mailing address** <br> **Gregory, Nicholas** <br> **462 Equine Drive** <br> **Tarpon Springs, FL 34688** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.128 7 | **Nonpriority creditor's name and mailing address** <br> **Griffin, Cheryl** <br> **510 Jewel St** <br> **Brooksville, FL 34601** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.128 8 | **Nonpriority creditor's name and mailing address** <br> **Griffin, Kenneth & Sandra Garcia** <br> **1724 Fluorshire Dr.** <br> **Brandon, FL 33511** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.128 9 | **Nonpriority creditor's name and mailing address** <br> **Griffin, Trevor** <br> **Mary griffin** <br> **10081 Clarcona Ocoee Road** <br> **Apopka, FL 32703** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.129 0 | **Nonpriority creditor's name and mailing address** <br> **Griffith, Alvie & Amy** <br> **2101 Meadowbrook Dr.** <br> **Lutz, FL 33558** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.129 1 | **Nonpriority creditor's name and mailing address** <br> **Griffith, Kimberly** <br> **18671 Lynn Road** <br> **North Ft. Myers, FL 33917** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.129**
**2**

**Nonpriority creditor's name and mailing address**

**Grimes, J. Caldon**
**118 Arkwright Drive**
**Tampa, FL 33613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129**
**3**

**Nonpriority creditor's name and mailing address**

**Grimes, Jeffrey Alan & Theresa**
**707 Gateway Lane**
**Tampa, FL 33613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129**
**4**

**Nonpriority creditor's name and mailing address**

**Grinovich, Thomas**
**516 Wideview Ave.**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129**
**5**

**Nonpriority creditor's name and mailing address**

**Grisley, Maxine & John Cracknell**
**1011 New Providence Promenade**
**Davenport, FL 33897**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129**
**6**

**Nonpriority creditor's name and mailing address**

**Grossman, Bradley & Shirley**
**1200 Cariyashford 922**
**Houston, TX 77077**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129**
**7**

**Nonpriority creditor's name and mailing address**

**Groves, Betty Jean**
**6925 Alta Vista St.**
**New Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.129 8**

**Nonpriority creditor's name and mailing address**

**Grube, Richard and Roberta**
**4652 Hickory Stream Lane**
**Mulberry, FL 33860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

**Grutman, Lewis & Sharon Grutman**
**12556 Capri Circle North**
**Treasure Island, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**Gryzmala, Leon & Teresa**
**1104 Twin Laurel Blvd.**
**Nokomis, FL 34275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

**Guay, Marc**
**436 11th Ave. N**
**Sherbrooke J1E2V8**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**Guay, Randy & Collen**
**1455 Ridgewood Street**
**Deland, FL 32720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**Guerra, Cecelia**
**402 13th St NE**
**Ruskin, FL 33570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.130**
**4**

Nonpriority creditor's name and mailing address

**Guerrero, Hector**
**Gladis Guerrero**
**4711 Catamaran Circle**
**Boynton Beach, FL 33436-1564**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.130**
**5**

Nonpriority creditor's name and mailing address

**Guess, Lisa & Michael**
**6313 Angus Valley Drive**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.130**
**6**

Nonpriority creditor's name and mailing address

**Guess, Robin**
**1802 262nd St #149**
**Lomita, CA 90717**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.130**
**7**

Nonpriority creditor's name and mailing address

**Guevarra- Gomez, Manuel**
**404 Tuscanooga Road**
**Mascotte, FL 34753**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.130**
**8**

Nonpriority creditor's name and mailing address

**Guglielmello, Thomas & Gail**
**7030 Derwent Glen Circle**
**Land O'Lakes, FL 34637**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.130**
**9**

Nonpriority creditor's name and mailing address

**Guido, Shari**
**Daniel Guido**
**3444 Floral Dr.**
**Largo, FL 33771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|--------|---------------------------|------------------------|----------------------|
| | Name | | |

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**Guiterrez, Jairo**
**Luz Elena Guiterrez**
**2575 San Tecla St - Unit 103**
**Orlando, FL 32835**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Gulsby, Mark**
**Kellie Gulsby**
**3823 38th Ave E**
**Bradenton, FL 34208**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**Gunstream, Christopher & Linda**
**872 Wesson Drive**
**Casselberry, FL 32707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

**Gunturt, Christine & Michael Abel**
**18063 Parrot Rd**
**Weeki Wachee, FL 34614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

**Gutierrez, Isabel**
**247 SW 8th St #842**
**Miami, FL 33130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**Guy, Charles**
**404 Maxwell Place**
**Indian Rocks Beach, FL 33785**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.131 6**

**Nonpriority creditor's name and mailing address**
**Guy, Gianluca**
**29773 66th Way N.**
**Clearwater, FL 33761**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**
**Guzman, David**
**7604 Industrial Lane, #30**
**Tampa, FL 33637**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**
**Gwynn, Sherri**
**7129 Ironwood Dr.**
**Orlando, FL 32818**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**
**Gyimah, Noah & Catherine**
**8848 Rock Dove Road**
**Lewis Center, OH 43035**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 0**

**Nonpriority creditor's name and mailing address**
**Gyiraszin, Karen & Andrew**
**605 Capri Blvd.**
**St. Petersburg, FL 33706**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 1**

**Nonpriority creditor's name and mailing address**
**Haas, Gary**
**14022 Marine Drive**
**Brooksville, FL 34609**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.132 2**

**Nonpriority creditor's name and mailing address**

**Haberman, William**
**Debra Haberman**
**900 Pondview Ct.**
**Kissimmee, FL 34747**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

**Haddock, Steven & Carol**
**664 Chey Lee Circle**
**Winter Springs, FL 32708**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

**Hagen, Matthew & Sandra**
**1933 West Albury Place**
**Citrus Springs, FL 34434-3001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**Hagstrom, Melissa & Jefrey**
**1820 Ridge Palce**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

**Hahn, James**
**Asuncion Hahn**
**6218 South Grady Ave**
**Tampa, FL 33616**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

**Halbert, Kurtis**
**967 Carissa Lane**
**Oviedo, FL 32765**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.1328**

Nonpriority creditor's name and mailing address

**Haldeman, Heather**
**3608 West Iowa Ave**
**Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1329**

Nonpriority creditor's name and mailing address

**Halisky, Mark**
**Cynthia Halisky**
**913 32nd St. N.**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1330**

Nonpriority creditor's name and mailing address

**Hall, Adam**
**2809 North Course Drive Unit #106**
**Pompano Beach, FL 33069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1331**

Nonpriority creditor's name and mailing address

**Hall, Barbara**
**7156 E. Bank Drive Unit 202**
**Tampa, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1332**

Nonpriority creditor's name and mailing address

**Hall, Donna**
**2826 94th Street East**
**Palmetto, FL 34221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1333**

Nonpriority creditor's name and mailing address

**Hall, Glenn**
**Kelly Hall**
**10736 Rockledge View Drive**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.133
4**

**Nonpriority creditor's name and mailing address**

**Hall, Roger
2040 Joel Ct
Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133
5**

**Nonpriority creditor's name and mailing address**

**Hallmark, Ernest & Marion
1208 Dragon Head Dr.
Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133
6**

**Nonpriority creditor's name and mailing address**

**Halperin, Scott
Cindy Halperin
3323 Sunset View Ct.
Longwood, FL 32779**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133
7**

**Nonpriority creditor's name and mailing address**

**Halstead, Larry & Carol
1205 Crystal Springs Rd
Zephyrhills, FL 33540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133
8**

**Nonpriority creditor's name and mailing address**

**Hamer, Peter
19255 Stone Hedge Drive
Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133
9**

**Nonpriority creditor's name and mailing address**

**Hamilton, Angela & Roger
5454 Cape Hatteras Dr.
Ocala, FL 34473**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.134
0**

**Nonpriority creditor's name and mailing address**

**Hamilton, Jacque
2870 Peachtree Road #869
Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134
1**

**Nonpriority creditor's name and mailing address**

**Hamilton, June
601Alice Street
Plant City, FL 33763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134
2**

**Nonpriority creditor's name and mailing address**

**Hamilton, Keith
Sharon Hamilton
10515 Canary Isle Drive
Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134
3**

**Nonpriority creditor's name and mailing address**

**Hammana, Amal & Scott Tooley
152 Burnsed Pl.
Oviedo, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134
4**

**Nonpriority creditor's name and mailing address**

**Hammil, Bruce & Lori Ann
830 Cordova Blvd. NE
St. Petersburg, FL 33704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134
5**

**Nonpriority creditor's name and mailing address**

**Hammodeh, Basil
7588 Toscana Blvd Apt 444
Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (*if known*) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**Hammond, Keith & Kathleen**
**8624 Government Dr. Suite #101**
**New Port Richey, FL 34653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**Hammond, Richard**
**211 W. Elm St.**
**Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**Hampton, Keith & Elizabeth**
**71 Piune Street**
**Homsassa, FL 34446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**Hampton, Matt-**
**16426 Mercer Road**
**Brooksville, FL 34614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 0**

**Nonpriority creditor's name and mailing address**

**Hancock, Melanie & Joe Rodeigues**
**5710 Sea Trout Place**
**Apollo Beach, FL 33572**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 1**

**Nonpriority creditor's name and mailing address**

**Hand, Janell**
**17920 Gulf Blvd. #1906**
**Redington Shores, FL 33708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.135 2**

**Nonpriority creditor's name and mailing address**

**Hand, Kim (Shoup)**
**Kevin Hand**
**4988 Old Blue Ridge Road**
**Edgewater, FL 32141**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

**Hanley, Ingrid**
**3406 North 12th St**
**Tampa, FL 33605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

**Hanley, Maria -**
**3261 56th Way N.**
**St. Petersburg, FL 33710**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

**Hanley, Robert**
**7126 Bramblewood Dr**
**Port Richey, FL 34668**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**Hanlin, Terry**
**441 Cork St.**
**Largo, FL 33770**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**Hanna, Lloyd**
**4615 N. Saint Vincent St.**
**Tampa, FL 33614**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| Debtor **Stay In My Home, P.A.** | Case number (*if known*) **8:18-bk-8436-RCT** |
| Name | |

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

**Hanrahan, Gerald**
**6124 Azalea Circle**
**West Palm Beach, FL 33415**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**Hansen, Cindy**
**3601 Courtney Point Place**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**Hanson, Elizabeth**
**6818 Roberts Drive Apt 4**
**Woodridge, IL 60517**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**Hansonvic, Elma**
**6509 Ridge Crest Drive**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**Hanz, David**
**9407 Rosebury Court**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**Hanzman, Jeffrey**
**1540 Stargazer 32771**
**Sanford, FL 32771**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.136<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harbuck, Philip & Deborah**
**6700 150 Ave. W.**
**Clearwater, FL 33764**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hardeman, Bobby & Bertha**
**1545 McCrea Dr.**
**Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hardesty, Charles**
**Tammy Hardesty**
**2515 23rd Ave. W**
**Bradenton, FL 34205**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hardy, Amarylis aka Amarylis McEver**
**4307 Cedar Ave**
**Highland City, FL 33846**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hargabus, Patrick-**
**816 Locklear Ave**
**Sarasota, FL 34237**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harlan, Christopher**
**4600 Chancellor DT. NE**
**St. Peterburg, FL 34237**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (*if known*) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

**Harley, Evelyn & Eugene**
**804 Monte Cristo Blvd.**
**Tierra Verde, FL 33715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

**Harmon, Janice**
**Ronald Harmon**
**12604 Twisted Oak Dr.**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

**Harper, William**
**11824 Sweet Pea Court**
**Tampa, FL 33635**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

**Harrell, Chad & Floyd**
**13557 Barkley**
**Chino, CA 33803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

**Harrell, Phillip**
**2354 Merrily Cir S.**
**Seffner, FL 33584**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**Harris, Allen**
**9410 North 21st**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.137**
**6**

**Nonpriority creditor's name and mailing address**

**Harris, Claude**
**2020 McMullen Booth**
**Largo, FL 33771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**
**7**

**Nonpriority creditor's name and mailing address**

**Harris, Lovett**
**James Harter**
**PO Box 342301**
**Tampa, FL 33694-2301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**
**8**

**Nonpriority creditor's name and mailing address**

**Harris, Sarah and Bradley**
**6814 Howalt Drive**
**Jacksonville, FL 32277**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**
**9**

**Nonpriority creditor's name and mailing address**

**Harris, Willinda**
**2245 20th St. South**
**St. Pete, FL 33712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138**
**0**

**Nonpriority creditor's name and mailing address**

**Harrison, Cheryl & Shri Prashad**
**9304 Ashley Oaks Ct**
**Tampa, FL 33565**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138**
**1**

**Nonpriority creditor's name and mailing address**

**Harrison, Gerald**
**9030 Arndale Circle**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.138 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harry, Tara & Meera**
**541 Pinebranch Circle**
**Winter Springs, FL 32708**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harsha, Lee & Tonia**
**2095 Fairlane Dr.**
**Largo, FL 33771**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hart, Christine**
**249 Old Zion Church Road**
**Woodburn, KY 42170**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hart, George**
**Patricia Hart**
**14530 Ledbetter Ave.**
**Groveland, FL 34736**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hart, Kirby**
**122 Thackery Way**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hart, Penny**
**Emmett Hart**
**113 Dellwood Drive**
**Longwood, FL 32750**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

**Harter, James**
**Lovett Harris**
**PO Box 342301**
**Tampa, FL 33694-2301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

**Hartley, Noel**
**20 Donnybrook**
**Dublin, Ireland**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

**Hartsfield, Glenda**
**3885 Jamaica Dr.**
**Jonesboro, GA 32224**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

**Hartsock, Leon**
**8206 Cypress Breeze Way**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 2**

**Nonpriority creditor's name and mailing address**

**Hartz, Michael**
**7710 115th ave East**
**Parrish, FL 34219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 3**

**Nonpriority creditor's name and mailing address**

**Hartzell, William**
**Angela Hartzell**
**6067 Mission Drive**
**Lakeland, FL 33812**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

**Harvey, Marlowe**
**Judy Harvey**
**47015 Extrom Rd.**
**Chilliwack BC  V2R 4V1**
**Canada**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

**Harvey, Michael & Kris**
**5190 Dundas Dr.**
**Cincinnati, OH 45238**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 6**

**Nonpriority creditor's name and mailing address**

**Harvey, Ronald & Luisa**
**1944 Blossom Way South**
**St.Petersburg, FL 33712**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 7**

**Nonpriority creditor's name and mailing address**

**Hasanovic, Elma & Fahrudvin**
**6509 Ridge Crest Drive**
**Port Richey, FL 34668**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 8**

**Nonpriority creditor's name and mailing address**

**Hassan, Salah & Salah**
**771 Cayuga Ave**
**Palm Bay, FL 32905**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 9**

**Nonpriority creditor's name and mailing address**

**Hassler, William & Neena**
**344 Whispering Oaks Ct.**
**Sarasota, FL 34230**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.140 0**

**Nonpriority creditor's name and mailing address**

**Hastings, Candace**
**Jill Baszak**
**205 3rd Ave**
**Melbourn Beach, OH 35291**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 1**

**Nonpriority creditor's name and mailing address**

**Hatton, Michelle**
**765 7th St South**
**Safety Harbor, FL 34695**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 2**

**Nonpriority creditor's name and mailing address**

**Hatzakis, Christos**
**Panagiota Hatzakis**
**2318 Messenger Circle**
**Safety Harbor, FL 34695**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

**Haulsee, Michael & Marcia**
**2900 Pelham Rd N**
**St.Petersburg, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

**Hawkinson, Deatra & Michael**
**3621 Ithaca St. N.**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

**Hayden, William**
**3565 Fodder Dr.**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

**Hayes, Sharon**
**Jerry Hayes**
**7734 Avonwood Court**
**Orlando, FL 32810**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**

**Haynes, Brian**
**Karen haynes**
**7009 Cypress Bridge Dr. N**
**Ponte Vedra Beach, FL 32082**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**

**Haynes, Dayna**
**P133 Clark St.**
**Abingdon, VA 24210**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**

**Haywood, Thomas**
**2006 Sheffield Court**
**Oldsmar, FL 34677**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.141 0**

**Nonpriority creditor's name and mailing address**

**Hayworth, Hannah**
**5198 61st Lane North**
**Kenneth City, FL 33709**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**

**Hazel, Gabriel & Monique**
**2200 Hilda Ann RD**
**Zephyrhills, FL 33540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.141**
**2**

**Nonpriority creditor's name and mailing address**

**Hazelwood, Ramona**
**4306 Wood Lark Dr**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**3**

**Nonpriority creditor's name and mailing address**

**Hearn, Richard**
**Diane Hearn**
**1019 Belvoir Drive**
**Davenport, FL 33837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**4**

**Nonpriority creditor's name and mailing address**

**Hebert, George**
**Sharon Hebert**
**6857 16th Way South**
**St. Petersburg, FL 33712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**5**

**Nonpriority creditor's name and mailing address**

**Hebert, Jason**
**Sarah Hebert**
**6355 23rd Lane North**
**St. Pete, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**6**

**Nonpriority creditor's name and mailing address**

**Heerapersaud, Anthony**
**Anita  Heerapersaud**
**602 Rena Drive**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**7**

**Nonpriority creditor's name and mailing address**

**Heineman, Lee**
**PO Box 8086**
**Longboat key, FL 34217-8086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.141 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heinlein, Roberta**
**James Clairess**
**8305 Clara Drive**
**Zephyrhills, FL 33540**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heitmann, Karin and Jan**
**2414 Sonoma Dr West**
**Nokomis, FL 34275**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hellman, Thomas**
**Diane Hellman**
**6111 Wesley Brook Dr.**
**Wesley Chapel, FL 33544**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Helmick, Dennis**
**300 28th Ave N.**
**St. Petersburg, FL 33704**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Helton, Kristin**
**Mitch Helton**
**5540 Cape Leyte Drive**
**Sarasota, FL 34242**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hemphill, Sonja**
**Samuel Hemphill**
**1833 Rens Selar Drive**
**Wesley Chapel, FL 33543**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

**Hemphill, Stephen**
**Adriana Hemphill**
**5855 Midnight Pass Rd. #215**
**Sarasota, FL 34242**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.142 5**

**Nonpriority creditor's name and mailing address**

**Hemphill, Steven**
**5920 48th St E**
**Bradenton, FL 34203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

**Henderson, Barron**
**Belinda Henderson**
**200 Country Club Dr. #1302**
**Largo, FL 33771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**Henderson, Jackie**
**Mark Henderson**
**2807 W. Woodlawn Ave**
**Tampa, FL 33607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**Henderson, Juanita**
**37 West 22nd Street**
**Jacksonville, FL 32206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**Henry, Margaret**
**7108 Draper Place**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**Henry, Mary**
**6424 Stone Road**
**Port Richey, FL 31668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

**Henry-Curry, Julia**
**2127 6th Ave N.**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**

**Henry-Curry, Julia**
**2347 17th Ave. South**
**St. Petersburg, FL 33712**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

**Herdman, Rosemary**
**Robert Herdman**
**2127 6th Ave N.**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

**Herman, Richard**
**Vickie Herman**
**1607 Oak Arbor Lane**
**Valrico, FL 33546**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

**Herman, Richard C.**
**Vickie Herman**
**952 Wicket Run Dr.**
**Brandon, FL 33510**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.143 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hermanson, Jamie C.**
**1454 Walden Oaks Pl.**
**Plant City, FL 33563**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.143 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hermes Consulting USA, LLC**
**308 Jake Tucker Rd.**
**Midland, NC 28107-9359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.143 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hernandez, Alcides**
**12448 Leewood Way**
**Springhill, FL 34610**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.143 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hernandez, Alejandro**
**19322 Seacove Drive**
**Lutz, FL 33558-9745**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.144 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hernandez, Ana**
**7306 Fountain Ave.**
**Tampa, FL 33634**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.144 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hernandez, Dennis**
**Katie Hernandez**
**1708 W. Beach St**
**Tampa, FL 33607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.144 2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Hernandez, Fernando Elizabeth** | ■ Contingent | |
| **2524 W. Tampa Bay Blvd.** | ■ Unliquidated | |
| **Tampa, FL 33607** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.144 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Hernandez, Frank** | ■ Contingent | |
| **2039 N. Larramore Rd.** | ■ Unliquidated | |
| **Avon Park, FL 33825** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.144 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Hernandez, Manuel Vanessa** | ■ Contingent | |
| **3927 Creekwoods Drive** | ■ Unliquidated | |
| **Plant City, FL 33563** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.144 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Hernandez, Sandra** | ■ Contingent | |
| **6831 Pastureland Place** | ■ Unliquidated | |
| **Winter Gardens, FL 34787** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.144 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Hernandez, Tuesday** | ■ Contingent | |
| **1224 Dragon Head Dr.** | ■ Unliquidated | |
| **Valrico, FL 33594** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.144 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Heroian, Setta Heroian, Lucinne** | ■ Contingent | |
| **1923 Oak St.** | ■ Unliquidated | |
| **Sarasota, FL 34236** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.144 8**

**Nonpriority creditor's name and mailing address**

**Herrera, Jose**
**Emma Herrera**
**1301 79th Ave. W.**
**St. Petersburg, FL 33702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144 9**

**Nonpriority creditor's name and mailing address**

**Herrera, Sean**
**13929 Chalk Hill Pl.**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 0**

**Nonpriority creditor's name and mailing address**

**Herrera, Victoria**
**2406 N. Lincon Ave**
**Tampa, FL 33607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 1**

**Nonpriority creditor's name and mailing address**

**Herron, Janet**
**13061 Hanley Dr.**
**Spring Hlll, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 2**

**Nonpriority creditor's name and mailing address**

**Herzog, Adele**
**Alan Herzog**
**5008 Starblaze Drive**
**Green Acres, FL 33463**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 3**

**Nonpriority creditor's name and mailing address**

**Hesser, Peter Carl**
**Michael Harris**
**205 Cortez Drive**
**Port Charlotte, FL 33980**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.145
4**

**Nonpriority creditor's name and mailing address**

**Heston, Dana
Donald Heston
12077 Gandy Blvd. N Unit 361
St. Petersburg, FL 33702**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.145
5**

**Nonpriority creditor's name and mailing address**

**Hewett, Pamela
4907 Bayshore Blvd # 125
Tampa, FL 33611**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.145
6**

**Nonpriority creditor's name and mailing address**

**Hicks, Bevery
1902 East 21st Ave.
Tampa, FL 33605**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.145
7**

**Nonpriority creditor's name and mailing address**

**Hicks, David
Linda Hicks
234 SW 12th Ave.
Boynton Beach, FL 33435**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.145
8**

**Nonpriority creditor's name and mailing address**

**Hicks, James
Jo Ann  Hicks
7400 Sun Island Drive # 210
South Pasadena, FL 33707**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.145
9**

**Nonpriority creditor's name and mailing address**

**Hicks, Raymond
Pamela Hicks
525 54th Ave South
St.Petersburg, FL 33705**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.146 0**

**Nonpriority creditor's name and mailing address**

**Hidalgo, Eduardo**
**Michelle Ayala**
**8035 Canterbury Lake Blvd.**
**Tampa, FL 33619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.146 1**

**Nonpriority creditor's name and mailing address**

**High, James**
**Ruby High**
**706 E. Elm St.**
**Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.146 2**

**Nonpriority creditor's name and mailing address**

**Hill, Darren**
**Jennifer Hill**
**1341 Wexford Dr**
**Sough Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.146 3**

**Nonpriority creditor's name and mailing address**

**Hill, Fred**
**Joyce Hill**
**2233 Laurel Oak Rd**
**Valrcio, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.146 4**

**Nonpriority creditor's name and mailing address**

**Hill, Paula**
**1171 Luther Dr.**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.146 5**

**Nonpriority creditor's name and mailing address**

**Hillenburg, William (Estate of)**
**Aloma Hillenburg**
**3027 Napoleon Ave.**
**Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.146
6**

**Nonpriority creditor's name and mailing address**

**Hills, Charlene**
**4718 14th Ave S**
**St.Petersburg, FL 33771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.146
7**

**Nonpriority creditor's name and mailing address**

**Hillsborough County Clerk of Court**
**PO Box 1110**
**Tampa, FL 33601-1110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$206.50**

---

**3.146
8**

**Nonpriority creditor's name and mailing address**

**Himes, Jamie**
**4132 4th St S**
**St.Petersburg, FL 33705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.146
9**

**Nonpriority creditor's name and mailing address**

**Himonetos, Alexandros**
**Kathy Himoretoes**
**955 Harbor Hill Drive**
**Safety Harbor, FL 34695**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147
0**

**Nonpriority creditor's name and mailing address**

**Hines, Patricia**
**3924 Highland St. S.**
**St. Petersburg, FL 33705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147
1**

**Nonpriority creditor's name and mailing address**

**Hinson, William Jr.**
**Connie May Fowler**
**161 Twine Street**
**St. Augustine, FL 32084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.147 2**

**Nonpriority creditor's name and mailing address**

**Hinton, David**
**Patsy Hinton**
**17722 Morninghigh Drive**
**Lutz, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 3**

**Nonpriority creditor's name and mailing address**

**Hires, Lawrence**
**Dolores Hires**
**9204 Mill Circle**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 4**

**Nonpriority creditor's name and mailing address**

**Hirschauer, Catherine-**
**19512 French Lace Drive**
**Lutz, FL 33558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

**Hirschburg, Michelle**
**Robin Hirschburg**
**1012 Cherokee St.**
**Safety Harbor, FL 34695**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**Hitchcock, Kristina**
**Richard Hitchcock**
**3011 E. Jean St**
**Tampa, FL 33610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Hladky, Randy**
**Kippa Hladky**
**873 Yellow Pine Ave**
**Rockledge, FL 32955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**Hoag, Patrick**
**Michele Hoag**
**12107 Steepingstone Blvd.**
**Tampa, FL 33635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**Hoblick, David**
**Hoblick, Jami**
**1623 Brookside Dr.**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Hodge, Deborah**
**11150 Ancient Futures Drive**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Hodge, Mark**
**Paula Urban/Hodge**
**PO Box 636**
**Lacooche, FL 33537-0636**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**Hodo, Tynisha**
**3319 8th St East**
**Bradenton, FL 34208**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**Hoffman, Gregory**
**215 Timberlane Drive**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**Hoffman, John**
**Antoinette Hoffman**
**12811 Tyler Run Ave.**
**Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**Hoffmann, Paul**
**Stephanie Hoffmann**
**4453 45th St. S.**
**St. Petersburg, FL 33711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**Hofman, Jenifer**
**Donald Hofman**
**PO Box 1314**
**Oakland, FL 34760-1314**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**Hofstetter, Christopher**
**2204 Bahia Vista Apt 07**
**Sarasota, FL 34239**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

**Hogan, James**
**3446 Primrose Way**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

**Hoggard, Stanley**
**Traci Hoggard**
**1510 Lakeside Drive**
**Dunedin, FL 34698**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

**Hoglund, David**
**Virgina Hogland**
**426 Island Cay Way**
**Apollo Beach, FL 33572**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

**Hohenstern, Loraine**
**5971 110th Way North**
**Seminole, FL 33772**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 2**

**Nonpriority creditor's name and mailing address**

**Holland & Knight**
**200 S. Orange Ave., Suite 2600**
**Orlando, FL 32801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.149 3**

**Nonpriority creditor's name and mailing address**

**Hollands, Christopher**
**Sonya Hollands**
**1860 Mizell Avenue**
**Winter Park, FL 32789**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 4**

**Nonpriority creditor's name and mailing address**

**Hollaway, Eric**
**Traci Hollaway**
**2120 68th Ave. S.**
**St. Petersburg, FL 33712**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 5**

**Nonpriority creditor's name and mailing address**

**Holley, Kathleen**
**40221 Palm Street**
**Lady Lake, FL 32159**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.149 6**

**Nonpriority creditor's name and mailing address**

**Hollister, Brian**
**Giselle Hollister**
**6140 Kiteridge Drive**
**Lithia, FL 33547**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 7**

**Nonpriority creditor's name and mailing address**

**Holloway, Carl**
**22327 Willow Lakes Dr**
**Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 8**

**Nonpriority creditor's name and mailing address**

**Holly, Joseph**
**Loretta Holly**
**3506 22nd Street SW**
**Lehigh Acres, FL 33976**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 9**

**Nonpriority creditor's name and mailing address**

**Holmes, David**
**Kristin Holmes**
**5445 48th Ave N**
**St.Petersburg, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 0**

**Nonpriority creditor's name and mailing address**

**Holmes, Matthew**
**3116 Kearns Rd**
**Mulberry, FL 33860**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 1**

**Nonpriority creditor's name and mailing address**

**Holness, Paul and Cherine**
**4128 Eastridge Circle**
**Pompano Beach, FL 33064**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.150 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Holt, Julian Bruce**
**807 S. Castle Court**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.150 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Holt, Kimberly**
**686 Avenue K SE**
**Winter Haven, FL 33880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.150 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Holten, Mark**
**Arlen Vanessa Holten**
**9202 Estate Cove Circle**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.150 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Holzschuher, Santiago**
**7522 Forbes Rd.**
**Zephyrhills, FL 33540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.150 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hombeck, Keith**
**Carla Hornbeck**
**3085 Bayfront Circle**
**Hernando Beach, FL 34607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.150 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Honorable Reporting Services**
**PO Box 272136**
**Boca Raton, FL 33427-2136**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

**Hoogerwerff, Leonard**
**Hoogerwerff, Mary**
**12441 Ranchland Trail**
**Lakeland, FL 33809**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

**Hooker, Angela**
**PO Box 2994**
**Brandon, FL 33509-2994**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

**Hoopes, Thomas**
**240 Deegan Lake Dr.**
**Bridgeport, WV 26330**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

**Hope, Alan**
**Deborah Hope**
**4409 Olympia Court**
**Clermont, FL 34714**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

**Hopkins, Eric**
**Lafawn McKay-Hopkins**
**6013 N. 17th St.**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

**Hopkins, Kathy**
**1207 Ponds Ct.**
**Deltona, FL 32738**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.151 4**

**Nonpriority creditor's name and mailing address**
**Horne, Jeffrey**
**15610 Howell Park Lane**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 5**

**Nonpriority creditor's name and mailing address**
**Horner, Dean A.**
**Nancy A. Horner**
**2207 Lumsden Rd.**
**Valrico, FL 33594**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**
**Hosein, Fazal**
**10015 Cypress Shadow**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**
**Hoskie, Joan**
**322 Woody Circle**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 8**

**Nonpriority creditor's name and mailing address**
**Hottman, Jennifer**
**Eric Hottman**
**1905 Rolling Green Circle**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 9**

**Nonpriority creditor's name and mailing address**
**Houk, Lane**
**2218 Valrico Forest Drive**
**Valrico, FL 33594**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

**Houraney, William**
**Raeda Houraney**
**15316 Hamlin Blvd.**
**Loxahatchee, FL 33470**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

**Houston, David**
**13306 2nd Street East**
**Madeira Beach, FL 33708**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 2**

**Nonpriority creditor's name and mailing address**

**Houston, Malcolm**
**Shernita Houston**
**1706 North Freemont Ave**
**Tampa, FL 33607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

**Howard, Barbara**
**9535 Hancock Rd.**
**Lakeland, FL 33810**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

**Howard, Wesley**
**Ruth Howard**
**5736 Abercorn Drive**
**Orlando, FL 32812**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

**Howell, John**
**Yvette Howell**
**6025 NW 75th Pl.**
**Parkland, FL 33067**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**Howell, Paul**
**222 South Chandler Ave**
**Deland, FL 32728**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**Howison, Nancy Lee**
**2877 Fifer Dr.**
**Deltona, FL 32738**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**Howle, James**
**Beverly Howles**
**1636 Hawkins Cove Drive East**
**Jacksonville, FL 32246**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

**Hrabak, Christopher**
**4012 West Land Ave**
**Tampa, FL 33616**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

**Hrabal, Jeremy**
**Jennifer Hrabal**
**231 W. Princeton Street**
**Orlando, FL 32804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

**Huang Chu Chin**
**Tun Huamg Tsai**
**2999 Embassy Ct.**
**Casselberry, FL 32707**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.153 2**

**Nonpriority creditor's name and mailing address**

**Hubbard, Corey**
**3401 Casablanca Ave**
**St. Pete, FL 33706**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

**Hubbi, Samer**
**791 7th Ave N**
**Largo, FL 33770**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

**Hubbi, Samer**
**Stephanie Fay Wysong**
**19263 Quite Oak Lane**
**Brooksville, FL 34604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

**Huckleberry, Raeerickson**
**Tamika Huckleberry**
**13728 Goodson Place**
**Jacksonville, FL 32226**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**Huebner, Hans**
**Dawn Huebner**
**8920 Sw 110th Street**
**Miami, FL 33176**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Huey, Myron**
**1340 Forest Park Circle #22**
**Lafayette, CO 80026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.153 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Huey, Myron**
**105 Hillcrest Dr**
**Safety Harbor, FL 34695**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.153 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Huffman, James E.**
**7725 Rottingham Rd.**
**Port Richey, FL 34688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.154 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hughes, Charles**
**7723 Marrin Park Rd.**
**Ruskin, FL 33573**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.154 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hughes, Christine**
**21 Woodside Drive**
**Londonderry, NH 03053**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.154 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Huigens, Douglas**
**1111 Callista Ave.**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.154 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hummer, Jeremy**
**5705 17th Ave S**
**Gulfport, FL 33707**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.154
4**

**Nonpriority creditor's name and mailing address**

**Hund, Thomas
7353 Banner Street
New Port Richey, FL 34653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.154
5**

**Nonpriority creditor's name and mailing address**

**Hunsinger, Jon
Kristine Hunsinger
3042 Alachua Place
New Port Richey, FL 34655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.154
6**

**Nonpriority creditor's name and mailing address**

**Hunter, Diana a/k/a Park, Diana
Robert Hunter
6610 Reef Circle
Tampa, FL 33625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.154
7**

**Nonpriority creditor's name and mailing address**

**Hurley, Frederick
Sandy Hurley
776 Missouri Ave North
Largo, FL 33770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.154
8**

**Nonpriority creditor's name and mailing address**

**Hurst, Dudley
5219 Abbey Park Ave
Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.154
9**

**Nonpriority creditor's name and mailing address**

**Hutchings, Robert
Christine Schoderbock
1151 County Lane W
Clearwater, FL 33759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.155 0**

**Nonpriority creditor's name and mailing address**

**Hutchins, Lonnie**
**3208 48th Street East**
**Palmetto, FL 34211**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 1**

**Nonpriority creditor's name and mailing address**

**Hutto, Monica**
**Jacob H Hunt**
**8280 Pelican Ln.**
**Largo, FL 33777**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

**Huxtabe, Michael**
**3639 East 62nd Ave**
**Bradenton, FL 34203**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

**Hyatt, Nigel**
**Regina Wright**
**7911 N. Colony Cir Apt 205**
**Tamarac, FL 33321**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**Iampieri, Derek**
**9419 Bullfrog Ct**
**Gibsonton, FL 33534**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Ibarra, Kerri**
**Jorge Ibarra**
**3271 Grayton Drive**
**Spring Hill, FL 34609-2935**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.155 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Iglesias, Carlos**
**Lisa Iglesias**
**7209 W. Cortez Ave**
**Tampa, FL 33614**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Iglesias, Enrique**
**Greiska Iglesias**
**31736 Morning Dew Lane**
**Zephyrhills, FL 33543**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Iles, Mallory**
**913 Brantley Dr.**
**Longwood, FL 32779**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Illyes, Karl**
**Jennifer Jackson**
**623 Danube Ave.**
**Tampa, FL 33606**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**ImageNet Consulting**
**2914 S. Falkenburg Rd.,**
**Riverview, FL 33569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Imam, Kazi**
**Sarwat Hasan**
**5210 Rising Comet Lane**
**Green Acres, FL 33463**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.156
2**

**Nonpriority creditor's name and mailing address**

**Imhuelsen, Hugette**
**7219 Meadowlawn Drive North**
**St. Pete, FL 33702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156
3**

**Nonpriority creditor's name and mailing address**

**Inglesby, Audrey**
**Edward Inglesby**
**2167 Vivian Way South**
**St. Petersburg, FL 33712**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156
4**

**Nonpriority creditor's name and mailing address**

**Inland Assets**
**12393 Craigside Lane**
**Windermere, FL 34786**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156
5**

**Nonpriority creditor's name and mailing address**

**Innocent, Gregoire**
**Innocent, Lillian**
**7 Sun Country Court**
**Eustis, FL 32726**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156
6**

**Nonpriority creditor's name and mailing address**

**Insinga, William**
**Oshia Insignia**
**2242 Otter Creek Lane**
**Sarasota, FL 34246**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156
7**

**Nonpriority creditor's name and mailing address**

**Integrity Land Trust**
**c/o Tommy Phillips**
**6 Reindeer Lane**
**Palm Coast, FL 32164**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.156
8**

**Nonpriority creditor's name and mailing address**

**Intuit, Inc. (Quickbooks)**
**Attn: Legal Department**
**2700 Coast Ave.**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156
9**

**Nonpriority creditor's name and mailing address**

**Ippolito, Anthony**
**Dawn Ippolito**
**2902 Lantern Drive**
**South Daytona, FL 32119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157
0**

**Nonpriority creditor's name and mailing address**

**Ireland, Walter**
**7253 Channelside Lane**
**Pinellas Park, FL 33781**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157
1**

**Nonpriority creditor's name and mailing address**

**Irizarry, Sandra**
**10542 Bucks Run**
**New Port Richey, FL 34654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157
2**

**Nonpriority creditor's name and mailing address**

**Isaac,  Ralph**
**38822 Centennial Road**
**Dade City, FL 33525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157
3**

**Nonpriority creditor's name and mailing address**

**Isaacs, Julian**
**Roxanne Isaacs**
**124 S. Almar Dr.**
**Wilton Manors, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.157
4**

**Nonpriority creditor's name and mailing address**

**Isin, Edward
Teresa Isin
6836 Oakdale Dr.
Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157
5**

**Nonpriority creditor's name and mailing address**

**Israwi, Nuhed
Lamia Mosrie
801 Del Rio Way # 601
Merritt Island, FL 32953**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157
6**

**Nonpriority creditor's name and mailing address**

**Ivan, Caruso
2148 NE Coachman Road
Clearwater, FL 33765**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157
7**

**Nonpriority creditor's name and mailing address**

**Iverson, Vincent
Andrea Iverson
1135 Crimson Clover Way
Wesley Chapel, FL 33543**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157
8**

**Nonpriority creditor's name and mailing address**

**Jackson, Cathy
Edward Jackson
16523 Arrow Head Trail
Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157
9**

**Nonpriority creditor's name and mailing address**

**Jackson, Craig
Karen Jackson
7229 121st Way N
Seminole, FL 33772**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.158 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jackson, Eugene**
**Gertrude J. Cochrine**
**919 Fern Ave**
**Cocoa, FL 32922**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jackson, Gladeen**
**1744 W. Salle St**
**Tampa, FL 33607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jackson, Kristina**
**Richard Jackson**
**905 Carson Street**
**Cocoa, FL 32922**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jackson, Latoya**
**7218 Hager Way**
**Orlando, FL 32822**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jackson, Lee**
**31212 Chatterly Drive**
**Wesley Chapel, FL 33543**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jackson, Lefears**
**Theresa Jackson**
**811 S. 18th Ave**
**Maywood, IL 60153**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| | Name | | |

---

| 3.158 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jackson, Terry**
**2530 Summerland Way**
**Kissimmee, FL 34746**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jacobs, Steven**
**Shauna Jacobs**
**13225 Old Florida Circle**
**Hudson, FL 34669**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jacobsen, Douglas**
**Diane Jacobsen**
**150 Cherrywood Drive**
**Maitland, FL 32751**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jacobsen, Kevin**
**Angela Cooper**
**10940 Ross St.**
**Tampa, FL 33610**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jacobson, Christine**
**111 West North Bay Street**
**Tampa, FL 33603**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jacobson, Philip**
**Pamela Jacobson**
**7346 Via Leonardo**
**Lake Worth, FL 33467**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Jagisch, Richard**
**1032 8th Ave. N.**
**St. Petersburg, FL 33702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

**Jahnke, Sharon**
**Dale jahnke**
**15026 Redcliff Drive**
**Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

**James, Heather**
**Marc James**
**11517 108th Place**
**Largo, FL 33778**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

**James, Omar**
**5998 Hillside St.**
**Seminole, FL 33772**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

**Jameson, Donna**
**2108 Godfrey Avenue**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 7**

**Nonpriority creditor's name and mailing address**

**Jamrog, Angela**
**Dennis Jamrog**
**912 Park Street**
**Seffner, FL 33584**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

**Janney, Daniel**
**Julie Janney**
**5110 Wauchula Road**
**Myakka City, FL 34251**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 9**

**Nonpriority creditor's name and mailing address**

**Janson, Laura**
**Greg Janson**
**1457 Highfield Dr.**
**Clearwater, FL 33764**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

**Jaramillo, Maria**
**307 Valley Drive**
**Longwood, FL 32779**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

**Jaramillo, Mireya**
**2913 S. Willow Dr.**
**Plant City, FL 33566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 2**

**Nonpriority creditor's name and mailing address**

**Jaramillo, Tom**
**Lisa Jaramillo**
**195 Southshore Blvd.**
**Eatonton, GA 31024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

**Javors, Dr. Keith**
**3454 Princeton Ave #1**
**Philadelphia, PA 19149**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.160 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jean- Marie**
**Jackson Jean Marie**
**11365 Horned Owl Rd**
**Weeki Wachee, FL 34614**

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jenei, Anna**
**5077 NW 7th St Apt 1079**
**Miami, FL 33126**

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jenkins, Alma D.**
**9750 Lake Drive**
**New Port Richey, FL 34654**

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jenkins, Rick**
**12286 Hatch Lane SE**
**Aumsville, OR 97325**

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jenkins, Theresa**
**28729 Tanner Dr**
**Wesley Chapel, FL 33545**

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jenney, Curtis**
**Sandra Jenney**
**1880 N. Washington Ave.**
**Clearwater, FL 33755**

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.161 0**

**Nonpriority creditor's name and mailing address**

**Jennings, Tamara**
**1237 Mohrlake Dr.**
**Brandon, FL 33511**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 1**

**Nonpriority creditor's name and mailing address**

**Jens, Richard**
**Michelle Jens**
**6901 NW 14th Court**
**Plantation, FL 33313**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 2**

**Nonpriority creditor's name and mailing address**

**Jensen, Carol**
**3734 Cypress Meadows Rd**
**Tampa, FL 33624**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 3**

**Nonpriority creditor's name and mailing address**

**Jensen, Richard**
**Julie Jensen**
**4416 Flint Drive**
**North Port, FL 34286**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

**Jepperson, Michele**
**PO Box 504**
**Satsuma, FL 32189-0504**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

**Jewtraw, Williams**
**Cindy Jewtraw**
**4310 Merchant Ave**
**Springhill, FL 34608**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

**Jimenez, Antonio**
**7038 Fort King Road**
**Zephyrhills, FL 33541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.161 7**

**Nonpriority creditor's name and mailing address**

**Jimenez, Christian**
**Ruthy Calle**
**8708 N. Pawnee Ave**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

**Jimenez, Claudia**
**1918 Pelican Landing Blvd**
**Unit 1112**
**Clearwater, FL 33762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

**Johns, James**
**Bonnie James**
**3111 Firt Socrum Village Blvd.**
**Lakeland, FL 33810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

**Johns, Karen Sue**
**567 Lindsey Drive**
**Lakeland, FL 33809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

**Johnson, Adam**
**8301 Dominguin St**
**Orlando, FL 32817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.162
2**

**Nonpriority creditor's name and mailing address**

**Johnson, Carl**
**Bethenia Johnson**
**6969 Big Bend Drive**
**St. Cloud, FL 34771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.162
3**

**Nonpriority creditor's name and mailing address**

**Johnson, Carrie**
**Stephen Johnson**
**365 6th Ave N.**
**Tierra Verde, FL 33715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.162
4**

**Nonpriority creditor's name and mailing address**

**Johnson, Clifford**
**Veronica Johnson**
**300 West Blackjack Branch Way**
**St. Johns, FL 32259**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.162
5**

**Nonpriority creditor's name and mailing address**

**Johnson, Irma**
**625 Stillview Circle**
**Brandon, FL 33510**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.162
6**

**Nonpriority creditor's name and mailing address**

**Johnson, Keli**
**Thomas Johnson**
**11495 Old Dade City Drive**
**Kathleen, FL 33849**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.162
7**

**Nonpriority creditor's name and mailing address**

**Johnson, Lamar**
**15755 NW 16th Court**
**Pembroke Pines, FL 33028**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.162 8**

**Nonpriority creditor's name and mailing address**
**Johnson, Lawrence Sr. and Clara**
**2669 Greenwillow Drive**
**Orlando, FL 32825**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.162 9**

**Nonpriority creditor's name and mailing address**
**Johnson, Paul**
**1355 Essex Rd**
**Winter Park, FL 32789**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.163 0**

**Nonpriority creditor's name and mailing address**
**Johnson, Robert**
**Augustina Johnson**
**1900 Piper Terr**
**Deltona, FL 32738**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.163 1**

**Nonpriority creditor's name and mailing address**
**Johnson, Robert**
**3761 10th Street NE**
**St. Petersburg, FL 33704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.163 2**

**Nonpriority creditor's name and mailing address**
**Johnson, Troy**
**Kimberly Johnson**
**PO Box 657**
**Minooka, IL 60447-0657**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.163 3**

**Nonpriority creditor's name and mailing address**
**Johnson, Troy**
**Kimberly Johnson**
**209 Wabasso St**
**Minooka, IL 60447**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.163 4**

**Nonpriority creditor's name and mailing address**
**Johnson, Walter**
**Kristine Johnson**
**7322 Ponderosa Dr.**
**Tampa, FL 33637**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.163 5**

**Nonpriority creditor's name and mailing address**
**Johnston, Gregory**
**5715 Broadway Ave.**
**New Port Richey, FL 34652**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.163 6**

**Nonpriority creditor's name and mailing address**
**Johnston, Matthew**
**Elisa Johnston**
**6846 Dartmouthhill St.**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.163 7**

**Nonpriority creditor's name and mailing address**
**Jolia, Natella**
**11163 Ledgement Lane**
**Wundmere, FL 34786**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.163 8**

**Nonpriority creditor's name and mailing address**
**Jolicoeur, Kevin**
**7226 57th Ave N.**
**St. Petersburg, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.163 9**

**Nonpriority creditor's name and mailing address**
**Jones, David**
**Mountaintop Ministries**
**7411 E. Comanche Ave.**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.164 0**

**Nonpriority creditor's name and mailing address**

**Jones, David**
**Tresh Covell Jones**
**2149 Capri Drive**
**Clearwater, FL 33763**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164 1**

**Nonpriority creditor's name and mailing address**

**Jones, David**
**2492 Latarche Ave**
**North Port, FL 34288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164 2**

**Nonpriority creditor's name and mailing address**

**Jones, Fitzgerald P.**
**15808 Ironware Place**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164 3**

**Nonpriority creditor's name and mailing address**

**Jones, Glenn**
**Gennifer Jones**
**7545 Sheridan Road**
**West Melbourne, FL 32904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

**Jones, Glorious**
**4305 Eagle Landing Pkwy**
**Orange Park, FL 32065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

**Jones, Jack**
**11810 Capri Circle South Unit 2**
**Treasure Island, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.164
6**

**Nonpriority creditor's name and mailing address**

**Jones, Lawrence
Dorothea Jones
3901 Hallck Ct.
Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164
7**

**Nonpriority creditor's name and mailing address**

**Jones, Leighsah
Pass, Patrick
1406 Wren Court
Longwood, FL 32750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164
8**

**Nonpriority creditor's name and mailing address**

**Jones, Linda
13618 Greenfield Drive, #204
Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164
9**

**Nonpriority creditor's name and mailing address**

**Jones, Michelle
Jeffrey Frisch
4417 West Trilby Avenue
Tampa, FL 33616**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.165
0**

**Nonpriority creditor's name and mailing address**

**Jones, Rodney
15010 Man-O-War Dr
Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.165
1**

**Nonpriority creditor's name and mailing address**

**Jones, Rodney
Salina Jones
6804 South Gabrielle Street
Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.165
2**

**Nonpriority creditor's name and mailing address**

**Jones, Shawn
Angela Jones
6429 5th Ave N
St. Petersburg, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165
3**

**Nonpriority creditor's name and mailing address**

**Jones, Shawn
Angela Jones
5928 9 Ave South
Gulfport, FL 33707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165
4**

**Nonpriority creditor's name and mailing address**

**Jones, Thelma
2005 W. Willow Dr.
Plant City, FL 33566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165
5**

**Nonpriority creditor's name and mailing address**

**Jordan, Brian
Kimberly Gianatasio-Jordan
2353 Spring Hollow Loop
Wesley Chapel, FL 33544**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165
6**

**Nonpriority creditor's name and mailing address**

**Jordan, Lawrence
68 W. 120th St.
New York, NY 10027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165
7**

**Nonpriority creditor's name and mailing address**

**Joseph, Jerin
4421 West Bay Ave
Tampa, FL 33616**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.165 8**

**Nonpriority creditor's name and mailing address**
**Joseph, Vikash**
**Harold Joseph, Dularie Joseph**
**13576 41st Lane N.**
**Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**
**Josie Bundy and Koleman**
**6813 Shamrock Road**
**Tampa, FL 33616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**
**Joyce, James**
**4040 Centauo Ct.**
**Hernando Beach, FL 34607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**
**Joyce, Terrence**
**Lisa Joyce**
**3124 Chessington Drive**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 2**

**Nonpriority creditor's name and mailing address**
**Juarez, Rachelle**
**1439 Jeffords Street**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 3**

**Nonpriority creditor's name and mailing address**
**Julian, John**
**Carole Juilan**
**5917 Buckrun Drive**
**Lakeland, FL 33811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.166<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juman-Yassin, Kevin**
**Shani Juman-Yassin**
**2475 Brickell Ave**
**Miami, FL 32129**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jun, Michael**
**7718 Aralia Way**
**Largo, FL 33777**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jungling, Tammie**
**Steven Jungling**
**1545 Indiana Avenue**
**Palm Harbor, FL 34683-4116**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jungling-Johnson, Gabriella**
**5512 Silver Spur Drive**
**Holiday, FL 34690**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jurgens, Karen**
**4451 Cocunut Blvd.**
**Coconut Creek, FL 33066**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justino, Joseph**
**Elizabeth Simoes**
**5775 Bayshore Drive**
**Seminole, FL 33772**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.167 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kabili, Hamid**
**Hanane M'Rabane**
**7177 Ticklegrass Street**
**Winter Gardens, FL 34787**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kahan, David**
**Haemi Kahan**
**1173 Sweet Heather Ln.**
**Apopka, FL 32712**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kahan, Mitch**
**11151 NW 20th Dr.**
**Coral Springs, FL 33071**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kahle, Linda**
**Alan Kahle**
**5069 36th Ave North**
**St. Petersburg, FL 33710**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kahn, Edwin**
**Emelia Kahn**
**8506 SR 52**
**Hudson, FL 34667**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kalis, Harriet**
**9032 65th Way North**
**Pinellas Park, FL 33782**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.167 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kamin, Gary**
**Audrey Kamin**
**2763 Saddlewood Lane**
**Palm Harbor, FL 34685**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kanhai, Selwyn**
**Latchmidaye Kanhai**
**11212 Lokantosa Trail**
**Orlando, FL 32817**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kao, Winston**
**Catherine M. Kao**
**1884 McKinley Street**
**Clearwater, FL 33765**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaplan, Alexander**
**Rita Kaplan**
**7941 Sycamore Dr.**
**New Port Richey, FL 34654**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kappes, Janet**
**338 Silver Falls Drive**
**Apollo Beach, FL 33572**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Karban , Anthony & Arelis**
**Anthony Bulzone**
**PO Box 15737**
**Spring Hill, FL 34604-5737**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.168 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Karban, Anthony**
**698 Tierra Dr**
**Spring Hill, FL 34609**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Karp, David**
**10001 Seymour Way**
**Tampa, FL 33626**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kasak, Robert**
**Marcella Kasak**
**8716 Tantallon Cir.**
**Tampa, FL 33647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kasel, Kathi**
**140 Island Way #157**
**Clearwater, FL 33767**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kattell, Randi**
**PO Box 1866**
**Deleon Springs, FL 32130-1866**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kattell, Randi**
**4017 W. Fig St.**
**Tampa, FL 33609**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.168
8**

Nonpriority creditor's name and mailing address

**Katz, James
PO Box 1866
Deleon Springs, FL 32130-1866**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168
9**

Nonpriority creditor's name and mailing address

**Kaufman, Arthur
5000 S Himes Ave 411
Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
0**

Nonpriority creditor's name and mailing address

**Kaufman, John
Jacqueline Ruz
3329 Lintower Dr
Land O'Llakes, fl 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
1**

Nonpriority creditor's name and mailing address

**Kaur, Ramandeep
Gurpal Singh
16210 Bridgepark Dr.
Lithia, FL 33547**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
2**

Nonpriority creditor's name and mailing address

**Kay, Carol
207 W Idlewild Ave
Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
3**

Nonpriority creditor's name and mailing address

**Kazes, Mark
Pamela Kazes
13004 Sheridan Drive
Hudson, FL 34667**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.169 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kealey, Stephen**
**10650 Pictorial Park Dr.**
**Tampa, FL 33647**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Keen, Danalea**
**4501 Bedford Rd**
**Sanford, FL 32773**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Keen, John**
**21 Sportsman Road**
**Rotonda West, FL 33947**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Keene, Mary Anne**
**6141 Bryan Dairy Rd**
**Seffner, FL 33584**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Keene, Warren**
**2310 Thompson Road**
**Lithia, FL 33547**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kelleher, Albert**
**Kelleher, Susan**
**3242 Clewiston St**
**Deltona, FL 32738**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.170 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kelley, Kevin**
**112 S. Grady Ave.**
**Tampa, FL 33609**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kelley, Paul and Tracey Yarnall**
**13625 50th Way N #11**
**Clearwater, FL 33760**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kelley, Paul, Tracey and Hilda**
**Penni and Mark Eggers**
**854 Nebraska Avenue**
**Palm Harbor, FL 34683**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kelly, Deborah**
**9812 51st Ave N**
**St. Petersburg, FL 33708**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kelly, Hylton**
**11444 Callaway Pond Drive**
**Riverview, FL 33579**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kemmett, Deborah**
**1510 Sandalwood Dr**
**Dunedin, FL 34698**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

**Kemp, Jenna**
**8348 Little Rd - Ste 175**
**NewPort Richey, FL 34654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**

**Kennedy, Gene**
**4505 Ft. Hamer Road**
**Parrish, FL 34219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 8**

**Nonpriority creditor's name and mailing address**

**Kennedy, Sean**
**Lindsay Kennedy**
**3530 Durrance Street**
**New Port Richey, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

**Kenneth Kelley**
**Dian Kelley**
**270 Durwood Dr**
**Cooper Hull, TN 37317**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

**Kenny, Nemrod**
**Tammy Kenny**
**200 Milford Point Dr**
**Merritt Island, FL 32952**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

**Kerr, Joyce**
**1238 Katrina Course NE**
**Palm Bay, FL 32905**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.171 2 | | | | | Unknown |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kessen, Jodi**
**4329 Fieldview Circle**
**Zepherhills, FL 33545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 3 | | | | | Unknown |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kessler, Christopher**
**Jamie Kessler**
**1684 Palm Leaf Dr**
**Brandon, FL 33510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 4 | | | | | Unknown |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keyes, William**
**Tina Keyes**
**4143 Parry Dr.**
**Sarasota, FL 34241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 5 | | | | | Unknown |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Khan, Shadid**
**Erum Khan**
**16419 Bristol Lake Circle**
**Orlando, FL 32828**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 6 | | | | | Unknown |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Khare, Stephen**
**11724 Moffat Ave**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 7 | | | | | Unknown |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kiang, Ken**
**3600 East Ribin Road**
**Bloomington, IL 47401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.171 8**

**Nonpriority creditor's name and mailing address**

**Kiang, Ken**
**Paula Kiang**
**50525 Galaxy Drive**
**Granger, IN 46530-8695**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.171 9**

**Nonpriority creditor's name and mailing address**

**Kici, Peter and Providencia**
**784 Mills Estate Place**
**Chuluota, FL 32766**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.172 0**

**Nonpriority creditor's name and mailing address**

**Kiggans, Teresa**
**2537 W. Ponkan Rd**
**Apopka, FL 32712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.172 1**

**Nonpriority creditor's name and mailing address**

**Kinard, Keith**
**14301 Sweet Loop Road**
**Wimauma, FL 33598**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.172 2**

**Nonpriority creditor's name and mailing address**

**Kinchla, Mark**
**Katherine Kinchla**
**728 Hardman Dr.**
**Orlando, FL 32806**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

**Kinder, Christopher**
**Fred Kinder**
**1478 Lake Side Court**
**Dunedin, FL 34698**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.172
4**

**Nonpriority creditor's name and mailing address**

**King, Aaron
2770 Grove Park Ave
St. Petersburg, FL 33714**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172
5**

**Nonpriority creditor's name and mailing address**

**King, Bobbi
11314 Montevista Rd
Clermont, FL 34711**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172
6**

**Nonpriority creditor's name and mailing address**

**King, Donnie
Lena King
918 Magnolia Ave.
Lehigh Acres, FL 33972**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172
7**

**Nonpriority creditor's name and mailing address**

**King, Henry
10945 Norcross Circle
Orlando, FL 32825**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172
8**

**Nonpriority creditor's name and mailing address**

**King, Sidney
Jean Ann King
1024 72nd St North West
Bradenton, FL 34209**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172
9**

**Nonpriority creditor's name and mailing address**

**Kinser, Bruce
Kinser, Irmagard
315 Grand Magnolia Ave # 102
Celebration, FL 34747**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.173 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kinsler, Angeleah**
**18563 Kingbird Drive**
**Lutz, FL 33558**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kint, Dwight**
**1116 SE 165 Ave**
**Silver Springs, FL 34488**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kirk, Carol**
**Leonard Kirk**
**2207 Broxton Pl.**
**The Villages, FL 32162**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kirk, Leonard**
**Lisa Kirk**
**19816 Deer Hollow Lane**
**Lutz, FL 33548**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kirk, Roger**
**10447 Fly Fishing St.**
**Riverview, FL 33569**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kirkland, Deborah**
**371 Blue Heron Drive**
**Winter Park, FL 32789**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | | Case number (if known) | **8:18-bk-8436-RCT** |
| | Name | | | | |

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

**Kirkland, John**
**Ramona**
**2230 NW 10th St**
**Bell, FL 32619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

**Kirkland, Michael**
**Lori Kirkland**
**5136 Alderbrook Pl.**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

**Kirkpatrick, Loretta**
**10714 Tulsa Road**
**Jacksonville, FL 32218**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**Kirkpatrick, Lori**
**460 Gannet Ct.**
**Kissimmee, FL 34759**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

**Kirsch, Greg**
**11871 Bramble Road**
**Ft. Myers, FL 33905**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

**Kiser, Stephanie**
**Joseph Kiser**
**1714 Erin Brooke Dr.**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.174
2**

**Nonpriority creditor's name and mailing address**

**Kish,Cheryl
Steven Jungling
1696 Sunnybrook Lane
Clearwater, FL 33764**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174
3**

**Nonpriority creditor's name and mailing address**

**Kissell, Steven
Donna Kissell
14657 Sutherland Ave
Naples, FL 34119**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174
4**

**Nonpriority creditor's name and mailing address**

**Klauck, Jeff
Esther Klauck
1300 Highfield Dr.
Clearwater, FL 33764**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174
5**

**Nonpriority creditor's name and mailing address**

**Klingensmith, Joy
8022 Cottonwoode Dr
Largo, FL 33773**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174
6**

**Nonpriority creditor's name and mailing address**

**Klonaridis, Georgios
Valerie Klonaridis
11845 Linden Dr.
Spring Hill, FL 34608**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174
7**

**Nonpriority creditor's name and mailing address**

**Knapp, Christopher
31708 Lock Aline Drive
Wesley Chapel, FL 33544**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.174
8**

**Nonpriority creditor's name and mailing address**

**Knight Megumi
4116 Helene Place
Valrico, FL 33594**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174
9**

**Nonpriority creditor's name and mailing address**

**Knight, Christie
Christopher McCullough
3812 Reverend Dar Dar Drive
Plant City, FL 33565**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175
0**

**Nonpriority creditor's name and mailing address**

**Knight, James
2325 Geneva Dr.
Lakeland, FL 33805**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175
1**

**Nonpriority creditor's name and mailing address**

**Knight, Marlena
Derrick Knight
314 Joshua Lane
Plant City, FL 33566**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175
2**

**Nonpriority creditor's name and mailing address**

**Knight, Megumi
4116 Helene Place
Valrico, FL 33594**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175
3**

**Nonpriority creditor's name and mailing address**

**Knipp, Charles
Linda Knipp
4717 Everhart Drive
Land O'Lakes, FL 34639**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.175 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Knopper, Ben**
**705 25th St. NW**
**Winter Haven, FL 33881**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Knoth, Cyndee**
**9873 Bridgeton Drive**
**Tampa, FL 33626**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Knowles, Sung**
**4000 Sea Grape Circle**
**Delray Beach, FL 33445**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Knox, Marvin**
**Tonya Knox**
**4720 Meadowsweet Ct**
**New Port Richey, FL 34653**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kobel, Elizabeth**
**John Kobel**
**3550 NE 169th St - Apt 206**
**North Miami Beach, FL 33160**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kobiec, Anthony**
**8535 23rs Street**
**Zephyrhills, FL 33540-5727**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

**Koch, Randall**
**967 Damrosen Street**
**Largo, FL 33771**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**Koche, Danielle**
**2782 Firebrand Road**
**North Port, FL 34288**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 2**

**Nonpriority creditor's name and mailing address**

**Kocsis, Zoltan**
**1242 Carcasas Ave.**
**Clearwater, FL 33764**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

**Kohli, Vijay**
**111 Chicory Ave. N.E.**
**Palm Bay, FL 32907**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

**Kohlmetz, Carson**
**12933 Titleist Drive**
**Hudson, FL 34669**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

**Kois, Lisa**
**Rick Kois**
**2826 Grapefruit Dr.**
**Auburndale, FL 33823**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**Kolacy-Cianciolo, Margaret**
**6701 Date Palm Ave South**
**St. Petersburg, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**Kolenda, John**
**Carmen Kolenda**
**700 Appalachee Drive NE**
**St. Petersburg, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

**Kolodziej, Maria**
**2867 Chestnut Ave**
**Ronkonkoma, NY 11779**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

**Kops, Jeffrey**
**Kathleen Kops**
**16904 Tacopa Court**
**Tampa, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.177 0**

**Nonpriority creditor's name and mailing address**

**Kornbluth, David**
**Juana Kornbluth**
**822 23rd Ave North**
**St. Petersburg, FL 33704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.177 1**

**Nonpriority creditor's name and mailing address**

**Kostin, Amy**
**Michele Kostin**
**11221 Nome Ave.**
**Port Richey, FL 34668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.177 2**

**Nonpriority creditor's name and mailing address**
**Kotowski, Daniel Lee and Joyce**
**14980 Woodcrest Road**
**Spring Hill, FL 34604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 3**

**Nonpriority creditor's name and mailing address**
**Koulouvaris, Nicholas**
**Leah Koulouvaris**
**325 Garland Court**
**New Port Richey, FL 34652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 4**

**Nonpriority creditor's name and mailing address**
**Koussayer, Dr. Samer**
**17917 Arbor Haven Dr.**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 5**

**Nonpriority creditor's name and mailing address**
**Koutsouradis, Lavina**
**Alkiviadis Koutsouradis**
**2524 Big Pine Dr.**
**Holiday, FL 34691**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 6**

**Nonpriority creditor's name and mailing address**
**Kovach, Edward**
**Michelle Kovach**
**1 Stone Gate N.**
**Longwood, FL 32779**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 7**

**Nonpriority creditor's name and mailing address**
**Kovach, Stephen**
**Stephanie Kovach**
**8710 Hidden Green Lane**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

**Kovacs, Beata**
**777 North Ashley Drive #2602**
**Tampa, FL 33602**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

**Kowal, Nicholas**
**Christina Craughan-Kowal**
**12407 Hawkeye Pointe Place**
**Riverview, FL 33569**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

**Kowlessar, Solomon**
**Valarie Kowlessar**
**P.O. Box 581183**
**Kissimmee, FL 34758-1183**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

**Krasnay, Charleen**
**4415 Pine Meadow Court**
**Tampa, FL 33624**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 2**

**Nonpriority creditor's name and mailing address**

**Kratzert, Keith**
**75 N Woodward Ave #8000-1277**
**Tallahassee, FL 32313**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 3**

**Nonpriority creditor's name and mailing address**

**Krause, Mickey**
**1585 15th CT W**
**largo, FL 33770**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Stay In My Home, P.A.**                     Case number (if known)    **8:18-bk-8436-RCT**

Name

| 3.178 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Krenn, Brian**
**Karen Krenn**
**11504 Bull Frog Creek**
**Gibsonton, FL 33534**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kress, Mary**
**Kress, Paul**
**225 SE Lakeview Drive**
**Palmetto, FL 34221**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kress, Mary**
**Kress, Paul**
**1633 Boathouse Circle Apt 134**
**Sarasota, FL 34231**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kriewitz, Karen**
**1340  Glendale Drive**
**Dunedin, FL 34698**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Krutulis, Thomas**
**1350 Baycrest Drive**
**Wesley Chapel, FL 33544**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Krutulis, Thomas**
**Delinda Krutulis**
**1105 Sweet Breeze Drive**
**Valrico, FL 33594**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

**Kudinov, Oleg**
**Svetlana Kudinova**
**1903 Lusterleaf Place**
**Trinity, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

**Kuhn, Adam**
**Nicole Kuhn**
**5257 44th Ave N**
**St. Petersburg, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

**Kulick-McClung, Hope**
**Richard McClung**
**2320 Brisbane St. Apt 48**
**Clearwater, Fl 33763**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**Kunis, Amy**
**353 Mayfair Circle East**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Kurtovic, Zahid**
**Bekira Kurtovic**
**992 Sunrise Circle**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

**Kutzan, Charlene**
**Dennis Kutzan**
**1246 Highwood Pl.**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

**Kyle, Mary Lou**
**Christopher Kyle**
**8469 West Anthony Road**
**Ocala, FL 34479**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 7**

**Nonpriority creditor's name and mailing address**

**La Greca, Frank**
**217 Kerry Drive**
**Clearwater, FL 33765**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

**Laari, Henri and Kerrin**
**Erik, Ian and Elise Laari**
**3226 Russett Place**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**

**Labban, Felix**
**Sool Labban**
**5441 Marleon Drive**
**Windmere, FL 34786-7018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180 0**

**Nonpriority creditor's name and mailing address**

**Laboy, Jose**
**2473 Andre Court**
**Ocoee, FL 34761**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180 1**

**Nonpriority creditor's name and mailing address**

**Laboy, Jose**
**7952 Rex Hill Trail**
**Orlando, FL 32818**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| | Name | | |

---

**3.180**
**2**

**Nonpriority creditor's name and mailing address**
**Lacey, Michael**
**7425 Seagull Way**
**Tampa, FL 33635**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180**
**3**

**Nonpriority creditor's name and mailing address**
**Lachman, Paul**
**Donna Lachman**
**1435 Whitehall Blvd.**
**Winter Springs, FL 32708**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180**
**4**

**Nonpriority creditor's name and mailing address**
**Ladd, Ward and Carol**
**4428 Gevalia Drive**
**Brooksville, FL 34604**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180**
**5**

**Nonpriority creditor's name and mailing address**
**Ladouceur, Steeve**
**4202 E. Comanche Ave**
**Tampa, FL 33610**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180**
**6**

**Nonpriority creditor's name and mailing address**
**LaFalce Jr., Michael J**
**701  Chancellar Dr**
**Lutz, FL 33548**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180**
**7**

**Nonpriority creditor's name and mailing address**
**Lafleur, Jocelyne and Jerry**
**12109 Tree Haven Avenue**
**Gibsonton, FL 33534**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.1808**

**Nonpriority creditor's name and mailing address**
**Lahik, Redouane**
**Nadia El Bekkari**
**13619 Zori Lane**
**Windermere, FL 34786**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1809**

**Nonpriority creditor's name and mailing address**
**Lahti, Frieda**
**Tim Lahti**
**6208 Walsh lane**
**Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1810**

**Nonpriority creditor's name and mailing address**
**Lalasz, Dan**
**4618 Juniper Dr**
**Palm Harbor, FL 34685**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1811**

**Nonpriority creditor's name and mailing address**
**Lalime, Loudia**
**1403 East 25th Avenue**
**Tampa, FL 33605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1812**

**Nonpriority creditor's name and mailing address**
**Lamantia, Lisa**
**608 Courtney Drive**
**Temple Terrace, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1813**

**Nonpriority creditor's name and mailing address**
**Lamarre, Elizabeth**
**3613 East Frierson Ave.**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 286 of 591

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

**Lamarre, Elizabeth**
**7149 E. Bank Dr**
**Tampa, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

**Lamatrice, Thomas**
**12493 Estrella Blvd.**
**Punta Gorda, FL 33955**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

**Lambert, Michele**
**a/k/a Michele Buccellato**
**7203 Waxwing Drive**
**New Port Richey, FL 34653**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 7**

**Nonpriority creditor's name and mailing address**

**Lambson, Dennis**
**3922 Casaba Loop**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

**Lancy, Arthur**
**537 Sandy Creek Dr.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**Land, John**
**9015 Westbay Blvd**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.182 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |

**Landers, Calvin**
**3189 Verbena Court**
**Deltona, FL 32725**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |

**Landress, Kevin**
**Wayne Landress**
**306 Lackwood Drive**
**Sanford, FL 32771**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |

**Landry, Francis**
**116 Magnolia Ave.**
**Seffner, FL 33584**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |

**Lane, Yvonne**
**7716 Antioch Drive**
**New Port Richey, FL 34655**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |

**Lang, Christopher**
**Kimberly Lang**
**18305 Cypress View Way**
**Tampa, FL 33647**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |

**Lang, Scott**
**LaRonda Lang**
**814 Gascon Place**
**Tampa, FL 33617**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.182**
**6**

**Nonpriority creditor's name and mailing address**
Langee, Christopher
3125 W Hillsborough Ave #D-10
Tampa, FL 33614

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182**
**7**

**Nonpriority creditor's name and mailing address**
Langford, Charles
Carolyn Langford
7100 Betty Street
Winter Park, FL 32792

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182**
**8**

**Nonpriority creditor's name and mailing address**
Langman, Christopher
Alyssa Langman
733 Cristelle Jean Dr.
Ruskin, FL 33570

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182**
**9**

**Nonpriority creditor's name and mailing address**
Languis, Eileen
8737 Bermuda Lane
Port Richey, FL 34668

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183**
**0**

**Nonpriority creditor's name and mailing address**
Lanigan, Michael
Kelly Lanigan
10203 Quails Landing Ave
Tampa, FL 33647

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183**
**1**

**Nonpriority creditor's name and mailing address**
Lannon, James
Lori Lannon
6208 Falling Leaf Ct.
Pinellas Park, FL 33782

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.183 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lanz, Dennis**
**4352 Outrigger Ln.**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.183 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lapointe, Moise**
**Lisa Lapointe**
**11024 Golden Silence Drive**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.183 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LaPorte, Axel**
**Mayra LaPorte**
**5611 Crest Hill Drive**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.183 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LaPorte, Marie**
**4412 West Elm St.**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.183 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lara, Gina**
**4638 Donnie Drive**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.183 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Larkin, Brian**
**Leslie Powers**
**2005 Arbor Drive**
**Clearwater, FL 33760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**Larkins, Coreatha B.**
**4101 W. Arch Street**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**Larose, Anthony**
**5216 Covesound**
**Appollo Beach, FL 33572**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

**Larrea, Leonard**
**Norma Larrea**
**350 SW 167th Ave.**
**Pembroke, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

**Larsen, Greg**
**Avoda Larsen**
**202 East Tremont Street**
**Interlachen, FL 32148-5422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

**Larussa, Amy**
**Michael Larussa, Renee & Lorice**
**8086 Roaring Creek Ct.**
**Kissimmee, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

**Lasko, Dennis**
**7225 Bellingham Oaks Blvd.**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

**Laster, Marcus Cedric**
**24650 Martin St**
**Eustis, FL 32736**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

**Latimer, Craig**
**Mary Latimer**
**824 Dove Ridge Drive**
**Lakeland, FL 33803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

**Lau, Michael**
**17009 Paula Lane**
**Lutz, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.184 7**

**Nonpriority creditor's name and mailing address**

**Laurence, Cheryl**
**Jason Laurence**
**1223 Holly Ave**
**Daytona Beach, FL 32117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

**Laurie, Joseph**
**Maria Laurie**
**2858 SW 132nd Place**
**Miami, FL 33175**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

**Lavender, Anthony**
**10651 Arrow Tree Blvd**
**Clermont, FL 34715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

**Law, Joseph**
**Jennifer Law**
**2129 Knollview Court**
**Oviedo, FL 32765**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

**Lawhorn, Christina**
**1535 Lawndale Circle**
**Winter Park, FL 32792**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.185 2**

**Nonpriority creditor's name and mailing address**

**Lawrence, David**
**Debra Lawrence**
**12422 NW 10th Court**
**Coral Springs, FL 33071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

**Lawrence, David**
**3703 Mykonos Ct.**
**Boca Raton, FL 33487**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

**Lawson Joseph**
**5103 Lanai Way**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

**Lawson, Jerry (Estate of)**
**4710 Hunts Court**
**Plant City, FL 33566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

**Lawson, Kristina**
**2215 1st St # A**
**Indian Rocks Beach, FL 33785**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.185 7**

**Nonpriority creditor's name and mailing address**

**Lawton, Gary**
**Marlene Lawton**
**7512 Dr. Phillips Blvd.**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.185 8**

**Nonpriority creditor's name and mailing address**

**Lay, Bobby**
**Jessica Toles**
**2967 SE 48th Street**
**Ocala, FL 34480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.185 9**

**Nonpriority creditor's name and mailing address**

**Layton, Russell**
**Evelyn Layton & trustee**
**4837 Eagle Cove Blvd**
**Palm Harbor, FL 34685**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.186 0**

**Nonpriority creditor's name and mailing address**

**Le, Ngoan**
**Biwh Pham**
**7000 51st Ave N**
**St. Pete, FL 33709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.186 1**

**Nonpriority creditor's name and mailing address**

**Leach, Ronald**
**Patricia Leach**
**4603 White Pine Lane**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.186 2 | **Nonpriority creditor's name and mailing address**<br>**Leadingham, Chuck**<br>**c/o New Management LLC**<br>**PO. Box 1702**<br>**Valrico, FL 33595-1702** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 3 | **Nonpriority creditor's name and mailing address**<br>**Leandre, Jose**<br>**1102 Meadowcrest Dr**<br>**Valrico, FL 33594** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 4 | **Nonpriority creditor's name and mailing address**<br>**Leavy, Wilson JR**<br>**Sally Leavy**<br>**1521 Brunton Blvd**<br>**Orlando, FL 03205** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 5 | **Nonpriority creditor's name and mailing address**<br>**LeBruno, Victoria**<br>**3875 Vista Oaks Drive #206**<br>**Martinez, CA 94553** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 6 | **Nonpriority creditor's name and mailing address**<br>**Lecroy- Dorothy**<br>**8821 Van Fleet Road**<br>**Riverview, FL 33578** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 7 | **Nonpriority creditor's name and mailing address**<br>**LeDoux, Noel**<br>**Elaine LeDoux**<br>**2021 Avalon Cove Court**<br>**Brandon, FL 33511** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lee, Carolyn**
**8828 92nd Terrace**
**Seminole, FL 33777**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lee, Christopher**
**2243 Kimberwickle Circle**
**Oviedo, FL 32765**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lee, Christopher**
**Amanda Lee**
**2608 Hawk Roost Court**
**Holiday, FL 34691**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lee, Darin**
**2606 S 66th St**
**Tampa, FL 33619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lee, Donald**
**12016 Country Cove Ave.**
**HUdson, FL 34669**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lee, Eric**
**Gail Lee**
**PO Box 27201**
**Tampa, FL 33623-7201**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.187 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Hyung**
**PO Box 76004**
**Hillsborough, FL 33675-6004**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Jeremy**
**2243 Kimberwicke Circle**
**Oviedo, FL 32765**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, John M**
**322 3rd Ave**
**Indialantic, FL 32903**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Marci**
**Joseph Johnson**
**31944 Glenhollow Rd.**
**Wesley Chapel, FL 33543**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Richard**
**3109 14th St N**
**St. petersburg, FL 33704**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Selina**
**1235 Pippen St.**
**Jacksonville, FL 32206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.188 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Sherrilyn**
**Alan Lee**
**409 Buttonwood Ln.**
**Largo, FL 33770**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Tanya**
**426 Amelanchier Ct.**
**Delair, MD 21015**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leeks, Cynthia**
**7916 Croton Ave**
**Tampa, FL 33619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leeper, Larry**
**Michelle Leeper**
**129 Mark David Blvd.**
**Casselberry, FL 32707**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leffingwell, James**
**Mary Leffingwell**
**7916 Avenal Loop**
**New Port Richey, FL 34655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Legros, Marc**
**Irene Legros**
**2100 Pryor Ave.**
**Haines City, FL 33814**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.188 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lemaster, Vance and Carolyn**
**5534 Williamsdale Court**
**Seminole, FL 33772**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leming, Dennis**
**Karla Leming**
**104 Sanchez Avenue**
**Edgewater, FL 32132**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lemos, Dawn**
**Anthony Lemos**
**40150 Stewart Road**
**Zephyrhills, FL 33540**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lentz, Brian**
**12048 Shadow Ridge Blvd**
**Hudson, FL 34669**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lentz, Heather**
**Craig Lentz**
**38314 Vinson Ave**
**Zephyrhills, FL 33542**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lenz, Sherrie**
**Steven Lenz**
**116 Reedy Creek Drive**
**Frostproof, FL 33843**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.189 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leo, Joseph**
**Karen Leo**
**6407 34th Ave West**
**Bradenton, FL 34209**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.189 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leon, Yolanda**
**3412 Ace Ln.**
**Dover, FL 33527**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.189 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leonard, Jean**
**10416 Opus Dr.**
**Riverview, FL 33579**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.189 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leone, Sabatino**
**Diana Leone**
**11707 102nd Street**
**Largo, FL 33773**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.189 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leppla, Jodi**
**Andrew Leppla**
**13226 Waterford Castle Drive**
**Dade City, FL 33525**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.189 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LeRiche, Brian**
**10045 Creek Bluff Dr.**
**Riverview, FL 33578**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.189 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lesher, Carl**
**Candice Lesher**
**9135 Grosse Pointe Blvd.**
**Tampa, FL 33635**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lessor, Jane**
**921 Parkwood Drive**
**Dunedin, FL 34698**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lester, Richard**
**Judy Lester**
**3036 Commanche Trail**
**Lafayette, IN 47909**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Levenson, Brian**
**3964 Hunters Isle Drive**
**Orlando, FL 32837**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Levin, Mary**
**250 Pop Ash Ct.**
**Longwood, FL 32779**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Levinson, Catherine**
**Dana Levinson**
**6211 Appaloosa Trail**
**Southwest Ranches, FL 33330**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

**3.190 4**

**Nonpriority creditor's name and mailing address**

**Lewinson, Marilyn**
**Shem Lewinson**
**917 Gardenbrook Court SE**
**Palm Bay, FL 32909**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

**Lewis, Carol**
**6226 desert peace ave**
**Land O'Lake, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

**Lewis, Delia**
**Dennis Lewis**
**305 Willis Road**
**Sardice, TN 38371**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 7**

**Nonpriority creditor's name and mailing address**

**Lewis, Kathleen**
**Patrick Lewis**
**27159 Tierra Del Fuego Circle**
**Punta Gorda, FL 33983**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 8**

**Nonpriority creditor's name and mailing address**

**Lewis, Kenneth**
**2968 Ribbon Court**
**Ft. Myers, FL 33905**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 9**

**Nonpriority creditor's name and mailing address**

**Lexis Nexis**
**PO Box 7247-7090**
**Philadelphia, PA 19170-7090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.191 0**

**Nonpriority creditor's name and mailing address**

**Lhopitault, Luzmely**
**821 Parker Den Drive**
**Ruskin, FL 33570**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 1**

**Nonpriority creditor's name and mailing address**

**Licari, Nicholas**
**Angela Licari**
**4519 Eden Rock Road**
**Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 2**

**Nonpriority creditor's name and mailing address**

**Lieurance, John**
**Lieurance, Katherine**
**622 Avenida De Mayo**
**Sarasota, FL 30242**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 3**

**Nonpriority creditor's name and mailing address**

**Light, Charles**
**Barbara Light**
**506 SW 33rd Ave.**
**Cape Coral, FL 33991**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 4**

**Nonpriority creditor's name and mailing address**

**Light, James and Charlene**
**8705 30th Street East**
**Parrish, FL 34219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 5**

**Nonpriority creditor's name and mailing address**

**Lightfoot, Tina**
**1302 20th Street SW**
**Largo, FL 33770**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.191
6**

**Nonpriority creditor's name and mailing address**

**Lightman, Jeffrey**
**Eric Lightman**
**10846 NW 10th Place**
**Coral Springs, FL 33071**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191
7**

**Nonpriority creditor's name and mailing address**

**Lillie, John**
**Jennifer Lillie**
**7825 Sinkhole Road**
**Bartow, FL 33830**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191
8**

**Nonpriority creditor's name and mailing address**

**Lilly, Joseph**
**Joann Lilly**
**25811 Bloombury Ct.**
**Land O'Lakes, FL 34689**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191
9**

**Nonpriority creditor's name and mailing address**

**Lilly, Mary**
**Michael Lilly**
**23096 Golf Manor Blvd**
**Valrico, FL 33596**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192
0**

**Nonpriority creditor's name and mailing address**

**Lilly, Michael D.**
**Mary Lilly**
**1803 Princeton Lakes Drive #116**
**Brandon, FL 33511**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192
1**

**Nonpriority creditor's name and mailing address**

**Lima, Diane**
**John Lima**
**230 176th Terrance Dr**
**Reddington Shores, FL 33708**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (*if known*) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.192
2**

**Nonpriority creditor's name and mailing address**

**Linares, Jennifr
Alan Hernandez
228 Oakside St
Lehigh Acres, FL 33936**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192
3**

**Nonpriority creditor's name and mailing address**

**Linares, Juana
Victor Linares
6933 East Oak Forest Street
Floral City, FL 34436**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192
4**

**Nonpriority creditor's name and mailing address**

**Linda Laframboise
Michael Laframboise
2600 Pinewood Blvd.
Sebring, FL 33870**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192
5**

**Nonpriority creditor's name and mailing address**

**Lindsay, Michael
7010 Mottie Rd
Gibsonton, FL 33534**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192
6**

**Nonpriority creditor's name and mailing address**

**Lindsey, Willie
1901 E. Henry Ave
Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192
7**

**Nonpriority creditor's name and mailing address**

**Linebaugh, Paul
Nancy Linebaugh
1121 23rd Ave. N.
St. Petersburg, FL 33704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.192 8**

**Nonpriority creditor's name and mailing address**

**Lingerfelt, James Matthew**
**512 Yord Dale Dr.**
**Ruskin, FL 33570**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.192 9**

**Nonpriority creditor's name and mailing address**

**Lipicsky, William**
**Urai Lipiczky**
**23110 State Road # 228**
**Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.193 0**

**Nonpriority creditor's name and mailing address**

**Lisk, Roy**
**Linda Lisk**
**945 Wildwood Lane**
**Jamestown, TN 38556**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.193 1**

**Nonpriority creditor's name and mailing address**

**Lisowski, Edward**
**Jennifer Lisowski**
**7260-17th Lane North**
**St. Petersburg, FL 33702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.193 2**

**Nonpriority creditor's name and mailing address**

**Littman, Robert**
**100 East Linton Blvd. Suite # 118-B**
**Delray Beach, FL 33483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.193 3**

**Nonpriority creditor's name and mailing address**

**Lloyd, Dennis**
**186 Arbor Dr. East**
**palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.193 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lock, Sholanda**
**PO Box 280371**
**Tampa, FL 33682-0371**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.193 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lockhartm Linda**
**6808 Mirror Lake Ave**
**Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.193 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lockler, Mitchell**
**Karen Lockler**
**18979 Crooked Lane**
**Lutz, FL 33548**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.193 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lockwood, Julie**
**Roger Lockwood**
**7343 Fairwood Avenue**
**New Port Richey, FL 34654**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.193 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lodato, Salvatore**
**4644 Dunnie Drive**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.193 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lofgren, Anna**
**101 Garland Circle**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.194 0**

**Nonpriority creditor's name and mailing address**

**Lofgren, Nick**
**101 Garland Circle**
**Palm Harbor, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 1**

**Nonpriority creditor's name and mailing address**

**Lofgren, Christopher**
**PO Box 5451**
**Winter Park, FL 32793-5451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 2**

**Nonpriority creditor's name and mailing address**

**Logan, William**
**Logan, Amber**
**1620 S. Lady Mary Dr.**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 3**

**Nonpriority creditor's name and mailing address**

**Logiudice, Jeff**
**7001 North 15th Street**
**Tampa, FL 33610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 4**

**Nonpriority creditor's name and mailing address**

**Logue, Lisa**
**7708 2nd Ave West**
**Bradenton, FL 34209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

**Lomongo, Maria**
**Modesto Lomongo**
**7001 North 15th Street**
**St. Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.194
6**

**Nonpriority creditor's name and mailing address**

**London Future Holdings LLC**
**c/o Jalon Johnson**
**1410 S. Ocean Drive #1106**
**Hollywood, FL 33019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.194
7**

**Nonpriority creditor's name and mailing address**

**Londono, John**
**2519 Bonterra Blvd.**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.194
8**

**Nonpriority creditor's name and mailing address**

**Long,  Robert**
**Wicok Long**
**1527 White Hawk Trail**
**Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.194
9**

**Nonpriority creditor's name and mailing address**

**Long, Beverly**
**3206 E. Worth Bay St.**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.195
0**

**Nonpriority creditor's name and mailing address**

**Long, Robert**
**Nicole Long**
**1527 White Hawk Trail**
**Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.195
1**

**Nonpriority creditor's name and mailing address**

**Long, Robin**
**Estate - Woodruff**
**5007 Swallow Dr**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.195
2**

**Nonpriority creditor's name and mailing address**

**Looney, Charles**
**1150 Marine St**
**Clearwater, FL 33755**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195
3**

**Nonpriority creditor's name and mailing address**

**Lopez, Belen**
**9385 D. Boca Gardens Circle South**
**Boca Raton, FL 33496**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195
4**

**Nonpriority creditor's name and mailing address**

**Lopez, Grace**
**PO Box 195**
**Dundein, FL 34697-0195**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195
5**

**Nonpriority creditor's name and mailing address**

**Lopez-Vargas, Luis**
**Noemi Camacho**
**6262 142nd Ave. Apt 401**
**Clearwater, FL 33760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195
6**

**Nonpriority creditor's name and mailing address**

**Lorah, Diane**
**12704 Balm Riverview Rd.**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195
7**

**Nonpriority creditor's name and mailing address**

**Lord Scott, PLLC**
**400 N. Ashley Dr., #2600**
**Tampa, FL 33602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.195 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lord, Charlene**
**10824 116th Street**
**Largo, FL 33778**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lord, Mavis**
**4118 Bedford Ave.**
**Winter Haven, FL 33884**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lott, Dina**
**David Browning**
**3503 Wilders Pond way**
**Plant City, FL 33565**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|

**Lou Leinhauser**
**13014 N. Dale Mabry Hwy, #526**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Love, Adrian**
**3532 Brookstone Drive**
**Holiday, FL 34691**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Love, Annette**
**Kevin Love**
**8711 St. Regis Lane**
**Port Richey, FL 34668**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.196
4**

**Nonpriority creditor's name and mailing address**

**Lovell, Mark**
**12140 Fox Bloom Ave**
**Gibsonton, FL 33534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
5**

**Nonpriority creditor's name and mailing address**

**Lovett, Peggy**
**510 York Dale**
**Ruskin, FL 33570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
6**

**Nonpriority creditor's name and mailing address**

**Lovig, Kevin**
**705 Stillview Circle**
**Brandon, FL 33510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
7**

**Nonpriority creditor's name and mailing address**

**Lowe, Elizabeth**
**Morton Lowe**
**25 Central Park West #27k**
**New York, NY 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
8**

**Nonpriority creditor's name and mailing address**

**Lowe, Kathi**
**1740 Kirtley Dr.**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
9**

**Nonpriority creditor's name and mailing address**

**Lowrie, Barbara J.**
**8231 San Felipe Ct.**
**Port Richey, FL 34668**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

**Lucardie, Teresa**
**10903 Standing Stone Dr.**
**Wimauma, FL 33598**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

**Lucci, Robert**
**1826 Boyce St.**
**Sarasots, FL 34239**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 2**

**Nonpriority creditor's name and mailing address**

**Luciano, Michael**
**1101 Grantwood Ave.**
**Clearwater, FL 33759**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 3**

**Nonpriority creditor's name and mailing address**

**Luff, James K.**
**11346 Chalet Ave.**
**Englewood, FL 34224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 4**

**Nonpriority creditor's name and mailing address**

**Lugo, Ilena**
**Miguel Lugo**
**250 West 64th Street**
**Hialeah, FL 33012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 5**

**Nonpriority creditor's name and mailing address**

**Lugo, Luis**
**Jennifer Lugo**
**9402 Cavendish Drive**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 3.197 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lugo, Luis**
**8549 Gunn Hwy**
**Odessa, FL 33556**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lugo, Luis Ramos**
**Naomi Lugo**
**6350 81st Ave N**
**Pinellas Park, FL 33781**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Luisser, Margaret**
**Stephen Luisser**
**4552 Oakbrooke Court**
**Jacksonville, FL 32277**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Luna, Gerardo**
**Stephanie Luna**
**2633 Winchester Circle**
**Eustis, FL 32726**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Luna, Robert**
**774 Snug Island**
**Clearwater, FL 33767**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lundgren, Sabine**
**480 Sundance Trail**
**Wimauma, FL 33598**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.198
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- |
| **Lundon, Mary**
**4405 W. Wallcraft Ave**
**Tampa, FL 33611** | ■ Contingent
■ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.198
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- |
| **Lynch, Brian**
**Christina Lynch**
**4717 West Bay View Ave.**
**Tampa, FL 33611** | ■ Contingent
■ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.198
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- |
| **Lynch, Tammy**
**333 W. Trade St. #1902**
**Charlotte, NC 28202** | ■ Contingent
■ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.198
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- |
| **Lyons, Elizabeth**
**9155 Pemberton Street**
**Spring Hill, FL 34608** | ■ Contingent
■ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.198
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- |
| **Mabey, Robert**
**Ronda Mabey**
**1619 Nebraska Ave.**
**Palm Harbor, FL 34683** | ■ Contingent
■ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.198
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- |
| **MacDonald, Monique**
**1843 Lake Cypress Drive**
**Safety Harbor, FL 34695** | ■ Contingent
■ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.198 8**

**Nonpriority creditor's name and mailing address**
**Mace, Kenneth**
**Janice Mace**
**PO Box 687**
**Ringgold, GA 30736-0687**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.198 9**

**Nonpriority creditor's name and mailing address**
**Machado, Angela**
**18891 SW 29th Court**
**Miramar, FL 33029-2407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.199 0**

**Nonpriority creditor's name and mailing address**
**Mack, Andre**
**2805 North Munro Street**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.199 1**

**Nonpriority creditor's name and mailing address**
**Mack, Sheila**
**Samuel Mack**
**15818 Scrimshaw Drive**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.199 2**

**Nonpriority creditor's name and mailing address**
**Mackin, Brice**
**Heather Mackin**
**1906 W Bekel Ave**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.199 3**

**Nonpriority creditor's name and mailing address**
**Macksoud, Joseph**
**350 Lake Shore Drive**
**Birmingham, AL 35209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|--------|---------------------------|------------------------|----------------------|
| | Name | | |

---

**3.199**
**4**

**Nonpriority creditor's name and mailing address**

**Maddux, Shelle**
**619 North Oak St**
**Lincolnton, NC 28092**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.199**
**5**

**Nonpriority creditor's name and mailing address**

**Magallanes , Joe Jr.**
**3008 Summer House Drive**
**Valrico, FL 33594**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.199**
**6**

**Nonpriority creditor's name and mailing address**

**Maggio, Ronald**
**2622 Jarvis Cir**
**Palm Harbor, FL 34683**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.199**
**7**

**Nonpriority creditor's name and mailing address**

**Maggiola, Arthur**
**3610 Summerwind Circle**
**Bradenton, FL 34209**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.199**
**8**

**Nonpriority creditor's name and mailing address**

**Magliano & Baker PA**
**4814 N. Grady Ave.**
**Tampa, FL 33614**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.199**
**9**

**Nonpriority creditor's name and mailing address**

**Magliano, John**
**Kristine Gregg**
**3650 5th Ave**
**St. Petersburg, FL 33713**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.200 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maharana, Meenawattie**
**Vidyanard Maharana**
**10879 Cory Lake Dr.**
**Tampa, FL 33647**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.200 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maher, Anne**
**C/O Prashad**
**13575 58th St N. #300**
**Clearwater, FL 33760**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.200 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mahler, David**
**Surasvadee Mahler**
**2690 Oak Brook Lane**
**Fort Lauderdale, FL 33332**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.200 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mahotiere-Gilot**
**Jean Gilto**
**301 York Oak Drive**
**Ruskin, FL 33570**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.200 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maida, James**
**PO Box 5797**
**Clearwater, FL 33758-5797**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.200 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maiden, Alan**
**3120 Lena Lane**
**Sarasota, FL 34240**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.200 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Main Street Note Buyers**
**Chris Sharp**
**13014 North Dale Mabry Hwy # 357**
**Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.200 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Makryllos, Pete**
**Carol Makryllos**
**3418 Columbus Dr**
**Holiday, FL 34691**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.200 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Malatesta, Luigi**
**Dianne Malatesta**
**16608 Valley Drive**
**Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.200 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Malave, Norma**
**Melvin Malave**
**2108 West Cluster Avenue**
**Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.201 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maldonado, Marta**
**4421 W. Wyoming Ave**
**Tampa, FL 33616**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.201 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Male, Carrie**
**2473 Andre Ct**
**Ocoee, FL 34761**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.201 2**

**Nonpriority creditor's name and mailing address**

**Malikhin, Sergei**
**3628 South Ocean Blvd.**
**Highland Beach, FL 33487**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.201 3**

**Nonpriority creditor's name and mailing address**

**Malle, Rachel**
**Bob Malle**
**445  Grant Road**
**Venice, FL 34293**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.201 4**

**Nonpriority creditor's name and mailing address**

**Malliza, Danielle**
**Amilear Malliza**
**10630 Boyette Creek Blvd.**
**Riverview, FL 33569**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.201 5**

**Nonpriority creditor's name and mailing address**

**Malloy, William**
**Sandra Malloy**
**1617 Butch Cassidy Trail**
**Wimauma, FL 33598**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.201 6**

**Nonpriority creditor's name and mailing address**

**Malm, Dale**
**982 Pritchard Island Rd**
**Inverness, FL 34450**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.201 7**

**Nonpriority creditor's name and mailing address**

**Malm, Dale**
**Sharon Malm**
**4363 North Sacramento Avenue**
**Beverly Hills, FL 34465**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.201 8**

**Nonpriority creditor's name and mailing address**

**Malone, Kevin**
**Deborah Malone**
**5144 NW 30th Court**
**Margate, FL 33063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201 9**

**Nonpriority creditor's name and mailing address**

**Malone, Robert**
**2174 McMullen Rd.**
**Largo, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.202 0**

**Nonpriority creditor's name and mailing address**

**Malowney, George**
**5135 US Hwy 19 N**
**New Port Richey, FL 34652**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.202 1**

**Nonpriority creditor's name and mailing address**

**Mandolfo, Terry**
**944 Ortega Road**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.202 2**

**Nonpriority creditor's name and mailing address**

**Mangiameli, Salvatore**
**29761 Seacol St.**
**Clearwater, FL 33761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.202 3**

**Nonpriority creditor's name and mailing address**

**Mangio, Charles**
**Cynthia Mangio**
**266 Katherine Boulevard #7102**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.202 4**

**Nonpriority creditor's name and mailing address**
**Mangone, Paul**
**Laura Mangone**
**21940 Dupree Dr**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.202 5**

**Nonpriority creditor's name and mailing address**
**Mangone, Paul**
**Laura Mangone**
**17248 Poppy Fields Lane**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.202 6**

**Nonpriority creditor's name and mailing address**
**Mann, Lisa Rose**
**Nathan Mann**
**5511 Bruton Road**
**Plant City, FL 33565**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.202 7**

**Nonpriority creditor's name and mailing address**
**Mann, Shawn**
**Monika Mann**
**1826 2nd Ave East**
**Manatee, FL 34208**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.202 8**

**Nonpriority creditor's name and mailing address**
**Mannakulathil, Raju**
**190 Oakwood Terrace**
**Athens, GA 30607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.202 9**

**Nonpriority creditor's name and mailing address**
**Mantilla, Epifanio**
**Andrea Portilla**
**4913 Dharmand Circle**
**Tampa, FL 33619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.203 0**

**Nonpriority creditor's name and mailing address**
**Manzi, Cesar**
**Oreste Russo**
**83-19 141st Street Apt 125**
**Briarwood, NY 11435-1623**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203 1**

**Nonpriority creditor's name and mailing address**
**Marcial, Alexandra**
**9219 Balfern Ct**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203 2**

**Nonpriority creditor's name and mailing address**
**Marcial, Ernie**
**Lissette Montas**
**18910 Edinborough Way**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203 3**

**Nonpriority creditor's name and mailing address**
**Marcone, Michael**
**111 Warbler Lane**
**Sarasota, FL 34236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203 4**

**Nonpriority creditor's name and mailing address**
**Mardjuki, Robert**
**Susanna Mardjuki**
**8275 Muller Ranch Drive**
**Pleasanton, CA 94588**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203 5**

**Nonpriority creditor's name and mailing address**
**Mardones, Rafael and Ester**
**20024 Heritage Point Drive**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.203 6**

**Nonpriority creditor's name and mailing address**

**Maresma, Gloria**
**2511 Metro Sevilla Dr. Unit 106**
**Orlando, FL 32835**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203 7**

**Nonpriority creditor's name and mailing address**

**Markovitz, Israel**
**MI Investments**
**1101 Vinter Blvd**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203 8**

**Nonpriority creditor's name and mailing address**

**Marmarellis, Joan**
**Charles Fager**
**804 S. Newport Avenue**
**Tampa, FL 33606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203 9**

**Nonpriority creditor's name and mailing address**

**Marois, Jerry**
**6829 Shimmering Dr.**
**Lakeland, FL 33813**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.204 0**

**Nonpriority creditor's name and mailing address**

**Marquinez, Robert**
**Maria Marquinez**
**3404 Majestic View Dr.**
**Lutz, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.204 1**

**Nonpriority creditor's name and mailing address**

**Marquis, Leo and Karen**
**894 Aviary Bay Court**
**Longwood, FL 32750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.204**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Marr, Dustin** | ■ Contingent | |
| **Kristin Marr** | ■ Unliquidated | |
| **14984 New Port Rd.** | ☐ Disputed | |
| **Clearwater, FL 33764** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.204**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Marrero, Osbey** | ■ Contingent | |
| **Narrero Perez** | ■ Unliquidated | |
| **6409 Eden Lane** | ☐ Disputed | |
| **Tampa, FL 33634** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.204**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Marshall, Marcia** | ■ Contingent | |
| **1150 S Fulkirk Place** | ■ Unliquidated | |
| **Riverview, FL 33569** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.204**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Marshall, Zachariah** | ■ Contingent | |
| **Marilyn Marshall** | ■ Unliquidated | |
| **3817 Twilight Drive** | ☐ Disputed | |
| **Valrico, FL 33594** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.204**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Marte, Julio** | ■ Contingent | |
| **15791 Fishhawk Falls Dr.** | ■ Unliquidated | |
| **Lithia, FL 33547** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.204**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Marte, Victor** | ■ Contingent | |
| **Ada Itricoche** | ■ Unliquidated | |
| **6311  Bridgewater Drive** | ☐ Disputed | |
| **Lithia, FL 33547** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2048**

**Nonpriority creditor's name and mailing address**
**Martek, Michael**
**Robin Cooper**
**5435 Burlington Ave N.**
**St.Petersburg, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2049**

**Nonpriority creditor's name and mailing address**
**Martek, Michael**
**Robin Cooper**
**1761 Big Oak Lane**
**Kissimmee, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2050**

**Nonpriority creditor's name and mailing address**
**Martell, George**
**3154 21st N**
**St. Pete, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2051**

**Nonpriority creditor's name and mailing address**
**Marter, Agnes**
**Urban, Wojciech**
**27 Tone Lane**
**Staten Island, NY 10305**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2052**

**Nonpriority creditor's name and mailing address**
**Martin, Barbara**
**James Martin**
**1917 Rockbrook Drive**
**Arlington, TX 76006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2053**

**Nonpriority creditor's name and mailing address**
**Martin, Barbara**
**3596 W. Saint Brides Cir.**
**Orlando, FL 32812**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.205<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martin, Charles**
**Barbara Martin**
**3333 W. Pine St.**
**Tampa, FL 33607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martin, Gustavis**
**Naimah Martin**
**1901 NW 185th Terrace**
**Miam Gardens, FL 33056**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martin, John**
**Maria Martin**
**4908 MurryHill drive**
**Tampa, FL 33615**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martin, Lee Ann**
**6208 121 Ave East**
**Parrish, FL 34219**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martin, Mary**
**371 Snapdragon Loop**
**Bradenton, FL 34212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martin, Monzar**
**Krysta-Gaye Burchenson**
**3403 Foxcroft Rd**
**Miramar, FL 33025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

**3.206 0**

Nonpriority creditor's name and mailing address
**Martin, Penny**
**Martha Taylor, Christopher Bauman**
**11600 Dauphin Ave.**
**Largo, FL 33778**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.206 1**

Nonpriority creditor's name and mailing address
**Martin, Ronald**
**Darlene Martin**
**11921 Seabreeze Cove Ln.**
**Ft. Myers, FL 33908**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.206 2**

Nonpriority creditor's name and mailing address
**Martin, Summer**
**Eric Martin**
**2806 Blossom Dr.**
**Holiday, FL 34691**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.206 3**

Nonpriority creditor's name and mailing address
**Martinez, Alejandro**
**7825 NE Bayshore Court # 201**
**Miami, FL 33138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.206 4**

Nonpriority creditor's name and mailing address
**Martinez, Dejesus**
**3309 W Aileen St**
**Tampa, FL 33607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.206 5**

Nonpriority creditor's name and mailing address
**Martinez, Elias**
**5411 Tangerine Dr.**
**Zephyrhills, FL 33542**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.206 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Martinez, Evelyn**
**1809 Strathmore Cir.**
**Mt. Dora, FL 32757**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Martinez, Griselda**
**6338 Gondola Dr**
**Riverview, FL 33578**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Martinez, Jose**
**11219 Marigold Dr**
**Bradenton, FL 34202**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Martinez, Julio and Pamela**
**1010 Calle Rosa Place**
**Ruskin, FL 33573**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Martinez, Michael**
**12051 Citrus Leaf Dr.**
**Gibsonton, FL 33534**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Martinez, Philippe**
**Florence Splingard**
**1934 Cove Lane**
**Clearwater, FL 33764**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.207** **2**

**Nonpriority creditor's name and mailing address**

**Martinez, Tammy**
**Joann Sowma & Esnori Martinez**
**1607 East 98th Ave**
**Tampa, FL 33612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207** **3**

**Nonpriority creditor's name and mailing address**

**Martinez- Roman, Diamar**
**11577 Misty Isle Lane**
**Riverview, FL 33519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207** **4**

**Nonpriority creditor's name and mailing address**

**Martir, Aurelio**
**Brenda Martir**
**12009 Infinity Drive**
**New Port Richey, FL 34654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207** **5**

**Nonpriority creditor's name and mailing address**

**Marvin, Timothy**
**Elaine Marvin**
**14516 Bay Hills Drive**
**Largo, FL 33774**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207** **6**

**Nonpriority creditor's name and mailing address**

**Maslonka, Thomas**
**Crista Maslonka**
**2514 Mariette St.**
**Sarasota, FL 34231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207** **7**

**Nonpriority creditor's name and mailing address**

**Mason, Freddie**
**11001 Golden Silence Dr**
**Rivervew, FL 33579**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.207 8**

**Nonpriority creditor's name and mailing address**

**Matera, Caren**
**Paul Matera**
**17434 Boca Vista Rd, #1005**
**Punta Gorda, FL 33955**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 9**

**Nonpriority creditor's name and mailing address**

**Mathews, Kristie**
**4223 West Tacon Street**
**Tampa, FL 33629**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 0**

**Nonpriority creditor's name and mailing address**

**Mathis, Tony**
**1317 E. Church St.**
**Plant City, FL 33563**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 1**

**Nonpriority creditor's name and mailing address**

**Mathurin, Armand Dale**
**Emily Mathurn**
**2431 Grive Ridge Drive**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 2**

**Nonpriority creditor's name and mailing address**

**Matias, Iris**
**324 SW 2nd Ave**
**Boynton Beach, FL 33435-4818**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 3**

**Nonpriority creditor's name and mailing address**

**Matos, Diana**
**5042 Green Key Road**
**New Port Richey, FL 34652**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.208<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matsangos, Sophie**
**3750 Lighthouse Way**
**Holiday, FL 34691**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matteson, Bobby**
**6960 20th Ave N Apt 207**
**St. Petersburg, FL 33710**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthews, Nancy**
**6266 Levi Court**
**Springfield, VA 22150**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthews, Victoria**
**Daniel Matthews**
**1938 S.E. Redwing Cir**
**Port St. Lucie, FL 34592**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mau, Timothy**
**Melissa Mau**
**6266 Spring Hollow Rd**
**Birmingham, AL 35071**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maurer, Michael**
**Carmen Mauerer**
**1790 McCauley Road**
**Clearwater, FL 33765**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|

Name

---

**3.209 0**

**Nonpriority creditor's name and mailing address**

**Maxwell, Jill**
**10120 Somersby Drive**
**Riverview, FL 33578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.209 1**

**Nonpriority creditor's name and mailing address**

**May, Andrew**
**301 West Platt St. #259**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.209 2**

**Nonpriority creditor's name and mailing address**

**May, Barry**
**19254 Fisherman Bend Drive**
**Lutz, FL 33558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.209 3**

**Nonpriority creditor's name and mailing address**

**May, Dale**
**Valerie May**
**4425 Gasparilla Ave.**
**Orlando, FL 32812**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.209 4**

**Nonpriority creditor's name and mailing address**

**Mayhall, Christina**
**Jerome Diamond**
**3428 70th Glen East**
**Palmetto, FL 34221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.209 5**

**Nonpriority creditor's name and mailing address**

**Maynard, Michael**
**23110 SR 54 # 232**
**Lutz, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.209 6**

**Nonpriority creditor's name and mailing address**

**Mays, Kim**
**Robert Mays**
**3866 SW 133rd Loop**
**Ocala, FL 34473**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209 7**

**Nonpriority creditor's name and mailing address**

**Mays, Mary Alyson**
**1314 East Conover Street**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209 8**

**Nonpriority creditor's name and mailing address**

**Mazur, Stella**
**4616 Cloverlawn Dr.**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209 9**

**Nonpriority creditor's name and mailing address**

**Mazza, Keith**
**Heather Shaila**
**9381 Southern Charm Circle**
**Brooksville, FL 34613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210 0**

**Nonpriority creditor's name and mailing address**

**McAteer, Kathleen**
**PO Box 11121**
**Spring Hill, FL 34610-1121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210 1**

**Nonpriority creditor's name and mailing address**

**McBride, Clifton**
**2949 Willow Leaf Lane**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.210**
**2**

**Nonpriority creditor's name and mailing address**

**McBride, Lorrie**
**Daniel McBride**
**3210 Acapulco Drive**
**Riverview, FL 33578**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.210**
**3**

**Nonpriority creditor's name and mailing address**

**McCall, William**
**5799 Country Mill Court**
**Jacksonville, FL 32222**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.210**
**4**

**Nonpriority creditor's name and mailing address**

**McCampbell, James**
**1537 Woodrose St.**
**North Port, FL 34288**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.210**
**5**

**Nonpriority creditor's name and mailing address**

**McCarthy, Tim**
**5844 Mariposa Dr.**
**Holiday, FL 34690**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.210**
**6**

**Nonpriority creditor's name and mailing address**

**McClinton, Delores**
**PO Box 531253**
**St. Petersburg, FL 33747-1253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.210**
**7**

**Nonpriority creditor's name and mailing address**

**McCollough, Frederick**
**1415 North Kings Way Road**
**Seffner, FL 33584**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.210 8**

**Nonpriority creditor's name and mailing address**

**McComb, Stace**
**Laurie McComb**
**360 Magneta Loop**
**Auburndale, FL 33823**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210 9**

**Nonpriority creditor's name and mailing address**

**McCool, Jennifer**
**4841 Wildflower Dr.**
**Lakeland, FL 33811**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211 0**

**Nonpriority creditor's name and mailing address**

**McCormack, Maria and Kenneth**
**2225 Homewood Drive**
**Orlando, FL 32809**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211 1**

**Nonpriority creditor's name and mailing address**

**McCormick, Fred**
**508 Rafael Blvd N.E.**
**St.Petersburg, FL 33704**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211 2**

**Nonpriority creditor's name and mailing address**

**McCormick, Michael**
**Stephanie McCormick**
**7145 39th Ave N.**
**St.Petersburg, FL 33709**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211 3**

**Nonpriority creditor's name and mailing address**

**McCormick, Paula, Estate of**
**Richard Killmer**
**9956 Indian Key Trail**
**Seminole, FL 33776**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **Stay In My Home, P.A.** |
| | Name |

Case number (if known)   **8:18-bk-8436-RCT**

---

| 3.211 | |
|---|---|
| 4 | |

**Nonpriority creditor's name and mailing address**

**McCormick, Stephanie**
**7145 39th Ave N.**
**St.Petersburg, FL 33709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.211 | |
|---|---|
| 5 | |

**Nonpriority creditor's name and mailing address**

**McCoy, James**
**5805 Lady Bug Court**
**Tampa, FL 33625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.211 | |
|---|---|
| 6 | |

**Nonpriority creditor's name and mailing address**

**McCoy, Melissa**
**16543 Forest Lake Drive**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.211 | |
|---|---|
| 7 | |

**Nonpriority creditor's name and mailing address**

**McCoy, Rosemary**
**1418 Manaotak Point Dr Apt 105**
**Jacksonville, FL 32221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.211 | |
|---|---|
| 8 | |

**Nonpriority creditor's name and mailing address**

**McCue, Brian**
**7051 Gas Line Rd**
**Keystone Heghts, FL 32656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.211 | |
|---|---|
| 9 | |

**Nonpriority creditor's name and mailing address**

**McCullough, Juanalecha**
**35026 Fawnville Way**
**Zephyrhills, FL 33541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.212 0**

**Nonpriority creditor's name and mailing address**

**McDonald, Daniel**
**Mark McDonald**
**27910 Tammi Drive**
**Tavares, FL 32778**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 1**

**Nonpriority creditor's name and mailing address**

**McDonald, Dwight**
**5406 Lindburg St.**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 2**

**Nonpriority creditor's name and mailing address**

**McDonald, Gerren**
**7006 Center Creek Drive**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 3**

**Nonpriority creditor's name and mailing address**

**McDonnell, Joseph**
**4141 Whittner Drive**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

**McElroy, Philip**
**11313 Carrollwood Estates**
**Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

**McFarland, Anita**
**1200 63rd Ave N**
**St. Pete, FL 33702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

**McGalliard, David**
**Krystyna McGalliard**
**12568 Tree Beard Court**
**Jacksonville, FL 32225**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 7**

**Nonpriority creditor's name and mailing address**

**McGee, Sandra**
**McGee, Russell**
**42200 Morgan Rd. # 29H**
**Temecula, CA 92591**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

**McGeehan, Cornelius**
**7554 Lake Forest Circle**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

**McGill, James**
**Robin McGill**
**5633 62nd Way N**
**St. Petersburg, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

**McGill, Thomas**
**Investor Trustee Services, LLC**
**172 W. Warren Ave**
**Longwood, FL 32750**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 1**

**Nonpriority creditor's name and mailing address**

**McGir, Michael**
**Carrie McGirr**
**2817 Durham St.**
**Tampa, FL 33605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.213**
**2**

**Nonpriority creditor's name and mailing address**

**McGlynn, Stephen**
**Adria McGlynn**
**18405 Citation Street**
**Lutz, FL 33549-5818**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.213**
**3**

**Nonpriority creditor's name and mailing address**

**McGrath, James S.**
**Judith A. McGrath**
**800 17th Ave. N.**
**St. Petersburg, FL 33704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.213**
**4**

**Nonpriority creditor's name and mailing address**

**McGreevy, Megan**
**9026 Moonlit Meadows Loop**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.213**
**5**

**Nonpriority creditor's name and mailing address**

**McGuigan, Debra**
**15216 Dennis Drive**
**Hudson, FL 34669**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.213**
**6**

**Nonpriority creditor's name and mailing address**

**McGuire, Kevin**
**Brian**
**13726 Judy Ave**
**Hudson, FL 34667**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.213**
**7**

**Nonpriority creditor's name and mailing address**

**McGuire, Larry**
**4007 Royal Palm Blvd**
**Brandenton, FL 34210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.213<br>8 | **Nonpriority creditor's name and mailing address**<br>**McHugh, Michael**<br>**11205 SW 56th Place**<br>**Cooper City, FL 33330** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.213<br>9 | **Nonpriority creditor's name and mailing address**<br>**McHugh, Michael J.**<br>**1760 Creekwater Blvd**<br>**Port Orange, FL 32128** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.214<br>0 | **Nonpriority creditor's name and mailing address**<br>**McKay, Harry**<br>**8412 Tupeco Drive**<br>**Tampa, FL 33637** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.214<br>1 | **Nonpriority creditor's name and mailing address**<br>**McKeague, Marilyn**<br>**John McKeague**<br>**21126 Lake Patience Rd.**<br>**Land O'Lakes, FL 34638** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.214<br>2 | **Nonpriority creditor's name and mailing address**<br>**McKenny, Michael**<br>**Holly McKenny**<br>**5111 Queen Palm Terrace NE**<br>**St. Pete, FL 33703** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.214<br>3 | **Nonpriority creditor's name and mailing address**<br>**McKenzie, Donald**<br>**Keisha McKenzie**<br>**15108 Copper Loop**<br>**Brooksville, FL 34604** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.214
4**

**Nonpriority creditor's name and mailing address**

**McKenzie, Donavan**
**4546 Mapletree Loop**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214
5**

**Nonpriority creditor's name and mailing address**

**McKinney, Billy**
**Linda Mckinney**
**3111 Whispering Dr North**
**Largo, FL 33771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214
6**

**Nonpriority creditor's name and mailing address**

**McKinney, Fletcher**
**Nancy McKinney**
**4291 Old Nine Foot Rd**
**Eagle Lake, FL 33839**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214
7**

**Nonpriority creditor's name and mailing address**

**McKinney, Fletcher**
**Nancy McKinney**
**PO Box 1440**
**Eagle Lake, FL 33839-1440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214
8**

**Nonpriority creditor's name and mailing address**

**McKnight, Amber**
**212 Haynes Dr.**
**Johnson City, TN 37604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214
9**

**Nonpriority creditor's name and mailing address**

**McKnight, Jennifer**
**Robert McKnight**
**8537 93rd Ave**
**Largo, FL 33777**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.215 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McLarty, Dennis**
**Jane Mclarty**
**12080 Wilkes Road**
**Yale, MI 48097**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McLean- Martin**
**Anne McLean**
**1872 Hunt Lane**
**Clearwater, FL 33764**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McLees, Stuart**
**Sherry McLees**
**360 Marco Court**
**Clermont, FL 34715**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McMahon, Howard**
**2828 Grapefruit Dr.**
**Auburndale, FL 33823**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McMillan, Pollynesia**
**6603 Oakview Terrace**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McRanie, Griffin**
**Sandra Griffin**
**4502 Burmuda Drive**
**Hernando Beach, FL 34907**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

**3.215 6**

**Nonpriority creditor's name and mailing address**

**McSears, Freddie Jr.**
**9518 Bay Pine Lane**
**Orlando, FL 32832**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215 7**

**Nonpriority creditor's name and mailing address**

**McTavish, Kathleen**
**Scotty McTavish**
**2033 Karen Drive**
**Lutz, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215 8**

**Nonpriority creditor's name and mailing address**

**Meadows, Doug**
**Lynn Meadows**
**2814 M. Mary Land Ave**
**Plant City, FL 33563**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215 9**

**Nonpriority creditor's name and mailing address**

**Meanos, Ilonie**
**Paulos Menos**
**2724 Plymouth Sorrento Road**
**Apopka, FL 32712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216 0**

**Nonpriority creditor's name and mailing address**

**Means, Cecil**
**Pamela Means**
**1308 Marion Drive South**
**St. Petersburg, FL 33707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

**Mechas, Anthony**
**14521 Mirabelle Vista Cirq**
**Tampa, FL 33626**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.216 2**

**Nonpriority creditor's name and mailing address**

**Meecham, Phiippa**
**Basil Meecham**
**5512 Palm Lake Circle**
**Orlando, FL 32819**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

**Meehan, Theresa**
**379 River Bluff Lane**
**Royal Palm Beach, FL 33411**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

**Meier, Robert**
**Marisa Meier**
**5240 Silver Charm Terrace**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

**Meisman, Karen**
**Michael Meisman**
**4911 48th North**
**St. Petersburg, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

**Meitzen, Steven**
**Tracey Meitzen**
**19134 Cherryl Rose Circle**
**Lutz, FL 33554**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 7**

**Nonpriority creditor's name and mailing address**

**Mejia, Elias**
**Sonia Velasco Nava**
**2520 Wheeler Grives Drive**
**Seffner, FL 33584**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    **Stay In My Home, P.A.**                                    Case number (if known)    **8:18-bk-8436-RCT**

Name

| 3.216 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mele, Anthony**
**Mele, Katrina Walters**
**1520 Brilliant Cut Way**
**Valrico, FL 33594**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.216 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melendez, Jose**
**Julie Melendez**
**5024 White Sanderling Ct.**
**Tampa, FL 33619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melendez, Maria**
**Ruben Robles**
**6412 Oyster Island Aven**
**Apollo Beach, FL 33572**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melia, Pamela**
**17381 Stepping Stone Dr.**
**Ft. Myers, FL 33967**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Melissa Karp Elsbree, Esq.**
**1514 3rd Stree Circle East**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melitides, Lillian**
**1763 Hawthorne Court**
**Oldsmar, FL 34677**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.217 4**

**Nonpriority creditor's name and mailing address**

**Mellow, Beverley-Walnut**
**1071 S. Pointe Alexis Dr.**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 5**

**Nonpriority creditor's name and mailing address**

**Melton, Eric**
**5125 Abagail Dr.**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 6**

**Nonpriority creditor's name and mailing address**

**Menard, Ronald**
**Melanie Menard**
**18116 Cutlass Dr.**
**Fort Myers Beach, FL 33931**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 7**

**Nonpriority creditor's name and mailing address**

**Mendelson, Pablo**
**5689 Bern Wood Dr.**
**Orlando, FL 32810**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 8**

**Nonpriority creditor's name and mailing address**

**Menendez, Brian**
**1900 N. Nebraska Ave.**
**Hillsborough, FL 33602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 9**

**Nonpriority creditor's name and mailing address**

**Menendez, Tina**
**302 W. Fern St**
**Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.218 0**

**Nonpriority creditor's name and mailing address**

**Mengel, Charles**
**21021 Follensby Court**
**Land O'Lakes, FL 34637**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 1**

**Nonpriority creditor's name and mailing address**

**Mercado, Darrin**
**2628 US 19**
**Holiday, FL 34691**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 2**

**Nonpriority creditor's name and mailing address**

**Merced, Carlos**
**3201 Canaveral Groves Blvd.**
**Cocoa, FL 32926**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 3**

**Nonpriority creditor's name and mailing address**

**Merced, Robert**
**6001 Elderado Dr**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 4**

**Nonpriority creditor's name and mailing address**

**Merced, Robert**
**3303 N. Lakeview Dr.**
**Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

**Mercer, James**
**Tammy Mercer**
**2175 New Azora Rd**
**Spring Hill, FL 34608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.218**
**6**

**Nonpriority creditor's name and mailing address**

**Meredith, Rick**
**6381 Tulip Drive**
**Zephyrhills, FL 33544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.218**
**7**

**Nonpriority creditor's name and mailing address**

**Mericle, Thomas**
**Angela Mericle**
**9310 North Tampa St**
**Tampa, FL 33612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.218**
**8**

**Nonpriority creditor's name and mailing address**

**Merrill, Matthew**
**1901 3rd Ave. East**
**Bradenton, FL 34208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.218**
**9**

**Nonpriority creditor's name and mailing address**

**Merx Real Estate, LLC**
**62 Baywood Avenue**
**Clearwater, FL 33765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.219**
**0**

**Nonpriority creditor's name and mailing address**

**Messeguer, Manuel**
**Diahann Messeguer**
**2609 Black Lake Blvd.**
**Winter Gardens, FL 34787**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.219**
**1**

**Nonpriority creditor's name and mailing address**

**Messick, Dianne**
**Daniel Messick**
**507 East Young St**
**Plant City, FL 33563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.219 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Meszaros, Zsolt**
**Edina Hegedus**
**4509 Shadberry Dr.**
**Tampa, FL 33624**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Metzler, Lisa**
**12949 Kings Crossing Dr.**
**Gibsonton, FL 33534**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Meyer, Paul**
**Brigitte Meyer**
**10181 Carolina Street**
**Bonita Springs, FL 34135**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Meyer, Toni**
**18313 Sturbridge Ct.**
**Tampa, FL 33647**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Meysembourg, Mark**
**Linda Sterry**
**11522 Monette Rd.**
**Riverview, FL 33569**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mianowski, Angel**
**4800 Oaklawn Lane**
**St. Petersburg, FL 33708-3026**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.219 8**

**Nonpriority creditor's name and mailing address**
**Michaud, Laurie**
**5560 Pentail Circle**
**Tampa, FL 33625**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219 9**

**Nonpriority creditor's name and mailing address**
**Michele Cascio**
**Scott Rosa**
**6601 Callaghan Lane**
**North Port, FL 34291**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220 0**

**Nonpriority creditor's name and mailing address**
**Middleton, Stephanie**
**Shawn Middleton**
**3478 Oak Street**
**Dunedin, FL 34698**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220 1**

**Nonpriority creditor's name and mailing address**
**Midili, Patrick**
**Tatyana Midili**
**5224 Braddock Drive**
**Zephyrhills, FL 33541**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220 2**

**Nonpriority creditor's name and mailing address**
**Migliaccio, Robert**
**5520 Fountains Drive South**
**Lake Worth, FL 33467**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220 3**

**Nonpriority creditor's name and mailing address**
**Milam, Erin**
**William Milam**
**12028 Northumberland Drive**
**Tampa, FL 33626**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.220 4**

Nonpriority creditor's name and mailing address

**Milburn, Samuel**
**115 Skyline Blvd.**
**Merritt Island, FL 32953**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220 5**

Nonpriority creditor's name and mailing address

**Miles, Howard**
**4402 Pine Meadow Court**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220 6**

Nonpriority creditor's name and mailing address

**Milestone Reporting Company**
**PO Box 3426**
**Orlando, FL 32802-3426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,984.08**

---

**3.220 7**

Nonpriority creditor's name and mailing address

**Miller, Charles**
**Carolyn Miller**
**1032 34th St.**
**Orlando, FL 32805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220 8**

Nonpriority creditor's name and mailing address

**Miller, Jermaine**
**1003 Brenton Leaf Drive**
**Ruskin, FL 33570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220 9**

Nonpriority creditor's name and mailing address

**Miller, Judith**
**820 Bayou View Dr.**
**Brandon, FL 33510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.221 0**

**Nonpriority creditor's name and mailing address**
**Miller, Kathleen**
**Kent Miller**
**129 St. Croix Island Drive**
**St. Augustine, FL 32092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 1**

**Nonpriority creditor's name and mailing address**
**Miller, Kyle**
**113 Westwood Dr.**
**Mandeville, LA 70471**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 2**

**Nonpriority creditor's name and mailing address**
**Miller, Mary**
**1509 Lakeside Drive**
**Dunedin, FL 34698**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 3**

**Nonpriority creditor's name and mailing address**
**Miller, Melanie**
**Thomas Miller**
**17151 Lakeshore Road**
**Lutz, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 4**

**Nonpriority creditor's name and mailing address**
**Miller, Richard**
**Alicia Miller**
**6034 Whispering Tree Lane**
**Port Orange, FL 32128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 5**

**Nonpriority creditor's name and mailing address**
**Millett, Colleen**
**Gerald Millett**
**359 Forestwood Court**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

**Milliken, Kathryn**
**Robert Milliken**
**3915 King Drive**
**Brandon, FL 33511-7809**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.221 7**

**Nonpriority creditor's name and mailing address**

**Milonas, Taso**
**Thai Milonas**
**7554 Albert Tillinghast Drive**
**Sarasota, FL 34240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

**Milton, Gregory**
**7818 Bullara Drive**
**Temple Terrace, FL 33637**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

**Minihan, Donagh**
**13015 Plantation Park #1031**
**Orlando, FL 32821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

**Mink, Stephen**
**Piedad Mink**
**38692 Ferm Circle**
**Zephyrhills, FL 33540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.222 1**

**Nonpriority creditor's name and mailing address**

**Minnifield, Sara**
**2329 West Ohio Ave**
**Tampa, FL 33607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.222
2**

**Nonpriority creditor's name and mailing address**
**Mira, Michael**
**Jacquelyn Mira**
**5553 Braddock Dr**
**Zephyrhills, FL 33541**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.222
3**

**Nonpriority creditor's name and mailing address**
**Miracle, Glen**
**435 Norwood St.**
**Merritt Island, FL 32953**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.222
4**

**Nonpriority creditor's name and mailing address**
**Mirtchev, Valentin**
**William Mirtchev**
**5117 Ridgewat Dr**
**Orlando, FL 32819**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.222
5**

**Nonpriority creditor's name and mailing address**
**Misarti, Paul**
**11902 Keating Dr.**
**Tampa, FL 33626**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.222
6**

**Nonpriority creditor's name and mailing address**
**Mitchell, Andre**
**4213 E. Miller Ave.**
**Tampa, FL 33617**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.222
7**

**Nonpriority creditor's name and mailing address**
**Mitchell, Chris**
**515 Schvette Road**
**Plant City, FL 33567**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.222**
**8**

**Nonpriority creditor's name and mailing address**
**Mitchell, Marianna**
**501 E. Dania Beach Blvd. 5-2a**
**Dania Beach, FL 33004**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222**
**9**

**Nonpriority creditor's name and mailing address**
**Mizelle, Jeannine**
**8504 Culebra Ave.**
**North Port, FL 34287-5432**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223**
**0**

**Nonpriority creditor's name and mailing address**
**Mizerak, Gerard**
**10602 Eveningwood Ct.**
**Trinity, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223**
**1**

**Nonpriority creditor's name and mailing address**
**Mizutani, Toshiaki**
**6813 80th Ter N**
**Pinellas Park, FL 33781-2010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223**
**2**

**Nonpriority creditor's name and mailing address**
**Mobley, Christine**
**2928 West Henry Ave.**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223**
**3**

**Nonpriority creditor's name and mailing address**
**Mobley, Kenneth**
**Rosi Mary Filardo**
**3541 Fairway Forest Drive**
**Palm Harbor, FL 34685**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.223 4**

**Nonpriority creditor's name and mailing address**

**Mock, Brent**
**Barbar Mock**
**1223 Mazarian Place**
**Trinity, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.223 5**

**Nonpriority creditor's name and mailing address**

**Modic, Thomas**
**Helga V. Ronco**
**1218 Shorecrest Circle**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.223 6**

**Nonpriority creditor's name and mailing address**

**Moed, Jennie**
**315 West End Ave 4C**
**New York, NY 10023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.223 7**

**Nonpriority creditor's name and mailing address**

**Mola, Eduardo**
**Veronica Mola**
**6709 East Whiteway Drive**
**Tampa, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.223 8**

**Nonpriority creditor's name and mailing address**

**Moldenhauer, Ronald**
**826 Lakeside Terrace**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.223 9**

**Nonpriority creditor's name and mailing address**

**Molina, Diane**
**1203 Old Millpond Rd**
**Melbourne, FL 32940**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.224 0**

**Nonpriority creditor's name and mailing address**
**Molina, Maritza**
**8543 N. Hialeah Rd**
**Tampa, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224 1**

**Nonpriority creditor's name and mailing address**
**Molloy, Gerard**
**Laura Molloy**
**8930 South Hollybrook Blvd.**
**Pembroke Pines, FL 33025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224 2**

**Nonpriority creditor's name and mailing address**
**Moly, Jacqueline**
**4813 Bay Crest Drive**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224 3**

**Nonpriority creditor's name and mailing address**
**Moncayo, Gladys**
**Jorge Moncayo**
**3198 Bearclaw Way**
**Kissimmee, FL 34746**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224 4**

**Nonpriority creditor's name and mailing address**
**Money, Gerald**
**Jorge Moncayo**
**10500 San Fernando Blvd. NE**
**St. Petersburg, FL 33702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224 5**

**Nonpriority creditor's name and mailing address**
**Mongiello, Carlos**
**9506 Tara Cay Court**
**Seminole, FL 33776**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.224 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monilaw, Douglas**
**3543 Dellefield Street**
**New Port Richey, FL 34655**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monilaw, Douglas**
**Kathleen McGonigal**
**318 West Crest Ave**
**Tampa, FL 33603**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montague, Tammy**
**Harris, Leslie**
**8846 Georgetown Lane**
**Boynton Beach, FL 33437**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montalto, Frank**
**1342 Belleair Rd**
**Clearwater, FL 33756**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montalvo, Carlos**
**Juana Montalvo**
**326 Brandon Drive**
**Davenport, FL 33897**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montcalm, Terry**
**Nancy Montcalm**
**431 18th Ave.**
**Indian Rocks Beach, FL 33785**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.225
2**

**Nonpriority creditor's name and mailing address**

**Montealegre, Erick
Jaclyn
425 Old Western Trail
Sanford, FL 32773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225
3**

**Nonpriority creditor's name and mailing address**

**Monteiro, Rosana
9026 Ron Den Ln
Windermere, FL 34786**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225
4**

**Nonpriority creditor's name and mailing address**

**Montes, Max
8416 N Jones Ave, Apt 6
Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225
5**

**Nonpriority creditor's name and mailing address**

**Montgomery, Barbara
Kenneth Montgomery
1383 Monterey Cir. NE
St. Petersburg, FL 33704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225
6**

**Nonpriority creditor's name and mailing address**

**Montgomery, Richard
3045 Regal Oaks Blvd.
Palm Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225
7**

**Nonpriority creditor's name and mailing address**

**Montgomery, Tara
3611 3rd Ave. N.
St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.225 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Monton, Robert**
**3620 Liberty Hill Dr.**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.225 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Moonan, Deborah**
**Gabriel Sagasti**
**20020 Daytona Way**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.226 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Moonasar, Ravi**
**PO Box 685**
**Ocoee, FL 34761-0685**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.226 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mooney, Theodore**
**142 Perry Creek Dr**
**Jacksonville, FL 32220**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.226 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Moore, Anna**
**James Moore**
**3166 SW Curcuma St.**
**Port Saint Lucie, FL 34953**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.226 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Moore, Calvictor**
**2244 Thornbrook Drive**
**Jacksonville, FL 32221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.226 4**

**Nonpriority creditor's name and mailing address**

**Moore, Christopher**
**Gretchen Moore**
**2806 Brucken Rd.**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 5**

**Nonpriority creditor's name and mailing address**

**Moore, Jason**
**Jeramy Bruning**
**2712 Doe Run Court**
**Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 6**

**Nonpriority creditor's name and mailing address**

**Moore, Todd**
**c/o Shri Prashad**
**1477 April Lane**
**Morrow, GA 30260**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 7**

**Nonpriority creditor's name and mailing address**

**Morales, Gonzalo**
**Morales, Alicia**
**1063 Battery Point Drive**
**Orlando, FL 32828**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 8**

**Nonpriority creditor's name and mailing address**

**Morales, Ileana**
**119 Cranbrooke Dr**
**Seffner, FL 33584**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 9**

**Nonpriority creditor's name and mailing address**

**Morales, Lina**
**6115 Oak Clusters Circle**
**Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.227 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morales, Michael**
**Tonya Morales**
**10302 Salisbury St.**
**Riverview, FL 33569**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morano, Pauline**
**Chris Morano**
**150 Elm Ave.**
**Satellite Beach, FL 32937**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**More, John**
**Tonya More**
**7318 North Ola Ave.**
**Tampa, FL 33604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morehart, Debra**
**John Morehart**
**317 Porto Alegre Street**
**Punta Gorda, FL 33983**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moreira, Berardo**
**Alicia Moreira**
**PO Box 1988**
**Lady Lake, FL 32158-1988**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morelock, Melissa**
**11357 116th Ave N**
**Largo, FL 33778**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.227
6**

**Nonpriority creditor's name and mailing address**

**Moreno, David
Gloria Moreno
7812 Robert E. Lee Rd
Tampa, FL 33637**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227
7**

**Nonpriority creditor's name and mailing address**

**Morettini, Robert
Sylvia Morettini
1034 Holly Cone Drive
Riverview, FL 33569**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227
8**

**Nonpriority creditor's name and mailing address**

**Morgan, Vivienne
Jerry Morgan
11031 Bentwood Ct.
New Port Richey, FL 34654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227
9**

**Nonpriority creditor's name and mailing address**

**Morin, Mark
Maureen Morin
237 Groten Rd. N.
Chelmsford, MA 01863**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228
0**

**Nonpriority creditor's name and mailing address**

**Morizio, Lorenzo and Renee
10741 High Crest Court
Howey in the Hills, FL 34737**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228
1**

**Nonpriority creditor's name and mailing address**

**Morning, Darrell
6031 Twin Bridges Rd.
Zephyrhills, FL 33541**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.228 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morris, Brandon**
**317 SE 29th Terrace**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morris, Carol**
**3036 Eastland Blvd.**
**Clearwater, FL 33761-4118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morris, Glen**
**Becky Morris**
**3333 Logue Road**
**Myakka City, FL 34251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morrison, Bruce**
**Claire Morrison**
**8004 50th Ave North**
**St. Petersburg, FL 33709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morrison, Paul**
**Shawn Morrison**
**102 Winston Manor Circle**
**Seffner, FL 33584**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Morrison, Prince**
**2859 NW 7th**
**Ft. Lauderdale, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morrissette, Jennifer**
**Vicki Leonard**
**6991 18th St. N**
**St. Petersburg, FL 33702**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morrone, Domenic**
**6398 33rd Ave N**
**St. Pete, FL 33710**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morton, Debra**
**749 Pruitt Drive**
**Madeira Beach, FL 33708**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morton, Latasha**
**Charles Morton**
**2062 San Marino Way N**
**Clearwater, FL 33763**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moser, Brandon**
**4350 Palencia Dr**
**Tampa, FL 33618**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moss, Gerard**
**344 Maudehelen Street**
**Apopka, FL 32703**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.229 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Motley, Dean**
**James Stilson**
**2700 Sea Breeze Way**
**Wesley Chapel, FL 33544**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Motta, Joseph**
**3910 NE 48th Avenue**
**High Springs, FL 32643**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Motter, Nicole**
**4709 Daw Meadow Ct. N.**
**Plant City, FL 33566**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moya, Jose**
**2965 Winlock Ave.**
**Deltona, FL 32738**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mucheke, Moses**
**3704 Lighthouse Way**
**Holiday, FL 34691**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mudge, Lorraine**
**3300 Crystal Creek Blvd.**
**Orlando, FL 32837**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.230 0**

**Nonpriority creditor's name and mailing address**

**Muggiati, Natalia**
**502 S. Lakemont Ave**
**Winter Park, FL 32792**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 1**

**Nonpriority creditor's name and mailing address**

**Muhammed, Mumtaz**
**Corine Mumtaz**
**4851 Daphne Street**
**New Port Richey, FL 34652**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 2**

**Nonpriority creditor's name and mailing address**

**Mulder, Frank**
**2632 W. Sunset Dr,**
**Tampa, FL 33629**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 3**

**Nonpriority creditor's name and mailing address**

**Mule, Matt**
**1304 North Dale Mabry # 357**
**Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 4**

**Nonpriority creditor's name and mailing address**

**Mullinax, Gloria**
**611 First Ave**
**Lady Lake, FL 32159**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 5**

**Nonpriority creditor's name and mailing address**

**Mullinnix, Tinette**
**1509 Mulberry AVE**
**Lake Placid, FL 33852**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.230 6**

**Nonpriority creditor's name and mailing address**

**Muratori, Marina**
**Trinity Tucker**
**5422 Twin Creeks Dr.**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.230 7**

**Nonpriority creditor's name and mailing address**

**Murdoch, Robert and Amy Leigh**
**1510 Adriatic Drive**
**Ococee, FL 34761**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.230 8**

**Nonpriority creditor's name and mailing address**

**Murley, Mary**
**3211 W. Swann Ave., #902**
**Tampa, FL 33609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.230 9**

**Nonpriority creditor's name and mailing address**

**Murphy, Joseph**
**Casandra Murphy**
**4014 E. Hanlon St**
**Tampa, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.231 0**

**Nonpriority creditor's name and mailing address**

**Murray, Christopher**
**Dawn Murray**
**15015 Winding Ridge Lane**
**Clermont, FL 34715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.231 1**

**Nonpriority creditor's name and mailing address**

**Murray, Elizabeth**
**4117 Brentwood Park Circle**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.231
2**

**Nonpriority creditor's name and mailing address**

**Murray, Ronald**
**Lori Murray**
**3450 Hillmont Circle**
**Orlando, FL 32817**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231
3**

**Nonpriority creditor's name and mailing address**

**Murvin, Kenneth**
**5251 Tummel Ct.**
**Wesley Chapel, FL 33544**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231
4**

**Nonpriority creditor's name and mailing address**

**Muse, Lester Jr.**
**3991 Sabal Drive**
**Oviedo, FL 32765**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231
5**

**Nonpriority creditor's name and mailing address**

**Musgrave, David**
**Rebecca Musgrave**
**1316 Tuscola St.**
**Clearwater, FL 33756**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231
6**

**Nonpriority creditor's name and mailing address**

**Muto, Ralph**
**15938 Cobble Mill Road**
**Wimamuma, FL 33598-4013**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231
7**

**Nonpriority creditor's name and mailing address**

**Muzzillo, Steven**
**Laura Muzzillo**
**5806 SW 89th Lane**
**Cooper City, FL 33328**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**Myers, Modena**
**13628 Tramore Drive**
**Odessa, FL 33556**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**Nagle, Dana Lynn**
**10224 Estero Bay Lane**
**Tampa, FL 33625**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**Nankishore, Yvonne**
**4320 Heliotrope Loop**
**Kissimmee, FL 34746**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

**Narcisse, Wilton**
**PO Box 640141**
**Miami, FL 33164-0141**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 2**

**Nonpriority creditor's name and mailing address**

**Naroditsky, Marcia**
**Anotoly Naroditsky**
**5818 S. 6th St.**
**Tampa, FL 33611**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 3**

**Nonpriority creditor's name and mailing address**

**Naroditsky, Marcia**
**Anotoly Naroditsky**
**11908 Rose Harbor Drive Apt 102**
**Tampa, FL 33625**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.232 4**

**Nonpriority creditor's name and mailing address**
**Nascarella, Salvatore**
**Rita Nascarella**
**1553 Orange St.**
**Clearwater, FL 33756**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 5**

**Nonpriority creditor's name and mailing address**
**Natale, Pasquale**
**9855 Mountain Lake Drive**
**Orlando, FL 32832**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 6**

**Nonpriority creditor's name and mailing address**
**Ncholas, Wilma**
**9810 Sandy Pines Rd**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 7**

**Nonpriority creditor's name and mailing address**
**Nearhouse, Joseph**
**2509 N. Ridgewood Ave.**
**Tampa, FL 33602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 8**

**Nonpriority creditor's name and mailing address**
**Needham, April**
**Jeff Needham**
**3361 Greendale Ave.**
**Deltona, FL 32738**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 9**

**Nonpriority creditor's name and mailing address**
**Neel, Robert**
**Jean M. Neel**
**10711 Crescendo Loop**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.233
0**

**Nonpriority creditor's name and mailing address**

**Neely, Erma
1915 Meridel Ave
Tampa, FL 33612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.233
1**

**Nonpriority creditor's name and mailing address**

**Neff, William
2294 West Gardenia Ave.
Citrus Springs, FL 34434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.233
2**

**Nonpriority creditor's name and mailing address**

**Neighbors, Scott
16717 Brassort Road
Lutz, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.233
3**

**Nonpriority creditor's name and mailing address**

**Nelle, Robert
Vicki Nelle
8651 10th St. N. Apt. 106
St. Petersburg, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.233
4**

**Nonpriority creditor's name and mailing address**

**Nelms, Leland
Evelyn Nelms
3450 Gulf Breeze Lane
Punta Gorda, FL 33950**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.233
5**

**Nonpriority creditor's name and mailing address**

**Nelson, Deborah
5901 Weston Oaks Dr.
Orlando, FL 32808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Stay In My Home, P.A.**
_____
Name

Case number (if known)    **8:18-bk-8436-RCT**

---

| 3.233<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson, Heide**
**1151 Pine Ridge Circle #112**
**Tarpon Springs, FL 34688**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson, Imedla**
**John Nelson**
**3036  W. Helen Ave**
**Tampa, FL 33611**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson, Joann**
**1812 1st Street**
**Indian Rocks Beach, FL 33785**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson, Lawrence**
**3139 Sago Point Court**
**Land O'Lakes, FL 34639**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.234<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson, Marian-**
**Sheldon Byfield**
**990 Hollister Dr.**
**Indian Rocks Beach, FL 32904**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.234<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson, Monica**
**13519 White Elk Loop**
**Tampa, FL 33626**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.234 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nemchik, Joseph**
**172 W. Warren Ave**
**Longwood, FL 32750**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.234 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nemet, Kyle**
**6113 Chene Ct.**
**Lutz, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.234 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neo, Szu-Wei**
**Sarah P.L. Phoon**
**1417 Carolina St.**
**Midland, MI 48642**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.234 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nero, Diana**
**David Nero**
**2210 East Hogan Hollow Road**
**Margate, FL 33063**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.234 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nesbitt, Octavia**
**P.O. Box 310524**
**Tampa, FL 33610-0524**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.234 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nettles, Michael**
**5220 Oxford Ave. N.**
**St. Petersburg, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| | Name | | |

---

**3.234**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Neu, Richard** | ■ Contingent | |
| **Donna Neu** | ■ Unliquidated | |
| **9101 Montevello** | ☐ Disputed | |
| **Orlando, FL 32818** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.234**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Neuhaus, Kenneth** | ■ Contingent | |
| **Karen Neuhaus** | ■ Unliquidated | |
| **6380 Colon** | ☐ Disputed | |
| **Tampa, FL 33647** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Nevad, David** | ■ Contingent | |
| **Carri Nevad** | ■ Unliquidated | |
| **56275 Rockledge** | ■ Disputed | |
| **Rockledge, FL 32956** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Neville, Kevin** | ■ Contingent | |
| **2827 Rogan Rd.** | ■ Unliquidated | |
| **Orlando, FL 32812** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Newberry, Randy and Annie** | ■ Contingent | |
| **4810 Aztec Circle** | ■ Unliquidated | |
| **Naples, FL 34112** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.235**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Newbrey, Sara** | ■ Contingent | |
| **Timothy Newbrey** | ■ Unliquidated | |
| **3313 West Iowa Avenue** | ☐ Disputed | |
| **Tampa, FL 33611** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.235
4**

**Nonpriority creditor's name and mailing address**

**Newcomer, Charles**
**Tomiko Newcomber**
**19925 Dolores Ann Court**
**Lutz, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235
5**

**Nonpriority creditor's name and mailing address**

**Newlands, Lin**
**309 Belle Claire Place**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235
6**

**Nonpriority creditor's name and mailing address**

**Newman, Anthony**
**5222 Monoserrot Dr**
**Lakeland, FL 33812**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235
7**

**Nonpriority creditor's name and mailing address**

**Newton, Melvin**
**Lily Newton**
**1504 Alfred Dr.**
**Boynton Beach, FL 33426**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235
8**

**Nonpriority creditor's name and mailing address**

**Ngo, Houng**
**Giau Nguyen**
**32080 Okellar Streeet**
**Tampa, FL 33611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235
9**

**Nonpriority creditor's name and mailing address**

**Ngoboc, Jennifer**
**Freeland Ngoboc**
**30717 Pumpkin Ridge Dr.**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.236 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nguyen, Edith**
**Mary Nguyen**
**972 Maryann Dr.**
**Santa Clara, CA 95050**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.236 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nguyen, Hoai Dan**
**Edith Nguyen**
**972 Maryann Dr.**
**Santa Clara, CA 95050**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.236 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nguyen, Lu**
**10304 Riverburn Dr.**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.236 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nguyen, Sang**
**Anh Nguyen**
**12840 Darby Ridge Drive**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.236 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nguyen, Thuong**
**Maria Kennedy Nguyen**
**14643 Mirabelle Vista Circle**
**Tampa, FL 33626**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.236 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas, Wilma**
**91810 Sandy Pines Road**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.236 6**

**Nonpriority creditor's name and mailing address**

**Nicholson, Jodi**
**5106 Pheasant Woods Drive**
**Lutz, FL 33558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.236 7**

**Nonpriority creditor's name and mailing address**

**Nicolaisen, Jeremy**
**1545 South Disston Ave**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.236 8**

**Nonpriority creditor's name and mailing address**

**Niemsky, Shawn**
**5512 Metrowest Blvd #202**
**Orlando, FL 32811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.236 9**

**Nonpriority creditor's name and mailing address**

**Nieves, Bonnie**
**6311 Gentle Ben Circle**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.237 0**

**Nonpriority creditor's name and mailing address**

**Nieves, Miriam**
**914 Boynton Ave**
**Bronx, NY 10473**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.237 1**

**Nonpriority creditor's name and mailing address**

**Niles, Shannon**
**8702 Skymaster Dr.**
**New Port Richey, FL 34654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.237**
**2**

**Nonpriority creditor's name and mailing address**
**Nino, Ruth**
**Ulises Ferrufino**
**3311 Possom Trot Rd**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237**
**3**

**Nonpriority creditor's name and mailing address**
**Nix, Jennifer**
**7222 Ursula Ave**
**Brooksville, FL 34601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237**
**4**

**Nonpriority creditor's name and mailing address**
**Noah, Danny**
**Regina Noah**
**2221 Spring Rain Dr.**
**Clearwater, FL 33763**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237**
**5**

**Nonpriority creditor's name and mailing address**
**Noble, John**
**Holly Harger**
**3829 Louis Circle**
**Tarpon Springs, FL 34688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237**
**6**

**Nonpriority creditor's name and mailing address**
**Noble, Michelle**
**Thomas Noble**
**129 Old  Nichols Circle**
**Auburndale, FL 33823**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237**
**7**

**Nonpriority creditor's name and mailing address**
**Nocerino, Samuel**
**Sheri Nocerino**
**8213 Moccasin Trail Dr.**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.237 8**

**Nonpriority creditor's name and mailing address**
**Noel, Jeremy**
**Elizabeth Noel**
**1084 Stoneway Lane**
**West Palm Beach, FL 33417**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 9**

**Nonpriority creditor's name and mailing address**
**Nolan, Kathy R.**
**5036 Meadow Lark Ln.**
**New Port Richey, FL 34653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 0**

**Nonpriority creditor's name and mailing address**
**Norris, Doris**
**1114 South Whitney Road**
**Leesburg, FL 34748**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 1**

**Nonpriority creditor's name and mailing address**
**Norris, Jeff**
**Christine Norris**
**7233 Spencer Parrsih Road**
**Parrish, FL 34219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 2**

**Nonpriority creditor's name and mailing address**
**Norwood, Douglas**
**Carolyn Norwood**
**6725 Clair Shore Drive**
**Apollo Beach, FL 33572**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 3**

**Nonpriority creditor's name and mailing address**
**Noterman, Pamela**
**John Noterman**
**7332 Castle Drive**
**Sarasota, FL 34240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.238
4**

**Nonpriority creditor's name and mailing address**

**Novick, Patrick
403 Spring Valley Lane
Altamonte Springs, FL 32714**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.238
5**

**Nonpriority creditor's name and mailing address**

**Nowell, William
981 Michigan Ave.
Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.238
6**

**Nonpriority creditor's name and mailing address**

**Nowlan, Gary
11610 Bruin Drive
New Port Richey, FL 34654**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.238
7**

**Nonpriority creditor's name and mailing address**

**Nugyen, Edith
Hoai Dan Nguyen
972 Maryann Dr.
Santa Clara, CA 95050**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.238
8**

**Nonpriority creditor's name and mailing address**

**Nugyen, Giau
Huong Ngo
3208 Oakellar St.
Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.238
9**

**Nonpriority creditor's name and mailing address**

**Nunez, Jaqueline
15459 Oregon Ave
Orlando, FL 32828**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.239 0**

**Nonpriority creditor's name and mailing address**

**Nurka, Lulezim**
**Inxhiko Nurka**
**3445 Keene Park Dr.**
**Largo, FL 33771**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.239 1**

**Nonpriority creditor's name and mailing address**

**Nutter, Denver**
**Blanca Nutter**
**3468 Indian Creek Blvd**
**St. Johns, FL 32259**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.239 2**

**Nonpriority creditor's name and mailing address**

**Nymark, Justin**
**Krysta Justin**
**10250 Bayou Grande Avenue**
**Seminole, Fl 33772**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.239 3**

**Nonpriority creditor's name and mailing address**

**O'Brien, Daniel**
**Stacey O'Brien**
**938 Bleu Water Dr**
**Indian Harbour, FL 32937**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.239 4**

**Nonpriority creditor's name and mailing address**

**O'Brien, John E.**
**201 West Laurel St., Unit 1012**
**Tampa, FL 33602**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.239 5**

**Nonpriority creditor's name and mailing address**

**O'Donnell, John**
**Angela O'Donnell**
**10355 Paradise Blvd. Unit #45**
**Treasure Island, FL 33706**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|--------|---------------------------|------------------------|----------------------|
| | Name | | |

---

**3.2396**

**Nonpriority creditor's name and mailing address**

**O'hara, George**
**Marie O'hara**
**350 Bayforest Drive #102**
**Naples, FL 34110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2397**

**Nonpriority creditor's name and mailing address**

**O'Nan, Troy**
**19109 Golden Cacoon Place**
**Lutz, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2398**

**Nonpriority creditor's name and mailing address**

**O'Neal, Ricardo**
**Gipson, Viretha**
**1050 Palmetto Ave.**
**Lake Wales, FL 33853**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2399**

**Nonpriority creditor's name and mailing address**

**O'Neil, Mike**
**Catherine O'Neil**
**4715 Kemble Ct.**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2400**

**Nonpriority creditor's name and mailing address**

**Oakley, Robert**
**15462 Saratoga Drive**
**Spring Hill, FL 34604-4483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2401**

**Nonpriority creditor's name and mailing address**

**Oberg, Diane**
**2152 Cross Creek Way**
**Dunedin, FL 34698**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

**3.240**
**2**

**Nonpriority creditor's name and mailing address**
**Oberg, Shannon**
**Stephen Lampo**
**5779 West Stockholm Lane**
**Dunnellon, FL 34433**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240**
**3**

**Nonpriority creditor's name and mailing address**
**Oblinger, Michael**
**2119 La Salle Street**
**Sarasota, FL 34231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240**
**4**

**Nonpriority creditor's name and mailing address**
**Odell, Jerome and Heather**
**1271 W. Skyview Crossing Drive**
**Hernando, FL 34442**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240**
**5**

**Nonpriority creditor's name and mailing address**
**Odom, Charles**
**Kimberly Odom**
**15384 Scrub Jay Lane**
**Bontia Springs, FL 34135**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240**
**6**

**Nonpriority creditor's name and mailing address**
**Odom, Marie**
**5508 Blue Jay Lane**
**Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240**
**7**

**Nonpriority creditor's name and mailing address**
**Ogden, Mark**
**Mary Caron**
**22528 Laureldale Drive**
**Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.240 8**

**Nonpriority creditor's name and mailing address**

**Oglesby, Rhonda**
**Bryant Oglesby**
**4550 SE 120th Street**
**Belleview, FL 34420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240 9**

**Nonpriority creditor's name and mailing address**

**Oh, Sang T.**
**519 Grand Preserve Cove**
**Bradenton, FL 34212**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241 0**

**Nonpriority creditor's name and mailing address**

**Oliu-Smith, Alejandro and Dawn**
**419 Valencia Park Drive**
**Seffner, FL 33584**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241 1**

**Nonpriority creditor's name and mailing address**

**Oliver, Jack**
**Kathryn Oliver**
**8894 Robin Road**
**Largo, FL 33777**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241 2**

**Nonpriority creditor's name and mailing address**

**Oliver, Jesima**
**Virglio (son)**
**4109 W. Carmen St.**
**Tampa, FL 33609**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241 3**

**Nonpriority creditor's name and mailing address**

**Oliver, Robert**
**Mountrey Oliver**
**7963 Versilia Dr.**
**Orlando, FL 32836**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.241 4**

**Nonpriority creditor's name and mailing address**
**Olivero, Kristin**
**9308 N. Dartmouth Ave.**
**Tampa, FL 33612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241 5**

**Nonpriority creditor's name and mailing address**
**Olliver, Robert**
**Nancy Olliver**
**1335 Bayshore Drive**
**Englewood, FL 34223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241 6**

**Nonpriority creditor's name and mailing address**
**Olson, Jane**
**6125 Via Laguna Lane**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241 7**

**Nonpriority creditor's name and mailing address**
**Oquendo, Esteban**
**Edith Oquendo**
**3126 Twisted Oak Loop**
**Kissimmee, FL 34744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241 8**

**Nonpriority creditor's name and mailing address**
**Orama, Cecilia**
**6036 Crest Ridge Road**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241 9**

**Nonpriority creditor's name and mailing address**
**Orange Legal**
**633 E. Colonial Dr.**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$456.01**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.242 0**

**Nonpriority creditor's name and mailing address**

**Orcutt, Chris**
**Jessica Orcutt**
**11769 Mango Cross Court**
**Seffner, FL 33584**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242 1**

**Nonpriority creditor's name and mailing address**

**Orcutt, Chris**
**2730 Roosevelt Blvd # 902**
**Clearwater, FL 33760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242 2**

**Nonpriority creditor's name and mailing address**

**Ordonez, George**
**Amaryllis Ordonez**
**7907 Roundelay Dr.**
**New Port Richey, FL 34654**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242 3**

**Nonpriority creditor's name and mailing address**

**Orlando Property Acquistions**
**Contact: Jeffrey Almiron**
**9350 US Hwy 192 #104**
**Clermont, FL 34714**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242 4**

**Nonpriority creditor's name and mailing address**

**Orman, Randy**
**Janice Orman**
**4719 Lighterwood Way**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242 5**

**Nonpriority creditor's name and mailing address**

**Orr, John**
**11842 North 104th Street**
**Largo, FL 33773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.242 6 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Orrick, Norwood**
**2904 North Tampa Street**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 7 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Orta, Ruth**
**4804 Culbreath Isles Rd.**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 8 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Orta, Ruth**
**406 South Hubert Avenue**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 9 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ortagun, Patricia**
**Hakan Ortagun**
**103 Winged Foot Ln.**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.243 0 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Orthwein, Frederick**
**4004 Worcester Rd.**
**Sarasota, FL 34231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.243 1 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ortiz, Antonio**
**Deborah Ortiz**
**17620 Pasture Rd.**
**Odessa, FL 33556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.243<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ortiz, Cecil**
**Luis Ortiz**
**471 Rayford St.**
**LeHigh Acres, FL 33974**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ortiz, Harry James**
**12515 Chenwood Ave.**
**Hudson, FL 34669**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ortiz, Luis**
**6295 River Run Place**
**Orlando, FL 32807**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ortiz, Maria**
**2958 Pembridge St**
**Kissimiee, FL 34747**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ortiz, Milka**
**Frank Ortiz**
**9606 Nathaniel Lane**
**Land O'Lakes, FL 34638**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ortiz, Tony**
**17620 Pasture Rd.**
**Odessa, FL 33556**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.243 8**

**Nonpriority creditor's name and mailing address**

**Orzechowski, Rick**
**3207 Gloria Ave.**
**Plant City, FL 33563**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.243 9**

**Nonpriority creditor's name and mailing address**

**Osorio, Niisa**
**Felix Osorio**
**5340 Great Egret Drive**
**Leesburg, FL 34748**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 0**

**Nonpriority creditor's name and mailing address**

**Ostander, Layne**
**Erica Ostrander (wife)**
**6603 W. 29th Ave**
**Bradenton, FL 34209**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 1**

**Nonpriority creditor's name and mailing address**

**Otero, Esteban**
**10010 North Hyaleah Road**
**Tampa, FL 33617**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 2**

**Nonpriority creditor's name and mailing address**

**Otto, Steven**
**5401 Silver Charm Ter**
**Wesley Chapel, FL 33544**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 3**

**Nonpriority creditor's name and mailing address**

**Outlaw, Bryan**
**2777 Algonquin Dr.**
**Melbourne, FL 32935**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.244 4**

**Nonpriority creditor's name and mailing address**

**Overbey, Daryl**
**Belinda Overby**
**9506 Letterstone court**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 5**

**Nonpriority creditor's name and mailing address**

**Owens, Jaunda**
**Janne Winters**
**8065 142nd Street**
**Sebastian, FL 32958**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

**Owens, Theresa**
**2170 86th Avenue**
**Vero Beach, FL 32966**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 7**

**Nonpriority creditor's name and mailing address**

**Owinski, Stephen**
**708 Brenton Leaf Drive**
**Ruskin, FL 33570**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 8**

**Nonpriority creditor's name and mailing address**

**Pacheco, Mark**
**1419 NE Juanta Place**
**Cape Coral, FL 33909**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 9**

**Nonpriority creditor's name and mailing address**

**Pacheco, Richard**
**1167 Hallcrest Ave.**
**Spring Hill, FL 34608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.245 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pack, Sheila**
**5243 SE 110th Ave.**
**Belleview, FL 34420**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Packett, Kenneth**
**Colleen Packett**
**4320 24th Ave N**
**St. Pete, FL 33713**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Page, John**
**17401 1st St. E.**
**Redington Shores, FL 33708**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pahlck, Will**
**Lindsey Pahlck**
**3627 Morgons Castle Ct.**
**Land O'Lakes, FL 34638**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Palacio, Maria**
**Christian Dupart**
**10463 Greenwich Court**
**East Boca Raton, FL 33428**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Palacios, Edward**
**12305 Bramfield Dr.**
**Riverview, FL 33569**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.245
6**

**Nonpriority creditor's name and mailing address**

**Palermo, Christopoher
Tina Palmermo
1915 Green Meadow
Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.245
7**

**Nonpriority creditor's name and mailing address**

**Palisi, John
Lorraine Palisi
11412 Nest Court
Port Richey, FL 34668-2030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.245
8**

**Nonpriority creditor's name and mailing address**

**Palma, Jennifer
2729 North Dellwood Drive
Eustis, FL 32726**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.245
9**

**Nonpriority creditor's name and mailing address**

**Palmer, Chrystal
4045 Davenport Lane
Mount Dora, FL 32757**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.246
0**

**Nonpriority creditor's name and mailing address**

**Palomino, Danae
2318 Dae Court
Orlando, FL 32839**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.246
1**

**Nonpriority creditor's name and mailing address**

**Panella, Dante
Jillene Panella
17221 Breeders Cup Dr
Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.246 2**

**Nonpriority creditor's name and mailing address**
**Pankau, Robert and Helen**
**5628 Dark Star Loop**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 3**

**Nonpriority creditor's name and mailing address**
**Pankey, Christine**
**630 Stone Drive**
**Brandon, FL 33510**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 4**

**Nonpriority creditor's name and mailing address**
**Panneri, Peter**
**644 Vallance Way NE**
**St. Petersburg, FL 33716**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 5**

**Nonpriority creditor's name and mailing address**
**Panov, John**
**Sharon Panov**
**1118 2nd Ave South**
**St. Petersburg, FL 33715**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 6**

**Nonpriority creditor's name and mailing address**
**Papageorgiou, Juan**
**518 South Rainbow Drive**
**Hollywood, FL 33021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 7**

**Nonpriority creditor's name and mailing address**
**Papasidero, Elvera**
**Robert Canter and Michael Papasidero**
**9154 Autumn Haze Dr.**
**Naples, FL 34109**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.246 8**

**Nonpriority creditor's name and mailing address**
**Pappas, Karen**
**5107 Arlington Rd.**
**Cocoa, FL 32927**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 9**

**Nonpriority creditor's name and mailing address**
**Pardue, Danielle**
**9005 Heritage Inlet Place**
**Bradenton, FL 34212**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 0**

**Nonpriority creditor's name and mailing address**
**Paris, Susan**
**118 Upper Tuskeegee Road**
**Robbinsville, NC 28771**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 1**

**Nonpriority creditor's name and mailing address**
**Parish, Jessika**
**David Parish**
**8470 Lantana Dr**
**Seminole, FL 33777**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 2**

**Nonpriority creditor's name and mailing address**
**Parishy, Ronald**
**Marlene Parishay**
**4 Santabel Lane**
**Trenton, NJ 08691**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 3**

**Nonpriority creditor's name and mailing address**
**Park, Kenneth**
**285 Sunshine Dr.**
**St. Augustine, FL 32086**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

**Park, Larry**
**Suzanne Park**
**6742 Runner Oak Drive**
**Wesley Chapel, FL 33545**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 5**

**Nonpriority creditor's name and mailing address**

**Parker, Douglas**
**Kathryn Parker**
**20522 Marlin Street**
**Orlando, FL 32833**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 6**

**Nonpriority creditor's name and mailing address**

**Parker, Malissa**
**12723 Evington Point Drive**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 7**

**Nonpriority creditor's name and mailing address**

**Parker, Michelle**
**20839 NW 17th Street**
**Pembroke Pines, FL 33029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 8**

**Nonpriority creditor's name and mailing address**

**Parker, Patrica**
**Alden Parker**
**8018 Darlington Circle**
**Lakeland, FL 33809**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 9**

**Nonpriority creditor's name and mailing address**

**Parker, Richard**
**13541 Jennita Drive**
**Hudson, FL 34667**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.248 0**

**Nonpriority creditor's name and mailing address**

**Parker, Robert**
**Meridith Parker**
**4074 65th Street East**
**Sarasota, FL 34243**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 1**

**Nonpriority creditor's name and mailing address**

**Parkhurst, Daniel**
**Lynne Parkhurst**
**2608 Dartmouth Ave N**
**St. Pete, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 2**

**Nonpriority creditor's name and mailing address**

**Parkinson, Reubel**
**11574 Misty Isle Lane**
**Riverview, FL 33569**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

**Parkman, Rick**
**Cheryl Parkman**
**4254 Gardenspring Dr.**
**Clemmons, NC 27012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

**Parmley, Dennis**
**Jennifer Parmley**
**10716 Dalton Ave**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

**Parrilla, Anna**
**600 Callahan St.**
**Winter Park, FL 32789**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.248 6**

**Nonpriority creditor's name and mailing address**
**Parrish, Stefanie**
**Parrish, Donald**
**9334 Tom Costine Rd**
**Lakeland, FL 33809**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248 7**

**Nonpriority creditor's name and mailing address**
**Parrott, Edward**
**Julia Parrott**
**13919 Chalk Hill Pl.**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**
**Parsaeian, Seyed**
**Iran Mirzania**
**18039 Java Else Drive**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248 9**

**Nonpriority creditor's name and mailing address**
**Pasanen, Helena**
**19125 2nd Ct NW**
**Lutz, FL 33548**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.249 0**

**Nonpriority creditor's name and mailing address**
**Pasco County Clerk of Court**
**38053 Live Oak Ave.**
**Dade City, FL 33523**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$367.50**

---

**3.249 1**

**Nonpriority creditor's name and mailing address**
**Pasco, Sebastian**
**Thomas Joy**
**3119 River Cove Dr**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.249**
**2**

**Nonpriority creditor's name and mailing address**

**Pasquariello, David**
**Kathryn Pasquariello**
**923 Academy Dr.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**3**

**Nonpriority creditor's name and mailing address**

**Patch, Tina**
**Robert Patch**
**6734 Clair Shore Drive**
**Apollo Beach, FL 33577**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**4**

**Nonpriority creditor's name and mailing address**

**Patel, Beemal**
**Sapna Patel**
**2610 Night Rains Dr.**
**Lutz, FL 33559**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**5**

**Nonpriority creditor's name and mailing address**

**Patel, Kapilaben**
**Kanti Bahai**
**2796 Judge Island Way**
**Naples, FL 34119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**6**

**Nonpriority creditor's name and mailing address**

**Patel, Mohan**
**Ushaben Patel**
**19316 Water Naple Dr**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**7**

**Nonpriority creditor's name and mailing address**

**Patel, Nilan**
**11255 SE 33th Court**
**Ocala, FL 34840**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.249 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patel, Nootan**
**Shree Patel**
**5105 W. Grace St.**
**Tampa, FL 33607**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.249 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patel, Sanjay and Aprita**
**5350 Cypress Links Blvd.**
**Elkton, FL 32033**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Paten, William**
**Julie Paten**
**10 Old Grove Lane**
**Altamonte, FL 32701**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patsch, Charles**
**1705 Floyd St**
**Sarasota, FL 34239**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pattalino, Hal**
**423 Melrose Ave.**
**Maple Shade, NJ 08052**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patterson, Barry**
**10321 Frog Pond Drive**
**Riverview, FL 33569**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.250 4**

**Nonpriority creditor's name and mailing address**
**Patterson, David**
**7618 Par ave.**
**St. Pete, FL 33710**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 5**

**Nonpriority creditor's name and mailing address**
**Patterson, Russell**
**Viviane Patterson**
**225 Sandkey Estate Drive**
**Clearwater, FL 33767**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 6**

**Nonpriority creditor's name and mailing address**
**Patton, Roberta**
**Christopher Patton**
**3253 Mount Tami Dr.**
**San Diego, CA 92111**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 7**

**Nonpriority creditor's name and mailing address**
**Paula**
**516 Cedar Grove DR.**
**Brandon, FL 33511**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 8**

**Nonpriority creditor's name and mailing address**
**Pauska, Jason**
**98 S. Winter Park Dr**
**Casselberry, FL 32707**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 9**

**Nonpriority creditor's name and mailing address**
**Pawlus, Mark**
**Gail Pawlus**
**16210 2nd St. E**
**Redington Beach, FL 33708**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

**3.251 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Payne, Cedric** | ■ Contingent | |
| **Margaret Payne** | ■ Unliquidated | |
| **450 Grainary Ave.** | ☐ Disputed | |
| **Tampa, FL 33624** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Payne, Karen** | ■ Contingent | |
| **8574 W. Egret Ct.** | ■ Unliquidated | |
| **Homassa, FL 34448** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Payne, Kathy** | ■ Contingent | |
| **13108 Early Run Drive** | ■ Unliquidated | |
| **Riverview, FL 33578** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Payne, Kevin** | ■ Contingent | |
| **Lucia Payne** | ■ Unliquidated | |
| **18398 Arapahoe Cir.** | ☐ Disputed | |
| **Port Charlotte, FL 33948** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Peak, Patricia** | ■ Contingent | |
| **2912 Witley Ave.** | ■ Unliquidated | |
| **Palm Harbor, FL 34685-1327** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Pean, Kenny** | ■ Contingent | |
| **2735 Conch Hollow Dr** | ■ Unliquidated | |
| **Brandon, FL 33511** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.251 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pearen, John**
**Nadine Pearen**
**36750 US Highway 19 N**
**Palm Harbor, FL 34684**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.251 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pearson, Daniel**
**970 Boca Ciega Isle Drive**
**St. Pete Beach, FL 33706**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.251 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peck, Clayton**
**Paula Peck**
**579 Setting Sun Drive**
**Winter Gardens, FL 34787**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.251 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peck, Shane**
**Susan Peck**
**10242 Douglas Oaks Circle #104**
**Tampa, FL 33610**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.252 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pecorelli, Richard**
**Doloria Pecorelli**
**797 Oak Bend Way**
**Sarasota, FL 34240**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.252 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peeler, Gerald**
**Krista Peeler & Robyn Peeler**
**4490 Marsalis Court**
**Spring Hill, FL 34609**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.252 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peinado, Winston**
**Rosa Restrepo**
**8101 SW 144th St**
**Palmetto Bay, FL 33158**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.252 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peirson, Robert**
**Kimberly Peirson**
**2157 E. Citrus Way**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.252 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pelaez, anthony**
**Lorena Pelaez**
**10017 Parsons Street**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.252 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pelletier, Carole**
**515 64th Ave W**
**Bradenton, FL 34207**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.252 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pelley, Cindy**
**Kevin S. Pelley**
**305 W. Frances Ave.**
**Tampa, FL 33602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.252 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pemberton, Nellie**
**3819 N. 38th Ave.**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.252 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pena Jr, Gregorio**
**Migdalia Pena**
**12505 Blazing Star Drive**
**Tampa, FL 33626**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.252 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pena, Dejon**
**Marcos Pena**
**2513 Hollowrideg Drive**
**Denton, TX 76210**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pena, Luis**
**Maris Penn Pena**
**1762 Nestlewood Trail**
**Orlando, FL 32837**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Penrod, Shane**
**915 Terra Mar Dr.**
**Tampa, FL 33613**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Penteado, Adalberto**
**4405 Loraine Ave**
**LeHigh Acres, FL 33976**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perales-Male, Carrie**
**2473 Andre Court**
**Orange, FL 34761**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.253 4**

**Nonpriority creditor's name and mailing address**

**Percy, Jennifer**
**Richard Falls**
**6971 North Deltona Blvd**
**Citrus Springs, FL 34434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.253 5**

**Nonpriority creditor's name and mailing address**

**Perez & Perez**
**4507 Wishart Blvd**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.253 6**

**Nonpriority creditor's name and mailing address**

**Perez & Perez**
**4807 Culbreath Isle Rd**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.253 7**

**Nonpriority creditor's name and mailing address**

**Perez & Perez**
**Don Perez**
**836 Desert Mountain Ct.**
**Kissimmee, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.253 8**

**Nonpriority creditor's name and mailing address**

**Perez, Debra**
**Frank Perez**
**2955 W. Mustang Blvd.**
**Beverly Hills, FL 34465**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.253 9**

**Nonpriority creditor's name and mailing address**

**Perez, Eloy**
**Gloria Perez**
**2817 W. Broad St.**
**Tampa, FL 33614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.254 0**

**Nonpriority creditor's name and mailing address**
**Perez, Frank**
**Debra Perez**
**2955 W. Mustang Blvd.**
**Beverly Hills, FL 34465**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254 1**

**Nonpriority creditor's name and mailing address**
**Perez, Gustavo**
**Magalis Bencome**
**4927 33rd Street North**
**St. Petersburg, FL 33714**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254 2**

**Nonpriority creditor's name and mailing address**
**Perez, John Charles**
**Mary Frances Lopez**
**179 Longview Ave.**
**Kissimmee, FL 34747**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254 3**

**Nonpriority creditor's name and mailing address**
**Perez, Linda**
**11216 Moonvalley Way**
**Tampa, FL 33635**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254 4**

**Nonpriority creditor's name and mailing address**
**Perez, Maritza**
**8913 N. Locust Ave.**
**Tampa, FL 33604**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254 5**

**Nonpriority creditor's name and mailing address**
**Perez, Miguel**
**11245 NW 87th Ter**
**Doral, FL 33178**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Stay In My Home, P.A. | | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|---|
| | Name | | | |

---

| 3.254 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perez, Peter**
**Robin Perez**
**5114 N. Rome Ave.**
**Tampa, FL 33603**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perez-Prieto, Julio**
**7103 Princeton Place**
**Tampa, FL 33619**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pericone, Laura**
**206 South Melville Ave**
**Tampa, FL 33606**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perignon, Lydia**
**1649 Idle Lane**
**Sarasota, FL 34231**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peritore- Larson**
**129 West Grapefruit Circle**
**Clearwater, FL 33759**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perkins, Roy**
**4814 Jeanette Court**
**Saint Cloud, FL 34771**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.255
2**

**Nonpriority creditor's name and mailing address**

**Perrin, Teresa
3225 SE 21st Ave
Ocala, FL 34471**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255
3**

**Nonpriority creditor's name and mailing address**

**Perry, Franklin
1414 Eastwood Dr.
Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255
4**

**Nonpriority creditor's name and mailing address**

**Perry, John
8749 Elm Leaf Court
Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255
5**

**Nonpriority creditor's name and mailing address**

**Perry, Joseph
Carol Perry
316 141 St. Court NE
Bradenton, FL 34212-1676**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255
6**

**Nonpriority creditor's name and mailing address**

**Perry, Lonnie
Nichole Perry
9434 Sunbeam Dr
New Port Richey, FL 34654**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255
7**

**Nonpriority creditor's name and mailing address**

**Persad, Davendra
Sydonna Persad
10452 Lucaya Drive
Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Stay In My Home, P.A.**
_____
Name

Case number (if known)   **8:18-bk-8436-RCT**
_____

| | |
|---|---|
| 3.255 8 | **Nonpriority creditor's name and mailing address** |

**Persaud, Mohan**
**539 Hibiscus Cove Drive**
**Orlando, FL 32807**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.255 9 | **Nonpriority creditor's name and mailing address** |

**Persons, Brenda**
**David Persons**
**10371 Flat Stone Loop**
**Bonita Springs, FL 34135**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.256 0 | **Nonpriority creditor's name and mailing address** |

**Peterson, Carla**
**Christopher Peterson**
**12008 Glenhill Dr.**
**Riverview, FL 33569**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.256 1 | **Nonpriority creditor's name and mailing address** |

**Petterson, Christine**
**Michael Petterson**
**1212 Cressford Pl.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.256 2 | **Nonpriority creditor's name and mailing address** |

**Pfleger, Keat**
**Elizabeth Pfleger**
**407 Princess Place**
**Lakeland, FL 33803**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.256 3 | **Nonpriority creditor's name and mailing address** |

**Pfund, Susan**
**2120 Citrus Hill Lane**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.256 4**

**Nonpriority creditor's name and mailing address**
**Pham, Julie**
**4102 W. Bay Hills Blvd.**
**Safety Harbor, FL 34695**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 5**

**Nonpriority creditor's name and mailing address**
**Phillips, Andre**
**36423 Grand Island Oaks Circle**
**Grand Island, FL 32735**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 6**

**Nonpriority creditor's name and mailing address**
**Phillips, Ashley**
**14316 Ielani Dr**
**Brooksville, FL 34614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 7**

**Nonpriority creditor's name and mailing address**
**Phillips, Denis**
**Lori Philips**
**2032 N. Pointe Alexis  Drive**
**Tarpon Springs, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 8**

**Nonpriority creditor's name and mailing address**
**Phillips, Denis**
**Lori Philips**
**1301 Indian Trail N**
**Pam Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 9**

**Nonpriority creditor's name and mailing address**
**Phillips, Lawrence**
**Maggie Ventures, LLC**
**P.O. Box 620802**
**Las Vegas, NV 89162-0802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (*if known*) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.257 0**

**Nonpriority creditor's name and mailing address**

**Phillips, Nathan**
**8505 Sandy Beach St**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.257 1**

**Nonpriority creditor's name and mailing address**

**Phillips, Samuel**
**Selena Phillips**
**413 Kings Path Drive**
**Seffner, FL 33584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.257 2**

**Nonpriority creditor's name and mailing address**

**Phillos, Frances**
**15009 Naples Place**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.257 3**

**Nonpriority creditor's name and mailing address**

**Phommavong- maglio, Vanyvone**
**Ann Phommavang**
**1650 Papoose Way**
**Lutz, FL 33559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.257 4**

**Nonpriority creditor's name and mailing address**

**Pichardo, Clar-**
**Fausto Picahrdo**
**31314 West Burke Street**
**Tampa, FL 33614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

**Pici, Gerardo-**
**711 Pinellas Street**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

**Pickens, Parker**
**Galina Pickens**
**3718 3rd Ave. Dr. E.**
**Palmetto, FL 34221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**

**Pickens, Sarah**
**4202 N. Covina Cir**
**Tampa, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**

**Pigoni, David-**
**Erica Pigoni**
**5219 Jackson Street**
**Hollywood, FL 33021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 9**

**Nonpriority creditor's name and mailing address**

**Piltz, Matt**
**Tori Piltz**
**1811 Bonita Bluff Court**
**Ruskin, FL 33570**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258 0**

**Nonpriority creditor's name and mailing address**

**Pinckard, Roxanne**
**2021 Lee Dr.**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258 1**

**Nonpriority creditor's name and mailing address**

**Pinellas County Clerk of Court**
**Room 170, 315 Court St**
**Clearwater, FL 33756**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$10.50**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.258 2**

**Nonpriority creditor's name and mailing address**

**Pipher, Tinothy A. and Pamela D.**
**7635 South A1A**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.258 3**

**Nonpriority creditor's name and mailing address**

**Pisano, Thomas**
**Brenda Pisano**
**183 Thorne Meadow Pass**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.258 4**

**Nonpriority creditor's name and mailing address**

**Pisecco, Gina**
**Joe Irwin**
**5100 Counselor Drive #205**
**Zephyrhills, FL 33541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.258 5**

**Nonpriority creditor's name and mailing address**

**Pita, David**
**7069 Catalpa Hill Cove**
**Bartlett, TN 38135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.258 6**

**Nonpriority creditor's name and mailing address**

**Pita, David**
**Theresa Pita**
**9060 Moonlit Meadows Loop**
**Riverview, FL 33578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.258 7**

**Nonpriority creditor's name and mailing address**

**Pitcher, Scott**
**Heather Pitcher**
**1710 W. Eldred Dr.**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.258 8**

**Nonpriority creditor's name and mailing address**
**Pittman, Frank**
**3201 River Grove Dr.**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.258 9**

**Nonpriority creditor's name and mailing address**
**Pizarro, John**
**Anna Pizarro**
**6921 Spanish Moss Cir.**
**Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.259 0**

**Nonpriority creditor's name and mailing address**
**Pizarro, Valerie**
**Mario M. Pizarro**
**13040 SW 51st st.**
**Miramar, FL 33027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.259 1**

**Nonpriority creditor's name and mailing address**
**Place, Gary**
**8148 Sutton Place**
**Jacksonville, FL 32217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.259 2**

**Nonpriority creditor's name and mailing address**
**Place, Joan**
**122 Bimini Road**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.259 3**

**Nonpriority creditor's name and mailing address**
**Placeres, Robert**
**Virginia Robert**
**4528 La Carmen St.**
**Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.259
4**

**Nonpriority creditor's name and mailing address**

**Plageman, Katherine
3831 SW 28th Terrace
Gainesville, FL 32608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259
5**

**Nonpriority creditor's name and mailing address**

**Planadeball, Carmen
1608 Golden Poppy Court
Orlando, FL 32824**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259
6**

**Nonpriority creditor's name and mailing address**

**Ploskova, Daniela
5231 S. Chamberlain Blvd
North Port, FL 34286**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259
7**

**Nonpriority creditor's name and mailing address**

**Plotner, Craig
9738 51st Ave N.
St. Petersburg, FL 33708**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259
8**

**Nonpriority creditor's name and mailing address**

**Plumeri, Don
6662 W.Candier Ct
Dunellon, FL 34433**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259
9**

**Nonpriority creditor's name and mailing address**

**Poblette, Jimmy
12533 Lake Vista Drive
Gibsonton, FL 33534**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

**Podloski, Jessica**
**Joshua**
**12616 White Cedar Trail**
**Jacksonville, FL 32226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.260 1**

**Nonpriority creditor's name and mailing address**

**Poe, Michael**
**Gay Poe**
**12276 Paulee Place**
**Seminole, FL 33772**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.260 2**

**Nonpriority creditor's name and mailing address**

**Pohara, Edin**
**Svetlana Pohara**
**10848 65th St.**
**Pinellas Park, FL 33782**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

**Pohl, Cheryl**
**Jacqueline Pohl**
**6608 Northhaven Court**
**Riverview, FL 33578-8755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

**Pohle, Gabriele**
**Andrew Pohle**
**1704 Baxter Ave.**
**Orlando, FL 32806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

**Pokrowski, Richard**
**Tina Pokrowski**
**3251 Ogden Drive**
**Mulberry, FL 33860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.260**
**6**

**Nonpriority creditor's name and mailing address**
**Policherla, Prasad**
**Bala T. Policherla**
**838 Deerwood Dr. #CA3**
**Defiance, OH 43512**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.260**
**7**

**Nonpriority creditor's name and mailing address**
**Polimirova, Jozefina**
**6210 Flagfish Court**
**Bradenton, FL 34202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.260**
**8**

**Nonpriority creditor's name and mailing address**
**Polito, James**
**7 Hathaway Lane**
**Wilton Manners, FL 33305**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.260**
**9**

**Nonpriority creditor's name and mailing address**
**Pollard, Samuel**
**Selina Pollard**
**824 Hallmark Ave**
**Lake Placid, FL 33852**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.261**
**0**

**Nonpriority creditor's name and mailing address**
**Pollice, Benedetto**
**Marion Pollice**
**9459 Mississippi Run**
**Weeki Wachee, FL 34613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.261**
**1**

**Nonpriority creditor's name and mailing address**
**Pomplun, Chris**
**6572 Black Mangrove Dr,**
**Tampa, FL 33773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.261
2**

**Nonpriority creditor's name and mailing address**

**Poole, Connie**
**Curtis Poole**
**2913 Dunhill Cir.**
**Lakeland, FL 33810**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.261
3**

**Nonpriority creditor's name and mailing address**

**Pope, Jeremy**
**Laura Pope**
**1617 Ledgestone Drive**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.261
4**

**Nonpriority creditor's name and mailing address**

**Porche, Gloria**
**1401 East Pinelock Ave.**
**Orlando, FL 32806**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.261
5**

**Nonpriority creditor's name and mailing address**

**Porter, Daniel**
**800 James Street**
**Dunedin, FL 34698**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.261
6**

**Nonpriority creditor's name and mailing address**

**Porter, Sandra**
**5120 Log Cabin Drive**
**Lakeland, FL 33810**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.261
7**

**Nonpriority creditor's name and mailing address**

**Portoff, Howard**
**Dawn Marie Portoff**
**38 S. St.**
**Milford, CT 06460**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.261
8**

**Nonpriority creditor's name and mailing address**

**Poteet, James**
**Constance Poteet**
**256 Margate Drive**
**Davenport, FL 33892**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.261
9**

**Nonpriority creditor's name and mailing address**

**Potts, David and Debra**
**10807 Australian Pine Drive**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
0**

**Nonpriority creditor's name and mailing address**

**Pouncy, Dwayne**
**Connie Pedroff**
**1854 76th Ave N.**
**St. Pete, FL 33702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
1**

**Nonpriority creditor's name and mailing address**

**Powell, Dallas**
**1585 Coluso Drive**
**Winter Garden, FL 34787**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
2**

**Nonpriority creditor's name and mailing address**

**Powers, Stephen**
**Zoya Powers**
**204 Lake Charles Drive**
**Davenport, FL 33837**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
3**

**Nonpriority creditor's name and mailing address**

**Pownall, Ronald**
**9241 Merrimoor Blvd.**
**Largo, FL 33777**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.262
4**

**Nonpriority creditor's name and mailing address**

**Pownall, Ronald**
**8349 Monarch Circle**
**Pinellas Park, FL 33781**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
5**

**Nonpriority creditor's name and mailing address**

**Poythres, Terri**
**10561 53rd Ave.**
**St. Petersburg, FL 33708**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
6**

**Nonpriority creditor's name and mailing address**

**Pozniakowski, Andrew**
**Marzena Pozniakowski**
**PO Box 36**
**Crytsal Beach, FL 34681-0036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
7**

**Nonpriority creditor's name and mailing address**

**Pozo, Marco**
**Elba Pozo**
**7619 La Mesita Court**
**Tampa, FL 33615**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
8**

**Nonpriority creditor's name and mailing address**

**Prague, Kimberly**
**19748 South hampton Terrace**
**Boca Raton, FL 33434**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
9**

**Nonpriority creditor's name and mailing address**

**Pratt, Thomas**
**Francisa Oliveira**
**3400 Capland Ave**
**Clermont, FL 34711**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.263 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Preciado, Jon** | ■ Contingent | |
| **Michelle Preciado** | ■ Unliquidated | |
| **2803 Winding Trail Drive** | ☐ Disputed | |
| **Valrico, FL 33596** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.263 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Preiss, Maria** | ■ Contingent | |
| **Andrrzej Preiss** | ■ Unliquidated | |
| **616 Parsons Terrace** | ☐ Disputed | |
| **Dundein, FL 34698** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.263 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Preist, Kimberly** | ■ Contingent | |
| **5740 - 47th Avenue North** | ■ Unliquidated | |
| **Saint Petersburg, FL 33709** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.263 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Premorel, William** | ■ Contingent | |
| **Ramona Simpson-Premorel** | ■ Unliquidated | |
| **1167 Garfield Ave.** | ☐ Disputed | |
| **Masaryktown, FL 34604** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.263 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Prentice, Paul** | ■ Contingent | |
| **Tawny Prentice** | ■ Unliquidated | |
| **7400 S.W. 14th Place** | ☐ Disputed | |
| **North Lauderdale, FL 33068** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.263 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Presvot, Jerry** | ■ Contingent | |
| **1631 NW 19th Street #7** | ■ Unliquidated | |
| **Miami, FL 33125** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.263 6**

**Nonpriority creditor's name and mailing address**
**Preza, Tanya**
**126 Goins Drive**
**Seffner, FL 33584**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.263 7**

**Nonpriority creditor's name and mailing address**
**Prezioso, William**
**Tabatha Shears**
**608 Sinset Lane**
**Lutz, FL 33549**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.263 8**

**Nonpriority creditor's name and mailing address**
**Price, Milo**
**Price, Jennifer**
**10105 Alambra**
**Tampa, FL 33619**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.263 9**

**Nonpriority creditor's name and mailing address**
**Prim, John**
**38744 Tall Dr**
**Zephyhills, FL 33540**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.264 0**

**Nonpriority creditor's name and mailing address**
**Prince, Lauren**
**Horace Prince**
**1102 Cross Country Rd.**
**Winter Garden, FL 34787**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.264 1**

**Nonpriority creditor's name and mailing address**
**Prince, Steven**
**Margaret Prince**
**17384 SE 280th Court**
**Umatilla, FL 32784**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.264
2**

**Nonpriority creditor's name and mailing address**

**Princiotta, Drew**
**7415 Mulligan Court**
**Port Richey, FL 34669**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.264
3**

**Nonpriority creditor's name and mailing address**

**Prindle, Bradford**
**890 Dry Creek Rd**
**Jonesbrourgh, TN 37659**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.264
4**

**Nonpriority creditor's name and mailing address**

**Prindle, Christopher**
**1420 Buckner Rd.**
**Valrico, FL 33596**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.264
5**

**Nonpriority creditor's name and mailing address**

**Prine, Warren**
**Darlene Prine**
**3480 Milwaukee Ave.**
**Melbourne, FL 32904**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.264
6**

**Nonpriority creditor's name and mailing address**

**Printz, Mark**
**Brenda Printz**
**1845 Mahogany Drive**
**Orlando, FL 32825**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.264
7**

**Nonpriority creditor's name and mailing address**

**Proenza, Renay**
**1052 Ivey Lake Drive**
**Orange City, FL 32763-9221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.264**
**8**

**Nonpriority creditor's name and mailing address**

**Professionla Organization Properties**
**Adam Price**
**505 Pine Ave South**
**Oldsmar, FL 34677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.264**
**9**

**Nonpriority creditor's name and mailing address**

**Proult, Norman**
**100 Bluff View Drive #608A**
**Belleair Bluffs, FL 33770**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.265**
**0**

**Nonpriority creditor's name and mailing address**

**Proulx, James**
**Kimberly Proulx**
**15815 Golden Club St.**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.265**
**1**

**Nonpriority creditor's name and mailing address**

**Provencher, George**
**Margaret Provencher**
**1802 Jeri Kay Lane**
**Sebring, FL 33870**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.265**
**2**

**Nonpriority creditor's name and mailing address**

**Prusinski, Kelli-  f/k/a Kelli Barry**
**Gerald Prusinski**
**18685 SW 51st Lane**
**Dunnellon, FL 34432**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.265**
**3**

**Nonpriority creditor's name and mailing address**

**Puckett, Samantha**
**Brent Puckett**
**234 37th Ave NE**
**St. Petersburg, FL 33704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.265 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Puentes, Florinda** **Cesar Sanchez** **1201 SW 24th Ave** **Miami, FL 33135** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.265 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Puerling, Dean** **Candise Puerling** **3874 52nd Ave N** **St. Petersburg, FL 33714** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.265 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Puga-Graciola Morales** **Claudia Puga** **6670 South Biscayne Drive** **North Point, FL 34287** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.265 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Pugliese, Michael** **2216 SE 16th Street** **Cape Coral, FL 33990** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.265 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Purdy, Glen** **Ellen Purdy** **1001 Victoria Ave.** **Port Charlotte, FL 33948** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.265 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Purvis, Christopher** **4033 Crews Lane** **Lakeland, FL 33813** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.266 0**

**Nonpriority creditor's name and mailing address**
**Pyle, Rodney**
**1949 Foxhollow Drive**
**Auburndale, FL 33823**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 1**

**Nonpriority creditor's name and mailing address**
**Quammie, Bolina**
**9970 Colonial Dr.**
**Miami, FL 33157**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 2**

**Nonpriority creditor's name and mailing address**
**Quinn, Jennifer**
**Martin Quinn**
**7278 Landmark Drive**
**Spring Hill, FL 34606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 3**

**Nonpriority creditor's name and mailing address**
**Raccha, Frederick and Sandra**
**12303 Langshaw Drive**
**Thonotosassa, FL 33592**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 4**

**Nonpriority creditor's name and mailing address**
**Radford, Robert**
**Denise Radford**
**8714 Hidden Green Lane**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 5**

**Nonpriority creditor's name and mailing address**
**Radhacharan, Veronica**
**9043 Lost Mill Dr.**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.266 6**

**Nonpriority creditor's name and mailing address**

**Radstrom, Ron**
**Debbie Radstrom**
**1533 Long Street**
**Clearwater, FL 33755**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 7**

**Nonpriority creditor's name and mailing address**

**Radtke, Melvin**
**Nancy Radtke**
**5410 Fuirmont Rd**
**Lake Whales, FL 33898**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 8**

**Nonpriority creditor's name and mailing address**

**Radune, Martha Ann & Richard M. Dreyer**
**R. Dekker Dreyer & Julia H. Howe**
**919 Magnolia Street**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 9**

**Nonpriority creditor's name and mailing address**

**Raff, Bernice and Robert**
**404 SE 13th Avenue**
**Cape Coral, FL 33990**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267 0**

**Nonpriority creditor's name and mailing address**

**Ragan, Keith**
**8202 Nundy Ave.**
**Gibsonton, FL 33534**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267 1**

**Nonpriority creditor's name and mailing address**

**Raghubar, Sookdeo**
**507  Little Wekiva Road**
**Altamonte Springs, FL 32792**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.267**
**2**

**Nonpriority creditor's name and mailing address**

**Raines, Henry**
**Susan Raines**
**5211 West 11th Ave**
**Bradenton, FL 34209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**3**

**Nonpriority creditor's name and mailing address**

**Raisler, Heather**
**Gregory Raisler**
**5215 Denver St NE**
**St. Petersburg, FL 33703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**4**

**Nonpriority creditor's name and mailing address**

**Rakstis, Eric**
**Katya Lenehan**
**13743 68th Street N**
**West Palm Beach, FL 33412**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**5**

**Nonpriority creditor's name and mailing address**

**Ramdas, Chakravarty**
**14507 Musket Fire Lane**
**Orlando, FL 32837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**6**

**Nonpriority creditor's name and mailing address**

**Ramirez, Elkin**
**Maritza Vazquez**
**106 Snapdragon Court**
**Kissimmee, FL 34743-5611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**7**

**Nonpriority creditor's name and mailing address**

**Ramirez, Monique**
**4133 Amber Ridge Lane**
**Valrico, FL 33594**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.267 8**

**Nonpriority creditor's name and mailing address**
**Rampersaud, Oma**
**8536 Snowfired Drive**
**Orlando, FL 32814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267 9**

**Nonpriority creditor's name and mailing address**
**Ramsey, Harold**
**Tracey Ramsey**
**30501 Wrencrest Drive**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.268 0**

**Nonpriority creditor's name and mailing address**
**Ramus, Charles and Michelle**
**15834 Dawson Ridge Drive**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.268 1**

**Nonpriority creditor's name and mailing address**
**Randall, David**
**Lani Randall**
**27241 Lajolla Way**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.268 2**

**Nonpriority creditor's name and mailing address**
**Randolph, Ida**
**Timothy Douglas**
**5308 E. 20th Ave.**
**Tampa, FL 33619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.268 3**

**Nonpriority creditor's name and mailing address**
**Ranzola, Victor Luis**
**15634 SW 50th Terrace**
**Miami, FL 33185-4131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Stay In My Home, P.A.**
Name

Case number (if known)    **8:18-bk-8436-RCT**

| 3.268 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rapczynski, Billie**
**Ronald Rapczynski**
**2713 Willow Oaks Dr.**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| 3.268 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raphael, Michael**
**Joanne Raphael**
**6304 Spoonbill Drive**
**New Port Richey, FL 34652**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| 3.268 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rasmussen, Cegal**
**10608 Horizon Dr.**
**Spring Hill, FL 34608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| 3.268 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rath, Angela**
**20 Brickyard Drive, Apt. G5**
**Bloomington, IL 61701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| 3.268 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rawls, Ruth**
**2505 Thonotosassa Rd #107**
**Plant City, FL 33563**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| 3.268 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raymond, June**
**601 Alice St**
**Plant City, FL 33563**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.2690**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Razzani, Russ**<br>**125 S Swoope Ave #203**<br>**Maitland, FL 32751** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2691**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Reagan, Seth**<br>**Erica Reagan**<br>**PO Box 252**<br>**Mascotte, FL 34753-0252** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2692**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Reagan, Todd**<br>**3308 Azalea Blossom Dr.**<br>**Plant City, FL 33567** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2693**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Reale, Thomas**<br>**6342 5th Avenue North**<br>**St. Petersburg, FL 33710** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2694**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Recker, Matthew**<br>**Nancy Recker**<br>**2704 Bullion Loop**<br>**Sanford, FL 32771** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2695**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Reddish, Maxie**<br>**Melanie Reddish**<br>**5001 Barrowe Place**<br>**Tampa, FL 33624** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.269**
**6**

**Nonpriority creditor's name and mailing address**

**Redgrave, Ryane**
**Richard Redgrave**
**240 Robbins Rest Circle**
**Davenport, FL 33896-5204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**
**7**

**Nonpriority creditor's name and mailing address**

**Reed, Douglas**
**Pamela Reed**
**2140 Roosevelt St**
**Wimauma, FL 33598**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**
**8**

**Nonpriority creditor's name and mailing address**

**Regus**
**2202 N. Westshore Blvd., Suite 200,**
**Tampa, FL 33607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**
**9**

**Nonpriority creditor's name and mailing address**

**Rehman. Akhlaq**
**43 Desert Thorn**
**Rancho Santa margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270**
**0**

**Nonpriority creditor's name and mailing address**

**Reidenbach, Brian**
**39500 Meadowood Loop**
**Zephyrhills, FL 33542**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270**
**1**

**Nonpriority creditor's name and mailing address**

**Reintjes, Hendrika**
**72 Wye Drive**
**Ormond Beach, FL 32176**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.270 2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Remington, Keith** | ☑ Contingent | |
| **Jennifer Remington** | ☑ Unliquidated | |
| **7438 South Lamar Street** | ☐ Disputed | |
| **Littleton, CO 80128** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.270 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Rendon, Jaime** | ☑ Contingent | |
| **12823 Flamingo Parkway** | ☑ Unliquidated | |
| **Spring Hill, FL 34610** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.270 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Renee Hendricks** | ☑ Contingent | |
| **11012 Wembley Landing Drive** | ☑ Unliquidated | |
| **Lithia, FL 33547** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.270 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Renner, Jacqueline** | ☑ Contingent | |
| **a/k/a Jacqueline Velez** | ☑ Unliquidated | |
| **4214 Edenrock Place** | ☐ Disputed | |
| **Wesley Chapel, FL 33543** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.270 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Rennie, Robert** | ☑ Contingent | |
| **Rosemarie Quiles** | ☑ Unliquidated | |
| **3804 N. Arlington Ave.** | ☐ Disputed | |
| **Tampa, FL 33603** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.270 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Repka, David and Tanya** | ☑ Contingent | |
| **735 Arlington Avenue North #110** | ☑ Unliquidated | |
| **St. Petersburg, FL 33701** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.270
8**

**Nonpriority creditor's name and mailing address**
**Resch, LaShondra**
**Richard Resch**
**615 East Weber Drive**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.270
9**

**Nonpriority creditor's name and mailing address**
**Ressutti, Victoria and Wilson**
**5219 NW 117 Avenue**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.271
0**

**Nonpriority creditor's name and mailing address**
**Retenski, Stacey**
**Unk. heirs of John L. Maier**
**111 East Barrett Road**
**Middle Island, NY 11953**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.271
1**

**Nonpriority creditor's name and mailing address**
**Revilla, John**
**Claudia Revilla**
**900 79th Street South**
**St. Petersburg, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.271
2**

**Nonpriority creditor's name and mailing address**
**Reyes, Angela**
**Darrell Reyes**
**1201 Alhambra Crest Dr.**
**Ruskin, FL 33570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.271
3**

**Nonpriority creditor's name and mailing address**
**Reyes, Julius-Vincent & Maria Teresa**
**2238 Camp Indianhead Rd.**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.271 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Reyes, Stefani**
**525 Bonita Dr.**
**Lady Lake, FL 32159**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.271 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Reyna, Eric**
**Tracee Reyna**
**7007 Mintwood Court**
**Tampa, FL 33615**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.271 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Reynolds, Angel**
**David Reynolds**
**5943 10th St**
**Zephyrhills, FL 33542**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.271 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Reynolds, Brian**
**Simona Goman**
**1589 Arnold Drive**
**Melbourne, FL 32935**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.271 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Reynolds, Douglas**
**Ruth Reynolds**
**13443 Balboa Drive**
**Largo, FL 33774**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.271 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Reynolds, Henry**
**1039 N. Macon St.**
**Ludowich, GA 31316**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.272 0**

**Nonpriority creditor's name and mailing address**
**Ribot, Maria**
**Nehemias Figueroa**
**HC-1 Box 7452**
**Luguillo, FL 00773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.272 1**

**Nonpriority creditor's name and mailing address**
**Ricci, Charles**
**Rebekah Ricci**
**912 Eastwood Drive**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.272 2**

**Nonpriority creditor's name and mailing address**
**Rice, Debrea**
**4319 Tony Street**
**Orlando, FL 32808**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.272 3**

**Nonpriority creditor's name and mailing address**
**Richard Gassman**
**750 Heathrow Lane**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.272 4**

**Nonpriority creditor's name and mailing address**
**Richards, Felicia H. and Lawrence S.**
**2451 Palesta Dr**
**Trinity, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.272 5**

**Nonpriority creditor's name and mailing address**
**Richards, Lloyd**
**7514 Hunnicot Dr.**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.272 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Richardson, Anthony** | ■ Contingent | |
| | **Anicette Richardson** | ■ Unliquidated | |
| | **8733 Boysenberry Dr** | ☐ Disputed | |
| | **Tampa, FL 33635** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.272 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Richardson, Tammy (Traini)** | ■ Contingent | |
| | **341 83rd Ave** | ■ Unliquidated | |
| | **St. Pete Beach, FL 33706** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.272 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Richner, Karen** | ■ Contingent | |
| | **Stephen Richner** | ■ Unliquidated | |
| | **7016 Muck Pond Rd.** | ☐ Disputed | |
| | **Seffner, FL 33584** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.272 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Richter- Beaman** | ■ Contingent | |
| | **8374 Market St., #423** | ■ Unliquidated | |
| | **Bradenton, FL 34202** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Richters, Barbara** | ■ Contingent | |
| | **Willard Fleetwood** | ■ Unliquidated | |
| | **6408 Ridge Top Drive** | ☐ Disputed | |
| | **New Port Richey, FL 34655** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Ridge, Richard** | ■ Contingent | |
| | **1850 Sexton Drive** | ■ Unliquidated | |
| | **Clearwater, FL 33763** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.273 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$908.20** |
|---|---|---|---|

**Riesdorph Reporting Group, Inc.**
**201 E. Kennedy Blvd., Suite 712**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Riley, Michael**
**Antonette Riley**
**526 Trotter Lane**
**Mcdonough, GA 30252**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Riley, Randy**
**Phyllis E. Riley**
**3413 70th Glen E.**
**Palmetto, FL 34221**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rimmer, Mark**
**Marielle Rimmer**
**P.O. Box 554**
**Lake Hills, TX 78063-0554**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Riney, Timothy**
**Rosalinda Riney**
**1812 Weatherstone Drive**
**Saftey Harbor, FL 34695**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rinzivillo, Melinda**
**85 Silver Oaks Circle #6202**
**Naples, FL 34119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.273 8**

**Nonpriority creditor's name and mailing address**

**Riordon, Michael**
**Lorelei Keif**
**703 Court Street**
**Clearwater, FL 33756**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.273 9**

**Nonpriority creditor's name and mailing address**

**Ristoff, Darla**
**David Ristoff**
**218 Sanctuary Drive**
**Crystal Beach, FL 34681**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.274 0**

**Nonpriority creditor's name and mailing address**

**Ritson, Donald**
**Ian Ritson**
**16 Chequerfield Ave.**
**Pontefract, UL**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.274 1**

**Nonpriority creditor's name and mailing address**

**Ritter, Eric**
**6423 River Lodge Lane**
**Weeki Wachee, FL 34607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.274 2**

**Nonpriority creditor's name and mailing address**

**Ritter, Jimmy**
**Ritter, Lynda**
**PO Box 429**
**Homosassa, FL 34487-0429**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.274 3**

**Nonpriority creditor's name and mailing address**

**Rittinger, Martha**
**Brian Rittinger**
**2485 Stanton Ave**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.274 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rive, Dale**
**4007 West Waterman Ave.**
**Tampa, FL 33609**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.274 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rive-Perez, Tammie**
**6007 N. Ola Ave.**
**Tampa, FL 33604**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.274 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rivera, Andrea**
**106 Greenpoint Ave Apt 4R**
**Brooklyn, NY 11222**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.274 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rivera, Antonio**
**Linda Rivera**
**1034 Branchwood Dr.**
**Apopka, FL 32703**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.274 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rivera, Catherine**
**17917 Machair Ln.**
**Land O'Lakes, FL 34638**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.274 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rivera, Ernesto**
**Delsy Ajo Santos**
**PO Box 629**
**Land O' Lakes, FL 34639-0629**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 442 of 591

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.2750**

**Nonpriority creditor's name and mailing address**
**Rivera, Irving**
**Sylvia Rivera**
**6526 Spanish Moss Circle**
**Tampa, FL 33625**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2751**

**Nonpriority creditor's name and mailing address**
**Rivera, Jason**
**Marilyn Rivera**
**107 Lisa Loop**
**Winter Springs, FL 32708**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2752**

**Nonpriority creditor's name and mailing address**
**Rivera, Joanne**
**Paul Costanzo**
**3125 30th Ave N.**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2753**

**Nonpriority creditor's name and mailing address**
**Rivera, Jose**
**Denise Rivera**
**P.O. Box 474**
**Brandon, FL 33509-0474**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2754**

**Nonpriority creditor's name and mailing address**
**Rivera, Juan**
**PO Box 1164**
**Highland City, FL 33846-1164**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2755**

**Nonpriority creditor's name and mailing address**
**Rivera, Norman**
**Sheila Reyes**
**748 Palaiseau**
**Kissimmee, FL 34759**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.275
6**

**Nonpriority creditor's name and mailing address**

**Rivera, Pedro
Vanessa Rivera
2917 Ariel Ave
Kissimmee, FL 34743**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275
7**

**Nonpriority creditor's name and mailing address**

**Rivera, Rafeal
2315 W. Kentucky Ave
Tampa, FL 33607**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275
8**

**Nonpriority creditor's name and mailing address**

**Rivera, Ricardo
13367 SW 2nd Ct
Ocala, FL 34473**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275
9**

**Nonpriority creditor's name and mailing address**

**Rivera, Secundino
6455 Rewick Circle
Tampa, FL 33647**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.276
0**

**Nonpriority creditor's name and mailing address**

**Rivera, Stacy
Daniel Rivera
10213 Cody Lane
Orlando, FL 32825**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.276
1**

**Nonpriority creditor's name and mailing address**

**Rivera, Thomas
13804 Caden Glen Dr.
Hudson, FL 34669**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.276 2**

**Nonpriority creditor's name and mailing address**
**Rivera, Tomas, Sr.**
**683 Hartley Ave.**
**Deltona, FL 32725**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.276 3**

**Nonpriority creditor's name and mailing address**
**Rivera, Vanessa**
**Pedro Rivera**
**2917 Ariel Ave**
**Kissimmee, Fl 34743**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.276 4**

**Nonpriority creditor's name and mailing address**
**Rivera-Martinez, Guillermo**
**Marilyn Velazquez**
**1210 Bayshore Blvd.**
**Indian Rocks Beach, FL 33785-2830**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.276 5**

**Nonpriority creditor's name and mailing address**
**Rivera-Vega, Pablo**
**Teresa Irene Ayoroa Castro**
**12701 N 53rd St**
**Temple Terrace, FL 33617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.276 6**

**Nonpriority creditor's name and mailing address**
**Roach, Rachelle**
**11226 Wheeling DR.**
**Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.276 7**

**Nonpriority creditor's name and mailing address**
**Robbins, Alice**
**Donald Robbins**
**3520 NW 25th Street**
**Ft. Lauderdale, FL 33311**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.276 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Roberson, Amy
Mike Roberson
6010 Firefly Lane
Apollo Beach, FL 33572

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.276 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Robert Berman
Donna Berman
1621 80th St. N.
St. Petersburg, FL 33710

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.277 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Robert Horst & Gina Hirst
40406 Grays Airport Rd.
Lady Lake, FL 32159

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.277 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Robert L. Jones
PO Box 6415
Clearwater, FL 33758-6415

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$395.00**

---

| 3.277 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Roberts, Caroline
Nigel Roberts
19912 Bluff Oak Blvd
Tampa, FL 33647

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.277 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Roberts, John
Dawn Roberts
1981 Tall ridge Rd
Melbourne, FL 32935

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.277**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Roberts, Ronald**<br>**Terry Roberts**<br>**4100 68th Ave**<br>**Pinellas Park, FL 33721** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.277**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Roberts, Trevor**<br>**Beverly Roberts**<br>**8195 Woodvine Cir.**<br>**Lakeland, FL 33810** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.277**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|
| **Robertson Anschutz & Schneid**<br>**3010 N. Military Trail, #300**<br>**Boca Raton, FL 33431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.277**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Robertson, Verna Eileen**<br>**c/o Prashad**<br>**13575 58th St N Ste 300**<br>**Clearwater, FL 33760** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.277**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Robey, David**<br>**Gena Robey**<br>**3118 Whitehead Lane**<br>**Land O'Lakes, FL 34638** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.277**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Robins, Lon**<br>**Sally Robins**<br>**12115 Bishopsford Drive**<br>**Tampa, FL 33626** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.278 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robinson, Darrin**
**9830 West Park Village Drive**
**Westchase, FL 33626**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.278 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robinson, Jennifer**
**1505 E. Emma Street**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.278 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robinson, Karyn**
**Jose Garcia**
**4433 NW 67th Ave.**
**Coral Springs, FL 33067**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.278 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robinson, Lewis**
**Tammy Robinson**
**1808 122nd Ave. E.**
**Parrish, FL 34219**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.278 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robinson, Mark**
**Valarie Robinson**
**16120  NW Hwy 17**
**Williston, FL 32696**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.278 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robinson, Michele**
**P.O. Box  504**
**Sarasota, FL 32189-0504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.278** **6**

**Nonpriority creditor's name and mailing address**
**Robinson, Nicole**
**3825 Cortez Way South**
**St. Petersburg, FL 33712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278** **7**

**Nonpriority creditor's name and mailing address**
**Robison, Deborah**
**5045 37th Way South**
**St. Petersburg, FL 33711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278** **8**

**Nonpriority creditor's name and mailing address**
**Robles, David**
**Suzanne Artiles**
**6412 Oyster Island Cove**
**Apollo Beach, FL 33572**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278** **9**

**Nonpriority creditor's name and mailing address**
**Rocco, Ameneh**
**PO Box 10074**
**Santa Ana, CA 92711-0074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.279** **0**

**Nonpriority creditor's name and mailing address**
**Roddy, Greg**
**Wendy Roddy**
**108 Hope Circle**
**Orlando, FL 32811**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.279** **1**

**Nonpriority creditor's name and mailing address**
**Roden, Ty**
**SanJyLea Roden**
**112 W. 12th St**
**Leesburg, FL 34748**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.279 2**

**Nonpriority creditor's name and mailing address**
**Rodgers, Danny**
**Pamela Rodgers**
**39400 Grays Airport Road**
**Lady Lake, FL 32159**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.279 3**

**Nonpriority creditor's name and mailing address**
**Rodman, Paul**
**Cassandra Rodman**
**928 Arbor House Drive**
**Indian Rocks Beach, FL 33785**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.279 4**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Alfredo**
**Cassandra Rodman**
**1205 Crystal Terrace**
**Plant City, FL 33563**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.279 5**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Emma**
**928 Catherine Street**
**Kissimmee, FL 34741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.279 6**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Erasmo**
**Gloria Rodriguez**
**2420 SW 80th Trail**
**Miramar, FL 33025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.279 7**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Juan and Maria**
**18042 Ayrshire Boulevard**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.279**
**8**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Louis**
**Yalili Rodriguez**
**4106 Kipling Ave**
**Plant City, FL 33566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.279**
**9**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Louis and Esther**
**2107 W. Cluster Avenue**
**Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280**
**0**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Marcia**
**3103 Emerson Place**
**Plant City, FL 33566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280**
**1**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Myra**
**3209 35th St. West**
**Lehigh Acres, FL 33971**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280**
**2**

**Nonpriority creditor's name and mailing address**
**Roebuck, Cynthia N.**
**Lager, Fay**
**43 Halley Drive**
**Pomona, NY 10970**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280**
**3**

**Nonpriority creditor's name and mailing address**
**Roesch, John**
**13650 66th St N**
**Largo, FL 00033-3771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.280 4**

**Nonpriority creditor's name and mailing address**

**Rogers, Daniel**
**c/o Prashad**
**13575 58th St. N. Suite 300**
**Clearwater, FL 33760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.280 5**

**Nonpriority creditor's name and mailing address**

**Rogers, Danny**
**Penela Rogers**
**36709 Brook Road**
**Fruitland, FL 34731**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.280 6**

**Nonpriority creditor's name and mailing address**

**Rogers, James**
**Guadalupe Rogers**
**1610 Prowmore Drive**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.280 7**

**Nonpriority creditor's name and mailing address**

**Rogers, Lance**
**7336 Oak Crest Drive**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.280 8**

**Nonpriority creditor's name and mailing address**

**Rogers, Regina**
**1332 Foxboro Dr.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.280 9**

**Nonpriority creditor's name and mailing address**

**Rogers, Susan-**
**Paul Rogers**
**208 Sweetbrier Branch Lane**
**St. Johns, FL 32259**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.281 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rohan, Jane E.**
**5609 Gaspar Oaks Drive**
**Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.281 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rohde, Brent**
**Christine Rohde**
**5649 Spectacular Bid Dr**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.281 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rojas, Alberto**
**Blanca E. Rojas**
**8507 Seven Coves Ct.**
**Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.281 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roland, Marion**
**3379 Crescent Oak Blvd.**
**Tarpon Springs, FL 34688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.281 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roldan-Perez**
**Edna Roldman**
**4416 West Oklahoma Ave**
**Tampa, FL 33616**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.281 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rolle, George**
**3414 N. 56th st**
**Tampa, FL 33619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.281**
**6**

**Nonpriority creditor's name and mailing address**
**Roman, Carmelo**
**3901 Chipping Sparrow Lane**
**Plant City, FL 33567**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.281**
**7**

**Nonpriority creditor's name and mailing address**
**Roman, Diamar Martinez and Ricardo**
**11577 Misty Isle Lane**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.281**
**8**

**Nonpriority creditor's name and mailing address**
**Romano, Daniel**
**Michele Romano**
**612 Bay Harbor Terrace**
**Sebastian, FL 32958**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.281**
**9**

**Nonpriority creditor's name and mailing address**
**Romano, Michael and Palma**
**10226 Glen Moore Lane**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282**
**0**

**Nonpriority creditor's name and mailing address**
**Romero, Robert**
**1328 El Pardo Drive**
**New Port Richey, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282**
**1**

**Nonpriority creditor's name and mailing address**
**Romeus, Salomon**
**Fanie Romeus**
**6 Sawfish Lane**
**Kissimmee, FL 34759-4814**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.282 2**

**Nonpriority creditor's name and mailing address**
**Rondon, Dwayne**
**Nancy Rondon**
**4023 Braemere Drive**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 3**

**Nonpriority creditor's name and mailing address**
**Rooney, David**
**7905 Monarda Drive**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 4**

**Nonpriority creditor's name and mailing address**
**Roquet, David**
**1905 NW Ashland Pkwy**
**Ankeny, IA 50023**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 5**

**Nonpriority creditor's name and mailing address**
**Rosamond Anthony**
**6140 94th Ave N**
**Pinellas Park, FL 33782**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 6**

**Nonpriority creditor's name and mailing address**
**Rosas, Manuel**
**3012 N. 46th St.**
**Tampa, FL 33605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 7**

**Nonpriority creditor's name and mailing address**
**Rosati, Joseph**
**Carmel Rosati**
**7999 North Causeway**
**St. Petersburg, FL 33707**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.282 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rose, Linda Joy**
**3853 Northdale Blvd. Suite 145**
**Tampa, FL 33624**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rose, Terri**
**9214 Dalwood Court**
**Tampa, FL 33615**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosenau, Arnold**
**504 4th Ave SW**
**Ruskin, FL 33570**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosenberger, Rainey**
**2427 Blind Pond**
**Lutz, FL 33549**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosenblatt, Pedrita**
**2021 66th Ave S**
**St. Petersburg, FL 33712**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosenfield, Daniel**
**6630 LaPine Ct.**
**Boca Raton, FL 33433**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.283** **4**

**Nonpriority creditor's name and mailing address**

**Rosenthal, Steve**
**Maria Rosenthal**
**3239 Glenwood Circle**
**Holiday, FL 34691**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283** **5**

**Nonpriority creditor's name and mailing address**

**Ross, Brian**
**Christine Ross**
**5606 Osprey Park Pl.**
**Lithia, FL 33547**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283** **6**

**Nonpriority creditor's name and mailing address**

**Ross, Louis**
**Arnetta Ross**
**4283 Booker St**
**Orlando, FL 32811**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283** **7**

**Nonpriority creditor's name and mailing address**

**Ross, Mary, Estate of**
**Arther Ross**
**1320 N. W. 19th Street**
**Fort Lauderdale, FL 33311**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283** **8**

**Nonpriority creditor's name and mailing address**

**Ross, Rohan**
**Jennifer Ross**
**5475 Paladin Way**
**Orlando, FL 32810**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283** **9**

**Nonpriority creditor's name and mailing address**

**Ross-Johnson, Ian**
**Kathy Ross-Johnson**
**302 East Leigh Dr**
**Belleair, FL 33756**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.284 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rossi, Rebecca**
**Patrick Rossi**
**661 Dartford Court**
**Debary, FL 32713**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rotter, Randall**
**804 Fairmont Street**
**Clearwater, FL 33755**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roughley, Colin**
**Cristi Roughly**
**7574 Colony Palm Drive**
**Boynton Beach, FL 33436**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rowden, Christine**
**1665 Chippewa Way**
**Mt. Pleasant, MI 48858**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rowe, Barry**
**319 Whitcomb Dr**
**Geneva, FL 32732**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rowe, Jeanette**
**19 West Street**
**Orlando, FL 32801**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.284
6**

**Nonpriority creditor's name and mailing address**
**Rowe, John**
**Kelley Rowe**
**4323 S. Clarke Ave.**
**Tampa, FL 33611**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284
7**

**Nonpriority creditor's name and mailing address**
**Rowe, Shirley**
**Kelly Rowe**
**2496 NW 87th Lane**
**Sunrise, FL 33322**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284
8**

**Nonpriority creditor's name and mailing address**
**Rowe, William**
**Suzanne Rowe**
**10356 Fix Sparrow Ave**
**Brooksville, FL 34613**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284
9**

**Nonpriority creditor's name and mailing address**
**Roy, Brien**
**Shana Roy**
**4025 SW Mackemer Road**
**Port St. Lucie, FL 34953**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.285
0**

**Nonpriority creditor's name and mailing address**
**Royal, Michael**
**Katina Royal**
**1651 Palm Leaf Dr.**
**Brandon, FL 33510**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.285
1**

**Nonpriority creditor's name and mailing address**
**Rozell, Troy**
**Amanda Rozell**
**8724 Imperial Ct.**
**Tampa, FL 33635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (*if known*) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.285 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rubino, Paul**
**3839 Berkshire Court**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.285 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rudolph, Dustin**
**39650 US Hwy 19 N #736**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.285 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ruggiero, William**
**Karla Ruggiero**
**3580 5th Ave. SW**
**Naples, FL 34117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.285 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ruiz, Aldofo**
**464 Pine Croft Lane**
**Maitland, FL 32751**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.285 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ruiz, Joanthon**
**Nicolett Moskover**
**20114 Weeping Laurel Place**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.285 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ruiz, Julio**
**Shri Prashad**
**13575 58th St. N. Suite 300**
**Clearwater, FL 33760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.2858**

**Nonpriority creditor's name and mailing address**
**Rukes, Amiee**
**Danny Rukes**
**16330 Lakeshore Dr.**
**Clermont, FL 34715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2859**

**Nonpriority creditor's name and mailing address**
**Rukes, Amiee**
**Danny Rukes**
**614 East Hwy 50 #401**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2860**

**Nonpriority creditor's name and mailing address**
**Runnels, Jerold**
**320 Marisco Way**
**Jacksonville, FL 32220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2861**

**Nonpriority creditor's name and mailing address**
**Russell, Kim**
**David Russell**
**2151 23rd Ave N**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2862**

**Nonpriority creditor's name and mailing address**
**Russell, Michelle**
**600 42nd Ave NE**
**St. Petersburg, FL 33703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2863**

**Nonpriority creditor's name and mailing address**
**Russell, Thomas**
**PO Box 1151**
**Hillsborough, FL 33680-1151**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.286 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Russo, Frank**
**350 Magnolia Road**
**Venice, FL 34293**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.286 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rutherford, James**
**50989 Hwy 27 Lot 359**
**Davenport, FL 33897**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.286 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rutland, Valerie**
**369 Montezuma Ave.#562**
**Santa Fe, NM 87501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.286 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rutland, Valerie**
**Nicole Sapien**
**1302 Delaney Ave.**
**Orlando, FL 32806**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.286 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rutledge, John**
**Stacey Rutledge**
**12005 Perry Court**
**Tampa, FL 33635**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.286 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rutledge, John**
**Stacey Rutledge**
**12005 Peony Court**
**Tampa, FL 33635**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.287 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan, Annette**
**7312 Willow Park Drive**
**Tampa, FL 33637**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.287 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryder, Robert**
**Christina Ryder**
**484 South Ridge Rd.**
**Clermont, FL 34711**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.287 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sabatino, Ann Marie**
**12147 Rockford Street**
**Spring Hill, FL 34608**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.287 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sack, Debra**
**P.O. Box 4027**
**Enterprise, FL 32725-4027**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.287 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sack, Lori**
**3500 73rd St. N.**
**St. Petersburg, FL 33710**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.287 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sacks, Randall**
**2607 Griffin View Dr.**
**Lady Lake, FL 32159**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.287 6**

**Nonpriority creditor's name and mailing address**

**Sacks, Randall**
**14613 Eagles Crossing Drive**
**Orlando, FL 32837**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.287 7**

**Nonpriority creditor's name and mailing address**

**Sadler, Mart and Cari**
**4515 Wescott Lane**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.287 8**

**Nonpriority creditor's name and mailing address**

**Sager, James Anthony**
**1734 7th St S**
**St. Pete, FL 33701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.287 9**

**Nonpriority creditor's name and mailing address**

**Sagide, Rachid**
**Lori Sagide**
**11170 105th Ave N**
**Largo, FL 33778**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288 0**

**Nonpriority creditor's name and mailing address**

**Said, Maria**
**3117 Doune Way**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288 1**

**Nonpriority creditor's name and mailing address**

**Said, Said**
**Feryal Said**
**2582 Maguire Road Unit 254**
**Ocoee, FL 34761**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.288**
**2**

**Nonpriority creditor's name and mailing address**

**Saint Eloi, Tony and Mireille**
**Mr. and Mrs. Louis**
**211 Roosevelt Avenue**
**Freeport, NY 11520**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.288**
**3**

**Nonpriority creditor's name and mailing address**

**Saladino, Linda**
**4601 66th St. West Unit 1111**
**Bradenton, FL 34210**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.288**
**4**

**Nonpriority creditor's name and mailing address**

**Salazar, Victor**
**Yessica Salazar**
**30931 Sonnet Glen Dr.**
**Wesley Chapel, FL 33543**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.288**
**5**

**Nonpriority creditor's name and mailing address**

**Salcedo, Alberto**
**Gloria Salcedo**
**9706 King Canyon Place**
**Tampa, FL 33634**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.288**
**6**

**Nonpriority creditor's name and mailing address**

**Saldana, Leonel**
**Virgelina Saldana**
**4943 Wildflower Dr**
**Lakeland, FL 33811**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.288**
**7**

**Nonpriority creditor's name and mailing address**

**Saldivar, Jose**
**Anita Hope Saldivar**
**6851 East Banks Ct.**
**Inverness, FL 34453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.288**
**8**

**Nonpriority creditor's name and mailing address**
**Saleem, Bibi**
**Abdool Saleem**
**13212 Bainbridge Way**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.288**
**9**

**Nonpriority creditor's name and mailing address**
**Salinas, Alfredo**
**Guadaloupe Salinas**
**PO Box 3613**
**Lake Whales, Fl 33853-3613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.289**
**0**

**Nonpriority creditor's name and mailing address**
**Saling, Gabriel**
**Amanda Saling**
**12020 Running Fox Cir.**
**Riverview, FL 33569**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.289**
**1**

**Nonpriority creditor's name and mailing address**
**Salla, Matthew**
**2648 Kavalier Drive**
**Palm Harbor, FL 03468**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.289**
**2**

**Nonpriority creditor's name and mailing address**
**Sallie, Kelli**
**7221 Woodbrook Drive**
**Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.289**
**3**

**Nonpriority creditor's name and mailing address**
**Salmons, Eric and Carol**
**26831 Palm Street**
**Bonita Springs, FL 34135**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

| 3.289 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saltzman, Stuart**
**240 Winward Passage #403**
**Clearwater Beach, FL 33767**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.289 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salvas, Ralph**
**811 Bahama Drive**
**Tallahassee, FL 32305**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.289 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salvo,  Len**
**5638 Orexel Rd**
**Land O'Lakes, FL 34638**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.289 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salyer, Jimmie**
**Tani Salyer**
**15412 Lakeshore Road #232**
**Tampa, FL 33613**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.289 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Samburgh, Richard**
**2372 Anza Ave.**
**Spring Hill, FL 34609**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.289 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Samedy, Dallen**
**8269 Peak Ave.**
**Lakeland, FL 33810**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.290
0**

**Nonpriority creditor's name and mailing address**

**Samson, Richard
Katherine Samson
14907 Fosgate Road
Monteverde, FL 34756**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290
1**

**Nonpriority creditor's name and mailing address**

**Sanchez, Armando III and Virginia Ann
34638 Ruffing Rd.
Dade City, FL 33523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290
2**

**Nonpriority creditor's name and mailing address**

**Sanchez, Cesar
Florinda Puente
1201 SW  24th Ave
Miami, FL 33135**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290
3**

**Nonpriority creditor's name and mailing address**

**Sanchez, Gary
Kimberly Sanchez
3180 Marsh Harbor
Orlando, FL 32827**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290
4**

**Nonpriority creditor's name and mailing address**

**Sanchez, Lynette
8826 Tessara
Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290
5**

**Nonpriority creditor's name and mailing address**

**Sanchez, Mary Anne
4319 E. Arlington Street
Iverness, FL 34453**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.290 6**

**Nonpriority creditor's name and mailing address**

**Sanchez, Mary Anne**
**Jihyun Sanders**
**12522 Evington Point Drive**
**Riverview, FL 33579**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290 7**

**Nonpriority creditor's name and mailing address**

**Sanchez, Yisel**
**3605 Edna Court**
**Tampa, FL 33614**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290 8**

**Nonpriority creditor's name and mailing address**

**Sandacres Properties**
**1629 Concord St**
**Dunedin, FL 34698**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290 9**

**Nonpriority creditor's name and mailing address**

**Sanders, Michael**
**Tammy Wain Wright**
**13700 Fish Eagle Drive West**
**Jacksonville, FL 32226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 0**

**Nonpriority creditor's name and mailing address**

**Sandoval, Santiago**
**Simeon Sandoval**
**7723 Seafield Lane**
**Wesley Chaple, FL 33545**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 1**

**Nonpriority creditor's name and mailing address**

**Sandy, Tonya**
**Sam Sandy**
**2868 Homewood St.**
**Clearwater, FL 33759**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.291 2**

**Nonpriority creditor's name and mailing address**

**Sanek, Lawrence**
**Carole Sanek**
**15449 Burbank Dr.**
**Brooksville, FL 34604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 3**

**Nonpriority creditor's name and mailing address**

**Sanoguet, Brenda**
**41516 Preston Woods Drive**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 4**

**Nonpriority creditor's name and mailing address**

**Santana, Jose**
**Johanna Fraguada**
**3902 Trapnell Ridge Dr.**
**Plant City, FL 33567**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 5**

**Nonpriority creditor's name and mailing address**

**Santana-Hyler, Balbina**
**4201 45th Ave.N.**
**St. Petersburg, FL 33714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 6**

**Nonpriority creditor's name and mailing address**

**Santarsieri, Anthony**
**1414 Tallahassee Drive**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 7**

**Nonpriority creditor's name and mailing address**

**Santeliz, Alexis**
**Ana Santeliz**
**2942 Falling Tree Cir.**
**Orlando, FL 32832**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.291**
**8**

**Nonpriority creditor's name and mailing address**

**Santiago, Christine**
**3128 West Varn Ave**
**Tampa, FL 33611**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291**
**9**

**Nonpriority creditor's name and mailing address**

**Santiago, Cynthia**
**23211 Cascade Place**
**Land O'Lakes, FL 34639**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292**
**0**

**Nonpriority creditor's name and mailing address**

**Santiago, Jose**
**Maria Santiago**
**272 Cherry Laural lane**
**Winter Haven, FL 33880**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292**
**1**

**Nonpriority creditor's name and mailing address**

**Santisteban, Francisco**
**1223 East idlewild Ave**
**Tampa, FL 33604**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292**
**2**

**Nonpriority creditor's name and mailing address**

**Santucci, Mary and Anton**
**11220 Rice Creek Road**
**Riverview, FL 33569**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292**
**3**

**Nonpriority creditor's name and mailing address**

**Sapien, Manny**
**Nicole Sapien**
**7320 Olfd Kings Road**
**Jacksonville, FL 32217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.292 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sargent, David**
**PO Box 196**
**Hope, IN 47246-0196**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.292 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sariol, Hugo**
**3437 Ithaca St. N.**
**St. Petersburg, FL 33713**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.292 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sarmiento, Jesse**
**Patricia Sarmiento**
**1631 NW 19th Street #6**
**Miami, FL 33125**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.292 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sasso, Marc**
**Merlita Sasso**
**4017 NE 21st Place**
**Cape Coral, FL 33909**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.292 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Satchel, Yolanda**
**1177 Bent Creek Loop**
**Ft. Myers, FL 33916**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.292 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Satkowski, Alan**
**433 35th Ave NE**
**St. Petersburg, FL 33704**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.293 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Satori, Steven**<br>**10433 Idleworth Ave.**<br>**Tampa, FL 33647** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Sauer, John**<br>**3308 W. Lawn Avenue**<br>**Tampa, FL 33611** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Saunders,**<br>**2429 Castilla Island**<br>**Fort Lauderdale, FL 33301** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Saunders, Dolores**<br>**203 W. 108th Ave.**<br>**Tampa, FL 33612** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Saunders, John**<br>**8143 Canterbury creek blvd**<br>**Tampa, FL 33619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Sawicki, Daniel**<br>**5100 NE 27th Ave.**<br>**Lighthouse Point, FL 33064** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.293 6**

**Nonpriority creditor's name and mailing address**
**Saxon, Thomas -**
**4401 7th Ave. N.**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.293 7**

**Nonpriority creditor's name and mailing address**
**Scaglione, Andrew**
**Bonnie Scaglione**
**777 Duque Rd.**
**Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.293 8**

**Nonpriority creditor's name and mailing address**
**Scaglione, Andrew**
**Bonnie Scaglione**
**2811 N. Morgan St.**
**Tampa, FL 33602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.293 9**

**Nonpriority creditor's name and mailing address**
**Scaglione, Andrew**
**Bonnie Scaglione**
**9408 N. 19th St.**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294 0**

**Nonpriority creditor's name and mailing address**
**Scaglione, Troy A.**
**Victoria Scaglione (wife)**
**2811 N Albany Ave**
**Tampa, FL 33607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294 1**

**Nonpriority creditor's name and mailing address**
**Scalzo, Alfredo**
**Michelle Scalzo**
**3718 Jacmel Way**
**Palm Harbor, FL 34685**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.294 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scangarello, Karen**
**506 Lakewood Drive**
**Oldsmar, FL 34677**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scanio, Yvette**
**1906 W. Erna Dr**
**Tampa, FL 33603**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scarborough, Vanessa**
**Christopher Scarborough**
**3257 Masonville Loop**
**Holiday, FL 34691**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scarritt, Francis**
**708 Columbus Drive**
**Tierra Verde, FL 33715**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Schack, Hal**
**Sarah Schack**
**2200 Lake Pointe Cir.**
**Leesburg, FL 34748**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Schaefer, Angela**
**Scott Schaefer**
**739 Murphy Ave. N.**
**St. Petersburg, FL 33703**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 3.294 8 | **Nonpriority creditor's name and mailing address**<br>**Schaller, Ramela**<br>**Michael Gdovic**<br>**3601 NE 4th Ave**<br>**Boca Raton, FL 33431** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.294 9 | **Nonpriority creditor's name and mailing address**<br>**Schaneville, Lori**<br>**Kyle Schaneville**<br>**4494 16th Ave N**<br>**St. Petersburg, FL 33710** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.295 0 | **Nonpriority creditor's name and mailing address**<br>**Schaneville, Lori**<br>**Kyle Schaneville**<br>**4644 West Gandy Blvd.**<br>**Tampa, FL 33611** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.295 1 | **Nonpriority creditor's name and mailing address**<br>**Schever, Francis**<br>**PO Box 1341**<br>**Sarasota, FL 34230-1341** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.295 2 | **Nonpriority creditor's name and mailing address**<br>**Schewe, Martha Lynne**<br>**408 West 27th St.**<br>**Bradenton, FL 34205** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.295 3 | **Nonpriority creditor's name and mailing address**<br>**Schiff, James**<br>**Jeannette Schiff**<br>**2613 Trinity Circle NW**<br>**Winter Haven, FL 33881** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

**3.295 4**

**Nonpriority creditor's name and mailing address**

**Schiller, Alex**
**1303 Barnsdale Street**
**Lehigh Acres, FL 33936**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.295 5**

**Nonpriority creditor's name and mailing address**

**Schmall, Brian**
**3551 Magnolia Ridge Circle # 704**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.295 6**

**Nonpriority creditor's name and mailing address**

**Schneider, Barry**
**June Schneider**
**452 Scrubjay Way**
**Davenport, FL 33896**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.295 7**

**Nonpriority creditor's name and mailing address**

**Schnibben, Jill**
**Brian Schnibben**
**765 Park Springs Court**
**Port Orange, FL 32128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.295 8**

**Nonpriority creditor's name and mailing address**

**Schofield, Tracy**
**5713 Legacy Cresent Place**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.295 9**

**Nonpriority creditor's name and mailing address**

**Schorger, Alison**
**PO Box 12826**
**St. Pete, FL 33733-2826**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.296 0**

**Nonpriority creditor's name and mailing address**

**Schuholz, Michael**
**2520 Sunny Breeze Ave**
**Largo, FL 33770**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 1**

**Nonpriority creditor's name and mailing address**

**Schultz, Cindy**
**1215 NW 52 Court**
**Coral Springs, FL 33076**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 2**

**Nonpriority creditor's name and mailing address**

**Schultz, Richard**
**Laurie Ann Schultz**
**6605 Bowdoin Place**
**Bradenton, FL 34207**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 3**

**Nonpriority creditor's name and mailing address**

**Schultz, Sharla**
**5023 Sanderling Ridge Drive**
**Lithia, FL 33547**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 4**

**Nonpriority creditor's name and mailing address**

**Schuman, Katherine**
**1321 NW 49th Terrace**
**Gainesville, FL 32605-4597**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 5**

**Nonpriority creditor's name and mailing address**

**Schwenk, David**
**33732 Sabal Way**
**Leesburg, FL 34788**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.296 6**

**Nonpriority creditor's name and mailing address**

**Sciandra, James**
**Vincent Sciandra**
**3248 70th St. North**
**St. Pete, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 7**

**Nonpriority creditor's name and mailing address**

**Sciandra, Joseph**
**Lisa Sciandra**
**11167 Tradewinds Blvd.**
**Largo, FL 33773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 8**

**Nonpriority creditor's name and mailing address**

**Sciarra, Karie**
**Robert Sciarra**
**11596 Captiva Kay Drive**
**Riverview, FL 33569**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 9**

**Nonpriority creditor's name and mailing address**

**Sciarra, Kimberly**
**Barbara Sciarra**
**3971 East Arbor Lakes Drive**
**Hernando, FL 34442**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297 0**

**Nonpriority creditor's name and mailing address**

**Sciulara, Giuseppe**
**4688 72nd Ct. E.**
**Bradenton, FL 34203**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297 1**

**Nonpriority creditor's name and mailing address**

**Scott, Beverly**
**PO Box 48743**
**Sarasota, FL 34230-8743**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.297
2**

**Nonpriority creditor's name and mailing address**

**Scott, Christine and Craig**
**Jaden Scott - Son**
**11320 9th Street E**
**Treasure Island, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.297
3**

**Nonpriority creditor's name and mailing address**

**Scott, Jennifer**
**4329 61st Ave E**
**Bradenton, FL 34203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.297
4**

**Nonpriority creditor's name and mailing address**

**Scott, Michael**
**Dixie & Jennifer Scott**
**615 Ruskin Road**
**Clearwater, FL 33765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.297
5**

**Nonpriority creditor's name and mailing address**

**Scott, Michael-**
**Jennifer Scott**
**2100 Calumet Street # 308**
**Ckearwater, FL 33765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.297
6**

**Nonpriority creditor's name and mailing address**

**Scott, Rosa**
**Michele Cascio**
**6601 Callaghan Lane**
**North Port, FL 34291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.297
7**

**Nonpriority creditor's name and mailing address**

**Scott, Stacey**
**6710 36th Ave E. #97**
**Palmetto, FL 34221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.2978**

**Nonpriority creditor's name and mailing address**
**Scott, Timothy**
**10637 Oakhill Drive**
**Port Richey, FL 34668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2979**

**Nonpriority creditor's name and mailing address**
**Scramm, James**
**Kristina Schramm**
**5445 Winhawk Way**
**Lutz, FL 33558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2980**

**Nonpriority creditor's name and mailing address**
**Scutt, Peter**
**Leila Scutt**
**19384 SW 79th Ave.**
**Cutier Bay, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2981**

**Nonpriority creditor's name and mailing address**
**Sears, Lisa K.**
**7444 Pomel Place**
**Zephyhills, FL 33541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2982**

**Nonpriority creditor's name and mailing address**
**Sears, Lisa K.**
**3605 Devon Street**
**Tampa, FL 33605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2983**

**Nonpriority creditor's name and mailing address**
**Sears, Todd**
**14115 Cattle Egret Place**
**Bradenton, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.298 4**

**Nonpriority creditor's name and mailing address**

**Sease, Judy**
**Richard Sease**
**8313 Fantasia Park Way**
**Riverview, FL 33578**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.298 5**

**Nonpriority creditor's name and mailing address**

**Sebban, Marc**
**Anna Sebban**
**1061 Kent Ln.**
**Palm Harbor, FL 34683**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.298 6**

**Nonpriority creditor's name and mailing address**

**Seguin, Lisa**
**Donald Seguin**
**7542 Dunbridge Dr.**
**Odessa, FL 33556**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.298 7**

**Nonpriority creditor's name and mailing address**

**Seidl, Elroy**
**4360 Pompano Rd.**
**Venice, FL 34293**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.298 8**

**Nonpriority creditor's name and mailing address**

**Seitman, Jeremy**
**1512 S. Washington Ave.**
**Clearwater, FL 33756**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.298 9**

**Nonpriority creditor's name and mailing address**

**Sekeres, Eric**
**Pamela Sekeres**
**11004 102nd Ave**
**Seminole, FL 33778**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.2990**

**Nonpriority creditor's name and mailing address**
**Seleske, Kathy**
**Mark Seleske**
**24266 McCaw Rd**
**Brooksville, FL 34601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2991**

**Nonpriority creditor's name and mailing address**
**Selph, Nathan**
**Dara Selph**
**733 Carpenters Way # 8**
**Lakeland, FL 33809**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2992**

**Nonpriority creditor's name and mailing address**
**Selph, Robert**
**Elenor Selph**
**1718 NE 28th Place**
**Ocala, FL 34470**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2993**

**Nonpriority creditor's name and mailing address**
**Semelaigne, Lisa**
**Bernice Irvin**
**5239 Mobil Aire Drive**
**W. Palm Beach, FL 33417**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2994**

**Nonpriority creditor's name and mailing address**
**Serina, Dawn**
**Bob Serina**
**10603 Juliano Drove**
**Riverview, FL 33569**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2995**

**Nonpriority creditor's name and mailing address**
**Serna, John**
**Cheryl Serna**
**3405 Old Mulberry Rd**
**Plant City, FL 33566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.299 6**

**Nonpriority creditor's name and mailing address**

**Session, Tiffany**
**319 East Hanlon Street**
**Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.299 7**

**Nonpriority creditor's name and mailing address**

**Setree, Jason**
**2601 Goldcrest Place**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.299 8**

**Nonpriority creditor's name and mailing address**

**Setser, Terry**
**Lisa Setser**
**3117 S. Canal Dr.**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.299 9**

**Nonpriority creditor's name and mailing address**

**Sexton, Joan**
**2065 North Highlands Ave**
**Clearwater, FL 33755**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.300 0**

**Nonpriority creditor's name and mailing address**

**Sexton, Marsha**
**8210 North 10th St**
**Tampa, FL 33604-3206**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.300 1**

**Nonpriority creditor's name and mailing address**

**Sexton, Shawn**
**942 Valley View Circle**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Stay In My Home, P.A.**

Name

Case number (if known)    **8:18-bk-8436-RCT**

---

| 3.300 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sgambati, Karen**
**Blake Patton**
**163 Overlook Drive**
**Chuluota, FL 32766**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shaffer, Stanley**
**Elizabeth Shaffer**
**2729 West Martha Avenue**
**Lakeland, FL 33805**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shah, Mital**
**Dipaben Shah**
**240 Country Cottage Lane**
**Winter Gardens, FL 34787**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shammos, Samuel**
**Samuel Shammos, Jr., Maha Shammos,**
**Micha**
**9244 92nd St. North**
**Seminole, FL 33777**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shaneville, Lori**
**Kyle Shaneville**
**4644 West Gandy Blvd.**
**Tampa, FL 33611**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shanker, Ira Bruce**
**HRLD Enterprise inc**
**14119 Stonegate Drive**
**Tampa, FL 33624**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.300 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Shapiro Fishman Gache**
**4630 Woodland Corporate B, #813**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sharp, Ernest**
**Staci Sharp**
**5059 NE 121st Road**
**Oxford, FL 34484**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shatraw, David**
**7809 Sheppard Lane**
**Zephyrhills, FL 33540**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shaw, Brent**
**Amie Haught - Shaw**
**14210 Edinburgh Moor Dr.**
**Wimauma, FL 33598**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shaw, Herb**
**Sharon Shaw**
**2386 Dora Drive**
**Clearwater, FL 33765**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shay, Robert**
**Yvette Shay**
**19450 Sunset Bay Dive**
**Land O'Lakes, FL 34638**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Stay In My Home, P.A.**　　　　　Case number (if known)　**8:18-bk-8436-RCT**
Name

| 3.301 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sheeran, Michael**
**5607 Tanagerlake Rd.**
**Lithia, FL 33547**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sheky, Michael**
**Meredita Shekey**
**18112 Fall Creek Drive**
**Lutz, FL 33558**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shelton, Cathy**
**James Shelton**
**171 84th Ave N**
**St. Pete, FL 33702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shelton, Dianne**
**5930 Riverside Drive**
**Melbourne Beach, FL 32965**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shelton, Jermaine**
**c/o Shri prashad**
**10413 Goshawk Dr**
**Riverview, FL 33578**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shelton, John**
**Sonia Shelton**
**601 Highview Terrace Ave.**
**Brandon, FL 33510**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.302 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sheppard, Laura**
**Embassy Drive LLC**
**1383 Embassy Drive**
**Clearwater, FL 33764**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sheppard, Vanessa**
**Kenneth Sheppard**
**11214 Gardfield Court**
**Seffner, FL 33584**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sherman, Martin**
**Rhonda Sherman**
**1001 B. Magnolia Drive**
**Clearwater, FL 33756**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sherman, Martin**
**Rhonda Sherman**
**3109 Carter Ave**
**Marina del Rey, CA 90292**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Short, Timothy**
**Vera Short**
**2721 Sidney Ave.**
**Orlando, FL 32810**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Shrader, Matthew**
**Stephanie Shrader**
**10276 Oasis Palm Drive**
**Tampa, FL 33615**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.302 6**

**Nonpriority creditor's name and mailing address**
**ShredQuick, Inc.**
**8374 Market St., Box 503**
**Bradenton, FL 34202**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$53.55**

---

**3.302 7**

**Nonpriority creditor's name and mailing address**
**Shwartz, Carolina**
**Lenny Shwartz**
**6215 Shadow Tree Lane**
**Lake worth, FL 33463**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.302 8**

**Nonpriority creditor's name and mailing address**
**Sicillano, Edward**
**Kerry Schinella**
**2770 Tasha Dr.**
**Clearwater, FL 33761**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.302 9**

**Nonpriority creditor's name and mailing address**
**Sidhu, Raj**
**8 Malthouse**
**Meadow, Solihull  b913dr**
**United Kingdom**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.303 0**

**Nonpriority creditor's name and mailing address**
**Siever, Jared**
**804 31 St. W.**
**Bradenton, FL 34205**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.303 1**

**Nonpriority creditor's name and mailing address**
**Signoracci, Emily**
**Steve Signoracci**
**411 Arrowhead Ct.**
**Oldsmar, FL 34677**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|--------|---------------------------|------------------------|----------------------|
| | Name | | |

---

**3.303**
**2**

**Nonpriority creditor's name and mailing address**

**Sills, Edward and Debra Sills**
**11014 Hedges St.**
**New Port Richey, FL 34654**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ☑ No   ☐ Yes

**Unknown**

---

**3.303**
**3**

**Nonpriority creditor's name and mailing address**

**Silva, Fernando**
**4009 Triggerfish Dr.**
**Hernando Beach, FL 34607**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ☑ No   ☐ Yes

**Unknown**

---

**3.303**
**4**

**Nonpriority creditor's name and mailing address**

**Silva, Juan**
**Silva, Betsy**
**7609 S. Sanibel Circle**
**Tampa, FL 33637**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ☑ No   ☐ Yes

**Unknown**

---

**3.303**
**5**

**Nonpriority creditor's name and mailing address**

**Silver, Michael**
**Bonnie Silver**
**11626 East Laurel Court**
**Floral City, FL 34436**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ☑ No   ☐ Yes

**Unknown**

---

**3.303**
**6**

**Nonpriority creditor's name and mailing address**

**Silvernail, Robert**
**Amanda Silvernail**
**126 New Hamshire Street**
**Edgewater, FL 32132**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ☑ No   ☐ Yes

**Unknown**

---

**3.303**
**7**

**Nonpriority creditor's name and mailing address**

**Silverthorn, Crystal**
**James Thedford**
**2347 Covington Ave**
**Spring Hill, FL 34608**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ☑ No   ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.303
8**

**Nonpriority creditor's name and mailing address**

**Simmons, Quartures**
**2613 East 10th Ave**
**Hillsborough, FL 33605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.303
9**

**Nonpriority creditor's name and mailing address**

**Simons, Jennifer**
**519 West Jersey Ave.**
**Brandon, FL 33510**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304
0**

**Nonpriority creditor's name and mailing address**

**Singleton, Michael**
**Felicia Singleton**
**1751 58th Circle South**
**St. Pete, FL 33712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304
1**

**Nonpriority creditor's name and mailing address**

**Sink, Randy**
**4508 State Road 60 West**
**Plant City, FL 33567**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304
2**

**Nonpriority creditor's name and mailing address**

**Siwicki, Jessica**
**827 North Highlands Ave**
**Arlinton Heights, IL 60004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304
3**

**Nonpriority creditor's name and mailing address**

**Skidgell, Sandy**
**Paulette Skidgell**
**19111 Vista Bay Drive # 201**
**Indian Shores, FL 33785**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.304**
**4**

**Nonpriority creditor's name and mailing address**
**Skinner, Robert**
**Deborah Skinner**
**812 45th Ave N.**
**St. Petersburg, FL 33703**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.304**
**5**

**Nonpriority creditor's name and mailing address**
**Skyway Media**
**1029 Central Ave., Suite 200**
**St. Petersburg, FL 33705**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$675.00**

---

**3.304**
**6**

**Nonpriority creditor's name and mailing address**
**Slater, Bruce**
**3645 Winderwood Dr.**
**Sarasota, FL 34232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.304**
**7**

**Nonpriority creditor's name and mailing address**
**Sloan, Cynthia**
**13716 Forest Lake Dr.**
**Largo, FL 33771**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.304**
**8**

**Nonpriority creditor's name and mailing address**
**Slotnick, Debra**
**Michael Nash and Sylvia Schwartz**
**17277 Hampton Blvd.**
**Boca Raton, FL 33496**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.304**
**9**

**Nonpriority creditor's name and mailing address**
**Smeaton, James**
**Felicia Singleton**
**12805 Pintail Court**
**Riverview, FL 33569-5776**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.305<br>0 | **Nonpriority creditor's name and mailing address**<br>**Smeelink, Russell**<br>**908 East North St**<br>**Tampa, FL 33604**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.305<br>1 | **Nonpriority creditor's name and mailing address**<br>**Smiley, Ron**<br>**1355 Big Pine Dr**<br>**Valrico, FL 33594**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.305<br>2 | **Nonpriority creditor's name and mailing address**<br>**Smith, Adam**<br>**1157 Woodlawn St.**<br>**Clearwater, FL 33756**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.305<br>3 | **Nonpriority creditor's name and mailing address**<br>**Smith, Alfred**<br>**6464 Bubia Circle**<br>**Apollo Beach, FL 33572**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.305<br>4 | **Nonpriority creditor's name and mailing address**<br>**Smith, Charles**<br>**P.O. Box 924**<br>**Wrightsville Beach, NC 28480-0924**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.305<br>5 | **Nonpriority creditor's name and mailing address**<br>**Smith, Christopher J.**<br>**Smith, Kathleen P.**<br>**340 89th Ave. NE**<br>**St. Petersburg, FL 33702**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.305 6**

**Nonpriority creditor's name and mailing address**

**Smith, Constance**
**PO Box 326**
**Palm Beach, FL 33480-0326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305 7**

**Nonpriority creditor's name and mailing address**

**Smith, Constance**
**P.O. Box 924**
**Wrightsville Beach, NC 28480-0924**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305 8**

**Nonpriority creditor's name and mailing address**

**Smith, Dale**
**126 NE 2 Street**
**Crystal River, FL 34429**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305 9**

**Nonpriority creditor's name and mailing address**

**Smith, Dale**
**P.O. Box 924**
**Crystal River, FL 34429-0924**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.306 0**

**Nonpriority creditor's name and mailing address**

**Smith, David**
**Kathyrn Smith**
**5307 Island Gypsy Drive**
**Green Acres, FL 33643**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.306 1**

**Nonpriority creditor's name and mailing address**

**Smith, Elaine**
**Hezedean Smith**
**701 Gentry Court**
**Gotha, FL 34734**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Stay In My Home, P.A.**
Name

Case number (if known) **8:18-bk-8436-RCT**

---

| 3.306 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Smith, Eli and Mildred**
**7326 Fieldcrest Avenue**
**Winter Park, FL 32792**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.306 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Smith, Harold**
**Smith, Gail**
**1323 Tenby Way**
**Palm Harbor, FL 34683**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.306 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Smith, John**
**Julie Smith**
**12202 Meadow Lane**
**San Antonio, FL 33756**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.306 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Smith, Joseph Lee**
**Candice Smith**
**1830 32nd Ave. N.**
**St. Petersburg, FL 33713**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.306 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Smith, Lon**
**Nancy Smith**
**12944 Herrmann Road**
**San Antonio, FL 33576**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.306 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Smith, Michael**
**Sandra Smith**
**1142 47th Ave N**
**St. Petersburg, FL 33703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.306 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Smith, Michael**
**Darla Smith**
**18508 Sugarberry Lane**
**Spring Hill, FL 34610**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Smith, Nicole**
**843 Bay Point Dr**
**Madeira Beach, FL 33708**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Smith, Richard**
**19200 Adirondack Terr**
**Dade City, FL 33526**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Smith, Robert and Dana**
**Melanie Smith**
**16537 Kingsletridge Ave**
**Lithia, FL 33547**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Smith, Steve**
**Stevn Smith LLC**
**6909 North Rome Ave**
**Tampa, FL 33604**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Smith, Terence**
**5141 Pond View Ct**
**Zephyhills, FL 33541**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.307**
**4**

**Nonpriority creditor's name and mailing address**

**Smith, Thomas**
**Smith, Treana**
**4696 80th Street North**
**St. Petersburg, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.307**
**5**

**Nonpriority creditor's name and mailing address**

**Smith, Tracey**
**9126 Prosperity**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.307**
**6**

**Nonpriority creditor's name and mailing address**

**Smuck, James**
**1364 Pine St**
**clearwater, FL 33756**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.307**
**7**

**Nonpriority creditor's name and mailing address**

**Snow, K.**
**600 Nissan Drive, Apt 34**
**Smyrna, TN 37167**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.307**
**8**

**Nonpriority creditor's name and mailing address**

**Snow, Stephen**
**Karina Snow**
**4350 Dartmouth Ave North**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.307**
**9**

**Nonpriority creditor's name and mailing address**

**Snow, Stuart**
**Jennifer Snow**
**19102 Nature Palm Lane**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.308 0**

**Nonpriority creditor's name and mailing address**
**Snyder, Beverly**
**7205 Nia Lane**
**Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308 1**

**Nonpriority creditor's name and mailing address**
**Snyder, David**
**Pamela Snyder**
**2269 Round Lake Hwy**
**Manitou Beach, MI 49253**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308 2**

**Nonpriority creditor's name and mailing address**
**Soloff, Sherie**
**1320 16th St NE**
**Naples, FL 34120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308 3**

**Nonpriority creditor's name and mailing address**
**Soloman, Thomas**
**Cynthia Soloman**
**10124 Alexander Ave**
**Englewood, FL 34228**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308 4**

**Nonpriority creditor's name and mailing address**
**Somers, Elena**
**4094 Blue Ridge St.**
**Nort Port, FL 34287**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308 5**

**Nonpriority creditor's name and mailing address**
**Somers, Gerald David**
**PO Box 1343**
**Webster, FL 33597-1343**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.308 6**

**Nonpriority creditor's name and mailing address**

**Sopher, Michael**
**1st Street**
**Indian Rocks Beach, FL 33785**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308 7**

**Nonpriority creditor's name and mailing address**

**Soprano, Joe**
**6410 Longlake Drive**
**Port Orange, FL 32128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308 8**

**Nonpriority creditor's name and mailing address**

**Sorensen, Steven**
**Catherine Sorensen**
**812 Scott Lake Village North**
**Lakeland, FL 33813**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308 9**

**Nonpriority creditor's name and mailing address**

**Soto, Audrey**
**Moises Soto**
**10222 N. 29th St.**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.309 0**

**Nonpriority creditor's name and mailing address**

**Soto, Audrey**
**1022 N. 29th St.**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.309 1**

**Nonpriority creditor's name and mailing address**

**Soto, Paco**
**Gloria Ortiz**
**8345 Paddlewheel**
**Tampa, FL 33637**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.309 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Soule, Steven**
**37134 Kinsman Dr.**
**Zephyrhills, FL 33541**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Southammavong, Osoth**
**1682 Winners Circle**
**Tarpon Springs, FL 34689**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Souvannarath, Phonphit**
**Saeng-Dao B.**
**2585 - 59th Avenue South**
**St. Petersburg, FL 33712**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sowders, Robert**
**Gina Sowders**
**8011 Winter St.**
**Brooksville, FL 34613**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Soyka, Eve**
**3937 Saint Armens Cir**
**Melbourne, FL 32934**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Spangler, Michael**
**5435 60th Way North**
**St. Pete, FL 33709**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.309 8**

**Nonpriority creditor's name and mailing address**

**Sparks, David**
**Michelle Sparks**
**12713 Thonotosassa Road**
**Thonotosassa, FL 33592**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.309 9**

**Nonpriority creditor's name and mailing address**

**Spear, Valerie**
**2664 Bentley Dr**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.310 0**

**Nonpriority creditor's name and mailing address**

**Spear, Valerie**
**646 Spring Lake Circle**
**Tarpon Springs, FL 34688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.310 1**

**Nonpriority creditor's name and mailing address**

**Spears, Shane**
**5107 Johnnie Rd**
**Tampa, Fl 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.310 2**

**Nonpriority creditor's name and mailing address**

**Spectrum**
**PO Box 790450**
**Saint Louis, MO 63179-0450**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$458.54**

---

**3.310 3**

**Nonpriority creditor's name and mailing address**

**Spellman, Frank**
**1 Marsh Court**
**Ponce Inlet, FL 32127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.310 4**

**Nonpriority creditor's name and mailing address**

**Spencer, Isaiah**
**Shatika Spencer**
**7145 Waterside Dr.**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.310 5**

**Nonpriority creditor's name and mailing address**

**Sperbeck, Jerrold**
**Brenda Sue Sperbeck**
**13251 Don Loop**
**Spring Hill, FL 34609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.310 6**

**Nonpriority creditor's name and mailing address**

**Spero, Joseph**
**Nancy Spero**
**3053 Gregor Ct.**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.310 7**

**Nonpriority creditor's name and mailing address**

**Spicer, Michael**
**6224 Stanwin Drive**
**Apopka, FL 32712-5233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.310 8**

**Nonpriority creditor's name and mailing address**

**Spies, Derek**
**Melissa Spies**
**1218 E. Knollwood St.**
**Tampa, FL 33604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.310 9**

**Nonpriority creditor's name and mailing address**

**Spinner, William**
**Stephanie Spinner**
**1543 Elmwood St.**
**Clearwater, FL 33755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.311 0**

**Nonpriority creditor's name and mailing address**
**Spor, Jamie**
**3780 82nd Ave Circle East Unit 102**
**Manatee, FL 34243**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.311 1**

**Nonpriority creditor's name and mailing address**
**Spowage, Mark**
**7535 South Lake Ridge Drive**
**Seattle, WA 98178**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.311 2**

**Nonpriority creditor's name and mailing address**
**Springer, Barbara**
**2135 Foxchase Blvd.**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.311 3**

**Nonpriority creditor's name and mailing address**
**Sprinkman, Jeffrey**
**3728 20th Street**
**St. Pete, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.311 4**

**Nonpriority creditor's name and mailing address**
**Sreekumar, Rajkumar**
**Saritha Sreekumar**
**9133 Delemar Street**
**Wellington, FL 33414**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.311 5**

**Nonpriority creditor's name and mailing address**
**Szredzinski, Joseph**
**555 Webster Street**
**Lae Mary, FL 32746**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

---

**3.311**
**6**

**Nonpriority creditor's name and mailing address**

**St. Amour, Abel**
**Shirley St. Amour**
**PO Box 2122**
**West Palm Beach, FL 33412-2122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.311**
**7**

**Nonpriority creditor's name and mailing address**

**St. Clair, David**
**10901 Burnt Mill Road # 1502**
**Jacksonville, FL 32256**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.311**
**8**

**Nonpriority creditor's name and mailing address**

**St. Hilaire, Daniel**
**Linda L. St. Hilaire**
**103 Windy Pl.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.311**
**9**

**Nonpriority creditor's name and mailing address**

**St. Pierre, Lynda**
**3038 Eastland Blvd. # F201**
**Clearwater, FL 33761**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312**
**0**

**Nonpriority creditor's name and mailing address**

**St. Vincent, David**
**1716 Magnolia Ave**
**The Villages, FL 32159**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312**
**1**

**Nonpriority creditor's name and mailing address**

**Stacy, Barbara**
**9411 Glen Moor Ln**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.312 2**

**Nonpriority creditor's name and mailing address**

**Stallbaum, Daniel**
**Carol Stallbaum**
**1560 Carmen Street**
**Merritt Island, FL 32952**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 3**

**Nonpriority creditor's name and mailing address**

**Stallbaum, Matthew**
**Jessica Stallbaum**
**963 Bellaire Lane**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 4**

**Nonpriority creditor's name and mailing address**

**Stamper, Thomas**
**Eileen Meier-Stamper**
**513 Maple Street**
**Litchfield, CT 06759**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 5**

**Nonpriority creditor's name and mailing address**

**Stananought, Neil**
**Cindy Stananought**
**19211 Blunt Road**
**Lutz, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 6**

**Nonpriority creditor's name and mailing address**

**Stanciu, Cecile**
**3529 2nd ave North**
**St. Pete, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 7**

**Nonpriority creditor's name and mailing address**

**Standing Bear, Jeanine**
**1465 Maranatha Dr.**
**Fort Myers, FL 33903**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.312<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stanford, Catherine**
**4301 Holland Grove Way**
**Plant City, FL 33567**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.312<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stanger, Kevin**
**Nerida Stranger**
**3217 Keswick court**
**Land O'Lakes, FL 34638**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.313<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stanley, Martin and Araseli**
**Martin, Araseli, Nick, Kendall Stanley**
**26203 SR 64 E**
**Myakka City, FL 34251**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.313<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stanton, Kyle**
**Lisa Stanton**
**3640 Beaumont Loop**
**Spring Hill, FL 34609**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.313<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stark, Jeffrey**
**2810 West Price Ave.**
**Tampa, FL 33611**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.313<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stark, Keith**
**Melissa Stark**
**212 Gray Oak Drive**
**Tarpon Springs, FL 34689**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.313
4**

**Nonpriority creditor's name and mailing address**

**Starkey, John
Heather Starkey
16214 Barrineau Place
Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.313
5**

**Nonpriority creditor's name and mailing address**

**Starr, James
10525 Beneva Dr.
Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.313
6**

**Nonpriority creditor's name and mailing address**

**Staton, Fred
Edith Staton
2495 Raywood Ave
New Port Richey, FL 34286**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.313
7**

**Nonpriority creditor's name and mailing address**

**Stauch, Thomas
13249 Boca Ciega Ave., Apt. 1
Madiera Beach, FL 33708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.313
8**

**Nonpriority creditor's name and mailing address**

**Steckel, Laurie
1717 S. Manhattan Ave.
Tampa, FL 33629**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.313
9**

**Nonpriority creditor's name and mailing address**

**Steele, David
1340 Windsor Drive
Clearwater, FL 33756-1335**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.3140**

**Nonpriority creditor's name and mailing address**

**Steele, Rachel**
**7732 N. Mobley Rd.**
**Odessa, FL 33556**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3141**

**Nonpriority creditor's name and mailing address**

**Steele, Scott**
**Robin Steele**
**7562 85th Ln.**
**Largo, FL 33777**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3142**

**Nonpriority creditor's name and mailing address**

**Stein, Neil**
**Michelle Stein**
**2907 Elysium Way**
**Clearwater, FL 33759**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3143**

**Nonpriority creditor's name and mailing address**

**Steinhardt, Lawrence**
**Corinne Steinhardt**
**3944 Arlington Drive**
**Palm Harbor, FL 34685**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3144**

**Nonpriority creditor's name and mailing address**

**Steinhoff, Ellen**
**PO Box 294498**
**Boca Raton, FL 33429-4498**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3145**

**Nonpriority creditor's name and mailing address**

**Stephens, Kelvin**
**Javonah Stepehens**
**2239 NW 58th Street**
**Miami, FL 33142**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.314 6 | | | | **Unknown** |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Stephens, Richard** | ■ Contingent | | |
| | **4020 Southern Manor Ct** | ■ Unliquidated | | |
| | **Sarasota, FL 34233** | ☐ Disputed | | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.314 7 | | | | **Unknown** |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Stephens, Shawn** | ■ Contingent | | |
| | **1712 East Maple Ave** | ■ Unliquidated | | |
| | **Tampa, FL 33604** | ☐ Disputed | | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.314 8 | | | | **Unknown** |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Stephens, Tracy** | ■ Contingent | | |
| | **PO Box 347** | ■ Unliquidated | | |
| | **Webster, FL 33597-0347** | ☐ Disputed | | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.314 9 | | | | **Unknown** |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Stephenson, Joseph** | ■ Contingent | | |
| | **Victoria Stephenson** | ■ Unliquidated | | |
| | **1024 Elkman Blvd.** | ☐ Disputed | | |
| | **Cocoa, FL 32927** | | | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.315 0 | | | | **Unknown** |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Sterk, James** | ■ Contingent | | |
| | **Lesly Sterk** | ■ Unliquidated | | |
| | **10841 McFarland St.** | ☐ Disputed | | |
| | **Dunedin, FL 34698** | | | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.315 1 | | | | **Unknown** |
|---|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Steven & Joseph Terry** | ■ Contingent | | |
| | **8008 East Leigh Court** | ■ Unliquidated | | |
| | **Temple Terrace, FL 33637** | ☐ Disputed | | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.315 2**

**Nonpriority creditor's name and mailing address**
**Stevens-Anderson, Valerie J.**
**3533 Anniversary Ct**
**New Port Richey, FL 34653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 3**

**Nonpriority creditor's name and mailing address**
**Stewart, Cary**
**13174 Madison Avenue**
**Largo, FL 33773**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 4**

**Nonpriority creditor's name and mailing address**
**Stewart, Kelly**
**Karen Stewart**
**7103 24th Avenue**
**Bradenton, FL 34209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 5**

**Nonpriority creditor's name and mailing address**
**Stewart, Richard**
**1119 Somerset Circle South**
**Dunedin, FL 34698**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 6**

**Nonpriority creditor's name and mailing address**
**Stewart, Woodrow**
**Donna Marie Stewart**
**3040 Taunton Ave.**
**North Port, FL 34286**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 7**

**Nonpriority creditor's name and mailing address**
**Stewart-Butler, Sandra**
**John Butler**
**5582 Superior Drive**
**Lakeland, FL 33875**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.315 8**

**Nonpriority creditor's name and mailing address**

**Stiles, John**
**Veronica Stiles**
**6896 Criswell Ave. N.**
**St. Petersburg, FL 33709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 9**

**Nonpriority creditor's name and mailing address**

**Stilley, Tony**
**Tamika Stilley**
**19502 Sunset Bay Drive**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.316 0**

**Nonpriority creditor's name and mailing address**

**Stipp, Tom**
**Susan Stipp**
**19915 SW 93rd Road**
**Dunnellon, FL 34432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.316 1**

**Nonpriority creditor's name and mailing address**

**Stisser, Aaron**
**5590 Baywater Dr.**
**Tampa, FL 33615-3528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.316 2**

**Nonpriority creditor's name and mailing address**

**Stone, Dorothy**
**3400 Thomas Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.316 3**

**Nonpriority creditor's name and mailing address**

**Stone, Richard and Nancy Miller**
**16615 Sounding Shores Drive**
**Odessa, FL 33555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.316**
**4**

**Nonpriority creditor's name and mailing address**
**Stone, Ronald**
**Jeanine Stone**
**6300 Loonie Lee Ln.**
**Hudson, FL 34667**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.316**
**5**

**Nonpriority creditor's name and mailing address**
**Stopa, Mark P.**
**7351 Sawgrass Pt. Dr.**
**Pinellas Park, FL 33782**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.316**
**6**

**Nonpriority creditor's name and mailing address**
**Stoppe, Gould**
**204, 212 & 220 Arlanie Rd.**
**Masaryktown, FL 34604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.316**
**7**

**Nonpriority creditor's name and mailing address**
**Storts, Gwendolyn Ruth**
**David Paul Storts**
**327 Country Vineyard Drive**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.316**
**8**

**Nonpriority creditor's name and mailing address**
**Story, Margo**
**4617 Stone Ridge Trail**
**Sarasota, FL 34232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.316**
**9**

**Nonpriority creditor's name and mailing address**
**Stowell, Zach**
**Katie Stowell**
**5418 19th Ave. N**
**St. Petersburg, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.317 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stracuzza, Anthony and Antoinette**
**421 Augustine Court**
**Oviedo, FL 32765**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Strange, Peter J.**
**Cynthia Strange**
**29509 Crossland Dr.**
**Wesley Chapel, FL 33543**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stratton, Dawn**
**6 Karena Lane**
**Lawrenceville, NJ 08648**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Streeter, Benjamin**
**Amanda Streeter**
**1835 Green Springs Circle**
**Orange Park, FL 32003**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Strisko, Robert**
**1220 John Circle**
**Merrit Island, FL 32952**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stroup, Michael**
**Joann Stroup**
**77 Spring Glen Drive**
**Debary, FL 32714**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.317 6**

**Nonpriority creditor's name and mailing address**
**Strozinsky, Sally**
**1411 8th Street**
**Reedsburg, WI 53959**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.317 7**

**Nonpriority creditor's name and mailing address**
**Stuart, Donald**
**Juliet Stuart**
**5703 Spencer Parrish Rd.**
**Parrish, FL 34219**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.317 8**

**Nonpriority creditor's name and mailing address**
**Stuart, Michael**
**Denise Stuart**
**6601 Spanish Moss Circle**
**Tampa, FL 33625**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.317 9**

**Nonpriority creditor's name and mailing address**
**Studt, Christie**
**David Campbell**
**1027 Roberta  St.**
**Venice, FL 34285**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.318 0**

**Nonpriority creditor's name and mailing address**
**Sturgeon, Carl**
**359 Cressida Circle**
**Spring Hill, FL 34609**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.318 1**

**Nonpriority creditor's name and mailing address**
**Stutler, Christopher**
**Rebecca Stutler**
**13921 Downing Street**
**Dover, FL 33527**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (*if known*) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.318 2**

**Nonpriority creditor's name and mailing address**

**Stutler, Melissa**
**PO Box 2504**
**Dunedin, FL 34697-2504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.318 3**

**Nonpriority creditor's name and mailing address**

**Styrcula, Yvonne**
**13014 N. Dale Mabry Hwy #357**
**Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.318 4**

**Nonpriority creditor's name and mailing address**

**Su, Andres**
**Krystal Su**
**2265 6th Ave SW**
**Largo, FL 33770**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.318 5**

**Nonpriority creditor's name and mailing address**

**Suarez, Artemio and Karen Fiscubach**
**1621 E. 4th Avenue, # 203**
**Tampa, FL 33605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.318 6**

**Nonpriority creditor's name and mailing address**

**Suarez, Atisha**
**207 W. Linebaugh Avenue**
**Tampa, Fl 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.318 7**

**Nonpriority creditor's name and mailing address**

**Suhar, Jason**
**Jessica Suhar**
**4921 Stelle Dust Lane**
**Lutz, FL 33559**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.318 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sukie, Gwendoly**
**Errol Sukie**
**8126 Woodvine Cir.**
**Lakeland, FL 33810**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.318 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sullivan, John**
**37524 Tucker Rd**
**Zephyrhills, FL 33541**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sullivan, Raymond**
**820 Camargo Way #112**
**Altamonte Springs, FL 32714**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sult, David**
**Candace Sult**
**742 Southwest Blvd. N**
**St. Petersburg, FL 33703**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Summers, Kerry**
**Cynthia Summers**
**8916 North Lagoon Drive**
**Panama City Beach, FL 32408**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sun State Group LLC**
**c/o Mike Ramsay**
**1003 Sand Piper Ct**
**Dunedin, FL 34698**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.319 4**

**Nonpriority creditor's name and mailing address**
**Sunden, Donna (a/k/a Stogner)**
**3230 Kathleen Drive**
**Orlando, FL 32810**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 5**

**Nonpriority creditor's name and mailing address**
**Suppa, Chris**
**Sara Busquets**
**3114 Bellericay Ln.**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 6**

**Nonpriority creditor's name and mailing address**
**Sutcliffe, III, William and Anja**
**720 Forest Park Drive**
**Deland, FL 32720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 7**

**Nonpriority creditor's name and mailing address**
**Swain, Victoria**
**101 Cayle Ave**
**Longwood, FL 32750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 8**

**Nonpriority creditor's name and mailing address**
**Swartz, Jennifer**
**12760 Burning Tree Lane West**
**Jacksonville, FL 32223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 9**

**Nonpriority creditor's name and mailing address**
**Swayze, Linda**
**Leonard Swayze**
**915 New Hampton Way**
**Merritt Island, FL 32953**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.320 0**

**Nonpriority creditor's name and mailing address**
**Sweat, Patrick**
**6939 Stonesthrow Circle # 6204**
**St. Petersburg, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.320 1**

**Nonpriority creditor's name and mailing address**
**Sweet, Amarilis**
**6611 N. Manhattan Ave**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.320 2**

**Nonpriority creditor's name and mailing address**
**Swope, Paulen**
**233 Aralia Lane**
**Jacksonville, FL 32216**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.320 3**

**Nonpriority creditor's name and mailing address**
**Sygrove, Martin**
**Carol Sygrove**
**9480 Miracle  Drive**
**Spring Hill, FL 34608**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.320 4**

**Nonpriority creditor's name and mailing address**
**Sykes Grady**
**3004 West  Bay Court**
**Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.320 5**

**Nonpriority creditor's name and mailing address**
**Sykes, Douglas**
**2244 NW 72nd Terrace**
**Pembroke Pines, FL 33204**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.320 6**

**Nonpriority creditor's name and mailing address**
**Sykes, Grady**
**3004 West Bay Court**
**Tampa, FL 33611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.320 7**

**Nonpriority creditor's name and mailing address**
**Synstad, Eric**
**PO Box 25306**
**Scottsdale, AZ 85255-5306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.320 8**

**Nonpriority creditor's name and mailing address**
**Szal, Michael**
**1928 Oro Court**
**Clearwater, FL 33764**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.320 9**

**Nonpriority creditor's name and mailing address**
**Szasz, Robert**
**Bonnie Szasz**
**1951 Brightwaters Blvd. NE**
**St. Pete, FL 33704**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321 0**

**Nonpriority creditor's name and mailing address**
**Szczesniak, Mary**
**Szczesniak, Ted**
**44 Circle End Dr**
**West Seneca, WY 14224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321 1**

**Nonpriority creditor's name and mailing address**
**Szymanski, Scott**
**Elizabeth Szymanski**
**14604 Turning Leaf Court**
**Tampa, FL 33626**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.321
2**

**Nonpriority creditor's name and mailing address**

**Taberes, Melina**
**9412 Lake Chase Island Way**
**Tampa, FL 33626**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321
3**

**Nonpriority creditor's name and mailing address**

**Taboada, Arthur**
**4919 Chancellor St.**
**St. Petersburg, FL 33703**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321
4**

**Nonpriority creditor's name and mailing address**

**Tagarelli, Michael**
**PO Box 6101**
**Palm Harbor, FL 34684-6101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321
5**

**Nonpriority creditor's name and mailing address**

**Tagarelli, Michael**
**PO Box 2394**
**Oldsmar, FL 34677-2394**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321
6**

**Nonpriority creditor's name and mailing address**

**Takacs, Thomas**
**Roger & Linda Takacs**
**3224 Mayflower St.**
**Sarasota, FL 34231**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321
7**

**Nonpriority creditor's name and mailing address**

**Tally, James**
**Cordelie Talley**
**2254 9th Place**
**Lehigh Acres, FL 33936**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.321**
**8**

**Nonpriority creditor's name and mailing address**

**Tamara Young**
**1056 George Ave**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.321**
**9**

**Nonpriority creditor's name and mailing address**

**Tan, Bernard**
**Cyril Tan**
**1607 Humbold Street**
**Lemoore, CA 93245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.322**
**0**

**Nonpriority creditor's name and mailing address**

**Tarnoi, Laszlo**
**Maria Tarnoi**
**1001 Silver Palm Way**
**Apollo Beach, FL 33572**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.322**
**1**

**Nonpriority creditor's name and mailing address**

**Tarnoi, Laszlo**
**Maria Tarnoi**
**16134 Carlton Lake Dr**
**Wimauma, FL 33598**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.322**
**2**

**Nonpriority creditor's name and mailing address**

**Tassinari, Michael**
**Tina Tassinari**
**2909 South Lemos Ave.**
**Seffner, FL 33584**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.322**
**3**

**Nonpriority creditor's name and mailing address**

**Tate, Michael**
**Valenda Tate**
**3006 West Robison Street**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.322
4**

**Nonpriority creditor's name and mailing address**

**Taveres, Angela**
**4211 SW 36 street**
**Hollywood, FL 33023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.322
5**

**Nonpriority creditor's name and mailing address**

**Taylor, Allan**
**3845 Stornoway Drive**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.322
6**

**Nonpriority creditor's name and mailing address**

**Taylor, Peter**
**Andrea Taylor**
**7513 Yandley Way**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.322
7**

**Nonpriority creditor's name and mailing address**

**Tchotchev, Toni**
**Mariana Tchotchev**
**4544 Ingerson Pl**
**New Port Richey, FL 34652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.322
8**

**Nonpriority creditor's name and mailing address**

**Teague, Ayasha**
**4045 Hanging Moss LP**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.322
9**

**Nonpriority creditor's name and mailing address**

**Teague, Earl**
**Ray Elzy**
**7979 Sailboat Key Blvd. South Unit 403**
**South Pasadena, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.3230**

**Nonpriority creditor's name and mailing address**

**Teeling, Robert**
**7205 San Moritz Drive**
**Port Richey, FL 34668**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3231**

**Nonpriority creditor's name and mailing address**

**Teeple, John**
**Roseanne Teeple**
**6000 Glen Harwell Rd**
**Plant City, FL 03566**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3232**

**Nonpriority creditor's name and mailing address**

**Tejada, David**
**2355 Woodway Dr.**
**Orlando, FL 32837**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3233**

**Nonpriority creditor's name and mailing address**

**Telvin, Joann**
**Michael Telvin**
**1404 A St.**
**Conway, SC 29526**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3234**

**Nonpriority creditor's name and mailing address**

**Tenney, Fred**
**Susan Tenney**
**714 9th St.**
**Ft. Meade, FL 33841**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3235**

**Nonpriority creditor's name and mailing address**

**Terp, Kenneth**
**Carla Terp**
**6849 Cancun Ct**
**Land O'Lakes, FL 34637**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.323
6**

**Nonpriority creditor's name and mailing address**

**Terry, Kristen
8201 Columns Circle
Seminole, FL 33772**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.323
7**

**Nonpriority creditor's name and mailing address**

**Tessensohn, Jeffrey
3459 Seagrape Drive
Winter Park, FL 32792**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.323
8**

**Nonpriority creditor's name and mailing address**

**Thach, Kim To
Debbie Thach
3493 White Adler Ct.
Kissimmee, FL 34741**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.323
9**

**Nonpriority creditor's name and mailing address**

**Tharpe, Willie
PO Box 7335
Tampa, FL 33673-7335**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.324
0**

**Nonpriority creditor's name and mailing address**

**Thayer, Roger
Elisabeth Thayer
3913 Lone Eagle Place
Sanford, FL 32771**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.324
1**

**Nonpriority creditor's name and mailing address**

**Therfelder, Robert
64 Spring Lake Blvd.
Waretown, NJ 08758**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.324
2**

**Nonpriority creditor's name and mailing address**

**Thiede, Stacy**
**Franklin Thiede**
**3408 Pleasant Lake Dr.**
**Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.324
3**

**Nonpriority creditor's name and mailing address**

**Thieme, Brian**
**Martha Thieme**
**7526 SW 8th St.**
**North Lauderdale, FL 33068**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.324
4**

**Nonpriority creditor's name and mailing address**

**Thoma, John**
**4507 Mohican Trail**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.324
5**

**Nonpriority creditor's name and mailing address**

**Thomas Reuters (WestLaw)**
**4064 Ligustrum Dr.**
**Palm Harbor, FL 34685**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.324
6**

**Nonpriority creditor's name and mailing address**

**Thomas, Allegra**
**7403 Kingston Dr.**
**Tampa, FL 33619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.324
7**

**Nonpriority creditor's name and mailing address**

**Thomas, Avril**
**2015 Samantha Lane**
**Valrico, FL 33594**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.324 8**

**Nonpriority creditor's name and mailing address**

**Thomas, Calvin**
**1012 Pinebrook Drive**
**Clearwater, FL 33755**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.324 9**

**Nonpriority creditor's name and mailing address**

**Thomas, Courtney**
**Darcel Thomas**
**713 Gordonia Court**
**Deland, FL 32724**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.325 0**

**Nonpriority creditor's name and mailing address**

**Thomas, Derek**
**Patricia Blake**
**190 Ibis Drive**
**Melbourne Beach, FL 32951**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.325 1**

**Nonpriority creditor's name and mailing address**

**Thomas, Jennifer**
**38130 Timberlane Drive**
**Umatilla, FL 32784**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.325 2**

**Nonpriority creditor's name and mailing address**

**Thomas, Robert**
**Jennifer Thomas**
**13221 Via Roma Cir.**
**Clermont, FL 34711**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.325 3**

**Nonpriority creditor's name and mailing address**

**Thomas, Sunae**
**Robert Golphin**
**7627 Pimmit Hills Drive**
**Jacksonville, FL 32244**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.325
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Thomason, Rodney**<br>**521 S. Matanzas Ave.**<br>**Tampa, FL 33609** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.325
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Thompson, Allan and Anne**<br>**11464 Palomar Street**<br>**Spring Hill, FL 34609** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.325
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Thompson, Brian**<br>**Lillian Thompson**<br>**616 Stone St**<br>**Owensboro, KY 42303** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.325
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Thompson, Carl**<br>**Cheryl Thompson**<br>**8019 Cessna Drive**<br>**Spring Hill, FL 34606** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.325
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Thompson, Duane**<br>**Lethea Thompson**<br>**1851 Virginia Lee Circle**<br>**Brooksville, FL 34602** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.325
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Thompson, Elisa**<br>**26 Cove Road South**<br>**South Hampton, NY 11968** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.326 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Thompson, Julianne** | ■ Contingent | |
| | **Antoine Thompson** | ■ Unliquidated | |
| | **1434 Highwood Place** | ☐ Disputed | |
| | **Wesley Chapel, FL 33543** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.326 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Thompson, Justin** | ■ Contingent | |
| | **2730 Silvermoss Dr.** | ■ Unliquidated | |
| | **Wesley Chapel, FL 33544** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.326 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Thompson, Micheal and Karen** | ■ Contingent | |
| | **38 Purple Martin Cove** | ■ Unliquidated | |
| | **Crawfordville, FL 32327** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.326 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Thorson, Joshua** | ■ Contingent | |
| | **6443 Axeitos Ter #108** | ■ Unliquidated | |
| | **Orlando, FL 32835** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.326 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Threatts, Herman** | ■ Contingent | |
| | **Hazel Threatts** | ■ Unliquidated | |
| | **2109 Annona Aveune** | ☐ Disputed | |
| | **Tampa, FL 33612** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.326 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Tibaudo, Al** | ■ Contingent | |
| | **Yuki Tibaudo** | ■ Unliquidated | |
| | **9376 Mustard Leaf Dr.** | ☐ Disputed | |
| | **Orlando, FL 32827** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.326 6**

**Nonpriority creditor's name and mailing address**

**Tiblis, Lawrence**
**4359 Bayridge Court**
**Spring Hill, FL 34606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326 7**

**Nonpriority creditor's name and mailing address**

**Tillman, William**
**Robin Tillman**
**3116 Tangle Wilde Ave.**
**Lake Placid, FL 33852**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326 8**

**Nonpriority creditor's name and mailing address**

**Tilson, Jeff**
**9499 119th Way**
**Seminole, FL 33772**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326 9**

**Nonpriority creditor's name and mailing address**

**Tinker, Vincent**
**Linda Tinker**
**1926 Exeter Dr**
**Cocoa, FL 32922**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 0**

**Nonpriority creditor's name and mailing address**

**Tinsley, Jay and Tracey**
**8426 Belmont Road**
**Spring Hill, FL 34606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 1**

**Nonpriority creditor's name and mailing address**

**To, Bruce**
**Be Thi Nguyen**
**P.O. Box 1005**
**Pinellas Park, FL 33780-1005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.327 2**

**Nonpriority creditor's name and mailing address**

**Tobin, James**
**11266 Windsor Place Circle**
**Tampa, FL 33626**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 3**

**Nonpriority creditor's name and mailing address**

**Todd, Jane C.**
**263 N. Hidden Tree Drive**
**St. Augustine, FL 32086**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 4**

**Nonpriority creditor's name and mailing address**

**Toledo, Josh**
**Jessica Toledo**
**3810 Evergreen Oaks Drive**
**Lutz, FL 33558**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 5**

**Nonpriority creditor's name and mailing address**

**Tolmie, Victoria**
**8252 Wild Oaks Way**
**Largo, FL 33773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 6**

**Nonpriority creditor's name and mailing address**

**Tolson, John**
**Janice Tolson**
**8420 140th Street**
**Seminole, FL 33776**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 7**

**Nonpriority creditor's name and mailing address**

**Tolson, Steven**
**7975 126th Street North**
**Seminole, FL 33776**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.327<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tomorelli, Erick**
**7520 Bulls Head Drive**
**Wesley Chapel, FL 33545**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Torpey, Michael and Catherine**
**5311 Carson Street**
**St. Cloud, FL 34771**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Torres, Angel**
**Victoria Vinas**
**8501 Northton Groves Blvd. #B**
**Odessa, FL 33556**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Torres, Francisco**
**3166 Stonewater Drive**
**Lakeland, FL 33803**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Torres, Gregg**
**224 S. Lincoln Ave.**
**Tampa, FL 33602**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Torres, John**
**Janeth Tapias**
**8134 Westmont Ave.**
**Lakeland, FL 33810**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.328 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Toth, Dezso**
**Agnes Valinth**
**5373 San Juan Dr.**
**Sarasota, FL 34235**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Towe, Charles**
**Claudette Towe**
**934 Streamlet Avenue**
**Sebastian, FL 32958**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Towey, Andrew & Susan**
**No. 3 Oanaark Dr.**
**Mexborough, South Yorkshire, UK**
**S640QY**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Towne, Charles**
**15912 Armistead Lane**
**Odessa, FL 33556**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tozier, Joanthon**
**Angela Tozier**
**15726 Garden Slide Lane**
**Tampa, FL 33624**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tracey, Marlyn**
**957 Eldorado Ave.**
**Clearwater Beach, FL 33767**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.329 0**

**Nonpriority creditor's name and mailing address**

**Tracy, Brian**
**Tracy, Lilla**
**1324 Falconcrest Blvd**
**Apopka, FL 32712**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

��☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.329 1**

**Nonpriority creditor's name and mailing address**

**Tran, Hai**
**12516 Sugar Pune Way**
**Tampa, FL 33624**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.329 2**

**Nonpriority creditor's name and mailing address**

**Trancucci, Anthony**
**Debbie Trancucci**
**11303 Wolf Court**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.329 3**

**Nonpriority creditor's name and mailing address**

**Trask, Thomas**
**21100 Los Cabos**
**Land O'Lakes, FL 34637**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.329 4**

**Nonpriority creditor's name and mailing address**

**Travelers (Work Comp)**
**PO Box 2927**
**Hartford, CT 06104-2927**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.329 5**

**Nonpriority creditor's name and mailing address**

**Tretter, Douglas**
**819 Lakeside Terrace**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.329 6**

**Nonpriority creditor's name and mailing address**

**Trevino, Linda (Sessums)**
**302 Lakeview Blvd.**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.329 7**

**Nonpriority creditor's name and mailing address**

**Trezza, Philip L. Jr., and Pamala M.**
**11217 Blacksmith Drive**
**Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.329 8**

**Nonpriority creditor's name and mailing address**

**Trimm, John**
**Linda Trimm**
**5513 Island Creek Pl.**
**Tampa, FL 33611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.329 9**

**Nonpriority creditor's name and mailing address**

**Trimm, Michael**
**Karen Trimm**
**22464 Labrador St.**
**Boca Raton, FL 33428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.330 0**

**Nonpriority creditor's name and mailing address**

**Trinagli, John**
**6661 NW 2nd Ave. #201**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.330 1**

**Nonpriority creditor's name and mailing address**

**Tronolone, Samantha**
**1000 Douglas Ave. Apt. 167**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.330 2**

**Nonpriority creditor's name and mailing address**

**Trott, Robert and Susan**
**P.O. Box 97**
**Riverview, FL 33568-0097**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.330 3**

**Nonpriority creditor's name and mailing address**

**Trotter, Heather**
**1005 Barbour Dr.**
**Plant City, FL 33563**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.330 4**

**Nonpriority creditor's name and mailing address**

**Trowbridge, Steven**
**Brooke L. Trowbridge**
**1226 Shorecrest Circle**
**Clermont, FL 34711**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.330 5**

**Nonpriority creditor's name and mailing address**

**Tschupp, Hanspeter**
**Susi Tschupp**
**3021 Crest Drive**
**Clearwater, FL 33759**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.330 6**

**Nonpriority creditor's name and mailing address**

**Tucci, Daniel**
**Alice Tucci**
**2178 Park Road**
**Venice, FL 34293**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.330 7**

**Nonpriority creditor's name and mailing address**

**Tucker, Christopher**
**Kimberly Tumbry**
**43 Meridan Ave**
**Oswego, NY 13126**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.330<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tucker, garry**
**Dorinda Tucker**
**8355 Queen Road**
**Seminole, FL 33777**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tucker, Launa**
**3460 Oberry Road**
**Kissimmee, FL 34746**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tuft, Jon**
**740 Captiva Ct. NE**
**St. Petersburg, FL 33702**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tulloch, Baldwin**
**Tasha Tulloch**
**1602 Robin Lane**
**Brandon, FL 33510**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tumer, Suna**
**Huseyin Tumer**
**14801 Lake Forest Drive**
**Lutz, FL 33559-3267**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tuner, John and Belinda**
**225A 140th Avenue East**
**Madiera Beach, FL 33708**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.331**
**4**

**Nonpriority creditor's name and mailing address**

**Tunison, Phillip**
**Olga Tunison**
**301 Mariva Ave.**
**Clearwater, FL 33755**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.331**
**5**

**Nonpriority creditor's name and mailing address**

**Turan, John**
**Mercedes Turan**
**PO Box 1929**
**Summerfield, FL 34492-1929**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.331**
**6**

**Nonpriority creditor's name and mailing address**

**Turcotte, Mark**
**7745 E Pasadena Ave**
**Scottsdale, AZ 85250**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.331**
**7**

**Nonpriority creditor's name and mailing address**

**Turgeon, Jeffrey**
**Wendy Turgeon**
**10218 Belgrove Place**
**Orlando, FL 32817**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.331**
**8**

**Nonpriority creditor's name and mailing address**

**Turner, Benjamin**
**3211 Doe Court**
**Brandon, FL 33511**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.331**
**9**

**Nonpriority creditor's name and mailing address**

**Turner, Fred**
**Lauren Turner Daughter/POA**
**1060 Sherwood Forest Dr**
**Sarasota, FL 34232**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.332 0**

**Nonpriority creditor's name and mailing address**
**Turner, John and Belinda**
**225A 140th Avenue East**
**Madiera Beach, FL 33708**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 1**

**Nonpriority creditor's name and mailing address**
**Turner, Robert**
**10704 Rangeview Pl**
**Tampa, FL 33625**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 2**

**Nonpriority creditor's name and mailing address**
**Turner, Stephen**
**Amanda Turner**
**2222 Arch McDonald Dr.**
**Dover, FL 33527**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 3**

**Nonpriority creditor's name and mailing address**
**Turner-Hahn, Carla**
**Jeffrey M. Hahn**
**1517 Jungle Ave N**
**St. Pete, FL 33710**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 4**

**Nonpriority creditor's name and mailing address**
**Turner-Hahn, Carla**
**Jeffrey M. Hahn**
**4004 Park St. N.**
**St. Petersburg, FL 33709**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 5**

**Nonpriority creditor's name and mailing address**
**Turner-Watkins, Kerin**
**7501 Regents Garden Way**
**Apollo Beach, FL 33572**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.332
6**

**Nonpriority creditor's name and mailing address**

**Turro, Stephanie**
**6904 Seton Lane**
**Tampa, FL 33634**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332
7**

**Nonpriority creditor's name and mailing address**

**Turton, Kyrle**
**Heather Turton**
**434 Bella Vida Blvd**
**Orlando, FL 32828**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332
8**

**Nonpriority creditor's name and mailing address**

**Tweady, Nancy**
**Linda Tweady**
**26 Violet Street**
**Plant City, FL 33563**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332
9**

**Nonpriority creditor's name and mailing address**

**Tyre, Gary Reyno**
**Deborah Lynn Tyre**
**1188 Buttonwood Circle**
**Altamonte Springs, FL 32714**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.333
0**

**Nonpriority creditor's name and mailing address**

**Tyson, Gary**
**Lisa Tyson**
**1720 Dahlia Terrace**
**Sebring, FL 33875**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.333
1**

**Nonpriority creditor's name and mailing address**

**Ulery, Kelly**
**Ashley Suarez**
**918 Seburn Road**
**Apopka, FL 32703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.333 2**

**Nonpriority creditor's name and mailing address**

**Ulman, Charles W. and Joy N.**
**5240 Sailwind Circle**
**Orlando, FL 32810**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.333 3**

**Nonpriority creditor's name and mailing address**

**United Healthcare**
**UHS Premium Billing,**
**PO Box 94017**
**Palatine, IL 60094-4017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$24,293.90**

---

**3.333 4**

**Nonpriority creditor's name and mailing address**

**United Healthcare**

**Duluth, MN 55811**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.333 5**

**Nonpriority creditor's name and mailing address**

**Universal Court Reporting**
**888 E. Las Olas Blvd., Suite 508**
**Ft. Lauderdale, FL 33301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$436.85**

---

**3.333 6**

**Nonpriority creditor's name and mailing address**

**Uno, Dean**
**1701 Lakewood Loop**
**Brandon, FL 33510**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.333 7**

**Nonpriority creditor's name and mailing address**

**Upchurch Watson White & Max Mediation Gr**
**1400 Hand Ave., Suite D**
**Ormond Beach, FL 32174**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,758.89**

---

**3.333 8**

**Nonpriority creditor's name and mailing address**

**UPS**
**PO Box 1012**
**Horsham, PA 19044-1012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$183.41**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.333 9**

**Nonpriority creditor's name and mailing address**

**Upthegrove, Reese**
**Wendy Upthegrove**
**810 Square Lake Drive**
**Bartow, FL 33830**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.334 0**

**Nonpriority creditor's name and mailing address**

**Urban-Hodge, Paula and Mark**
**P. O. Box 636**
**Lacooche, FL 33537-0636**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.334 1**

**Nonpriority creditor's name and mailing address**

**Urena, Rolando**
**Sylvania Vega/Urena**
**1751 Shady Leaf Drive**
**Valrico, FL 33596**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.334 2**

**Nonpriority creditor's name and mailing address**

**Urquhart, Scott**
**Kristina Urquhart**
**3044 Blown Feather Lane**
**Mulberry, FL 33860**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.334 3**

**Nonpriority creditor's name and mailing address**

**US Legal Support, Inc.**
**PO Box 4772-12**
**Houston, TX 77210-4772**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$890.10**

---

**3.334 4**

**Nonpriority creditor's name and mailing address**

**Valdes, Arturo**
**4509 West Fern Street**
**Tampa, FL 33614**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.334 5**

**Nonpriority creditor's name and mailing address**

**Valdez, Jose**
**Marisabel Valdez**
**11523 Ashton Field Ave**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.334 6**

**Nonpriority creditor's name and mailing address**

**Valdez, Micael**
**Quisheena Valdez**
**5473 Lochdale Drive**
**Orlando, FL 32818**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.334 7**

**Nonpriority creditor's name and mailing address**

**Valenti, Anita**
**Linda Bemis**
**766 Sun Top Lane**
**Boynton Beach, FL 33436**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.334 8**

**Nonpriority creditor's name and mailing address**

**Valere, Marcus and Juliette**
**9017 Cormorant Court**
**Clearwater, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.334 9**

**Nonpriority creditor's name and mailing address**

**Vallandingham, Jason**
**Scott Vallandingham**
**780 South Robin way**
**Satellite Beach, FL 32937**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.335 0**

**Nonpriority creditor's name and mailing address**

**Valtcheva, Milko**
**Maria Valtchev**
**17970 Villa Creek DR.**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.335 1**

**Nonpriority creditor's name and mailing address**

**Van De Cruz, Eunice**
**1119 Axlewood Circel**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335 2**

**Nonpriority creditor's name and mailing address**

**Van Den Abbeel, Frederick**
**2997 Santos Ln. Apt. 301**
**Walnut Creek, CA 94597**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335 3**

**Nonpriority creditor's name and mailing address**

**Van Hout, Denise**
**John E. Van Hout**
**4732 W. Trilby Ave.**
**Tampa, FL 33616**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335 4**

**Nonpriority creditor's name and mailing address**

**Van Maele, Dennis**
**4791 Shore acres Blvd NE**
**St. Petersburg, FL 33703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335 5**

**Nonpriority creditor's name and mailing address**

**Van Skyhawk**
**Amy Van Skyhawk**
**5312 10th Ave South**
**Gulfport, FL 33707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335 6**

**Nonpriority creditor's name and mailing address**

**Van Slee, Jodi**
**Andre Van Slee**
**11137 Hyde Street**
**Weeki Wachee, FL 34614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.335 7**

**Nonpriority creditor's name and mailing address**

**Vandaveer, Robb**
**6002 North Central Ave**
**Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335 8**

**Nonpriority creditor's name and mailing address**

**Vanderhayden, John**
**Randi Vanderhayden**
**10680 NW 6th Court**
**Coral Springs, FL 33071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335 9**

**Nonpriority creditor's name and mailing address**

**Vanderwest, Laura**
**4295 Ellinwood Blvd.**
**Palm Harbor, FL 34685**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336 0**

**Nonpriority creditor's name and mailing address**

**Vanderwiede, Richard**
**Rachel Vanderwiede**
**114 Rue Des Chateux**
**Tarpon Springs, FL 34688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336 1**

**Nonpriority creditor's name and mailing address**

**Vanecek, Angela**
**James Vanecek**
**10405 Soaring Eagle Drive**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336 2**

**Nonpriority creditor's name and mailing address**

**Vanesa, Jay**
**Rita Patel**
**17105 Journeys End**
**Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.336 3**

**Nonpriority creditor's name and mailing address**

**Vanessa Manuel**
**3927 Creekwoods Drive**
**Plant City, FL 33563**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336 4**

**Nonpriority creditor's name and mailing address**

**VanHook, Donald and Beverly**
**1410 Glenmere Drive**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336 5**

**Nonpriority creditor's name and mailing address**

**Vargas, Hugo**
**2818 West Marquette Ave**
**Tampa, FL 33614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336 6**

**Nonpriority creditor's name and mailing address**

**Vargas, Martha**
**7433 Oxford Garden Circle**
**Apollo Beach, FL 33572**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336 7**

**Nonpriority creditor's name and mailing address**

**Varghese, Glory**
**George Varghese**
**2373 Chesterfield Circle**
**Lakeland, FL 33813**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336 8**

**Nonpriority creditor's name and mailing address**

**Vasilakos, Polytimi**
**2049 N Pointe Alexis Dr**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.336 9**

**Nonpriority creditor's name and mailing address**

**Vasquez, Gustavo**
**20132 NOB Oak Ave**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337 0**

**Nonpriority creditor's name and mailing address**

**Vaughan, James**
**Caroll Vaughan**
**3907 Ryalwood Ct**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337 1**

**Nonpriority creditor's name and mailing address**

**Vaughn, Petra**
**3318 Carlisle Ave S**
**St. Petersburg, FL 33712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337 2**

**Nonpriority creditor's name and mailing address**

**Vazquez, Carlos**
**Yeanori Vazquez**
**2305 50th Street**
**Tampa, FL 33619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337 3**

**Nonpriority creditor's name and mailing address**

**Vazquez, Christopher**
**Yeanori Vazquez**
**4727 E. 100th Dr.**
**Parrish, FL 34219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337 4**

**Nonpriority creditor's name and mailing address**

**Vazquez, Julio**
**12608 Midpointe Dr.**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.337 5**

**Nonpriority creditor's name and mailing address**

**Vazquez, Patricia**
**Hector Vazquez**
**12583 SE 178th Pl**
**Summerfield, FL 34491**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337 6**

**Nonpriority creditor's name and mailing address**

**Vealzquez- Spiller, Yvonne**
**Brian Spillers**
**627 Porta Rosa Circle**
**St. Augustine, FL 32092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337 7**

**Nonpriority creditor's name and mailing address**

**Vega, Danielle**
**James Vega**
**17914 Hanna Road**
**Lutz, FL 33549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337 8**

**Nonpriority creditor's name and mailing address**

**Vega, Hector**
**18305 Holland House loop**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337 9**

**Nonpriority creditor's name and mailing address**

**Veilleux, Debra**
**Victor Veilleux**
**2276 SE 27th Terrace**
**Cape Coral, FL 33904**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338 0**

**Nonpriority creditor's name and mailing address**

**Veit, Forrest**
**4750 Steel Dust Lane**
**Lutz, FL 33559**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Stay In My Home, P.A. | Case number (if known) | 8:18-bk-8436-RCT |
|---|---|---|---|
| | Name | | |

| 3.338 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.338 1**

**Nonpriority creditor's name and mailing address**
**Veladzic, Vahida**
**Fadil Veladzic**
**10297 112th St N**
**Largo, FL 33778**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.338 2**

**Nonpriority creditor's name and mailing address**
**Velazquez, Juan**
**Sary Donato**
**1305 Blossom Brook Ct.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.338 3**

**Nonpriority creditor's name and mailing address**
**Velazquez-Spillers, Yvonne**
**Brian Spillers**
**627 Porta Rosa Circle**
**St. Augustine, FL 32092**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.338 4**

**Nonpriority creditor's name and mailing address**
**Velez Vazquez Mendoza, David**
**Rosa Gonzalez**
**3602 Elk Ridge Lane**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.338 5**

**Nonpriority creditor's name and mailing address**
**Velez, Vanessa**
**1329 Byron Drive**
**Clearwater, FL 33756**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.338 6**

**Nonpriority creditor's name and mailing address**
**Verastegui, Raul**
**Renate Verastegui**
**4737 Ayrshire Drive**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.338 7**

**Nonpriority creditor's name and mailing address**

**Verdejo, Heriberto**
**Sorrida Verdejo**
**3404 Westfield Dr.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338 8**

**Nonpriority creditor's name and mailing address**

**Verica, Thomas**
**Betty Verica**
**7135 Kensington Court**
**University Park, FL 34201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338 9**

**Nonpriority creditor's name and mailing address**

**Veritext Corp**
**2 S. Biscayne Blvd., Suite 2250**
**Miami, FL 33131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,252.58**

---

**3.339 0**

**Nonpriority creditor's name and mailing address**

**Vernet, Nadege**
**John Vernet**
**3105 East Elm Street**
**Tampa, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.339 1**

**Nonpriority creditor's name and mailing address**

**Vernis, Ralph**
**3612 W. Pearl Ave.**
**Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.339 2**

**Nonpriority creditor's name and mailing address**

**Vestal, Jason**
**Janet Vestal**
**6511 NE 21st Drive**
**Ft. Lauderdale, FL 33308**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.339
3**

**Nonpriority creditor's name and mailing address**
**Villa, Judson**
**1219 S East Ave Suite 304**
**Sarasota, FL 34239**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.339
4**

**Nonpriority creditor's name and mailing address**
**Villa, Laurie**
**Michael Villa**
**11408 Donneymoor Drive**
**Riverview, FL 33569**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.339
5**

**Nonpriority creditor's name and mailing address**
**Villa, Robert**
**86 Ventura Drive**
**Dunedin, FL 34698**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.339
6**

**Nonpriority creditor's name and mailing address**
**Villafane, Anthony**
**8009 Heatherstone Ct**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.339
7**

**Nonpriority creditor's name and mailing address**
**Villagomez, Noe**
**Maria Villagomez**
**112 Kent Road**
**Lakeland, FL 33804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.339
8**

**Nonpriority creditor's name and mailing address**
**Villanueva, Edgardo**
**PO Box 7785**
**Ponce, PR 00732-7785**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.339 9**

**Nonpriority creditor's name and mailing address**

**Vinas, Victoria**
**8501 Northton Groves Blvd. #B**
**Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.340 0**

**Nonpriority creditor's name and mailing address**

**Vinson, Karen**
**7726 Canterbury Circle**
**Lakeland, FL 33810**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.340 1**

**Nonpriority creditor's name and mailing address**

**Vinson, Matthew**
**233 Lake Davenport Blvd.**
**Davenport, FL 33897**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.340 2**

**Nonpriority creditor's name and mailing address**

**Vinson, Robert**
**Rhonda Vinson**
**2151 21st Ave North**
**St. Petersburg, FL 33713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.340 3**

**Nonpriority creditor's name and mailing address**

**Violette, Keith**
**350 69th St. North**
**Clearwater, FL 00033-7654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.340 4**

**Nonpriority creditor's name and mailing address**

**Violette, Keith**
**PO Box 5441**
**Clearwater, FL 33758-5441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.340 5**

**Nonpriority creditor's name and mailing address**
**Visaggio, Dean**
**Kim Visaggio**
**15662 Lemon Fish Dr.**
**Lakewood Ranch, FL 34202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 6**

**Nonpriority creditor's name and mailing address**
**Vitale, Nicole**
**179 Sunward Ave**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 7**

**Nonpriority creditor's name and mailing address**
**Vitaliy, Rush**
**Joulia Vitaliy**
**2827 Riddle Drive**
**Winter Park, FL 32789**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 8**

**Nonpriority creditor's name and mailing address**
**Vivero, Edgard & Glenda**
**14745 Huntcliff Parkway**
**Orlando, FL 32824**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 9**

**Nonpriority creditor's name and mailing address**
**Vivero, Jennifer**
**1473 Piedmonte Dr**
**Deltona, FL 32725**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.341 0**

**Nonpriority creditor's name and mailing address**
**Vivero, Jennifer**
**1467 East Hartley Circle**
**Dehoria, FL 32725**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.341 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vivian Patterson**
**225 Sandkey Estate Drive**
**Clearwater, FL 33767**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vivona, Marco**
**1406 Bloomingdale Trails Blvd**
**Brandon, FL 33511**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vogel, Gregory**
**182 69th Avenue North**
**St. Petersburg, FL 33702**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vojakovic (Sivertsen), Nancy**
**3527 Richboro Drive**
**Holiday, FL 34691**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vojtko, Angel**
**8530 Heyward Rd**
**Tampa, FL 33635**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vold, Royce**
**Michael Vold**
**2222 Indian Key Drive**
**Holiday, FL 34691**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.341.7**

**Nonpriority creditor's name and mailing address**
**Von Ahn Associates, Inc.**
**2271 McGregor Blvd., 2nd Floor**
**Ft. Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.341.8**

**Nonpriority creditor's name and mailing address**
**Vose, Stephen**
**15912 Dawson Ridge Dr.**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.341.9**

**Nonpriority creditor's name and mailing address**
**Wade, Susan**
**165 2oth Ave. SE**
**St. Petersburg, FL 33705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342.0**

**Nonpriority creditor's name and mailing address**
**Wadsworth, Robert**
**Claudia Wadsworth**
**1504 Little Hawk**
**Ruskin, FL 33570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342.1**

**Nonpriority creditor's name and mailing address**
**Wagner, Don**
**Peggy Wagner**
**5091 38th St. S**
**St. Petersburg, FL 33711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342.2**

**Nonpriority creditor's name and mailing address**
**Wagner, Katherine L.**
**7230 4th St. N., Lot 607**
**Saint Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342.3**

**Nonpriority creditor's name and mailing address**
**Wagner, Roy**
**121 E. Quemasia Ave. - #321**
**McAllen, TX 78504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.342
4**

**Nonpriority creditor's name and mailing address**

**Wagner, Tami**
**Jack Wagner**
**2853 Mayflower Loop**
**Clermont, FL 34714**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342
5**

**Nonpriority creditor's name and mailing address**

**Wagoner, Richard**
**2394 Nash Street**
**Clearwater, FL 33765**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342
6**

**Nonpriority creditor's name and mailing address**

**Waibel, Michael**
**Jennifer Waibel**
**5231 Corvette Drive**
**Tampa, FL 33624**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342
7**

**Nonpriority creditor's name and mailing address**

**Wainwright, Danielle**
**1312 Sugar Maple Ln**
**Brandon, FL 33511**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342
8**

**Nonpriority creditor's name and mailing address**

**Wakeen, Pamela**
**David Wakeen**
**525 Richards Ave**
**Clearwater, FL 33755**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342
9**

**Nonpriority creditor's name and mailing address**

**Waldron, Louis**
**Suzzette Waldron**
**13180 St. Rd 62**
**Parrish, FL 34219**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.343 0**

**Nonpriority creditor's name and mailing address**

**Waldron, Roger**
**Norman Waldron**
**15890 Country Rd. Unit 675**
**Parrish, FL 34219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343 1**

**Nonpriority creditor's name and mailing address**

**Walker, Clearice**
**2750 NW 56th Ave. Apt 322**
**Lauderhill, FL 33313**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343 2**

**Nonpriority creditor's name and mailing address**

**Walker, George**
**1222 Citrus Hill Court**
**Seffner, FL 33584**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343 3**

**Nonpriority creditor's name and mailing address**

**Walker, Gregory**
**Judith Walker**
**13286 75 Ave N.**
**Seminole, FL 33776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343 4**

**Nonpriority creditor's name and mailing address**

**Walker, Tammi**
**Tyrone Fisher (Jail)**
**1209 Alhambra Crest Dr.**
**Ruskin, FL 33570**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343 5**

**Nonpriority creditor's name and mailing address**

**Wallace, Bonnie**
**1401 Georgia Ave**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.343 6**

**Nonpriority creditor's name and mailing address**

**Wallace, Tammara**
**Patrick Charles**
**1406 Oak Pond St**
**Ruskin, FL 33570**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.343 7**

**Nonpriority creditor's name and mailing address**

**Wallace, Trevor**
**Loretta Wallace**
**3271 NW 103rd Terrace**
**Sunrise, FL 33351**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.343 8**

**Nonpriority creditor's name and mailing address**

**Walsh, Patrick**
**Catherine Walsh**
**3616 Stephen Road**
**Lady Lake, FL 32159**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.343 9**

**Nonpriority creditor's name and mailing address**

**Walter, Brenda-**
**Shawn Walter**
**8999 55th Street**
**Pinellas Park, FL 33782**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.344 0**

**Nonpriority creditor's name and mailing address**

**Walter, Lawrence**
**Angel Walter**
**2896 Magnolia Blossom Circke**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.344 1**

**Nonpriority creditor's name and mailing address**

**Walters, Gene**
**10030 Colonnade Drive**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.344 2**

**Nonpriority creditor's name and mailing address**

**Walton, Christopher**
**8500 Belcher Rd Apt 1501**
**Pinellas Park, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344 3**

**Nonpriority creditor's name and mailing address**

**Walton, Paul**
**Barbara Walton**
**PO Box 6360**
**Sefner, FL 33583-6360**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344 4**

**Nonpriority creditor's name and mailing address**

**Ward, James**
**Gloria Ward**
**7028 40th Ct. E.**
**Ellenton, FL 34222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344 5**

**Nonpriority creditor's name and mailing address**

**Ward, Kenneth and Lauren McFaul**
**199 Antigua Dr.**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344 6**

**Nonpriority creditor's name and mailing address**

**Ward, Michael**
**Martha Ward**
**497 Seacrest Ave.**
**Merritt Island, FL 32952**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344 7**

**Nonpriority creditor's name and mailing address**

**Warfield, Eldon**
**Kimberly Shaw; Walter Middlekauff, Janet**
**2617 Cove Cay Drive # 101**
**Clearwater, FL 33760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.344**
**8**

**Nonpriority creditor's name and mailing address**

**Wark, Wendy**
**2508 Chateau Dr**
**Lutz, FL 33559**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344**
**9**

**Nonpriority creditor's name and mailing address**

**Warkenthien, Pamela**
**William Warkenthien**
**17922 Glenapp Drive**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.345**
**0**

**Nonpriority creditor's name and mailing address**

**Warman, Thomas**
**Mary Harley**
**14900 East Orange Lake Blvd**
**Kissimmee, FL 34711**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.345**
**1**

**Nonpriority creditor's name and mailing address**

**Warminski, Jami**
**11182 Lakeland Circle**
**Ft. Myers, FL 33913**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.345**
**2**

**Nonpriority creditor's name and mailing address**

**Warner, David**
**Tracy Warner**
**6405 Yorkshire Rd.**
**Tampa, FL 33634**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.345**
**3**

**Nonpriority creditor's name and mailing address**

**Warner, Stephen**
**Pamela Warner**
**4110 7th St SW**
**Lehigh Acres, FL 33976**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.345 4**

Nonpriority creditor's name and mailing address

**Warnock, Pamela Diane**
**581 Sidney Drive**
**Lake Helen, FL 32744**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345 5**

Nonpriority creditor's name and mailing address

**Warren,  Patricia**
**Todd Warren**
**13439 Drayton Drive**
**Spring Hill, FL 34609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345 6**

Nonpriority creditor's name and mailing address

**Warren, Samuel**
**Edith Warren**
**2500 6th St. W**
**Lehigh Acres, FL 33971**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345 7**

Nonpriority creditor's name and mailing address

**Washington, Daphne**
**d& D academy**
**19240 Wood Sage Dr.**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345 8**

Nonpriority creditor's name and mailing address

**Waterman, Duane**
**Deanna Waterman**
**1500 Tawny Berry Ct.**
**Trinity, FL 34655**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345 9**

Nonpriority creditor's name and mailing address

**Wathey, John**
**6802 Wellington Ave**
**Tampa, FL 33604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.346 0**

**Nonpriority creditor's name and mailing address**

**Watson, Valerie**
**Amos Watson**
**12912 Big Sur Drive**
**Tampa, FL 33625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.346 1**

**Nonpriority creditor's name and mailing address**

**Watters, Jeffrey and Debra**
**4550 Rocky River Rd. W**
**Jacksonville, FL 32224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.346 2**

**Nonpriority creditor's name and mailing address**

**Watts, Jessica**
**6339 Magnolia Trails Lane**
**Cape Coral, FL 33990**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.346 3**

**Nonpriority creditor's name and mailing address**

**Watts, Robert**
**Ashley Watts**
**3017 13th Ave. W.**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.346 4**

**Nonpriority creditor's name and mailing address**

**Watts, Robert**
**Ashley Watts**
**5 Partridge Lane**
**Sudbury, MA 01776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.346 5**

**Nonpriority creditor's name and mailing address**

**Watts, Yovonni**
**6339 Magnolia Trails Lane**
**Gibsonton, FL 33534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.346 6**

**Nonpriority creditor's name and mailing address**
**Wayne, Allen**
**Violet Wayne**
**18096 Celia Ave.**
**Brooksville, FL 34604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.346 7**

**Nonpriority creditor's name and mailing address**
**Weaver, Carl**
**3814 SW 1st St**
**Cape Coral, FL 33991**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.346 8**

**Nonpriority creditor's name and mailing address**
**Weaver, Nathan and Jody**
**4711 W Trapnell Road**
**Plant City, FL 33566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.346 9**

**Nonpriority creditor's name and mailing address**
**Webb, John**
**810 Lotus Path**
**Clearwater, FL 33756**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.347 0**

**Nonpriority creditor's name and mailing address**
**Webber, Sally**
**15061 Cloverdale Drive**
**Ft. Myers, FL 33919**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.347 1**

**Nonpriority creditor's name and mailing address**
**Weeks, Dale**
**1803 Kim Acres Lane**
**Dover, FL 33527**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.347 2 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weiler, Robin a/k/a Robin Nolan**
**Kevin Nolan**
**7152 Grand Blvd.**
**New Port Richey, FL 34652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 3 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weintraub, Steven**
**Jessica Weintraub**
**7808 Bay Drive**
**Tampa, FL 33635**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 4 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weir, Sylvia**
**Lennox Weir**
**1730 Bay Berry Drive**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 5 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weis, Stephen**
**PO Box 234**
**St.Pete, FL 33731-0234**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 6 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weissburg, Philip**
**508 Clear Rd**
**Ocala, FL 34472**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 7 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Welch, Adelia**
**David Welch**
**11071 62nd Street**
**Pinellas Park, FL 33782**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.347 8**

**Nonpriority creditor's name and mailing address**

**Welch, Pacita**
**7537 Humboldt Ave**
**New Port Richey, FL 34658**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.347 9**

**Nonpriority creditor's name and mailing address**

**Welch, Resper**
**1202 SE 5th Ave**
**Crystal River, FL 34429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.348 0**

**Nonpriority creditor's name and mailing address**

**Wellington, Lauren**
**136 village Green Ave**
**St. Johns, FL 32259**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.348 1**

**Nonpriority creditor's name and mailing address**

**Wells, Daniel**
**Kaatjeluke Wells**
**6401 East Tenison St.**
**Inverness, FL 34452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.348 2**

**Nonpriority creditor's name and mailing address**

**Wells, Jack**
**1059 Hemingway Drive**
**Deltona, FL 32725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.348 3**

**Nonpriority creditor's name and mailing address**

**Welters, Dawn**
**205 Tifton Street**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
| --- | --- | --- | --- |
| | Name | | |

| 3.348 4 | | | **Unknown** |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Wencka, John**
**6819 Spencer Circle**
**Tampa, FL 33610**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.348 5 | | | **Unknown** |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Wendland, Keith**
**Raquel Wendland**
**1118 Lakemont Drive**
**Valrico, FL 33594**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.348 6 | | | **Unknown** |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Wenninger, Al**
**10221 Garden Alcove Dr.**
**Tampa, FL 33647**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.348 7 | | | **Unknown** |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Wenzel, Tammy**
**Corey Wenzel**
**819 17th Ave. N.**
**St. Petersburg, FL 33704**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.348 8 | | | **Unknown** |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Werner, John**
**Lucy Werner**
**9808 Carr Road**
**Riverview, FL 33569**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.348 9 | | | **Unknown** |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Werts, Bhagpatie**
**1325 Calathea Drive**
**Orlando, FL 32718**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.349
0**

**Nonpriority creditor's name and mailing address**

**Wesner, Daniel
Peggy Wesner
111 92nd Ave NE
St. Petersburg, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.349
1**

**Nonpriority creditor's name and mailing address**

**West, Kenneth Jerome
Tamekia West
8218 Natchez Street
Tampa, FL 33633**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.349
2**

**Nonpriority creditor's name and mailing address**

**Westergom, William
Jennifer Westergom
4006 Lake Haven Blvd.
Sebring, FL 33875**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.349
3**

**Nonpriority creditor's name and mailing address**

**Weston, Melissa
12111 Corinithian St.
Spring Hill, FL 34609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.349
4**

**Nonpriority creditor's name and mailing address**

**Whetstone, Christine
Scott Whetstone
6767 Kenwood Dr.
North Port, FL 34287**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.349
5**

**Nonpriority creditor's name and mailing address**

**Whidden, Steven
8305 Canterbury Lake
Tampa, FL 33619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|--------|---------------------------|------------------------|----------------------|
| | Name | | |

---

**3.349 6**

**Nonpriority creditor's name and mailing address**

**White, Alana**
**3204 Geneva Circle**
**Plant City, FL 33563**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.349 7**

**Nonpriority creditor's name and mailing address**

**White, Delores Kay and Larry Edward**
**5558 N Carnation Drive**
**Beverly Hills, FL 34465**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.349 8**

**Nonpriority creditor's name and mailing address**

**White, Marc**
**Donna White**
**PO Box 4677**
**Tampa, FL 33677-4677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.349 9**

**Nonpriority creditor's name and mailing address**

**White, Nancy**
**1250 Gladstone Drive**
**Deltona, FL 32725**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.350 0**

**Nonpriority creditor's name and mailing address**

**White, Sean**
**1000 Doyle Road**
**Deltona, FL 32725**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.350 1**

**Nonpriority creditor's name and mailing address**

**White, Shawn**
**Kysha Mordica**
**30110 Emmetts Court**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.350 2**

**Nonpriority creditor's name and mailing address**

**White, Wiley**
**Wanda White**
**12821 Pecan Tree Dr.**
**Hudson, FL 34669**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.350 3**

**Nonpriority creditor's name and mailing address**

**Whitehurst, William**
**2483 Bentley Drive**
**Palm Harbor, FL 34684**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.350 4**

**Nonpriority creditor's name and mailing address**

**Whitfield, Barton**
**Tannette whitfield**
**755 Bayou Blvd S.**
**St. Petersburg, FL 33705**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.350 5**

**Nonpriority creditor's name and mailing address**

**Whitlock, Anne**
**William Whitlock**
**3603 Omar Ave.**
**Tampa, FL 33629**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.350 6**

**Nonpriority creditor's name and mailing address**

**Whitlock, Krystal**
**311 S. Arrawana Ave Unit 3**
**Tampa, FL 33609**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.350 7**

**Nonpriority creditor's name and mailing address**

**Whitlow, Daniel**
**Michele Whitlow**
**2605 Raehn Street Unit 1 & 2**
**Orlando, FL 32806**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.350 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Whittington, Doug**
**Stacey Whittington**
**5111 28th Ave. N.**
**St. Petersburg, FL 33710**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.350 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Whittington, Kevin**
**8723 Sandy Plains Dr.**
**Riverview, FL 33578**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wickens, John**
**Shonna Wickens**
**2820 Tulane Drive**
**Cocoa, FL 32926**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Widunas, George**
**6469 Shoal Creek Street Circle**
**Bradenton, FL 34202**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Widunas, George**
**3110 Cedar St.**
**Ellenton, FL 34222**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wiebe, Peter**
**816 E. Flag Lane**
**Kissimmee, FL 34759**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.351 4**

**Nonpriority creditor's name and mailing address**

**Wiedman, Bonnie**
**William Wiedeman**
**4618 37th St East**
**Bradenton, FL 34203**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.351 5**

**Nonpriority creditor's name and mailing address**

**Wiesner, Paul H.**
**127 Brent Circle**
**Oldsmar, FL 34677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.351 6**

**Nonpriority creditor's name and mailing address**

**Wikkeling, Wilfred**
**Brunilda Reyes**
**743 Marion Oak Lane**
**Ocala, FL 34473**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.351 7**

**Nonpriority creditor's name and mailing address**

**Wilkerson, Pamela**
**345 Bayshore Blvd. #1207**
**Tampa, FL 33606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.351 8**

**Nonpriority creditor's name and mailing address**

**Wilkinson, Edgar**
**Janet Wilkinson**
**11899 Remson Road**
**Jacksonville, FL 32223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.351 9**

**Nonpriority creditor's name and mailing address**

**Wilkinson-Manning, Judine**
**1418 Trail Boss Ln.**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.352 0**

Nonpriority creditor's name and mailing address

**Willette, Eliza**
**5729 Sweet William Terrace**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.352 1**

Nonpriority creditor's name and mailing address

**Williams T Merrell**
**11711 Geil Drive**
**Temple Terrace, FL 33677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.352 2**

Nonpriority creditor's name and mailing address

**Williams, Alligray**
**3504 S. 78th Street**
**Tampa, FL 33619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.352 3**

Nonpriority creditor's name and mailing address

**Williams, Almantia**
**11113 North 21st**
**Tampa, FL 15433**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.352 4**

Nonpriority creditor's name and mailing address

**Williams, Andrina**
**2218 E 113th Ave**
**Tampa, FL 33612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.352 5**

Nonpriority creditor's name and mailing address

**Williams, Brandi**
**Jonathon Williams**
**2734 Pankau Lane**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.352 6**

**Nonpriority creditor's name and mailing address**

**Williams, Eugene**
**Lynne Williams**
**16203 Glenury Ct**
**Tampa, FL 33625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.352 7**

**Nonpriority creditor's name and mailing address**

**Williams, George**
**3504 Westfield Drive**
**Brandon, FL 33511**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.352 8**

**Nonpriority creditor's name and mailing address**

**Williams, Jimmy**
**Martha Williams**
**3844 17th Ave S**
**St Pete, FL 33711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.352 9**

**Nonpriority creditor's name and mailing address**

**Williams, Lawrence**
**Sherry Williams**
**3112 Magnola Garden Dr**
**Plant City, FL 33567**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.353 0**

**Nonpriority creditor's name and mailing address**

**Williams, Michael**
**Donna Williams**
**9500 135th St.**
**Seminole, FL 33776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.353 1**

**Nonpriority creditor's name and mailing address**

**Williams, Olga**
**700 S. Harbour Island Blvd., Unit 844**
**Tampa, FL 33602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.353.2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Williams, Osoth**
**1682 Winners Circle**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.353.3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Williams, Patrick**
**10347 River Bream Drive**
**Riverview, FL 33569**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.353.4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Williams, Roberta**
**7530 Lamplighter Ave.**
**North Port, FL 34287**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.353.5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Williams, Shelley**
**David Williams**
**3447 Windknob Ct.**
**Wesley Chapel, FL 33545**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.353.6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Williams, Stephen and Ava**
**5413 Rainbow Drive**
**Temple Terrace, FL 33617**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.353.7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Williams, Steven**
**3421 Eagleridge Ct.**
**Valrico, FL 33596**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

**3.353 8**

**Nonpriority creditor's name and mailing address**

**Williams, Suzanne**
**Demetric Williams**
**2890 Dunhill Circle**
**Lakeland, FL 33810**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.353 9**

**Nonpriority creditor's name and mailing address**

**Williams, T Merrell**
**11711 Geil Drive**
**Temple Terrace, FL 33677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.354 0**

**Nonpriority creditor's name and mailing address**

**Williams, William**
**Norene Williams**
**12428 Windtree Blvd.**
**Seminole, FL 33772**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.354 1**

**Nonpriority creditor's name and mailing address**

**Williamson, Kristie**
**1314 25th St**
**Galveston, TX 77550**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.354 2**

**Nonpriority creditor's name and mailing address**

**Williger, Cathy**
**William Williger**
**700 Starkey Road**
**Largo, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.354 3**

**Nonpriority creditor's name and mailing address**

**Willis, Adam**
**Christina Willis**
**2424 Navarez Ave.**
**Safety Harbor, FL 34695**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.354 4**

**Nonpriority creditor's name and mailing address**

**Willis, Alvin**
**Willis, Julie**
**225 Golf Aire Blvd**
**Haines City, FL 33844**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.354 5**

**Nonpriority creditor's name and mailing address**

**Wills- Ramos, Stacey**
**Stacy Wills**
**29924 Morningmist Drive**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.354 6**

**Nonpriority creditor's name and mailing address**

**Wilson, Hattie**
**1106 Frederick Lane**
**Brandon, FL 33511**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.354 7**

**Nonpriority creditor's name and mailing address**

**Wilson, Justin C.**
**Siam Wilson**
**3512 Trapnell Ridge Dr.**
**Plant City, FL 33567**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.354 8**

**Nonpriority creditor's name and mailing address**

**Wilson, Leslie**
**2772 Capwood Lane**
**Clearwater, FL 33761**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.354 9**

**Nonpriority creditor's name and mailing address**

**Wilson, Linda**
**302 Lakeview Blvd.**
**Winter Haven, FL 33880**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Stay In My Home, P.A.**
Name

Case number (if known)    **8:18-bk-8436-RCT**

---

| 3.355 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wilson, Richard C.**
**2817 Laurel Leaf Dr.**
**Valrico, FL 33594**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wilson, Steven**
**Nilza Wilson**
**955 Wicketron Drive**
**Brandon, FL 33510**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wilson, Susan**
**1211 Royal Palm Drive South**
**St. Petersburg, FL 33707**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wilson, Susan**
**2101 SE Beach Drive**
**St. Petersburg, FL 33705**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wilson, Thomas and Judith**
**6719 Lockwood Rodge RD**
**Sarasota, FL 34231**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wilson, Todd**
**Tanya Wilson**
**6636 Royal Forest Drive**
**Lakeland, FL 33811**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.355 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilson, Victor**
**Lori Shank- Wilson**
**4660 5th Ave South**
**St. Pete, FL 33711**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wiltse, James**
**PO Box 1528**
**Titusville, FL 32781-1528**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Winant, Geoff**
**Rhia Winant**
**17323 Linda Vista Cir**
**Lutz, FL 33548**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Windsor, Paul**
**Sherry Windsor**
**1082 Brielle Court**
**Oviedo, FL 32765**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Winoker, Renee**
**Jason Winoker**
**5658 Tughill Dr.**
**Tampa, FL 33624**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Winsor, Maureen**
**DR, David Windsor**
**4200 Eagle Nest Court**
**Port Charlotte, FL 33948**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.356 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Winter, Rodney**
**1459 Ridgelone Road**
**Clearwater, FL 33755**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Winterol, Shauna**
**61 Brown Street**
**Waltham, MA 02453**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Winters, Gregory**
**Deann Winters**
**4501 Horse shoe Lake Way**
**Plant City, FL 33565**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Winters, Larry**
**2534 W. Walnut Street**
**Tampa, FL 33607**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wise, Kevin and Allison**
**641 Westview Drive**
**Minneola, FL 34715**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wittke, Edward**
**1874 Seclosiom Drive**
**Port Orange, FL 32128**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.356 8**

**Nonpriority creditor's name and mailing address**

**Wofford, Ray**
**Xiomara Wofford**
**3560 Crump Rd.**
**Winter Haven, FL 33881**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.356 9**

**Nonpriority creditor's name and mailing address**

**Wogan, Dan**
**Joyce Wogan**
**3385 Mangrove Drive**
**Spring Hill, FL 34607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.357 0**

**Nonpriority creditor's name and mailing address**

**Wolf, Karen**
**Jeffrey Wolf**
**7707 Franklin Road**
**Plant City, FL 33565-3135**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.357 1**

**Nonpriority creditor's name and mailing address**

**Womitso, Koffi**
**6718 Running Woods Drive**
**Tampa,, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.357 2**

**Nonpriority creditor's name and mailing address**

**Woo, Glendon**
**12521 Chenwood Ave.**
**Hudson, FL 34669**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.357 3**

**Nonpriority creditor's name and mailing address**

**Wood, Francis**
**Wood, Carol**
**1512 Seagull Drive South**
**St. Pete, FL 33707**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.357 4**

**Nonpriority creditor's name and mailing address**

**Wood, Terry L.**
**4465 Feather St**
**Cocoa, FL 32927**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.357 5**

**Nonpriority creditor's name and mailing address**

**Woodall, David**
**8426 Silver Way Unit 36A**
**Tampa, FL 33615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.357 6**

**Nonpriority creditor's name and mailing address**

**Woodard, Charles**
**145 Highland Ave**
**Auburndale, FL 33823**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.357 7**

**Nonpriority creditor's name and mailing address**

**Woodard, Cynthia**
**570 Ave East SE**
**Winter Haven, FL 33880**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.357 8**

**Nonpriority creditor's name and mailing address**

**Woodard, Karen**
**1926 Papaya Drive**
**South Daytona, FL 32119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.357 9**

**Nonpriority creditor's name and mailing address**

**Wooden, Otis**
**Rosa Wooden**
**1001 East Lake Ave**
**Tampa, FL 33605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.358
0**

**Nonpriority creditor's name and mailing address**

**Woodson, Kelvin
2215 Snow Flake Place
Riverview, FL 33578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358
1**

**Nonpriority creditor's name and mailing address**

**Woolen, Donald
53530 Puliver Road
Three Rivers, FL 49093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358
2**

**Nonpriority creditor's name and mailing address**

**Woomer, Todd
Tara Woomer
320 Carnation Lane
Hurst, TX 76053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358
3**

**Nonpriority creditor's name and mailing address**

**Wozniak, Carol
6084 Lamont St.
St. Cloud, FL 34771**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358
4**

**Nonpriority creditor's name and mailing address**

**Wright, Charles
Diana Wright
96 Adalia Ave
Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358
5**

**Nonpriority creditor's name and mailing address**

**Wright, Gail
6703 South Himes Ave
Tampa, FL 33611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.358 6**

**Nonpriority creditor's name and mailing address**
**Wright, Gerald**
**Audrey Garcia**
**3724 Harbor Heights Dr.**
**Largo, FL 33774**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.358 7**

**Nonpriority creditor's name and mailing address**
**Wright, Jerry**
**Ann Wright**
**3519 Umber Road**
**Holiday, FL 34691**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.358 8**

**Nonpriority creditor's name and mailing address**
**Wright, Karel**
**1639 Oakmont Avenue**
**Orlando, FL 32804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.358 9**

**Nonpriority creditor's name and mailing address**
**Wright, Terri**
**Rafael Wright**
**19106 Cormonant Cove Place**
**Tampa, FL 33647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.359 0**

**Nonpriority creditor's name and mailing address**
**Wunduke, Stephen**
**556 S. Cochran Rd.**
**Geneva, FL 32732**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.359 1**

**Nonpriority creditor's name and mailing address**
**Wurst, Gene**
**Maria Wurst**
**14404 Grassy Cove Circle**
**Orlando, FL 32824**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.359 2**

**Nonpriority creditor's name and mailing address**

**Wyatt, Timothy**
**Elizabeth Moore**
**9020 Lido Lane**
**Port Richey, FL 34668**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359 3**

**Nonpriority creditor's name and mailing address**

**Wynn, Carolyn**
**11240 Cedar Hollow Lane**
**Tampa, FL 33618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359 4**

**Nonpriority creditor's name and mailing address**

**Wyszczelski, Donald**
**Charmagne Wyszczelski**
**10330 36th Way N.**
**Clearwater, FL 33762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359 5**

**Nonpriority creditor's name and mailing address**

**Xiques, Paul**
**17042 Nature Trail**
**Lutz, FL 33588**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359 6**

**Nonpriority creditor's name and mailing address**

**Xu, Ping**
**12033 Gandy Blvd. Suite #175**
**St. Petersburg, FL 33702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359 7**

**Nonpriority creditor's name and mailing address**

**Yablonski, Patricia & William McCormick**
**Katherine McCormick**
**235 - Sixth Avenue North**
**St. Petersburg, FL 33701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.359 8**

**Nonpriority creditor's name and mailing address**

**Yarbrough, Antoinette**
**3766 Evans Samuel Drive**
**Jacksonville, FL 32210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359 9**

**Nonpriority creditor's name and mailing address**

**Yarde, David St. Michael**
**Queen Ester  Yarde**
**11501 NW 24th Street**
**Plantation, FL 33323**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.360 0**

**Nonpriority creditor's name and mailing address**

**Yates, Mark**
**Linda Yates**
**1181 South Sumter Blvd #275**
**North Port, FL 34287**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.360 1**

**Nonpriority creditor's name and mailing address**

**Yates, Matthew**
**6516 Nad Dr.**
**Jacksonville, FL 32216**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.360 2**

**Nonpriority creditor's name and mailing address**

**Yelvington, Susan**
**James Yelvington**
**3115 Sleepy Hill Rd**
**Lakeland, FL 33810**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.360 3**

**Nonpriority creditor's name and mailing address**

**Yezzi, John and Rita**
**3408 Laurel Leaf Drive**
**Orange Park, FL 32065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.360 4**

**Nonpriority creditor's name and mailing address**
**Yonke, Debra**
**15928 Marshfield Sr**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.360 5**

**Nonpriority creditor's name and mailing address**
**Young, Balbina**
**Lawrence Young**
**21122 Tangor Rd.**
**Land O'Lakes, FL 34637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.360 6**

**Nonpriority creditor's name and mailing address**
**Young, Barrington**
**Yvonne Young**
**PO Box 705**
**Loughman, FL 33858-0705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.360 7**

**Nonpriority creditor's name and mailing address**
**Young, Bruce**
**Laurie Young**
**3170 Dudley Drive**
**Deltona, FL 32738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.360 8**

**Nonpriority creditor's name and mailing address**
**Young, David**
**Robin Young**
**3704 Gaviota Drive**
**Ruskin, FL 33573**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.360 9**

**Nonpriority creditor's name and mailing address**
**Young, Deborah**
**8305 Summer Grove Rd.**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.361 0**

**Nonpriority creditor's name and mailing address**
**Young, Jason**
**Sun Young**
**5926 Candytuft Pl.**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.361 1**

**Nonpriority creditor's name and mailing address**
**Young, Jason**
**Sun Young**
**5725 Justicia Loop**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.361 2**

**Nonpriority creditor's name and mailing address**
**Young, Jason**
**Sun Young**
**5821 Justicia Loop**
**Land O'Lakes, FL 34639**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.361 3**

**Nonpriority creditor's name and mailing address**
**Young, Paul**
**Shirley Young**
**9299 91st St**
**Seminole, FL 33777**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.361 4**

**Nonpriority creditor's name and mailing address**
**Young, Robert**
**Karen Young**
**1508 Nittany Ct.**
**Valrico, FL 33596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.361 5**

**Nonpriority creditor's name and mailing address**
**Young, Tamara**
**1056 George Ave.**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.361 6**

**Nonpriority creditor's name and mailing address**
**Yuki Tibaudo**
**9376 Mustard Leaf Dr.**
**Orlando, FL 32827**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

| 3.361 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yulee, Faith**
**6390 Colonial Grand # 205**
**Tampa, FL 33647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yuth Mar, Som**
**5412 57th Ave North**
**St. Petersburg, FL 33709**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zaben, Reyad**
**Lamih Abdelqader**
**18013 Forest Retreat Lane**
**Tampa, FL 33647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zadoorian, Jan**
**Joanne Zadoorian**
**9307 Van Allen Way**
**Spring Hill, FL 34608**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zajac, Steve**
**1741 Atwater Drive**
**North Port, FL 34288**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zakrzewska**
**Dan Phearson**
**970 Boca Ciega Isle Drive**
**St. Petersburg, FL 33706**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

**3.362 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zalewski, Gary** | ☑ Contingent | |
| **cindy Zalewski** | ☑ Unliquidated | |
| **14822 Brookridge Blvd** | ☐ Disputed | |
| **Brooksville, FL 34613** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.362 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zamora, Fabian and Elzbieta** | ☑ Contingent | |
| **8752 Huntfield Street** | ☑ Unliquidated | |
| **Tampa, FL 33635** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.362 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zamora, Nancy** | ☑ Contingent | |
| **Roberto Zamora** | ☑ Unliquidated | |
| **9813 Long Meadow Dr.** | ☐ Disputed | |
| **Tampa, FL 33615** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.362 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zapico, Jose** | ☑ Contingent | |
| **Cindy Zapico** | ☑ Unliquidated | |
| **9230 Estate Cove Cr.** | ☐ Disputed | |
| **Riverview, FL 33569** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.362 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zarayasi, Percy** | ☑ Contingent | |
| **518 Maydell Dr.** | ☑ Unliquidated | |
| **Tampa, FL 33619** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.362 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zawada, Andrew** | ☑ Contingent | |
| **9232 Kathleen Road** | ☑ Unliquidated | |
| **Lakeland, FL 33810** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.362
9**

**Nonpriority creditor's name and mailing address**

**Zayas, Jorge**
**P.O. Box 75694**
**Tampa, FL 33675-5694**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363
0**

**Nonpriority creditor's name and mailing address**

**Zayas, Marilyn**
**Roberta Zayas**
**28914 Ravello Street**
**Land O'Lakes, FL 34639**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363
1**

**Nonpriority creditor's name and mailing address**

**Zeigel, Lanny**
**20223 Still Wind Drive**
**Tampa, FL 33617**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363
2**

**Nonpriority creditor's name and mailing address**

**Zeitler, Kurt**
**Marianna Zeitler**
**1121 16th Street NE**
**Naples, FL 34120**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363
3**

**Nonpriority creditor's name and mailing address**

**Zerne, Roger**
**Doreen Zerne**
**955 Steeple Chase Lane**
**Orange Park, FL 32065**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363
4**

**Nonpriority creditor's name and mailing address**

**Ziede, Mary**
**James Ziede**
**5615 Hawlake Road**
**Lithia, FL 33547-5800**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.363**
**5**

**Nonpriority creditor's name and mailing address**

**Ziegler, Doreen**
**3130 Shady Lily Lane**
**Land O'Lakes, FL 34638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363**
**6**

**Nonpriority creditor's name and mailing address**

**Ziencina, Lori**
**6808 Dickinon Court**
**Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363**
**7**

**Nonpriority creditor's name and mailing address**

**Ziniel, Michelle**
**3748 22nd Ave. S.**
**St. Petersburg, FL 33711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363**
**8**

**Nonpriority creditor's name and mailing address**

**Zivolich, Nicholas A**
**3117 Oyster Bayou Way**
**Clearwater, FL 33759**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363**
**9**

**Nonpriority creditor's name and mailing address**

**Zoeller, Bob**
**Katherine Zoeller**
**11601 Addison Chase Drive**
**Riverview, FL 33579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.364**
**0**

**Nonpriority creditor's name and mailing address**

**Zuberer, Elizabeth**
**4601 South Clark Ave**
**Tampa, FL 33611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number (if known) | **8:18-bk-8436-RCT** |
|---|---|---|---|
| | Name | | |

| 3.364 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zwain, Mike**
**Katie Battaglia**
**33125 O'Dell Ave**
**Dade City, FL 33523**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.364 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zweibach, Stephen**
**Nancy Rayborn**
**1013 Winchester Lane**
**Valrico, FL 33594**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.364 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zynski,(Zdiezynski) Marek**
**Violette Zynski**
**2208 Pinnacle Circle South**
**Palm Harbor, FL 34684**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 267.04 |
| 5b. Total claims from Part 2 | 5b. + | $ | 73,912.44 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 74,179.48 |

---

**Fill in this information to identify the case:**

Debtor name  **Stay In My Home, P.A.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)  **8:18-bk-8436-RCT**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Contract for services** <br><br>     State the term remaining <br><br>     List the contract number of any government contract | **Adobe Systems, Inc.** <br> **345 Park Ave.** <br> **San Jose, CA 95110-2704** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Amicus Attorney** <br><br>     State the term remaining <br><br>     List the contract number of any government contract | **Athena Law, PLLC** <br> **13272 112th St. N.** <br> **Largo, FL 33778** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Contract for services** <br><br>     State the term remaining <br><br>     List the contract number of any government contract | **Business Records Management** <br> **PO Box 629** <br> **Clearwater, FL 33757-0629** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Amicus Attorney** <br><br>     State the term remaining <br><br>     List the contract number of any government contract | **Gavel & Gown Software, Inc.** <br> **Amicus Attorney** <br> **365 Bay St., #700** <br> **Toronto, ON M5H 2V1** <br> **CANADA** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Stay In My Home, P.A.** | | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office located at 447 3rd Ave. N., St. Petersburg, Florida** | |
|---|---|---|---|
| | State the term remaining | | **Great States Mortgage** |
| | List the contract number of any government contract | | **447 Third Ave. N., Suite 203, St. Petersburg, FL 33701** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for services** | |
|---|---|---|---|
| | State the term remaining | | **Hermes Consulting USA, LLC** |
| | List the contract number of any government contract | | **308 Jake Tucker Rd. Midland, NC 28107-9359** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for services** | |
|---|---|---|---|
| | State the term remaining | | **Intuit, Inc. (Quickbooks)** |
| | List the contract number of any government contract | | **Attn: Legal Department 2700 Coast Ave. Mountain View, CA 94043** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for services** | |
|---|---|---|---|
| | State the term remaining | | **Lexis Nexis** |
| | List the contract number of any government contract | | **PO Box 7247-7090 Philadelphia, PA 19170-7090** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for services** | |
|---|---|---|---|
| | State the term remaining | | **Lord Scott, PLLC** |
| | List the contract number of any government contract | | **400 N. Ashley Dr., #2600 Tampa, FL 33602** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for services** | |
|---|---|---|---|
| | State the term remaining | | **Thomas Reuters (WestLaw)** |
| | List the contract number of any | | **4064 Ligustrum Dr. Palm Harbor, FL 34685** |

| Debtor 1 | **Stay In My Home, P.A.** | | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name __**Stay In My Home, P.A.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION__

Case number (if known) __**8:18-bk-8436-RCT**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Mark P. Stopa** | **7351 Sawgrass Pt. Dr.**<br>**Pinellas Park, FL 33782** | **Unknown** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Richard Mockler** | **Disputed as to any liability** | **Intuit, Inc.**<br>**(Quickbooks)** | ☐ D _____<br>■ E/F __3.1568__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Stay In My Home, P.A.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)  **8:18-bk-8436-RCT**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

**The undersigned has completed the Schedules to the best of his information and belief.  The books and records do not appear to have been maintained.  Certain records and computer equipment were seized, which further complicated any attempts to reconstruct the books and records.  In addition, the undersigned was not actively involved in the firm's operation until July 30, 2018, and does not possess a significant understanding of the Debtor's pre-petition operations.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on ___10/26/2018___    x _____
                                   Signature of individual signing on behalf of debtor

                                   **Richard J. Mockler, III**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Stay In My Home, P.A.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION__

Case number (if known) __**8:18-bk-8436-RCT**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☐ Operating a business<br>☑ Other **Gross Revenues/Sales** | **$1.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>☑ Other **Gross Revenues/Sales** | **$1.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>☑ Other **Gross Revenues/Sales** | **$1.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Undetermined - see attachment** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Stopa, Mark P.**<br>**7351 Sawgrass Pt. Dr.**<br>**Pinellas Park, FL 33782**<br>**Director** | **Numerous** | **Unknown** | **Transfers of foreclosed homes; other undetermined** |
| 4.2.  **Richard J. Mockler**<br>**4204 Elba Place**<br>**Valrico, FL 33596**<br>**Officer, Shareholder** | **August 30, 2018** | **$34,269.06** | **Shareholder Distribution for services performed and salary ($120,000 annual)** |
| 4.3.  **Mockler Dorsett, P.A.**<br>**600 N. Willow Ave., #101**<br>**Tampa, FL 33606** | **August 31, 2018** | **$2,863.44** | **Rent for Tampa Office** |
| 4.4.  **Mockler Dorsett, P.A.**<br>**600 N. Willow Ave., #101**<br>**Tampa, FL 33606** | **August 3, 2018** | **$15,291.53** | **Deposit for payroll and rent; returned to Debtor on August 7, 2018 after payment of $2,863.44 for rent.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **FDLE** | **Copiers anc computers seized** | **Unknown** | **Unknown** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

*Payments Made*
*90 Days*

| Active ⌄ | Payments sent ⌄ | All currencies ⌄ | Past 90 days ⌄ |

Showing **payments sent**. Show all transactions.

| Date | Type | Name | Payment | Gross | Fee | Net | Actions |
|------|------|------|---------|-------|-----|-----|---------|
| First 30 transactions | | | | | | | |
| Sep 18, 2018 | Recurring payment to | FUNimation.com | Pending until Sep 21, 2018 | -$5.99 USD | $0.00 | **-$5.99** | |
| Sep 5, 2018 | Payment to | ClickBank | Completed | -$29.95 USD | $0.00 | **-$29.95** | |
| Sep 3, 2018 | Payment to | Ellis Evans | Completed | -$250.00 USD | $0.00 | **-$250.00** | |
| Sep 3, 2018 | Recurring payment to | PFFA Acquisition, LLC | Completed | -$39.99 USD | $0.00 | **-$39.99** | |
| Sep 2, 2018 | Payment to | Action Network | Completed | -$59.95 USD | $0.00 | **-$59.95** | |
| Aug 26, 2018 | Purchase from | SportsHub Technologies, LLC | Completed | -$50.00 USD | $0.00 | **-$50.00** | |
| Aug 24, 2018 | Payment to | iTunes and App Store | Completed | -$1.29 USD | $0.00 | **-$1.29** | |
| Aug 22, 2018 | Payment to | Scott Pianowski | Completed | -$75.00 USD | $0.00 | **-$75.00** | |
| Aug 21, 2018 | Payment to | Sony Interactive Entertainment Network America LLC | Completed | -$21.47 USD | $0.00 | **-$21.47** | |
| Aug 18, 2018 | Recurring payment to | FUNimation.com | Completed | -$5.99 USD | $0.00 | **-$5.99** | |
| Aug 14, 2018 | Payment to | Sony Interactive Entertainment Network America LLC | Completed | -$19.99 USD | $0.00 | **-$19.99** | |
| Aug 11, 2018 | Purchase from | Fandango Media LLC | Completed | -$19.85 USD | $0.00 | **-$19.85** | |
| Aug 11, 2018 | Purchase from | Fandango Media LLC | Completed | -$28.84 USD | $0.00 | **-$28.84** | |
| Aug 9, 2018 | Payment to | Uber Technologies, Inc | Completed | -$3.00 USD | $0.00 | **-$3.00** | |
| Aug 9, 2018 | Payment to | Uber Technologies, Inc | Completed | -$20.87 USD | $0.00 | **-$20.87** | |
| Aug 7, 2018 | Payment to | SafeCart | Completed | -$19.95 USD | $0.00 | **-$19.95** | |
| Aug 6, 2018 | Payment to | Uber Technologies, Inc | Completed | -$17.89 USD | $0.00 | **-$17.89** | |
| Aug 6, 2018 | Payment to | Uber Technologies, Inc | Completed | -$3.00 USD | $0.00 | **-$3.00** | |

| Date | Type | Name | Payment | Gross | Fee | Net | Actions |
|------|------|------|---------|-------|-----|-----|---------|
| Aug 6, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$19.80 USD | $0.00 | -$19.80 |
| Aug 6, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$5.00 USD | $0.00 | -$5.00 |
| Aug 5, 2018 | Payment to | | ClickBank | Completed | -$29.95 USD | $0.00 | -$29.95 |
| Aug 2, 2018 | Payment to | | Action Network | Completed | -$59.95 USD | $0.00 | -$59.95 |
| Jul 25, 2018 | Payment to | | Sony Interactive Entertainment Network America LLC | Completed | -$14.99 USD | $0.00 | -$14.99 |
| Jul 24, 2018 | Payment to | | Scott Pianowski | Completed | -$100.00 USD | $0.00 | -$100.00 |
| Jul 21, 2018 | Payment to | | Sony Interactive Entertainment Network America LLC | Completed | -$21.47 USD | $0.00 | -$21.47 |
| Jul 18, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$31.96 USD | $0.00 | -$31.96 |
| Jul 18, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$8.00 USD | $0.00 | -$8.00 |
| Jul 18, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$3.00 USD | $0.00 | -$3.00 |
| Jul 18, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$13.55 USD | $0.00 | -$13.55 |
| Jul 18, 2018 | Recurring payment to | | FUNimation.com | Completed | -$5.99 USD | $0.00 | -$5.99 |

31 - 42 transactions

| Date | Type | Name | Payment | Gross | Fee | Net | Actions |
|------|------|------|---------|-------|-----|-----|---------|
| Jul 16, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$2.00 USD | $0.00 | -$2.00 |
| Jul 16, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$9.53 USD | $0.00 | -$9.53 |
| Jul 16, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$2.00 USD | $0.00 | -$2.00 |
| Jul 16, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$8.73 USD | $0.00 | -$8.73 |
| Jul 10, 2018 | Payment to | | Sony Interactive Entertainment Network America LLC | Completed | -$19.99 USD | $0.00 | -$19.99 |
| Jul 9, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$2.00 USD | $0.00 | -$2.00 |
| Jul 9, 2018 | Payment to | | Uber Technologies, Inc | Completed | -$7.62 USD | $0.00 | -$7.62 |
| Jul 7, 2018 | Payment to | | SafeCart | Completed | -$19.95 USD | $0.00 | -$19.95 |
| Jul 5, 2018 | Payment to | | ClickBank | Completed | -$29.95 USD | $0.00 | -$29.95 |
| Jul 3, 2018 | Purchase from | | Fandango Media LLC | Completed | -$21.17 USD | $0.00 | -$21.17 |

| Jul 2, 2018 | Payment to | Action Network | Completed | -$59.95 USD | $0.00 | -$59.95 |
| Jun 26, 2018 | Payment to | Sony Interactive Entertainment Network America LLC | Completed | -$19.99 USD | $0.00 | -$19.99 |

*Transfers 90 Days*

| Active ⌄ | | Money withdrawn ⌄ | | All currencies ⌄ | | Past 90 days ⌄ |
|---|---|---|---|---|---|---|

Showing **money withdrawn**. Show all transactions.

| Date | Type | Name | Payment | Gross | Fee | Net | Actions |
|---|---|---|---|---|---|---|---|
| Sep 6, 2018 | Withdraw to | | PayPal | Completed | -$3,000.00 USD | -$20.00 | **-$3,020.00** |
| Aug 7, 2018 | Transfer to | | Bank Account | Completed | -$14,000.00 USD | $0.00 | **-$14,000.00** |
| Jul 30, 2018 | Transfer to | | Bank Account | Completed | -$8,500.00 USD | $0.00 | **-$8,500.00** |
| Jul 24, 2018 | Transfer to | | Bank Account | Completed | -$13,000.00 USD | $0.00 | **-$13,000.00** |
| Jul 18, 2018 | Transfer to | | Bank Account | Completed | -$12,000.00 USD | $0.00 | **-$12,000.00** |
| Jul 14, 2018 | Transfer to | | Bank Account | Completed | -$6,000.00 USD | $0.00 | **-$6,000.00** |
| Jul 13, 2018 | Transfer to | | Bank Account | Completed | -$8,000.00 USD | $0.00 | **-$8,000.00** |
| Jul 10, 2018 | Transfer to | | Bank Account | Completed | -$5,000.00 USD | $0.00 | **-$5,000.00** |
| Jul 9, 2018 | Transfer to | | Bank Account | Completed | -$6,000.00 USD | $0.00 | **-$6,000.00** |
| Jul 7, 2018 | Transfer to | | Bank Account | Completed | -$6,000.00 USD | $0.00 | **-$6,000.00** |
| Jul 5, 2018 | Transfer to | | Bank Account | Completed | -$19,000.00 USD | $0.00 | **-$19,000.00** |
| Jul 2, 2018 | Withdraw to | | PayPal | Completed | -$1,000.00 USD | -$20.00 | **-$1,020.00** |
| Jul 2, 2018 | Transfer to | | Bank Account | Completed | -$20,000.00 USD | $0.00 | **-$20,000.00** |
| Jun 28, 2018 | Transfer to | | Bank Account | Completed | -$11,000.00 USD | $0.00 | **-$11,000.00** |

## Transaction details

**Withdrew Funds** to a Bank Account                                              Gross amount

Payment Status: Completed                                              **−$14,000.00 USD**

**Your Payment**

| | | |
|---|---|---|
| **Gross Amount** | −$14,000.00 USD | |
| **PayPal Fee** | $0.00 USD | |
| **Net Amount** | −$14,000.00 USD | |

**Contact info**          Bank Account

**Funding details**       Funding Type: Bank Account
Funding Source: $14,000.00 USD − Wachovia ending in x−5456

Funding Type: PayPal Balance
Funding Source: −$14,000.00 USD − PayPal Account

**Need help?**

Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Katherine L. Wagner v Debtor<br>EEOC Charge No.<br>511-2018-01781** | **EEOC<br>Investigation** | **US Equal Employment<br>Opportunity<br>Commission** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison St., Suite 200<br>Tampa, FL 33602** | **Attorney Fees** | **September 26, 2018** | **$6,165.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Personal and financial information of clients**

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Unknown** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Business Records Management**<br>**PO Box 629**<br>**Clearwater, FL 33757-0629** | | | ☐ No<br>☑ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Unknown** | | **Settlement checks and settlement proceeds** | **Unknown** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | John Magliano<br>4814 N. Grady Ave.<br>Tampa, FL 33614 | **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | John Magliano<br>4814 N. Grady Ave.<br>Tampa, FL 33614 | |

| Debtor | **Stay In My Home, P.A.** | Case number *(if known)* | **8:18-bk-8436-RCT** |
|---|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| **Name and address** |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard J. Mockler | 4204 Elba Place<br>Valrico, FL 33596 | President, Director, and Shareholder | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mark P. Stopa | 7351 Sawgrass Pt. Dr.<br>Pinellas Park, FL 33782 | President | Inception to July 27, 2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See response to #4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor    **Stay In My Home, P.A.**                                    Case number *(if known)*    **8:18-bk-8436-RCT**

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

Debtor   **Stay In My Home, P.A.**                              Case number *(if known)*   **8:18-bk-8436-RCT**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**The undersigned has completed the Schedules to the best of his information and belief. The books and records do not appear to have been maintained. Certain records and computer equipment were seized, which further complicated any attempts to reconstruct the books and records. In addition, the undersigned was not actively involved in the firm's operation until July 30, 2018, and does not possess a significant understanding of the Debtor's pre-petition operations.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on     10 / 26 / 2018    x _____

Signature of individual signing on behalf of debtor

**Richard J. Mockler, III**
Printed name

**President**
Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

| | | |
|---|---|---|
| In re  **Stay In My Home, P.A.** | Case No. | **8:18-bk-8436-RCT** |
| Debtor(s) | Chapter | **7** |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **6,165.00** |
| Prior to the filing of this statement I have received | $ | **6,165.00** |
| Balance Due | $ | **0.00** |

2.  $ __**335.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any discharge or dischargeability action (if applicable), any other adversary proceeding, or any contested matter.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 26, 2018** | **/s/ Scott A. Stichter** |
| *Date* | **Scott A. Stichter** |
| | *Signature of Attorney* |
| | **Stichter, Riedel, Blain & Postler, P.A.** |
| | **110 E. Madison St., Suite 200** |
| | **Tampa, FL 33602** |
| | **813-229-0144  Fax: 813-229-1811** |
| | *Name of law firm* |

---