ORDERED.

**Dated: July 28, 2020**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

STAY IN MY HOME, P.A.
*fka* STOPA LAW FIRM, P.A.

    Debtor.
_____/

Case No. 8:18-bk-08436-RCT

Chapter 7

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 69-2

THIS CASE came before the Court for consideration without hearing upon the *Trustee's Objection to Claim No. 69-2* [ECF No. 528] (the "Objection") filed by STEPHEN L. MEININGER (the "Trustee"), as Chapter 7 Trustee of the bankruptcy estate of STAY IN MY HOME, P.A. *fka* STOPA LAW FIRM, P.A. (the "Debtor"). The Court, having reviewed the Proof of Claim and the Objection, noting that it was served upon all interested parties with the Local Rule 2002-4[1] negative notice legend informing the parties of their opportunity to respond within thirty (30) days of the date of service, noting that no party filed a response within the time period permitted, and therefore considering the matter to be unopposed, does hereby

---

[1] The Motion to Compromise was served upon all interested parties consistent with the *Order Granting Chapter 7 Trustee's Expedited Motion to Limit Notice and modify Service Procedures* [ECF No. 11].

1

**ORDER** that:

1. The Objection is sustained.

2. Claim No. 69-2 of Kevin Paul is disallowed as a priority claim under 11 U.S.C. § 507(a), and shall be allowed as a general unsecured claim and treated pursuant to 11 U.S. C. § 726(a)(2).

* * *

*Lisa M. Castellano, Esq. is directed to serve a copy of this order on all interested parties who are non-CM/ECF users who have specifically elected to receive notice in this action, pursuant to the Order Granting Chapter 7 Trustee's Expedited Motion to Limit Notice and Modify Service Procedures [ECF No. 11], and to file a proof of service within 3 days of entry of the order.*